**IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
IN AND FOR BAY COUNTY, FLORIDA**

CARTER RESTORATION BAY COUNTY
FLORIDA, LLC., d/b/a SERVPRO OF BAY
COUNTY,

     Plaintiff,

v.                                                                           Case No. __26000780CA__

NAUTILUS INSURANCE COMPANY,

     Defendant.

_____/

<u>**COMPLAINT FOR DECLARATORY JUDGMENT**</u>

     Plaintiff, Carter Restoration Bay County Florida, LLC d/b/a ServPro of Bay County ("Carter" or the "Insured"), sues Defendant, Nautilus Insurance Company ("Nautilus"), and alleges as follows:

<u>**INTRODUCTION**</u>

1.     This is an action for declaratory relief under Chapter 86, *Florida Statutes*, to determine the parties' rights and obligations under the liability insurance policies Nautilus issued to Carter, and specifically whether Nautilus must indemnify Carter for the portions of an underlying lawsuit that arise out of work performed by Carter's subcontractors.

2.     Nautilus is defending Carter in an underlying lawsuit under a full reservation of rights, but has refused, for more than a year, to identify which portions of the claim it will cover and which it will not. The principal basis on which Nautilus disputes coverage is a "Your Work" exclusion directed at drywall, sheetrock, and paint. Both Carter's business records and the record evidence in the underlying action establish that those scopes, and nearly all others at issue, were performed by Carter's subcontractors, which triggers the subcontractor exception to that exclusion and restores coverage.

## PARTIES, JURISDICTION, AND VENUE

3.      Carter is a Florida limited liability company with its principal place of business in Bay County, Florida.

4.      Nautilus is a foreign insurer organized under the laws of Arizona and authorized to and doing business in Florida, including in Bay County.

5.      Carter is a Named Insured under the Policies pursuant to the Named Insured Endorsement, Form ENV 2216 11 16, which is contained in each of the Policies.

6.      This Court has jurisdiction under Sections 26.012 and 86.011, *Florida Statutes*. The amount in controversy exceeds fifty thousand dollars, exclusive of interest, costs, and attorney's fees.

7.      Venue is proper in Bay County under Section 47.051, *Florida Statutes*, because Carter resides and transacts business in Bay County and the cause of action accrued in Bay County.

8.      The Policies insure Carter's Florida operations and a Florida risk, the property and the loss are located in Florida, and Florida law governs the interpretation of the Policies and this coverage dispute.

9.      All conditions precedent to this action have occurred, have been performed, or have been waived.

## THE POLICIES

10.      Nautilus issued to Carter Environmental Combined Policy Nos. ECP2038559-10, ECP2038559-11, and ECP2038559-12 (the "Primary Policies"), together with Follow Form Excess Policy Nos. FFX2038560-10 and FFX2038560-11 (the "Excess Policies," and together with the Primary Policies, the "Policies"), for consecutive annual periods from September 24, 2022 through September 24, 2025. The Primary Policies are attached as Composite Exhibit "A," and the Excess Policies are attached as Composite Exhibit "B."

11.	The Primary Policies obligate Nautilus to pay those sums Carter becomes legally obligated to pay as damages because of property damage caused by an occurrence, and to defend Carter against any suit seeking such damages. *See Comp. Ex. A,* Sec. I (1); VII (15).

12.	The Primary Policies contain a Damage to Your Work exclusion. By its own terms, that exclusion "does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor." *Id.,* Sec. II (i), (k)

13.	The Excess Policies are follow-form and adopt the terms, conditions, definitions, and exclusions of the Primary Policies. The subcontractor exception to the Damage to Your Work exclusion therefore applies equally to the Excess Policies. *See Comp. Ex. B*, Sec. I (2)

## THE UNDERLYING ACTION

14.	On March 24, 2025, Denise Enright-Hurley ("Hurley") filed suit against Carter, styled *Denise Enright-Hurley v. Carter Restoration Bay County Florida, LLC d/b/a ServPro of Bay County*, Case No. 25-000372-CA, in the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida (the "Underlying Action"). A copy of the operative Complaint in the Underlying Action is attached as Exhibit "C."

15.	The Underlying Action arises out of restoration, rebuild, and reconstruction work performed at Hurley's property following Hurricane Ian, and alleges defective work resulting in property damage across multiple scopes, including the roof, kitchen and cabinetry, sheetrock and drywall, painting, insulation, the air-conditioning system, glazing, and trim.

16.	Hurley claims damages exceeding $1,000,000.00. Trial in the Underlying Action is set to begin August 10, 2026.

17.	The property damage alleged in the Underlying Action occurred during the course of Carter's work between February 2023 and March 2024, within the periods of the Primary Policies, triggering coverage under those Policies.

## NAUTILUS'S COVERAGE POSITION

18.    By letter dated April 24, 2025, attached as Exhibit "D," Nautilus agreed to defend Carter in the Underlying Action under a full Reservation of Rights. That letter addressed only Coverage A and recited exclusions that "may" apply, without stating any actual coverage position as to any claim or category of damages.

19.    The Reservation of Rights listed the Damage to Your Work exclusion, among numerous others that "may" apply, but did not identify it as the basis for withholding coverage. Only more than a year later and two months before trial has Nautilus treated that exclusion, applied to the drywall, sheetrock, and paint, as its operative ground, a position it has never set out in a written, claim-specific coverage determination.

20.    In the more than one year since its Reservation of Rights, and despite Carter's requests, Nautilus has not provided a claim-specific coverage position identifying which portions of the Underlying Action it will indemnify and which it contends are excluded.

21.    By letter dated June 18, 2026, attached as Exhibit "E," Carter again demanded that Nautilus provide a formal, claim-specific coverage position identifying the work it would and would not cover and the policy provisions relied upon. Nautilus did not respond.

22.    The Damage to Your Work exclusion, which Nautilus applies to the drywall, sheetrock, and paint, is the principal basis on which Nautilus disputes coverage and is the central issue in this action.

## THE WORK WAS PERFORMED BY SUBCONTRACTORS

23.    Carter self-performed only minor cosmetic paint touch-ups, and its labor on the project was brief and limited. The remainder of the work at issue, including the entirety of every major scope, was performed by Carter's subcontractors, as reflected in Carter's records and the evidence produced in the Underlying Action.

24. The record evidence in the Underlying Action confirms the work at issue was performed by subcontractors. Specifically, it reflects Carter's subcontracts with and payments to Lormar Works and Remodeling, LLC and to JE Services Construction Corp. for sheetrock and drywall, and to So-Wal Waterproofing and Painting, LLC for interior painting. The records further reflect payments to Hammer Fireproofing and Insulation, Inc. for insulation, Instant Air Conditioning, Refrigeration, & Heating, Inc. for air-conditioning work, Sergeants Electric, LLC for electrical work, and Stockbarger Glass, Inc. for glazing.

25. Because the drywall, sheetrock, and painting scopes on which Nautilus relies to dispute coverage were performed by Carter's subcontractors, the subcontractor exception applies and the Damage to Your Work exclusion does not bar coverage for those scopes.

26. The roof, kitchen, and other physical damage claims, which comprise approximately $800,000.00 of the alleged damages, arise out of subcontractor work and fall outside Nautilus's stated exclusion basis entirely.

## COUNT I – DECLARATORY JUDGMENT

27. Carter realleges and incorporates paragraphs 1 through 26 as though fully set forth herein.

28. There is a bona fide, actual, present, and practical need for a declaration. The parties dispute whether the Damage to Your Work exclusion bars coverage and whether Nautilus must indemnify Carter for the subcontracted scopes of work.

29. The dispute concerns present, ascertained facts and the construction of the Policies, and Carter's rights and obligations under the Policies depend upon that determination.

30. Carter is in doubt as to its rights under the Policies, and there is a justiciable controversy between parties whose interests are adverse.

31.     Carter has no adequate remedy at law and requires a declaration of its rights to avoid uncertainty and to inform its conduct in the Underlying Action.

WHEREFORE Plaintiff, Carter Restoration Bay County Florida, LLC d/b/a ServPro of Bay County, respectfully requests that this Court enter judgment declaring that:

a.  The Damage to Your Work exclusion does not apply to property damage arising out of work performed on Carter's behalf by a subcontractor.

b.  The subcontractor exception applies to the sheetrock, drywall, and interior painting, and the Damage to Your Work exclusion does not bar coverage for those scopes.

c.  The Damage to Your Work exclusion, at most, reaches only the minor cosmetic paint touch-ups Carter self-performed.

d.  Property damage arising out of the subcontracted work constitutes property damage caused by an occurrence within the coverage of the Policies. *See U.S. Fire Ins. Co. v. J.S.U.B., Inc.*, 979 So. 2d 871 (Fla. 2007).

e.  Nautilus owes a duty to indemnify Carter for any covered portion of a settlement or judgment in the Underlying Action.

f.  Carter is entitled to supplemental relief under Section 86.061, *Florida Statutes,* costs, and such further relief as the Court deems just and proper.

**BURG LAW, P.A.**

*/s/ Sarah E. Cureton*
Sarah E. Cureton, Esq.
Florida Bar No.: 1044469
215 Harrison Ave
Panama City, Florida 32401
Telephone: (850)851.0621
Primary: Sarah@BurgLaw.com
Secondary: Brandon@BurgLaw.com
Tertiary: Ashley@BurgLaw.com
Designated e-mail: Service@BurgLaw.com

**EXHIBIT "A"**

# Nautilus Insurance Company

## An Arizona Corporation

## COMMERCIAL LINES POLICY

**THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

THIS POLICY CONSISTS OF:

Declarations;

Common Policy Conditions; and

One or more Coverage Parts.  A Coverage Part Consists of:
- One or more Coverage Forms;  and
- Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

W. Robert Berkley, Jr
President

Philip S. Welt
Secretary

Administrative Office: 7233 E. Butherus Drive, Scottsdale, AZ   85260 (480) 509-6627
Policy Issuing Office: 101 Hudson Street, Ste. 2550, Jersey City, NJ 07302 (800) 259-2560



# REPORTING A CLAIM



**1** CONTACT us as soon as possible → **2** REVIEW your policy's reporting requirements → **3** PROVIDE us written notice of the claim

| AUTOMOBILE CLAIMS | WORKER'S COMPENSATION CLAIMS | GENERAL, ENVIRONMENTAL, PROFESSIONAL & EXCESS LIABILITY CLAIMS |
|---|---|---|
| **E-MAIL:** autoclaims@berkleyenvironmental.com | **E-MAIL:** workcompclaims@berkleyenvironmental.com | **E-MAIL:** liabilityclaims@berkleyenvironmental.com |
| **CALL:** (201)748-3111 | **CALL:** (800)259-2560 | **CALL:** (201)748-3111 |
| **ONLINE:** berkleyenvironmental.com/request-access | **ONLINE:** berkleyenvironmental.com/request-access | **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 |
| **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 | **MAIL:** PO Box 140789 Irving, TX 75014-0789 | **UPLOAD:** Submit Supporting Documents https://bit.ly/3zio5X |

For Assistance call (469) 802-4289 or email claimshelp@berkleyenvironmental.com

## HAVE A SPILL? WE CAN ASSIST.*

In the event of a spill and/or release, make sure you report your claim first as described above. After your claim is filed, contact the **Berkley Environmental Support Team\* (BEST)** to help you with the clean up. We offer **FREE** support services to help you navigate the complicated circumstances of an environmental spill and/or release.

### WE CAN HELP YOU:

- Find a contractor with pre-negotiated rates to be dispatched within 2 hours of a spill
- Filing of any agency or regulatory spill notifications
- Emergency responder – our network includes nationwide services including remote locations

**Call us at (877)900-5645 (24 hours a day, 7 days per week) to receive the assistance you need with cleaning up your environmental spills and releases.**

*\* Using the BEST service does not replace reporting a claim nor does it confirm coverage. This is a value-added service regardless of coverage.*

*THE MATERIAL IN THIS PUBLICATION IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED TO BE A REPRESENTATION OF COVERAGE THAT MAY EXIST IN ANY PARTICULAR SITUATION UNDER A POLICY ISSUED BY A MEMBER COMPANY OF BERKLEY ENVIRONMENTAL OR ITS AFFILIATES. ALL CONDITIONS OF COVERAGE, TERMS AND LIMITATIONS ARE DEFINED AND PROVIDED FOR IN THE POLICY. PROGRAMS OR PRODUCTS MAY NOT BE AVAILABLE IN ALL STATES AND POLICY FEATURES MAY VARY BY STATE.*

# NAUTILUS INSURANCE COMPANY
## Scottsdale, Arizona
## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** ECP2038559-10

**NEW**

| INSURED'S NAME AND ADDRESS: | PRODUCER'S NAME AND ADDRESS: |
|---|---|
| CARTER PROFESSIONAL RESTORATION, INC<br>DBA: SERVPRO of Albany and Americus<br>PO BOX 70905<br>Albany, GA  31708 | Severson Ridge Environmental Underwriters LLC<br>7780 Elmwood Ave<br>Suite 130<br>Middleton, WI  53562 |

**POLICY PERIOD:** September 24, 2022 to September 24, 2023 at 12:01 a.m. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**FORM OF BUSINESS:**

Corporation

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) FOR WHICH A PREMIUM IS INDICATED.**
**THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENTS.**

| COVERAGE PARTS | PREMIUM |
|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE: | ████ |
| CONTRACTORS POLLUTION LIABILITY COVERAGE: | ████ |
| PROFESSIONAL LIABILITY COVERAGE: | ████ |
| SITE SPECIFIC POLLUTION LIABILITY COVERAGE: | Not Covered |
| TERRORISM RISK INSURANCE ACT: | Rejected |
| **POLICY PREMIUM:** | ████ |

**NOTICE TO THE INSURED:**

**This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law O.C.G.A. Chapter 33-5.**

**Name of Surplus Lines Broker:** _____

**NAME AND ADDRESS OF ADMINISTRATIVE OFFICE:**

Berkley Environmental (A Berkley Company)
Two Ravinia Drive, Suite 1100, Atlanta, GA 30346
Phone No.: (404) 443-2040, See CLAIMS NOTICE for claims contact information.

**THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

**Issue Date:** 09/23/2022

# ENVIRONMENTAL COMBINED POLICY
## SUPPLEMENTAL DECLARATIONS

**POLICY NUMBER:** ECP2038559-10

### LIMITS OF INSURANCE:

| | | |
|---|---|---|
| **General Aggregate Limit (Other than Products/Completed Operations)** | | $ 10,000,000 |
| **Commercial General Liability Occurrence** | | |
| Each Occurrence - CGL | | $ 2,000,000 |
| Products/Completed Operations Aggregate Limit | | $ 5,000,000 |
| Personal & Advertising Injury Limit | | $ 2,000,000 |
| Damage to Premises Rented to You Limit | Any one premises | $ 100,000 |
| Medical Payments | Any one Person | $ 5,000 |
| **Contractors Pollution Claims - Made** | | |
| Each Pollution Condition - CPL (Claims Made) | | $ 2,000,000 |
| **Professional Liability** | | |
| Each Claim - Professional Liability | | $ 2,000,000 |
| **Employee Benefits Liability** | | |
| Employee Benefits Liability - Each Employee | SEE ENDORSEMENTS ATTACHED TO THIS POLICY | |
| Employee Benefits Liability - Aggregate | SEE ENDORSEMENTS ATTACHED TO THIS POLICY | |
| **Microbial Substance** | | |
| Microbial Substance - SubLimit Each Claim | SEE ENDORSEMENTS ATTACHED TO THIS POLICY | |
| Microbial Substance - Aggregate Limit | SEE ENDORSEMENTS ATTACHED TO THIS POLICY | |

### RETROACTIVE DATE (APPLICABLE TO CLAIMS MADE COVERAGES):

**Applicable to claims made coverage provided under form numbered:**

ECPC 1001 06 18

**Retroactive Date, if any, shown here (Enter the date or "None" if no Retroactive Date applies):**

| | |
|---|---|
| Contractors Pollution Claims - Made | 09/24/2012 |
| Professional Liability Retroactive Date for $250,000/$250,000 limit | 09/24/2012 |
| Professional Liability Retroactive Date for 2m limit | 09/24/2022 |
| Employee Benefits Liability | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |
| Microbial Substance | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |

### SCHEDULE OF PREMISES / SITES:

All premises / locations that are owned, rented and/or occupied by the Insured and on file with the Company.

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING
THE NAME OF THE INSURED AND THE POLICY PERIOD.

**RETENTIONS:**

**Commercial General Liability Occurrence**

Coverage A & B Per Occurrence                                                                    $ 2,500

**Contractors Pollution Claims - Made**

Each Pollution Condition Per Claim                                                            $ 2,500

**Professional Liability**

Each Claim - Professional Per Claim                                                          $ 2,500

**Employee Benefits Liability**

Each Employee Per Claim                              SEE ENDORSEMENTS ATTACHED TO THIS POLICY

**Microbial Substance**

Microbial Substance Per Claim                       SEE ENDORSEMENTS ATTACHED TO THIS POLICY

**FORMS AND ENDORSEMENTS (Other than applicable Forms and Endorsements shown elsewhere in the Policy):**

Forms and Endorsements applying to this policy and made a part of this policy at time of issue:
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**TOTAL PREMIUM FOR THIS POLICY:**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING
THE NAME OF THE INSURED AND THE POLICY PERIOD.

ECP SUPP 03 14                                                                                      Page 2 of 2

## SCHEDULE OF FORMS AND ENDORSEMENTS

**Policy Number:**    ECP2038559-10

**Named Insured:**    CARTER PROFESSIONAL RESTORATION, INC

**FORMS ATTACHED TO AND MADE A PART OF THIS POLICY:**

| FORM NUMBER | FORM TITLE |
|---|---|
| E001J 07 20 | Nautilus Policy Jacket |
| ENV DIR CLAIMS 09 21 | Policyholder Notice - Claim Reporting Information |
| ENV DEC 08 12 | Common Policy Declarations |
| ECP SUPP 03 14 | Environmental Combined Policy Supplemental Declarations |
| ENV FORMS 09 10 | Schedule of Forms and Endorsements |
| ECPC 1001 06 18 | Environmental Combined Policy - Claims Made |
| E906 (08-21) | Service of Suit |
| ECP 1004 08 16 | Additional Insured - Blanket |
| ECP 1005 08 16 | Additional Insured - Coverage A, B & D - Scheduled Person or Organization |
| ECP 1016 08 16 | Employee Benefit Liability Coverage |
| ECP 1021 10 06 | Designated Construction Project(s) General Aggregate Limit |
| ECP 1029 06 18 | Designated Operations Exclusion - Coverage A and B |
| ECP 1045 06 18 | Transportation Pollution Liability Coverage |
| ECP 1046 06 18 | Contingent Transportation Pollution Liability Coverage |
| ECP 1049 06 18 | Designated Operations Exclusion - Coverage D |
| ECP 1053 06 18 | Designated Operations Exclusion - Coverage E |
| ECP 1055 04 20 | Exclusion - Violation of Privacy |
| ECP 1056 06 18 | Exclusion - Financial Services |
| ECP 1073 06 18 | Blanket Non-Owned Disposal Site Coverage - On & Off Site |
| ECP 1077 08 16 | Microbial Substance Coverage - Deductible |
| ECP 1085 05 16 | Additional Insured - Scheduled Person or Organization |
| ECP 1092 11 15 | Additional Insured - Grantor of Franchise |
| ECP 1094 09 19 | Additional Insured - Scheduled Person or Organization |
| ECP 1095 12 18 | RESTORE PAC PLUS ENDORSEMENT |
| ECP 1099 12 18 | Aggregate Sublimit(s) of Insurance |
| ECP 1100 01 20 | ServPro Restoration Services Endorsement |
| ECP 1101 12 18 | Bailees Customer Coverage - Valuation |
| ECP 1104 07 20 | Biohazard Remediation Coverage |
| ECP 1105 05 20 | Exclusion - Communicable Disease |
| ENV 2004 06 18 | Waiver of Subrogation |
| ENV 2012 01 12 | Earned Premium and Flat Rate |
| ENV 2216 11 16 | Named Insured Endorsement |
| ENV 2217 06 18 | Notice of Cancellation to Designated Entities |
| ENV 2225 10 18 | Exclusion of Certified Acts of Terrorism |
| IL 12 02 01 16 | Office of Foreign Asset Control (OFAC) Exclusion Endorsement |

## ENVIRONMENTAL COMBINED POLICY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **III -** Who Is An insured.

Other words and phrases that appear in bold have special meaning. Refer to Section **VII** -Definitions.

Coverage **D** Contractors Pollution Liability and Coverage **E** Professional Liability of this policy provide Claims Made and Reported Coverage, and have claims reporting requirements that differ from Coverages **A**, **B** and **C**.  Coverage **D** Contractors Pollution Liability and Coverage **E** Professional Liability only apply to a claim that is made against you and reported to us during the policy period or applicable Extended Reporting Period.

The application is the basis of this policy and is incorporated in and constitutes a part of this policy.  A copy of the application is attached hereto.  Any material received with the application will be maintained on file with the Company and will be deemed to be attached thereto as if physically attached.  It is agreed by all insureds that the statements in the application are their representations, that they are material and that this policy is issued in reliance upon the truth of such representations.  This policy includes all of the agreements existing between the insureds and the Company or any of its agents relating to this policy.

### <u>SECTION I – COVERAGES</u>

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.    Insuring Agreement**

    **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible or self insured retention, if any, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **bodily injury** or **property damage** to which this insurance does not apply. We may, at our discretion, investigate any **occurrence** and settle any claim or **suit** that may result. But:

        **(1)**    The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

        **(2)**    Our right and duty to defend ends under Coverage **A** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, and **E**.

    **b.**    This insurance applies to **bodily injury** and **property damage** only if:

        **(1)**    The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;

        **(2)**    The **bodily injury** or **property damage** occurs during the policy period; and

        **(3)**    Prior to the policy period, no insured listed under Paragraph **1.** of Section **III** - Who Is An Insured and no **employee** authorized by you to give or receive notice of an **occurrence** or claim, knew that the **bodily injury** or **property damage** had occurred, in whole or in part. If such a listed insured or authorized **employee** knew, prior to the policy period, that the **bodily injury** or **property damage**

occurred, then any continuation, change or resumption of such **bodily injury** or **property damage** during or after the policy period will be deemed to have been known prior to the policy period.

c. **Bodily injury** or **property damage** which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **III** - Who Is An Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim, includes any continuation, change or resumption of that **bodily injury** or **property damage** after the end of the policy period.

d. **Bodily injury** or **property damage** will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **III** - Who Is An Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim:

   **(1)** Reports all or any part, of the **bodily injury** or **property damage** to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the **bodily injury** or **property damage**; or

   **(3)** Becomes aware by any other means that **bodily injury** or **property damage** has occurred or has begun to occur.

e. Damages because of **bodily injury** include damages claimed by any person or organization for care, loss of services or death resulting at any time from the **bodily injury**.

## 2. Exclusions

*Refer also to Section II – Shared Exclusions for additional exclusions.*

This insurance does not apply to:

**a. Other Coverages**

Anything covered under any other Coverage Part contained in this policy.

**b. Expected Or Intended Injury**

**Bodily injury** or **property damage** expected or intended from the standpoint of the insured. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

**c. Contractual Liability**

**Bodily injury** or **property damage** for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

   **(1)** That the insured would have in the absence of the contract or agreement; or

   **(2)** Assumed in a contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an **insured contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of **bodily injury** or **property damage**, provided:

      **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same **insured contract**; and

      **(b)** Such attorney fees and litigation expenses are for defense of that party against a **suit** or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**d. Aircraft**, **Auto Or Watercraft**

**Bodily injury** or **property damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and **loading or unloading**.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the **occurrence** which caused the **bodily injury** or **property damage** involved the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an **auto** on, or on the ways next to, premises you own or rent, provided the **auto** is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any **insured contract** for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** **Bodily injury** or **property damage** arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

    **(b)** The operation of any of the machinery or equipment listed in Paragraph **f. (2)** or **f. (3)** of the definition of **mobile equipment**.

    **e.** **Liquor Liability**

**Bodily injury** or **property damage** for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

    **f.** **Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**g.    Employer's Liability**

**Bodily injury** to:

**(1)**    An **employee** of the insured arising out of and in the course of:

   **(a)**    Employment by the insured; or

   **(b)**    Performing duties related to the conduct of the insured's business; or

**(2)**    The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)**    Whether the insured may be liable as an employer or in any other capacity; and

**(2)**    To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an **insured contract**.

**h.    Mobile Equipment**

**Bodily injury** or **property damage** arising out of:

**(1)**    The transportation of **mobile equipment** by an **auto** owned or operated by or rented or loaned to any insured; or

**(2)**    The use of **mobile equipment** in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.    Damage To Property**

**Property damage** to:

**(1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**    Property loaned to you;

**(4)**    Personal property in the care, custody or control of the insured;

**(5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)**    That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

**j.    Damage To Your Product**

**Property damage** to **your product** arising out of it or any part of it.

**k.    Damage To Your Work**

**Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**l.    Damage To Impaired Property Or Property Not Physically Injured**

**Property damage** to **impaired property** or property that has not been physically injured, arising out of:

**(1)**    A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

**(2)**    A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

**m.    Recall Of Products**, **Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)    Your product**;

**(2)    Your work**; or

**(3)    Impaired property**;

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**n.    Personal And Advertising Injury**

**Bodily injury** or **property damage** arising out of **personal and advertising injury**.

**o.    Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **d.** through **m.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **IV -**

Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1.   Insuring Agreement**

   **a.**   We will pay those sums that the insured becomes legally obligated to pay as damages because of **personal and advertising injury** in excess of the deductible or self insured retention, if any, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **personal and advertising injury** to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or **suit** that may result. But:

   **(1)**   The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

   **(2)**   Our right and duty to defend ends under Coverage **B** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, and **E**.

   **b.**   This insurance applies to **personal and advertising injury** caused by an offense arising out of your business but only if the offense was committed in the **coverage territory** during the policy period.

**2.   Exclusions**

   ***Refer also to Section II – Shared Exclusions for additional exclusions.***

   This insurance does not apply to:

   **a.   Other Coverages**

   Anything covered under any other Coverage Part contained in this policy.

   **b.   Knowing Violation Of Rights Of Another**

   **Personal and advertising injury** caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury.**

   **c.   Material Published With Knowledge Of Falsity**

   **Personal and advertising injury** arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

   **d.   Material Published Prior To Policy Period**

   **Personal and advertising injury** arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

   **e.   Criminal Acts**

   **Personal and advertising injury** arising out of a criminal act committed by or at the direction of the insured.

**f.    Contractual Liability**

**Personal and advertising injury** for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**g.    Breach of Contract**

**Personal and advertising injury** arising out of a breach of contract, except an implied contract to use another's advertising idea in your **advertisement**.

**h.    Quality Or Performance Of Goods - Failure To Conform To Statements**

**Personal and advertising injury** arising out of the failure of goods, products or services to conform to any statement of quality or performance made in your **advertisement**.

**i.    Wrong Description Of Prices**

**Personal and advertising injury** arising out of the wrong description of the price of goods, products or services stated in your **advertisement**.

**j.    Infringement Of Copyright**, **Patent**, **Trademark Or Trade Secret**

**Personal and advertising injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your **advertisement**, of copyright, trade dress or slogan.

**k.    Insureds In Media And Internet Type Businesses**

**Personal and advertising injury** committed by an insured whose business is:

**(1)**    Advertising, broadcasting, publishing or telecasting;

**(2)**    Designing or determining content of websites for others; or

**(3)**    An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **16. a.**, **b.**, and **c.** of **personal and advertising injury** under the Definitions Section **VII**.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising for you or others anywhere on the Internet, is not by itself considered the business of advertising, broadcasting, publishing or telecasting.

**l.    Electronic Chatrooms Or Bulletin Boards**

**Personal and advertising injury** arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**m.    Unauthorized Use Of Another's Name Or Product**

**Personal and advertising injury** arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**COVERAGE C MEDICAL PAYMENTS**

1.  **Insuring Agreement**

    a.  We will pay medical expenses as described below for **bodily injury** caused by an accident:

        (1)  On premises you own or rent;

        (2)  On ways next to premises you own or rent; or

        (3)  Because of your operations;

        provided that:

        (1)  The accident takes place in the **coverage territory** and during the policy period;

        (2)  The expenses are incurred and reported to us within one year of the date of the accident; and

        (3)  The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    b.  We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

        (1)  First aid administered at the time of an accident;

        (2)  Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

        (3)  Necessary ambulance, hospital, professional nursing and funeral services.

2.  **Exclusions**

    *Refer also to Section II – Shared Exclusions for additional exclusions.*

    We will not pay expenses for **bodily injury**:

    a.  **Any Insured**

        To any insured, except **volunteer workers**.

    b.  **Hired Person**

        To a person hired to do work for or on behalf of any insured or a tenant of any insured.

    c.  **Injury On Normally Occupied Premises**

        To a person injured on that part of premises you own or rent that the person normally occupies.

    d.  **Workers Compensation And Similar Laws**

        To a person, whether or not an **employee** of any insured, if benefits for the **bodily injury** are payable or must be provided under a workers compensation or disability benefits law or a similar law.

    e.  **Athletics Activities**

        To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

    **f.**      **Products-Completed Operations Hazard**

           Included within the **products-completed operations hazard**.

    **g.**      **Coverage A, D, Or E Exclusions**

           Excluded under Coverages **A**, **D**, or **E**.

## COVERAGE D CONTRACTORS POLLUTION LIABILITY

**1.**    **Insuring Agreement**

    **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible or self insured retention, if any, resulting from **pollution conditions** to which this insurance applies.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any **pollution conditions** and settle any claim or **suit** that may result.  But:

        **(1)**    The amount we will pay for damages is limited as described in Section **IV -** Limits Of Insurance; and

        **(2)**    Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, or **E**.

    **b.**    This insurance applies to **bodily injury** and **property damage** only if:

        **1.**    The **bodily injury** or **property damage** is caused by **pollution conditions** that take place in the **coverage territory** and arise out of **your work**;

        **2.**    The claim for damages from **pollution conditions** is first made against the insured and reported to the Insurer, in writing, during the policy period, or Extended Reporting Period, if applicable;

        **3.**    The **pollution conditions** were unexpected and unintended from the standpoint of the insured; and

        **4.**    **Your work** resulting in a claim commenced on or after the Retroactive Date shown in the Declarations, if any, and before the end of the policy period.

**2.**    **Exclusions**

    *Refer also to Section II – Shared Exclusions for additional exclusions.*

    This insurance does not apply to:

    **a.**    **Other Coverages**

           Anything covered under any other Coverage Part contained in this policy.

    **b.**    **Knowingly Wrongful Acts**

           Damages based upon or arising from the insured's dishonest, fraudulent, malicious, or knowingly wrongful act, error or omission or non-compliance with any statute, regulation, ordinance, administrative complaint, notice of violation, notice letter, executive order, or instruction of any governmental agency or body. However, this exclusion shall not apply to any insured that did not commit, participate in, or have knowledge of any of the acts described above.

    **c.**    **Related Entities**

Damages claimed by your parent company or any affiliated subsidiary, or any entity which is owned, operated, managed, or controlled by you.

**d.    Contractual Liability**

Damages based upon or arising out of the liability of others assumed by an insured under any contract or agreement. This exclusion does not apply to liability for damages:

**(1)**    Assumed in a contract or agreement that is an **insured contract**, provided the **pollution condition** occurs subsequent to the execution of the contract or agreement; or

**(2)**    That the insured would have in the absence of the contract or agreement.

**e.    Products Liability**

Damages arising out of **your product**.  This includes, but is not limited to, any **property damage** to **your product**.

**f.    Workers Compensation**

Damages based upon or arising under any workers compensation, unemployment compensation or disability benefits law or similar law.

**g.    Employer's Liability**

Damages based upon or arising out of injury to any **employee**, director, officer, partner, or **leased worker** of an insured.  This exclusion does not apply to liability assumed by you while performing **your work** under an **insured contract**.

**h.    Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

**i.    Off-Site Waste Disposal**

Damages, including **cleanup costs**, based upon or arising out of **pollution conditions** on, at or migrating from any location to which wastes, products or materials have been delivered beyond the boundaries of any site where **your work** is being performed.

**j.    Damage To Property**

Damages based upon or arising out of **property damage** to:

**(1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**    Property loaned to you;

**(4)**    Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

Paragraphs **(5)** and **(6)** do not apply to **cleanup costs**.

**k.    Project-Specific Coverage**

Damages based upon or arising out of any project for which any insured is an insured on a project-specific policy issued by any carrier.

**l.    Known Conditions**

Damages based upon or arising out of **your work** performed prior to the inception date of this policy, if any of your management, directors, partners or **employees** responsible for environmental affairs knew or reasonably could have foreseen that **your work** could give rise to a claim under this coverage part.

**m.    Professional Liability**

Claims based upon or arising out of the rendering of or failure to render **professional services.**

**n.    Bankruptcy**

Claims based upon or arising out the bankruptcy or insolvency of an insured or of any other firm, person, or organization.

**o.    Personal and Advertising Injury**

Damages arising out of **personal and advertising injury**.

**COVERAGE E PROFESSIONAL LIABILITY**

**1.    Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible or self insured retention, if any, that result from **professional services** to which this insurance applies. The damages must result from an actual or alleged act, error or omission in the performance of **professional services** rendered by the insured.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any actual or alleged act, error or omission and settle any claim or **suit** that may result.  But:

**(1)** The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends under Coverage **E** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, or **E**.

**b.** This insurance shall only apply if:

**(1)** The claim is first made against the insured and reported to the Insurer, in writing, during the policy period, or Extended Reporting Period, if applicable; and

**(2)** The actual or alleged act, error or omission takes place in the **coverage territory**; and

**(3)** The actual or alleged act, error or omission takes place on or after the Retroactive Date, if any, shown in the Declarations and before the end of the policy period.

**2.    Exclusions**

*Refer also to Section II – Shared Exclusions for additional exclusions.*

This insurance does not apply to:

**a.    Other Coverages**

Anything covered under any other Coverage Parts contained in this policy.

**b.    Knowingly Wrongful Acts**

Damages based upon or arising from the insured's dishonest, fraudulent, malicious, or knowingly wrongful act, error or omission or non-compliance with any statute, regulation, ordinance, administrative complaint, notice of violation, notice letter, executive order, or instruction of any governmental agency or body. However, this exclusion shall not apply to any insured that did not commit, participate in, or have knowledge of any of the acts described above.

**c.    Related Entities**

Damages claimed by your parent company or any affiliated subsidiary, or any entity which is owned, operated, managed, or controlled by you.

**d.    Discrimination**

Damages based upon or arising out of discrimination by the insured on the basis of age, color, race, sex, creed, national origin, marital status, physical disability or sexual preference.

**e.    Contractual Liability**

Damages based upon or arising out of the liability of others assumed by an insured under any contract or agreement. This exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an **insured contract**, provided the actual or alleged act, error or omission occurs subsequent to the execution of the contract or agreement; or

**(2)** That the insured would have in the absence of the contract or agreement.

**f.    Products Liability**

Damages arising out of **your product**.  This includes, but is not limited to, any **property damage** to **your product**.

**g.    Workers Compensation**

Damages based upon or arising under any workers compensation, unemployment compensation or disability benefits law or similar law.

**h.    Employer's Liability**

Damages based upon or arising out of injury to any **employee**, director, officer, partner, or **leased worker** of an insured.  This exclusion does not apply to liability assumed by you while rendering **professional services** under an **insured contract**.

**i.    Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

**j.    Off-Site Waste Disposal**

Damages, including **cleanup costs**, based upon or arising out of **pollution conditions** on, at or migrating from any location to which wastes, products or materials have been delivered beyond the boundaries of any site on which or on behalf of which **your work** and/or **professional services** have been performed.

**k.    Damage To Property**

Damages based upon or arising out of **property damage** to:

**(1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**    Property loaned to you;

**(4)**    Personal property in the care, custody or control of the insured;

**(5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)**    That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(5)** and **(6)** do not apply to **cleanup costs**.

l.    **Suretyship and Insurance**

Damages based upon, or arising out of, or attributable to any actual or alleged failure to advise or require or failure to effect and maintain any policy of insurance, suretyship or bond.

m.    **Insured vs. Insured**

Damages claimed by any insured against any other insured under this policy.

n.    **Express Warranties or Guarantees**

Damages based upon or arising out of express warranties or guarantees.

o.    **Project-Specific Coverage**

Damages based upon or arising out of any project for which any insured is an insured on a project-specific policy issued by any carrier.

p.    **Known Conditions**

Damages based upon or arising out of **professional services** rendered prior to the inception date of this policy, if any of your management, directors, or partners knew or reasonably could have foreseen that such **professional services** could give rise to a claim under this coverage part.

q.    **Bankruptcy**

Claims based upon or arising out the bankruptcy or insolvency of an insured or of any other firm, person, or organization.

r.    **Personal And Advertising Injury**

Damages arising out of **personal and advertising injury**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A, B, D, and E

1.    We will pay, with respect to any claims or **occurrences** we investigate or settle, or any **suit** against an insured we defend:

a.    All expenses we incur.

b.    Up to $250 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c.    The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d.    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $250 a day because of time off from work.

e.    All costs taxed against the insured in the **suit**.

f.    Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g.    All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of

insurance.

These payments will not reduce the Limits of Insurance for Coverages **A** and **B**.

These payments will reduce the Limits of Insurance for Coverages **D** and **E**.

2.   If we defend an insured against a **suit** and an indemnitee of the insured is also named as a party to the **suit**, we will defend that indemnitee if all of the following conditions are met:

   **a.**   The **suit** against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in an **insured contract**;

   **b.**   This insurance applies to such liability assumed by the insured;

   **c.**   The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same **insured contract**;

   **d.**   The allegations in the **suit** and the information we know about the **occurrence**, **pollution condition** or act, error or omission are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   **e.**   The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such **suit** and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   **f.**   The indemnitee:

      **(1)**   Agrees in writing to:

         **(a)**   Cooperate with us in the investigation, settlement or defense of the **suit**;

         **(b)**   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **suit**;

         **(c)**   Notify any other insurer whose coverage is available to the indemnitee; and

         **(d)**   Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      **(2)**   Provides us with written authorization to:

         **(a)**   Obtain records and other information related to the **suit**; and

         **(b)**   Conduct and control the defense of the indemnitee in such **suit**.

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.  Notwithstanding the provisions of Paragraph **2. c. (2)** of Section **I - Coverage A -** Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for **bodily injury** and **property damage** and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

   **a.**   We have used up the applicable limit of insurance in the payment of judgments or settlements; or

   **b.**   The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – SHARED EXCLUSIONS

**EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E.**

This insurance does not apply to:

**1.     Nuclear Hazard**

    **a.**     Damages:

        **(1)**     With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        **(2)**     Resulting from the **hazardous properties** of **nuclear material** and with respect to which:

            **(a)**     any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of l954, or any law amendatory thereof, or

            **(b)**     the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    **b.**     Damages resulting from the **hazardous properties** of **nuclear material**, if:

        **(1)**     The **nuclear material**

            **(a)**     is at any **nuclear facility** owned by, or operated by or on behalf of, an insured; or

            **(b)**     has been discharged or dispersed therefrom;

        **(2)**     The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

        **(3)**     The damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to **property damage** to such **nuclear facility** and any property threat.

As used in this exclusion:

    **a.**     **Hazardous properties** include radioactive, toxic or explosive properties;

    **b.**     **Nuclear material** means **source material**, **special nuclear material** or **by-product material**;

    **c.**     **Source material**, **special nuclear material**, and **by-product material** have the meanings given them in the Atomic Energy Act of l954 or in any law amendatory thereof; **spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**;

    **d.**     **Waste** means any waste material:

        **(1)**     Containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and

        **(2)**     Resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**.

    **e.**     **Nuclear facility** means:

        **(1)**     Any **nuclear reactor**;

        **(2)**     Any equipment or device designed or used for:

        **(a)**     separating the isotopes of uranium or plutonium,

        **(b)**     processing or utilizing **spent fuel**, or

        **(c)**     handling, processing or packaging **waste**;

**(3)**     Any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(4)**     Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**;

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**f.**     **Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**g.**     **Property damage** includes all forms of radioactive contamination of property.

**2.**     **Fungi**

**a.**     Damages which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any **fungi** regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.**     Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of **fungi** by any insured or by any other person or entity.

**3.**     **War**

Any liability of whatever nature arising out of, resulting from, caused by or contributed to by:

**a.**     War, including undeclared or civil war;

**b.**     Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.**     Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**4.**     **Fines And Penalties**

Any claim seeking payment of:

**a.**     Fines, penalties, or multiplied damages;

**b.**     Punitive or exemplary damages, except where allowable by law; or

**c.** The cost of injunctive relief based upon or arising out of non-compliance with any statute, regulation, ordinance or administrative complaint.

**5. Radioactive Matter**

Any liability of whatever nature arising out of, resulting from, caused by or contributed to by:

**a.** Ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel.

**b.** The radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof.

**c.** Any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force of matter.

**d.** Radioactive contamination however caused, whenever or wherever happening.

**EXCLUSIONS APPLICABLE TO COVERAGES A AND B**

This insurance does not apply to:

**1. Pollution**

**a.** **Bodily injury**, **property damage** or **personal and advertising injury** which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

**(2)** Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

**2. Asbestos**

**Bodily injury**, **property damage** or **personal and advertising injury**, sickness, disease, occupational disease, disability, shock, death, mental anguish and mental injury at any time arising out of the manufacture, mining, use, sales, installation, distribution, removal, or encapsulation of, or exposure to asbestos products, asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any party because of damages arising out of such **bodily injury**, **property damage** or **personal and advertising injury**, sickness, disease, occupational disease, disability, shock, death, mental anguish or mental injury at any time as a result of the manufacture, mining, use, sales, installation, distribution, removal, or encapsulation of or exposure to asbestos products, asbestos fibers or asbestos dust.

It is further agreed that the Company is not obligated to defend any **suit** or claim against any insured alleging **bodily injury**, **property damage** or **personal and advertising injury** resulting from or contributed to, by any and all manufacture, mining, use, sales, installation, distribution, removal, or encapsulation of or exposure to asbestos products, asbestos fibers or asbestos dust.

**3. Lead**

**a.** **Bodily injury** arising out of the ingestion, inhalation or absorption of lead in any form, or **property damage** or **personal and advertising injury** (if applicable) arising from any form of lead;

**b.** Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the

effects of lead; or

**c.** Any loss, cost or expense arising out of any claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

**4.** **Silica**

**a.** Any loss, claim, or **occurrence**, whether for **bodily injury**, **property damage**, or **personal and advertising injury** arising out of or in any way related to the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation, ingestion or respiration of silica or products or substances containing silica or silicon dioxide in any form including, but not limited to, silica dust, sand or otherwise, or work involving the use of or handling of silica or silicon dioxide in any form, even if other causes are alleged to contribute to or aggravate such loss, claim or **occurrence**.

**b.** Any loss, claim or **occurrence** arising from or related to:

**(1)** Any supervision, instruction, recommendations, warnings or advice given or which should have been given in connection with the events described in Paragraph **a.**;

**(2)** Any obligation to indemnify, defend, share damages with or repay someone else who must pay damages because of events described in Paragraph **a.**; and

**(3)** Any fines or penalties imposed because of events described in Paragraph **a.**

**5.** **Employment Related Practices**

**Bodily injury** or **personal and advertising injury** arising out of any:

**a.** Refusal to employ;

**b.** Termination of employment;

**c.** Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

**d.** Consequential **bodily injury** or **personal and advertising injury** as a result of **a.** through **c.** above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

**6.** **Professional Liability**

**Bodily injury**, **property damage** or **personal and advertising injury** based upon or arising out of the rendering of or failure to render **professional services**.

**SECTION III - WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured.  Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your **volunteer workers** only while performing duties related to the conduct of your business, or your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** or **volunteer workers** are insureds for:

**(1)** **Bodily injury** or **personal and advertising injury**:

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-**employee** or **volunteer worker** as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** **Property damage** to property:

**(a)** Owned, occupied or used by, or

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** With respect to Coverages **A**, **B**, and **C**, any person (other than your **employee** or **volunteer worker**), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy

3.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company,  and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b.  Coverage **A** does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

    c.   Coverage **B** does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization; and

    d.  Coverage **D** does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

    e.  Coverage **E** does not apply to any act, error or omission in the performance of **professional services** rendered before you acquired or formed the organization.

    No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

4.  Solely with respect to Coverages **A**, **B** and **D**, your clients, provided a written contract or agreement is in effect between you and the client, and solely with respect to **your work** performed by or on your behalf for that client.  For Coverages **A** and **B**, such written contract or agreement must be in effect prior to the **occurrence** giving rise to the claim or **suit** for which the client seeks coverage.  For Coverage **D**, such written contract or agreement must be in effect prior to the commencement of the **pollution conditions** for which the client seeks coverage. Your clients are covered under this policy only for Limits of Liability up to and not exceeding the amount required by the written contract or agreement and subject to the Limits of Liability of this policy.

## SECTION IV - LIMITS OF INSURANCE

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or **suits** brought; or

    c.  Persons or organizations making claims or bringing **suits**.

2.  The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under Coverage **C**;

    b.  Damages under Coverage **A** except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**;

    c.  Damages under Coverage **B**; and

    d.  Damages and supplementary payments under Coverages **D** and **E**.

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of **bodily injury** and **property damage** included in the **products-completed operations hazard.**

4.  Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all **personal and advertising injury** sustained by any one person or organization.

5.  Subject to **2.** or **3.** above, whichever applies, the Each **Occurrence** Limit is the most we will pay for the sum of:

    **a.**      Damages under Coverage **A**.

    **b.**      Medical expenses under Coverage **C**; and

    **c.**      Damages and supplementary payments under Coverage **D**;

    because of all **bodily injury** and **property damage** arising out of any one **occurrence**.

**6.**    Subject to **2.** or **3.** above, whichever applies, the Each Claim Limit is the most we will pay for the sum of damages and supplementary payments under Coverage **E** because of any one claim.

**7.**    Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of **property damage** to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**8.**    Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of **bodily injury** sustained by any one person.

## <u>SECTION V - POLICY CONDITIONS</u>

**1.**    **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2.**    **Cancellation**

    **a.**      This policy may be cancelled by the first Named Insured shown in the Declarations or by endorsement by mailing or delivering written notice to us stating when the cancellation date shall be effective.

    **b.**      This policy may be cancelled by us for the following reasons:

        **(1)**    non-payment of premium;

        **(2)**    material misrepresentation or fraud by you;

        **(3)**    material change in the nature of risk as outlined in the application and submission materials on file with us; or

        **(4)**    the insured's failure to comply with the terms and conditions under this policy including the failure to pay any deductible amount or audit premium when due;

        by mailing to the first Named Insured, at the last known address, written notice of not less than ten (10) days if cancellation is for either reasons **(1)** or **(2)** above, or thirty (30) days if cancellation is for either reasons **(3)** or **(4)** above. Proof of mailing of notice shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall be the end of the policy period.

**3.**    **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    **a.**      You must see to it that we are notified as soon as practicable of an **occurrence** or an offense which may result in a claim or **suit**. To the extent possible, notice should include:

        **(1)**    How, when and where the **occurrence** or offense took place;

        **(2)**    The names and addresses of any injured persons and witnesses; and

        **(3)**    The nature and location of any injury or damage arising out of the **occurrence** or offense.

    **b.**      If a claim is made or **suit** is brought against any insured, you must:

        **(1)**    Immediately record the specifics of the claim or **suit** and the date received; and

    **(2)**    Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

**c.**    You and any other involved insured must:

    **(1)**    Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

    **(2)**    Authorize us to obtain records and other information;

    **(3)**    Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

    **(4)**    Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.**    No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.**    At the time you become aware of an act, error or omission to which this policy applies, if during the policy period you give us written notice containing the following:

    **(1)**    Details of the actual or alleged act, error or omission and the **professional services** rendered by you or on your behalf;

    **(2)**    The specific nature of the damages which have been sustained; and

    **(3)**    Details of how you first became aware of such act, error or omission;

then any claim that may subsequently be made against you arising out of such act, error or omission shall be deemed to have been made on the date we first received written notice of the act, error or omission.

This act, error or omission reporting provision shall terminate at the end of the policy period and shall not exist during the Automatic Extended Reporting Period or the Supplemental Extended Reporting Period.

**4.**    **Inspection And Survey**

With reasonable notice to the insured, we shall be permitted, but not obligated, to inspect the insured's property and/or operations.  Neither our right to make inspections or any report thereon, shall constitute an undertaking, on behalf of or for the benefit of you or others, to determine or warrant that such property or operations are safe or in compliance with environmental law, or any other law.

**5.**    **Legal Action Against Us**

No person or organization has a right under this policy:

**a.**    To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

**b.**    To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.  For purposes of this condition, a consent judgment, stipulated judgment, agreed judgment, consent decree or consent order reached without our written agreement is neither an agreed settlement nor a final judgment.

**6.**    **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this policy, our obligations are limited as follows:

**a.    Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.    Excess Insurance**

This insurance is excess over:

**(1)**    Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)**    That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for **your work**;

**(b)**    That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)**    That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)**    If the loss arises out of the maintenance or use of aircraft, **auto** or watercraft to the extent not subject to Exclusion **d.**, of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)**    Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under this policy to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit**. If no other insurer has the obligation to defend, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)**    The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)**    The total of all deductible and self insured retention amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this policy.

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable Limits of Insurance of all insurers.

**7.    Premium Audit**

**a.**    We will compute all premiums for this policy in accordance with our rules and rates.

ECPC 1001 06 18                                                                                          Page **24** of **31**

**b.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured shown in the Declarations or as amended by endorsement. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured, subject to the minimum premium stated within the policy.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**d.** We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to (3) three years after the end of the policy period.

**8. Premium Payment**

The first Named Insured shown in the Declarations is responsible for the payment of all premiums due and will be the payee for any returned premiums we pay.

**9. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**10. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or **suit** is brought.

**11. Transfer Of Policy**

Your rights and duties under this policy may not be transferred without our written consent.

**12. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

**13. When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the non-renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION VI – EXTENDED REPORTING PERIOD – COVERAGES D AND E ONLY**

**1.** We will provide one or more Extended Reporting Periods, as described below, if:

**a.** This policy is canceled or not renewed; or

**b.** We renew or replace the coverage provided under Coverages **D** or **E** of this policy with insurance that:

**(1)** Has a Retroactive Date for Coverages **D** or **E** later than the date shown in the Declarations; or

**(2)** Coverages **D** or **E** do not apply on a claims made basis.

2. Extended Reporting Periods do not extend the policy period, change the scope of coverage provided or reinstate or increase the Limits of Insurance. They apply only to claims resulting from **pollution conditions** that arise from **your work** and/or actual or alleged acts, errors or omissions in the performance of **professional services** made before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.  Once in effect, Extended Reporting Periods may not be canceled.

3. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for forty five (45) days with respect to claims first made against you and reported to us in writing. The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

4. A Supplemental Extended Reporting Period of up to thirty-six (36) months is available with respect to claims first made against you and reported to us in writing but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in Paragraph **3.** above, ends.

   You must give us a written request for the endorsement within 45 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The exposures insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of Insurance available under this policy for future payment of damages; and

   **d.** Other related factors.

   The additional premium will not exceed 100% of the annual premium for this policy.

   The Extended Reporting Period endorsement shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

## SECTION VII – DEFINITIONS

1. **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   **b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an **advertisement**.

2. **Auto** means:

   **a.** A land motor vehicle, trailer or semi trailer designed for travel on public roads, including any attached machinery or equipment; or

    **b.**    Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment**.

**3.**    **Bodily Injury** means physical injury, sickness, disease, mental anguish, or emotional distress, sustained by any person, including death resulting from any of these at any time.

**4.**    **Cleanup Costs** means the reasonable expenses incurred for the investigation, monitoring, testing, removal, disposal, neutralization, or treatment of **pollution conditions** to the extent required by applicable federal, state or local governmental law pursuant under which the insured has or may have a legal obligation.

**5.**    **Coverage Territory** means:

    **a.**    The United States of America (including its territories and possessions), Puerto Rico and Canada; and

    **b.**    All other parts of the world if the insured's responsibility to pay damages is determined in a **suit** on the merits, in the territory described in **a.** above or in a settlement we agree to.

**6.**    **Employee** includes a **leased worker**.  **Employee** does not include a **temporary worker**.

**7.**    **Executive Officer** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**8.**    **Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by **fungi**, but does not include any **fungi** intended by the insured for consumption.

**9.**    **Impaired Property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

    **a.**    It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.**    You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

    **a.**    The repair, replacement, adjustment or removal of **your product** or **your work**; or

    **b.**    Your fulfilling the terms of the contract or agreement.

**10.**    **Insured Contract** means:

    **a.**    A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an **insured contract**;

    **b.**    A sidetrack agreement;

    **c.**    Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.**    An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.**    An elevator maintenance agreement;

    **f.**    That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability

means a liability that would be imposed by law in the absence of any contract or agreement.

**g.** Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render **professional services**, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**11.** **Leased Worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

**12.** **Loading Or Unloading** means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or **auto**;

**b.** While it is in or on an aircraft, watercraft or **auto**; or

**c.** While it is being moved from an aircraft, watercraft or **auto** to the place where it is finally delivered;

but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck that is not attached to the aircraft, watercraft or **auto**.

**13.** **Mobile Equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.**, or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

ECPC 1001 06 18                                                                                                    Page **28** of **31**

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on **auto** or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, **mobile equipment** does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

14. **Natural Resource Damage** means damage to, injury to, destruction of, or loss of, ground water, wildlife, biota, air, land, water, fish, drinking water supplies, and/or similar resources belonging to, held in trust by, managed by, appertaining to, or otherwise controlled by the United States, any State or local government, any foreign government, or any Indian Tribe, including the reasonable costs of assessing such injury, destruction or loss resulting therefrom.

15. **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

16. **Personal And Advertising Injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your **advertisement**; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your **advertisement.**

17. **Pollutant(s)** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

18. **Pollution Conditions** means the discharge, dispersal, release, seepage, migration, or escape of **pollutants**.

19. **Products-Completed Operations Hazard**:

   a. Includes all **bodily injury** and **property damage** occurring away from premises you own or rent and arising out of **your product** or **your work** except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, **your work** will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include **bodily injury** or **property damage** arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the **loading or unloading** of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

20. **Professional Services** means those services performed by you or on your behalf, that are related to your practice as an engineer, consultant, architect, or surveyor that are performed for others for a fee.

21. **Property Damage** means:

   a. Physical injury to tangible property, including resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it; or

   c. Solely with respect to Section **I -** Coverages **D** and **E**, **property damage** shall include **cleanup costs** and **natural resource damage**.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

22. **Suit** means a civil proceeding in which damages because of **bodily injury**, **property damage**, **personal and advertising injury**, or **professional services** to which this insurance applies are alleged.  **Suit** includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does

submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**23.** **Temporary Worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

**24.** **Volunteer Worker** means a person who is not your **employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**25.** **Your Product**:

   **a.** Means:

   **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   **(a)** You;

   **(b)** Others trading under your name; or

   **(c)** A person or organization whose business or assets you have acquired; and

   **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

   **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**26.** **Your Work**:

   **a.** Means:

   **(1)** Work or operations performed by you or on your behalf; and

   **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**, and

   **(2)** The providing of or failure to provide warnings or instructions.

# SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other Officer specified for that purpose in the Statute, or his/her successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of you or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the below named as the person to whom the said Officer is authorized to mail such process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon John Briggs, or his nominee of the Company at 7233 East Butherus Drive, Scottsdale, Arizona 85260, and that in any suit instituted against the Company upon this policy, it will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.  Nothing herein shall constitute a selection or designation of forum, or a waiver of any of the Company's rights to select a forum or court, including any of the federal courts of the United States.  This includes any right to commence an action in or remove or transfer an action to the United States District Court or any other court of competent jurisdiction, as permitted by law.

E906 (08/21)

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## ADDITIONAL INSURED – BLANKET

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in this policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) corresponding with the box or boxes marked below.

☒ **COVERAGES PARTS A AND B – GENERAL LIABILITY**

☒ **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

**SECTION III – WHO IS AN INSURED** is amended to include as an insured, with respect to Coverage **A**, **B** and **D**, any person(s) or organization(s) when you and such person(s) or organization(s) have agreed in a written contract or written agreement that such person(s) or organization(s) be added as an additional insured on your policy.  Such written contract or written agreement must be in effect prior to the performance of **your work** which is the subject of such written contract or written agreement.

Such additional insured status applies only:

1.  Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2.  Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) with which you have so agreed in a written contract or written agreement.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1004 08 16                                                                                          Page **1** of **1**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## ADDITIONAL INSURED – COVERAGE A, B & D – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) corresponding with the box or boxes marked below.

☒  **COVERAGES PARTS A AND B – GENERAL LIABILITY**

☒  **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

### SCHEDULE

| | |
|---|---|
| **Name of Person or Organization:** | CLK MULTIFAMILY MANAGEMENT LLC, CLK MANAGEMENT CORP, CLK LONGVIEW MANAGEMENT LLC, AND ALL THEIR AFFILIATED, OWNED, MANAGED, AND RELATED ENTITIES |
| **Job Description/Location:** | All locations where "your work" is performed as specified in the contract or written agreement between you and the Additional Insured(s). |

**SECTION III – WHO IS AN INSURED** is amended to include as an insured, with respect to Coverage **A**, **B** and **D**, any person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1. Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

2. Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of out **pollution conditions** that are the results of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

ECP 1005 08 16                                                                                       Page **1** of **2**

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| EMPLOYEE BENEFIT LIABILITY COVERAGE |
|---|

### THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE.

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

### SCHEDULE

| Coverage: | Employee Benefits Programs | |
|---|---|---|
| Premium: | INCLUDED | |
| Limit Of Insurance: | $1,000,000 | Employee Benefits Liability - Each Employee |
| | $1,000,000 | Employee Benefits Liability - Aggregate |
| Deductible: | $1,000 | Each Employee |
| Retroactive Date: | 09/24/2022 | Employee Benefits Liability Coverage Retroactive Date |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.**     The following is added to **SECTION I – COVERAGES**:

   **COVERAGE – EMPLOYEE BENEFITS LIABILITY**

   **1.     Insuring Agreement**

      **a.**     We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any **claim** or **suit** that may result. But:

         **(1)**     The amount we will pay for damages is limited as described in Paragraph **E.** of this endorsement (**SECTION IV – LIMITS OF INSURANCE**); and

         **(2)**     Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

      **b.**     This insurance applies to damages only if:

         **(1)**     The act, error or omission, is negligently committed in the **administration** of your **employee benefit program**;

         **(2)**     The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A **claim** for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** of this endorsement.

**c.** A **claim** seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such **claim** is received and recorded by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **1.a.** above.

A **claim** received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the **claim**.

**d.** All **claims** for damages made by an **employee** because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such **employee's** dependents and beneficiaries, will be deemed to have been made at the time the first of those **claims** is made against any insured.

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b.** **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

**Bodily injury**, **property damage** or **personal and advertising injury**.

**c.** **Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d.** **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the **employee benefit program**.

**e.** **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any **claim** based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the **employee benefit program**.

**f.** **Workers' Compensation And Similar Laws**

Any **claim** arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g.** **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h.    Available Benefits**

Any **claim** for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i.    Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j.    Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.**    For the purposes of the coverage provided by this endorsement:

**1.**    All references to **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, D, AND E** are replaced by **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, D, E, AND EMPLOYEE BENEFITS LIABILITY**.

**2.**    Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.**    For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **4.** of **SECTION III – WHO IS AN INSURED** are replaced by the following:

**2.**    Each of the following is also an insured:

**a.**    Each of your **employees** who is or was authorized to administer your **employee benefit program.**

**b.**    Any persons, organizations or **employees** having proper temporary authorization to administer your **employee benefit program** if you die, but only until your legal representative is appointed.

**c.**    Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**4.**    Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.**    Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.**    Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.**    For the purposes of the coverage provided by this endorsement, Paragraph **3.** of **SECTION III – WHO IS AN INSURED** does not apply.

**E.**    For the purposes of the coverage provided by this endorsement, **SECTION IV – LIMITS OF INSURANCE** is replaced by the following:

**1.    Limits Of Insurance**

**a.**    The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** **Claims** made or **suits** brought;

**(3)** Persons or organizations making **claims** or bringing **suits**;

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your **employee benefit program**.

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the **administration** of your **employee benefit program.**

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one **employee**, including damages sustained by such **employee's** dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the **administration** of your **employee benefit program**.

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the **employee benefit program**.

**2.    Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one **employee**, including such **employee's** dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any **suits** seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or **claim**

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any **claim** or **suit** and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**F.**    For the purposes of the coverage provided by this endorsement, Conditions **3.** and **6.** of **SECTION V – POLICY CONDITIONS** are replaced by the following:

**3.    Duties In The Event Of An Act, Error Or Omission, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a **claim**. To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or

omission.

**b.** If a **claim** is made or **suit** is brought against any insured, you must:

**(1)** Immediately record the specifics of the **claim** or **suit** and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the **claim** or **suit** as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **claim** or **suit**;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the **claim** or defense against the **suit**; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**6. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)**    We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**G.**    For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.**    You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.**    This endorsement is canceled or not renewed; or

**b.**    We renew or replace this endorsement with insurance that:

**(1)**    Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)**    Does not apply to an act, error or omission on a claims made basis.

**2.**    The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to **claims** for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.**    An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.**    The **employee benefit programs** insured;

**b.**    Previous types and amounts of insurance;

**c.**    Limits of insurance available under this endorsement for future payment of damages; and

**d.**    Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement and is subject to a minimum premium of $2,500.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for **claims** first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.**    The Extended Reporting Period is subject to the Limits of Insurance as shown under the Schedule of this

endorsement. The Extended Reporting Period does not reinstate the Aggregate Limit as shown in the Schedule.

**H.** For the purposes of the coverage provided by this endorsement, the following definitions are added to **SECTION VII - DEFINITIONS**:

**1.** **Administration** means:

**a.** Providing information to **employees**, including their dependents and beneficiaries, with respect to eligibility for or scope of **employee benefit programs**;

**b.** Handling records in connection with the **employee benefit program**; or

**c.** Effecting, continuing or terminating any **employee's** participation in any benefit included in the **employee benefit program**.

However, **administration** does not include handling payroll deductions.

**2.** **Cafeteria plans** means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** **Claim** means any demand, or **suit**, made by an **employee** or an **employee's** dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.** **Employee benefit program** means a program providing some or all of the following benefits to **employees**, whether provided through a **cafeteria plan** or otherwise:

**a.** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an **employee** may subscribe to such benefits and such benefits are made generally available to those **employees** who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an **employee** may subscribe to such benefits and such benefits are made generally available to all **employees** who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**I.** For the purposes of the coverage provided by this endorsement, Definitions **6.** and **22.** in **SECTION VII - DEFINITIONS** are replaced by the following:

**6.** **Employee** means a person actively employed, formerly employed, on leave of absence or disabled, or retired. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

**22.** **Suit** means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. **Suit** includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

---

### DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

---

### SCHEDULE

**Designated Construction Projects:**
Each of your projects away from the premises owned or rented to you, performed during the policy period when a Designated Per Project Aggregate Limit of Insurance is required in written contractual agreement.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by **occurrences** under **SECTION I – COVERAGE A** which can be attributed only to ongoing operations as shown in the schedule above:

   **1.** A separate Designated Construction Project Limit applies to each designated construction project and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations page.

   **2.** Except for damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**, the Designated Construction Project Limit is the most we will pay for the sum of all damages under **SECTION I –COVERAGE A** regardless of the number of:

      **a.** Insureds;

      **b.** Claims made or **suits** brought; or

      **c.** Persons or organizations making claims or bringing **suits**.

   **3.** Any payments made under **SECTION I –COVERAGE A** for damages shall reduce the Designated Construction Project Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations page nor shall they reduce any other Designated Construction Project Limit, except as affected by the Designated Construction Project Aggregate Limit described below.

   **4.** The limits shown in the Declarations page for Each Occurrence and Damage to Premises Rented to you continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project Limit.

   **5.** **a.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under the Designated Construction Project Limit, described in **1.** and **2.** above.

      **b.** Regardless of the number of construction projects or designated construction projects covered under this policy, the most we will pay as the Designated Construction Project General Aggregate is $5,000,000.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by **occurrences** under **SECTION I –COVERAGE A** which cannot be attributed only to ongoing operations  as shown in the schedule above:

   **1.** Any payments made under **SECTION I –COVERAGE A** for damages shall reduce the amount available under the General Aggregate Limit or the Products Completed Operations Aggregate Limit, whichever is applicable; and

   **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.**    When coverage for liability arising out of the **products-completed operations hazard** is provided, any payments for damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard** will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.**    If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.**    The provisions of **SECTION IV – LIMITS OF INSURANCE** not otherwise modified by this endorsement shall continue to apply as stipulated.

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| DESIGNATED OPERATIONS EXCLUSION – COVERAGE A & B |
|---|

**SCHEDULE OF OPERATIONS:**

Operations performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022

Operations performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE A** - **BODILY INJURY AND PROPERTY DAMAGE LIABILITY** & **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY** of this policy do not apply to any operations shown in the Schedule of Operations above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1029 06 18                                                                                     Page 1 of 1

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### TRANSPORTATION POLLUTION LIABILITY COVERAGE

**SCHEDULE OF VEHICLES:**

All vehicles owned, leased, or rented by the named insured

In consideration of the premium charged, it is hereby agreed that **SECTION I – COVERAGE  D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, h. Auto, Aircraft, Watercraft Or Rolling Stock** is deleted in its entirety and replaced as follows:

**Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

Also, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of the vehicles in the above Schedule of Vehicles.

Notwithstanding the above, coverage under this endorsement is provided only for **autos** which have statutory auto liability coverage in place with an A.M. Best A- (VII) rated, or better, carrier.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### CONTINGENT TRANSPORTATION POLLUTION LIABILITY COVERAGE

In consideration of the premium charged, it is hereby agreed that **SECTION I – COVERAGE  D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, h. Auto, Aircraft, Watercraft or Rolling Stock** is deleted in its entirety and replaced as follows:

**h.      Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

Also, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock that:

**(1)**      Commences during the transportation of **your product** or wastes by a **carrier**; and

**(2)**      Results in **bodily injury**, **property damage** or **cleanup costs** during the transportation of **your product** or wastes; and

However, no coverage is provided for the mis-delivery of any liquid product into the wrong receptacle or to a wrong address or for the erroneous delivery of a liquid product by **auto**, aircraft, watercraft or rolling stock.

As used in this endorsement, the following definition shall apply:

**Carrier** means a person or entity, other than the Insured or any subsidiary or affiliated company of the Insured, engaged in the business of transporting property for hire by **auto**, rolling stock, aircraft or watercraft.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| DESIGNATED OPERATIONS EXCLUSION – COVERAGE D |
|---|

| SCHEDULE OF OPERATIONS: |
|---|
| Operations performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022<br><br>Operations performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE D – CONTRACTORS POLLUTION LIABILITY** of this policy does not apply to any operations shown in the Schedule of Operations above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**ENDORSEMENT**

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| DESIGNATED OPERATIONS EXCLUSION – COVERAGE E |
| --- |

| SCHEDULE OF PROFESSIONAL SERVICES: |
| --- |
| Professional Services performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022<br>Professional Services performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE E – PROFESSIONAL LIABILITY** of this policy does not apply to any **professional services** shown in the Schedule of Operations above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1053 06 18                                                                                                          Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| EXCLUSION – VIOLATION OF PRIVACY |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

This endorsement modifies insurance provided under the:

**ENVIRONMENTAL COMBINED POLICY**

I.    The following is added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E.**

This insurance does not apply to:

Any **bodily injury, property damage**, **personal and advertising injury**, loss**, cleanup costs,** claim(s)**, suit(s),** damages, and/or Supplementary Payments, including but not limited to defense costs based upon or allegedly or actually arising out of, related to, caused in whole or in part by, contributed to or in any way connected with any action or omission made by or on behalf of any insured that violates or is alleged to violate:

1.  The Telephone Consumer Protection Act (TCPA), including any amendment of, or addition to, such law; or

2.  The Controlling the Assault of Non-Solicited Pornography and Marketing (CAN-SPAM) Act of 2003 including any amendment of, or addition to, such law; or

3.  The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate     Credit Transactions Act (FACTA); or

4.  Any Biometric Information Privacy Act (BIPA) enacted by any federal, state or local law, statute, ordinance or regulation, and any amendment of or addition to such act, law, statute, ordinance or regulation governing the capture, collection, purchase, receipt through trade, use, safeguarding, handling, storage, retention, disposal, transmission, or protection from disclosure or re-disclosure of any person's or customer's **biometric identifier** or **biometric information**.

5.  Any other federal, state or local law, statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003,  FCRA, or any BIPA and their amendments and additions, that addresses, prohibits, or limits the capturing, collecting, purchasing, receiving through trade, using, safeguarding, handling, storing, retaining, sending, transmitting, protecting from disclosure or re-disclosure, printing, disseminating, disposing, recording, transmitting, communicating or distributing of material or information.

This exclusion also applies to any liability or **bodily injury, property damage**, **personal and advertising injury**, loss**, cleanup costs,** claim(s)**, suit(s),** damages, and/or Supplementary Payments, including but not limited to defense costs for which the insured is obligated, or is alleged to be obligated, to pay damages or defend any claim or **suit** by reason of the assumption of liability in an **insured contract**.

II.   The following definitions are added to **SECTION VII – DEFINITIONS:**

**Biometric identifier** means a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry.

**Biometric information** means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's **biometric identifier** used to identify an individual.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**ENDORSEMENT**

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| |
|---|
| **EXCLUSION – FINANCIAL SERVICES** |

This endorsement modifies insurance provided under the following:

**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

This insurance does not apply to **bodily injury** or **property damage** or **personal and advertising injury** resulting from the rendering of or the failure to render financial services by any insured to others.  For the purpose of this exclusion, financial services include but are not limited to:

**1.**     Planning, administering or advising on:

    **a.**     Any:

        **(1)**     Investment;

        **(2)**     Pension;

        **(3)**     Annuity;

        **(4)**     Savings;

        **(5)**     Checking; or

        **(6)**     Individual retirement


        plan, fund or account;


    **b.**     The issuance or withdrawal of any bond, debenture, stock or other securities;

    **c.**     The trading of securities, commodities or currencies; or

    **d.**     Any acquisitions or mergers;


**2.**     Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

**3.**     Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;

**4.**     Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

**5.**     Checking or reporting of credit;

**6.**     Maintaining of financial accounts or records;

**7.**     Tax planning, tax advising or the preparation of tax returns; or

**8.**     Selling or issuing travelers checks, letters of credit, certified checks, bank checks or money orders.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| BLANKET NON-OWNED DISPOSAL SITE COVERAGE – ON & OFF SITE |
|---|

In consideration of the premium charged, it is hereby agreed and understood subject to all the terms and conditions of this policy, **SECTION I – COVERAGES, COVERAGE D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, i. Off-Site Waste Disposal** shall not apply to the Non-Owned Disposal Sites described below:

All waste treatment, waste storage or waste disposal facilities utilized by or on the behalf of the insured for waste generated provided that:

1. Such **pollution conditions** must commence on or after the **Retroactive Date** set forth in this endorsement, and

2. As of the date that the waste was delivered to the waste treatment, waste storage or waste disposal facility, the facilities:

    a. Are within the United States of America (including its territories and possessions), Puerto Rico and Canada;

    b. Are not owned, operated or managed by the insured or any subsidiary or affiliate of the insured;

    c. Are properly licensed to accept such waste for treatment, storage or disposal;

    d. Are not listed, proposed for listing or formerly listed on the federal National Priorities List, State equivalent, or local equivalent list;

    e. Are not subject to, and have not been subject to in the previous four years, an information request under Section 104(e) of the Comprehensive Environmental Response, Compensation, and Liability Act or Section 3007(a) of the Resource Conservation and Recovery Act, or a State or local equivalent request; and

    f. Are not owned or operated by a bankrupt or financially insolvent entity.


**RETROACTIVE DATE:** 09/24/2020

For the purposes of this endorsement only, the following definition shall apply:

1. **Retroactive Date** means the earliest date that a **pollution condition** can commence for coverage to be provided under this endorsement. If no entry appears above or "N/A" is shown above, then a **retroactive date** shall not apply.

For purposes of this endorsement only, the following exclusion shall apply:

1. Any claim or **suit** brought against the insured by an owner or operator of any Non-Owned Disposal Site described above.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| MICROBIAL SUBSTANCE COVERAGE - DEDUCTIBLE |
|---|

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE**

In consideration of the premium charged and notwithstanding anything contained in this policy to the contrary, it is hereby agreed and understood that this endorsement shall add to this policy the Coverage Part(s) corresponding with the box (es) marked below.

For the purposes of the coverage provided by this endorsement, <u>**SECTION II – SHARED EXCLUSIONS**</u>, **2. Fungi** contained within the policy, shall not apply to **COVERAGE F** and/or **COVERAGE G** of this endorsement.  All other exclusions contained in the policy that apply to **COVERAGE D** shall also apply to **COVERAGE F** and all other exclusions contained in the policy that apply to **COVERAGE E** shall also apply to **COVERAGE G** of this endorsement.

In the event the terms of this endorsement conflict with any terminology of the policy, including the **fungi** exclusion as noted above, the terms and conditions of this endorsement shall supersede with respect to all **suits** or claims arising out of **microbial substance** and **fungi** coverage provided by this endorsement.

<u>**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE**</u>

☒    **COVERAGE F MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY**
☒    **COVERAGE G MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY   (CLAIMS MADE COVERAGE)**

| MICROBIAL SUBSTANCE SCHEDULE OF SUB-LIMITS OF LIABILITY AND DEDUCTIBLE | | |
|---|---|---|
| **Limits of Liability:** | $2,000,000 | Microbial Substance - SubLimit Each Claim |
| | $5,000,000 | Microbial Substance Coverage Aggregate Sub-Limit (included in the General Aggregate Limit) |
| **Deductible:** | $2,500 | Each Claim |

<u>**SECTION I – COVERAGES**</u>

**COVERAGE F MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY**

**Insuring Agreement**

1.    We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible shown above, resulting from **pollution conditions** arising out of **covered operations**.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any **pollution condition** and settle any claim or **suit** that may result. But:

**a.** The amount we will pay for damages is limited as described in the Schedule of this endorsement stated above; and

**b.** Our right and duty to defend ends under Coverage **F** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, **E**, **F** or **G** or medical expenses under Coverage **C**.

For purposes of this endorsement "Supplementary Payments – Coverages **A**, **B**, **D**, and **E**" shall also apply to Coverage **F**, but no other obligation or liability to pay sums or perform acts or services is covered under Coverage **F** unless explicitly provided for under that Supplementary Payments section.

**2.** This insurance applies to **bodily injury** and **property damage** arising out the **covered operations** scheduled below:

| COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE | |
|---|---|
| **Covered Operations** | **Retroactive Date(s)** |
| Fire & water restoration & clean-up work, including water extraction & drying, mold remediation, and rebuilding construction operations directly as a result of damage caused by fire, water, microbial substances/fungi/mold, vandalism, storms, flooding, and/or other natural disasters.<br><br>Microbial Substance Covered Operations shall also include the construction, rehabilitation, renovation, reconstruction or remodeling of any building or structure in whole or in part not associated with those operations conducted to repair damage caused by fire, water, microbial substances/fungi/mold, vandalism, storms, flooding and/or other natural disasters. | 09/24/2012 |

but only if:

**a.** The **bodily injury** or **property damage** is caused by **pollution conditions** that take place in the **coverage territory** arising out of **covered operations**;

**b.** A claim for damages from **pollution conditions** is first made against you, in accordance with paragraph **3.** below, during the policy period or any Extended Reporting Period, if applicable;

**c.** The **pollution conditions** were unexpected and unintended from your standpoint; and

**d.** The **covered operations** resulting in a claim commenced on or after the Retroactive Date stated in **COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE** above, and before the end of the policy period.

**3.** Any claims for damages to the same person including damages claimed by any person or organization for care, loss of services or death resulting at any time, will be deemed to have been made at the time the first of those claims is made against any insured.

**COVERAGE G MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY**

**Insuring Agreement**

**1.** We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible shown above, that result from **microbial substance professional services**. The damages must result from an actual or alleged act, error of omission in the performance of **microbial substance professional services** rendered by the insured. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any actual or alleged act, error or omission and settle any claim or **suit** that may result. But:

a.    The amount we will pay for damages is limited as described in the Schedule of this endorsement stated above; and

b.    Our right and duty to defend ends under Coverage **G** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, **E**, **F** or **G** or medical expenses under Coverage **C**.

For purposes of this endorsement "Supplementary Payments – Coverages **A**, **B**, **D**, and **E**" shall also apply to Coverage **G**, but no other obligation or liability to pay sums or perform acts or services is covered under Coverage **G** unless explicitly provided for under that Supplementary Payments section.

2.    This insurance applies to claims that result from the rendering or failure to render **microbial substance professional services** scheduled below:

| COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE | |
| --- | --- |
| **Microbial Substance Professional Services** | **Retroactive Date(s)** |
| All environmental professional services including implementation of the procedural standards and principles as outlined within IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration and/or IICRC S520 Standard and Reference Guide for Professional Mold Remediation. | 09/24/2020 |

but only if:

a.    A claim for damages is first made against you, in accordance with paragraph **3.** below during the policy period or any Extended Reporting Period, if applicable.

b.    The actual or alleged act, error, or omission takes place on or after the Retroactive Date stated in **COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE** above, and before the end of the policy period;

c.    The actual or alleged act, error, or omission takes place in the **coverage territory**.

3.    Any claims for damages to the same person including damages claimed by any person or organization for care, loss of services or death resulting at any time, will be deemed to have been made at the time the first of those claims is made against any insured.

## SECTION II - DEFINITIONS

For the purposes of the Coverages **F** and **G** only, the following definitions shall apply:

1.    **Covered Operations** means the performance of those operations performed by you or on your behalf stated in **COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE** above.

2.    **Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by **fungi**, but does not include any **fungi** intended by the insured for consumption.

3.    **Microbial Substance Professional Services** means the performance of those services performed by you or on your behalf stated in **COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE** above.

4.      **Pollutants** means **microbial substance**.

5.      **Pollution condition** means the discharge, dispersal, seepage, migration, presence of (as a result of **covered operations** and/or **microbial substance professional services**), release or escape of **pollutants** as defined in **4.** above.

6.      **Bacteria** means any type or form of **bacteria** and any materials or substances that are produced or released by **bacteria**.

7.      **Microbial Substance** means any substance that reproduces through release of spores or the splitting of cells including but not limited to **bacteria**, protozoa, **fungi**, chlamydiae, rickkettsiae, whether or not the **microbial substance** is living.

8.      **Property Damage** means:

   a.      Physical injury to tangible property, including resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

   b.      Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of when **covered operations** or **microbial substance professional services** were performed that caused it;

   c.      **Cleanup costs**; or

   d.      **Natural resource damage**.

9.      **Cleanup Costs** means the reasonable and necessary expenses, including legal expenses incurred with the Company's written consent, which consent shall not be unreasonably withheld or delayed, for the investigation, removal, remediation including associated monitoring, or disposal of **microbial substances**:

   a.      To the extent required by the New York City Department of Health and Mental Hygiene Guidelines on Assessment and Remediation of **Fungi** in Indoor Environments, as revised on January 2008 ("NYC Guidelines"), Section 3. Remediation, or the Institute of Inspection, Cleaning and Restoration Certification S520 Standard and Reference Guide for Professional Mold Remediation, Second Edition published in 2008; or

   b.      To the extent required by applicable federal, state or local governmental law pursuant under which the insured has or may have a legal obligation.

   **Cleanup Costs** shall include **Restoration Costs**.

10.     **Restoration Costs** means the reasonable and necessary expenses incurred by the insured with the Company's written consent, which consent shall not be unreasonably withheld or delayed, to repair, replace or restore real or personal property to substantially the same condition it was in prior to the being damaged when performing **covered operations** or **microbial substance professional services** in the course of incurring **Cleanup Costs**. **Restoration Costs** shall not include any costs associated with improvements or betterments of the damaged property.

**SECTION III – OTHER INSURANCE**

For the purposes of the coverage provided by this endorsement, the following provision shall apply:

Coverage provided under this endorsement for **microbial substances** shall apply only to the applicable Coverage Parts specifically indicated by the marked box (es) at the beginning of this endorsement.  Where other insurance may be available for the loss covered under this endorsement, the insured shall promptly, upon request of the Company, provide the Company with copies of all such policies.


**SECTION IV – DEDUCTIBLE**

For the purposes of the coverage provided by this endorsement, the following Deductible provisions are added:

1. Our Limit of Insurance as stated in the endorsement schedule shall apply only in excess of the deductible stated in the Schedule of this endorsement above. The deductible shall apply once to each claim for coverage under this endorsement.

2. For purposes of this endorsement, claim expenses shall include, but not be limited to, those incurred for legal services, investigations, court costs, adjustment services, experts, and other such expenses.

3. Cost and expenses payable under the Supplementary Payments section of the coverage form shall contribute to the exhaustion of the stated deductible amount above.

   The terms of this insurance, including those with respect to:

   a. Our right and duty to defend any **suit** seeking damages, and

   b. Your duties in the event of an claim or **suit**;

   Apply irrespective of the application of the deductible amount above.

4. We retain sole discretion in choosing and appointing counsel to represent the insured in the defense of any claim.

5. We retain final settlement authority within the deductible.  If the Insured does not accept an offer of settlement we deem reasonable, we shall have no responsibility for any damages or supplementary payments above what we would have paid had the claim been settle for any reasonable offer within the deductible.

6. We shall have the right, but not the obligation, to pay damages, claim expenses, or Supplementary Payments within the deductible if we deem it advisable to do so.  If we exercise this right, the insured must promptly, but in no event later than thirty (30) days, reimburse us for any payments made by us within the amount of the applicable deductible.  Should the insured fail to reimburse us, the insured shall additionally become liable for any and all costs of collection of the deductible, including attorneys' fees, and interest at the prevailing local rate from the date reimbursement is requested.

7. Failure of the insured to pay such deductible amount within thirty (30) days after receipt of a written request for such payment will be a material breach of the entire contract, entitling us to terminate the contractual obligation between the parties.  In the event of a bankruptcy filing, the contract is deemed executory under 11 U.S.C. Sec. 365, and the payments of the deductible shall be made on a monthly basis and treated as an administrative expense under 11 U.S.C. Sec. 507(a)(1).

**SECTION V - EXTENDED REPORTING PERIOD – COVERAGES F AND G**

For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims made Coverage Part, it replaces any similar Section in that Coverage Part:

1.  We will provide one or more Extended Reporting Periods, as described below, if:

    a.  This policy is canceled or not renewed; or

    b.  We renew or replace the coverage provided under Coverages **F** or **G** of this policy with insurance that:

        (1)  Has a Retroactive Date for Coverages **F** or **G** later than the date shown in the Declarations; or

        (2)  For which Coverages **F** or **G** do not apply on a claims made basis.

2.  Extended Reporting Periods do not extend the policy period, change the scope of coverage provided or reinstate or increase the Limits of Insurance. They apply only to claims resulting from **pollution conditions** that arise from **covered operations** and/or actual or alleged acts, errors or omissions in the performance of **microbial substance professional services** made before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.  Once in effect, Extended Reporting Periods may not be canceled.

3.  A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for forty five (45) days with respect to claims first made against you and reported to us in writing. The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

4.  A Supplemental Extended Reporting Period of up to thirty-six (36) months is available with respect to claims first made against you and reported to us in writing but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in Paragraph **3.** above, ends.

    You must give us a written request for the endorsement within 45 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

    We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

    a.  The exposures insured;

    b.  Previous types and amounts of insurance;

    c.  Limits of Insurance available under this policy for future payment of damages; and

    d.  Other related factors.

    The additional premium will not exceed 100% of the annual premium for this policy.

    The Extended Reporting Period endorsement shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.


   **ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| ADDITIONAL INSURED – SCHEDULED PERSON OR ORGANIZATION |
|---|

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

| SCHEDULE |
|---|
| **Name of Person or Organization:**<br>• Crawford & Company and Crawford Contractor Connection, a division of Crawford & Company<br>• USAA<br>• Frankenmuth<br>• Hartford Fire Insurance Company and its affiliates<br>• Nationwide Program<br>• Any other client under written contract with Crawford Contractor Connection, a division of Crawford & Company. |
| **Job Description/Location:**<br>• All work assigned by or performed for Crawford Contractor Connection, a division of Crawford & Company, through the contractor program. |

Section **III** – Who is an Insured is amended to include as an insured, with respect to Coverage **A, B** and **D**, the person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1. Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

   a. **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

   b. **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2. Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

   a. **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

   b. **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached.  Please read it carefully.

## ADDITIONAL INSURED – GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) below.

**X**    **COVERAGE A AND B – GENERAL LIABILITY**

**SCHEDULE**

| |
|---|
| **Name of Person or Organization:**<br>Servpro Corporate |

**SECTION III – WHO IS AN INSURED** is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as a grantor of a franchise to you.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1092 11 15                                                                                      Page **1** of **1**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| ADDITIONAL INSURED – SCHEDULED PERSON OR ORGANIZATION |
|---|

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

| SCHEDULE |
|---|
| **Name of Person or Organization:**<br>• Alacrity Renovation Services, LLC and its officers, managers, employees and agents. |
| **Job Description/Location:**<br>• All work assigned by or performed for Alacrity Renovation Services, LLC and its officers, managers, employees and agents, through the contractor program. |

Section **III** – Who is an Insured is amended to include as an insured, with respect to Coverage **A, B** and **D**, the person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1. Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

   a. **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

   b. **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2. Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

   a. **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

   b. **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| RESTORE PAC PLUS ENDORSEMENT |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

**I. VOLUNTARY PROPERTY DAMAGE**

**A.** It is agreed that the following is added to Paragraph **1., Insuring Agreement** of **SECTION I - Coverage A - Bodily Injury and Property Damage Liability:**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of unintentional damage to property of others:
   **(1)** directly caused by the insured or while the property is in the possession of the insured, and
   **(2)** directly caused by **your work** and covered by this policy.

   **b.** This insurance applies to **property damage** only if:
   **(1)** The **property damage** is caused by an **occurrence** that takes place in the **coverage territory**; and
   **(2)** The **property damage** occurs during the policy period.

   Damage does not include disappearance, abstraction, or loss of use.

**B.** With respect to coverage provided by this Voluntary Property Damage portion of this endorsement only, Paragraphs **i.(3), i.(4), and i.(5) of Paragraph 2. Exclusions** of **SECTION I - Coverage A - Bodily Injury and Property Damage Liability** are deleted.

**C. LIMITS OF INSURANCE**
The most we will pay for loss or damage to **covered property** under this endorsement is the sub-limit of insurance shown on the following schedule:

| SCHEDULE Sub-limits and Deductible | |
|---|---|
| **Voluntary Property Damage Coverage Limit of Liability – per occurrence:** | **$50,000** |
| **Voluntary Property Damage Aggregate Limit of Liability:** | **$50,000** |
| **Voluntary Property Damage Coverage Deductible:** | **$5,000** |

This endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy. Claims and claim-related costs paid by us pursuant to this endorsement shall reduce the General Aggregate Limit. Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, any insured for defense, indemnification, or otherwise.

**D.** With respect to coverage provided by this Voluntary Property Damage portion of this endorsement only, Paragraph 6**., Other Insurance** of **SECTION V - Policy Conditions** is replaced by the following:

**6. Other Insurance -** If any other insurance carried by you or others applies to a loss covered by this endorsement, this insurance shall apply only as excess insurance over the other valid and collectible insurance.

**E.** With respect to coverage provided by this Voluntary Property Damage portion of this endorsement, the following condition is added to **SECTION V - Policy Conditions:**

**1.** If damage occurs, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs, at actual cost to you, excluding prospective profit or overhead charges of any nature.

**II.    LOST KEY COVERAGE**

**A.** It is further agreed that **SECTION I – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, i. Damage To Property, (4)** is amended to include the following:

This exclusion does not apply to the loss of other's keys in your care, custody, or control, subject to the limitations described below for Lost Key Coverage.

**B.    LIMITS OF INSURANCE**
The most we will pay for the loss of keys is the sub-limit of insurance shown on the following schedule:

| SCHEDULE Sub-limits and Deductible | |
|---|---|
| Lost Key Coverage Limit of Liability – per occurrence: | $ 25,000 |
| Lost Key Coverage Aggregate Limit of Liability: | $ 25,000 |
| Lost Key Coverage Deductible: | $ 500 |

This endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy.  Claims and claim-related costs paid by us pursuant to this endorsement shall reduce the General Aggregate Limit.  Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, any insured for defense, indemnification, or otherwise.

**C.    COVERAGE**

Our liability for all **property damage** arising from lost keys is limited to:
1.    The actual cost of keys;
2.    Adjustment of locks to accept new keys, or
3.    New locks, if required, including the cost of their installation.

**III.    ENHANCED SUPPLEMENTARY PAYMENTS**
It is further agreed that Paragraphs **1.b** and **1.d** of **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, D, and E** of **SECTION I - COVERAGES** are hereby deleted and replaced with the following:

**b.** Up to $5,000 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the **insured** at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $500 a day because of time off work.

**IV.    ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT**

**A.    <u>SECTION III – WHO IS AN INSURED</u>** is amended to include as an insured, with respect to Coverage parts **A**, **B** and **D** only, any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

1.    Only applies to the extent permitted by law; and

2.    Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any **occurrence** which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **SECTION IV – Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

1.    Required by the contract or agreement you have entered into with the additional insured; or

2.    Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

**V.    ADDITIONAL INSURED - STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION - PERMITS OR AUTHORIZATIONS**

**A.    <u>SECTION III – WHO IS AN INSURED</u>** is amended to include as an additional insured, with respect to Coverages **A**, **B** and **D** only, any state or government agency or subdivision or political subdivision subject to the following provisions:

1.    This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

However:

a.    The insurance afforded to such additional insured only applies to the extent permitted by law; and

b.    If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

2.    This insurance does not apply to:

a.    **Bodily injury**, **property damage** or **personal and advertising injury** arising out of operations performed for the federal government, state or municipality; or

b.    **Bodily injury** or **property damage** included within the **products-completed operations hazard**.

**B.**    With respect to the insurance afforded to these additional insureds, the following is added to **SECTION IV – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1.    Required by the contract or agreement; or

2.    Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

**VI.    SECTION VII – DEFINITIONS, 3. Bodily Injury and 20. Professional Services are hereby deleted and replaced with the following:**

3.    **Bodily Injury** means**:**
a.    physical injury, sickness or, disease, sustained by any person, including death, and solely with respect to this paragraph **3.a.** medical monitoring resulting from any of these; and
b.    mental anguish or emotional distress sustained by any person.

20.    **Professional Services** means services performed in the ordinary course of your vocation, occupation or business involving specialized education, knowledge, labor, judgement and skill performed for a third party pursuant to some express or implied agreement, and for which you can reasonably expect some compensation would be due.

**Professional Services** is limited to acts or services provided in your capacity as a Certified Restoration Contractor, general contractor, construction manager, environmental consultant, or Certified Mold Remediator.

**VII.**    The following definition is added to **SECTION VII – DEFINITIONS:**

**Covered property** means personal property of others that is in your care, custody or control as part of your covered operations, except when the **personal property** is located at a **project site**. **Covered property** includes **personal property** of others while being loaded or unloaded by you at a **project site**.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| AGGREGATE SUBLIMIT(S) OF INSURANCE |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

### SCHEDULE

| | |
|---|---|
| **Commercial General Liability Aggregate Sublimit Of Insurance:** | $3,000,000 |
| **Personal and Advertising Injury Aggregate Sublimit Of Insurance:** | $3,000,000 |
| **Combined Contractors Pollution Liability plus Professional Liability Aggregate Sublimit Of Insurance:** | $3,000,000 |

**This Endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy.  Claims and claim-related costs paid by us pursuant to this Endorsement shall reduce the General Aggregate Limit. Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, the insured for defense, indemnification, or otherwise.**

I.    The following is added to Section **IV - LIMITS OF INSURANCE**

9.    **Aggregate Sublimit(s) Of Insurance**
  a.    Subject to the General Aggregate Limit of Insurance, the most we will pay for all damages under Coverage **A** except damages because of **bodily injury**  or **property damage** included in the **products-completed operations hazard**, is the Commercial General Liability Aggregate Sublimit Of Insurance, if any, shown in the Schedule to this Endorsement.
  b.    Subject to the General Aggregate Limit of Insurance, the Personal and Advertising Injury Aggregate Sublimit Of Insurance, if any, is the most we will pay under Coverage **B** for the sum of all damages because of all **personal and advertising injury**.
  c.    Subject to the General Aggregate Limit of Insurance, the most we will pay for all damages and supplementary payments under Coverages **D** and **E** is the Combined Contractors Pollution Liability plus Professional Liability Aggregate Sublimit Of Insurance, if any, shown in the Schedule to this Endorsement.

The Aggregate Sublimit(s) of Insurance in Paragraphs **9.a.** through **9.c.** are part of, not in addition to, the General Aggregate Limit of Insurance. Any such Aggregate Sublimit(s) of Insurance shall be reduced by the amount of any payment for injury, damage(s), and supplementary payments under the Coverages to which such Aggregate Sublimit of Insurance applies. Upon exhaustion of any Aggregate Sublimit of Insurance by such payments, we will have no further obligations or liability of any kind with respect to injury, damage(s) or supplementary payments subject to such Sublimit of Insurance.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached.  Please read it carefully.

| **SERVPRO RESTORATION SERVICES ENDORSEMENT** |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

### SCHEDULE

| **Name of Person or Organization:** |
|---|
| Servpro Industries, LLC, Servpro Franchisor, LLC, Servpro Distribution, LLC,  Servpro Commercial, LLC, and all of their affiliates and their respective owners, directors, officers, employees and agents |

**I.**   **SECTION III – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a franchise to you. However:
1. The insurance afforded to such additional insured only applies to the extent permitted by law; and
2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**II.**   With respect to the insurance afforded to these additional insureds, the following is added to **SECTION IV – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:
1. Required by the contract or agreement; or
2. Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This amendment shall not increase the applicable Limits of Insurance shown in the Declarations.

**III.**   The following is added to **Coverage E Professional Liability,** Exclusion **e. Contractual Liability:**

**(3)** Assumed in a written contract or written agreement with the person(s) or organization(s) shown in the Schedule provided the actual or alleged act, error or omission occurs subsequent to the execution of the written contract or written agreement.

**IV.**   The following is added to **Coverage E Professional Liability,** Exclusion **m. Insured vs. Insured:**

This exclusion does not apply to damages claimed by the person(s) or organization(s) shown in the Schedule.

**V.**   The following is added to **SECTION V – Policy Conditions, Condition 6. Other Insurance**, paragraph **a. Primary Insurance** and supersedes any provision to the contrary:

This insurance is primary and will not seek contribution from any other insurance available to the person(s) or organization(s) shown in the Schedule provided that:
**(1)** The person(s) or organization(s) shown in the Schedule is a Named Insured under such other insurance; and
**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek **contribution from any other insurance available to the additional insured.**

**VI.** The following is added to **SECTION V – Policy Conditions,** Condition **12. Transfer of Rights of Recovery Against Us:**

We waive any right of recovery we may have against the person(s) or organization(s) shown in the Schedule because of payments we make under this policy, but only at the specific written request of the Named Insured either before or after loss, wherein such waiver of subrogation has been included before loss as part of a written contractual undertaking by the Named Insured.

This waiver of subrogation shall apply only with respect to losses occurring due to operations undertaken as per the specific contract existing between the Named Insured and such person(s) or organization(s) shown in the Schedule and shall not be construed to be a waiver of subrogation with respect to other operations of such person(s) or organization(s) shown in the Schedule in which the Named Insured has no contractual interest.

No waiver of subrogation shall directly or indirectly apply to any employee, employees or agents of either the Named Insured or of the person(s) or organization(s) shown in the Schedule, and the Company reserves its right or lien to be reimbursed from any recovery funds obtained by any injured employee.

This waiver of subrogation does not apply in any jurisdiction or situation where such waiver is held to be illegal or against public policy or in any situation wherein the person(s) or organization(s) shown in the Schedule against whom subrogation is to be waived is found to be solely negligent.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| BAILEES CUSTOMER COVERAGE – VALUATION |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

**I.** The following is added to **SECTION IV - LIMITS OF INSURANCE** for the purpose of coverage provided by this endorsement:

The most we will pay for loss or damage to **covered property** is the sub-limit of insurance shown in the following schedule:

| SCHEDULE Sub-limits, Deductible, and Valuation | |
|---|---|
| Bailees Customers Coverage Sub-Limit of Liability – per occurrence or incident: | $250,000 |
| Bailees Customers Coverage Aggregate: | $250,000 |
| Bailees Customers Coverage Deductible: | $2,500 |
| **Valuation:** Replacement Cost | |

This endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy. Claims and claim-related costs paid by us pursuant to this endorsement shall reduce the General Aggregate Limit. Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, the insured for defense, indemnification, or otherwise.

**II.** The following is added to **SECTION I – COVERAGES:**

We will pay for direct physical loss of or damage to **covered property**, in excess of the Bailees Customers Coverage Deductible, from any of the Covered Causes of Loss.

1. **Covered Property**
   **Covered property**, as used in this endorsement, means **personal property** of others that is in your care, custody or control as part of your covered operations, except when the **personal property** is located at a **project site**. **Covered property** includes **personal property** of others while being loaded or unloaded by you at a **project site**.

2. **Property Not Covered**
   **Covered property** does not include:
   a. Accounts, bills, currency, documents, records, deeds, evidences of debt, money, notes, securities, or stamps;
   b. Animals, birds, or fish;
   c. Automobiles, motor trucks, trailers or other vehicles that are licensed for use on public roads and are used to transport persons or property;
   d. Aircraft or watercraft;
   e. Furs, fur garments, or garments trimmed with fur;
   f. Jewelry, watches, precious or semiprecious stones, bullion, gold, silver, platinum, and other precious metals or alloys;
   g. Property while in the custody of other bailees, unless the property is:
      **(1)** At the premises described in the Declarations; or
      **(2)** In the custody of a carrier for hire;
   h. Property while waterborne, except for property on ferries operating on navigable waters of the Continental United States, other than to or from Alaska;
   i. Property shipped by mail; or
   j. Contraband or property in the course of illegal transportation or trade.

3. **Covered Causes Of Loss**
   Covered causes of loss are risks of direct physical loss or damage to **covered property**, except as limited or excluded.

4. **Preservation Of Property**

ECP 1101 12 18                                                                                      Page **1** of **4**

If it is necessary to move **covered property** from the covered premises described in the Declarations to preserve it from loss or damage by a covered cause of loss, we will pay for any direct physical loss or damage to that property:
 **a.** While it is being moved or while temporarily stored at another location; and
 **b.** Only if the loss or damage occurs within 30 days after the property is first moved.

This additional coverage does not increase the limit of insurance.

**III.** **SECTION I – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, i. Damage To Property, (4)** is deleted in its entirety, but only for the purpose of this Bailees Customer Coverage.

**IV.** The following exclusions are added to paragraph **2. Exclusions** of **SECTION I – COVERAGES** for the purpose of this endorsement only**:**

We will not pay for loss or damage caused in whole or in part by, or arising, directly or indirectly out of the following, and such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage:

 **a.** **Ordinance Or Law**

  **(1)** The enforcement of or compliance with any ordinance or law:
   **(a)** Regulating the construction, use or repair of any property; or
   **(b)** Requiring the tearing down of any property, including the cost of removing its debris.

  **(2)** This exclusion applies whether the loss or damage results from:
   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or
   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling, or demolition of property, or removal of its debris, following a physical loss or damage to that property.

 **b.** **Governmental Action**
  Seizure or destruction of property by order of a government authority.

 **c.** **Nuclear Hazard**
  Nuclear reaction or radiation, or radioactive contamination, however caused.
  Exclusions **C.1.a.** through **C.1.d.** apply whether or not the loss event results in widespread damage or affects a substantial area.

 **d.** Theft from an unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry.

  But this exclusion does not apply to property in the custody of a carrier for hire.

 **e.** Delay, loss of use, loss of market or any other consequential loss.

 **f.** Unexplained disappearance.

 **g.** Shortage found upon taking inventory.

 **h.** Dishonest or criminal act (including theft) committed by:
  **(1)** You, any of your partners, employees (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;
  **(2)** A manager or a member if you are a limited liability company; or
  **(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers), or authorized representatives; or
  **(4)** Anyone else to whom you entrust the property for any purpose;

  whether acting alone or in collusion with each other or with any other party.

  This exclusion applies whether or not an act occurs during your normal hours of operation.

 **i.** **Pollution**
  **(1)** **Property damage** which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.
  **(2)** Any loss, cost or expense arising out of any:
   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or
   **(b)** Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

 **j.** Processing or work upon the property.

**k.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:
**(1)** Electrical or electronic wire, device, appliance, system or network; or
**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

**l.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

**m.** Unauthorized instructions to transfer property to any person or to any place.

**n.** Neglect of an insured to use all reasonable means to save and preserve property, and then to preserve it and keep it from further damage at and after the time of loss.

**o.** The cost to research, replace or restore converted data, programs or instructions used in any data processing operations, including the materials on which the data is recorded.

**p.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** (involving the **Ordinance Or Law**, **Governmental Action**, or **Nuclear Hazard** exclusions) to produce the loss or damage.

**q.** Acts or decisions, including the failure to act or decide, of any person, group, organization, or governmental body.

**r.** Wear and tear or depreciation. This includes damage, diminishment in value, or erosion due to long or hard use or exposure, including breakdown over time, that eventually causes property to become unusable based on its previous use. This also includes the tendency of property to pull apart or break down into pieces because of forces applied to it.

**s.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, or gradual deterioration. This includes rust, corrosion, decay, fading or UV degradation.

**t.** Mechanical breakdown. This includes the abrupt and unexpected failure of machines, tools, or mechanisms to operate or function properly.

**u.** Insects, vermin, rodents, or other animals or pests. This includes but is not limited to nesting, infestation, gnawing, nibbling, discharge or release of waste products or secretions by insects, birds, rodents or other animals.

**V.** The following condition is added to **SECTION V – POLICY CONDITIONS** for the purpose of coverage provided by this endorsement:

**Valuation**

**1.** The value of **covered property** will be the least of the following amounts:
**a.** Actual Cash Value of the lost or damaged property (with a deduction for depreciation) unless Replacement Cost is indicated in the Schedule to this endorsement. For the purpose of this endorsement, Actual Cash Value is calculated as the amount it would cost to repair or replace **covered property**, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual Cash Value applies to valuation of **covered property** regardless of whether that property has sustained partial or total loss or damage. The Actual Cash Value of the lost or damaged property may be significantly less than its Replacement Cost.
**b.** Costs of reasonably restoring the property to its condition immediately before the loss; or
**c.** $2,500 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $500 for any one article.
**d.** Replacement Cost of the lost or damaged property (without deduction for depreciation) only if Replacement Cost is indicated in the Schedule to this endorsement.

However, the value of **covered property** will:
**a.** Include the value of labor, materials or services furnished or arranged by you; but
**b.** Not exceed the amount shown for each item of property on receipts provided to customers.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**2.** If Replacement Cost is indicated in the Schedule to this endorsement, we will determine the value of **personal property** on the basis of Replacement Cost subject to the following:
**a.** We will not pay more for loss or damage on a Replacement Cost basis than the least of:
**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose;

**(3)** The amount you actually spend that is necessary to repair or replace the lost or damaged property; or

**(4)** $2,500 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $500 for any one article.

**b.** You may make a claim for loss or damage covered under this endorsement on an Actual Cash Value basis instead of on a Replacement Cost basis. In the event you elect to have loss or damage settled on an Actual Cash Value basis, you may still make a claim for the additional coverage provided on a Replacement Cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**c.** We will not pay on a Replacement Cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**VI.** The following definitions are added to **SECTION VII – DEFINITIONS** for the purpose of coverage provided by this endorsement:

**1.** **Covered property** means **personal property** of others that is in your care, custody or control as part of your covered operations, except when the **personal property** is located at a **project site**. **Covered property** includes **personal property** of others while being loaded or unloaded by you at a **project site**.

**2.** **Personal property** means all property, other than **electronic data** and land and buildings attached to land.

**3.** **Electronic data** means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on electronic storage devices including, but not limited to, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment. **Electronic data** is not **personal property**.

**4.** **Project Site** means the immediate area of a building, structure, or property within which covered operations are performed.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

## BIOHAZARD REMEDIATION COVERAGE

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

**THE BIOHAZARD REMEDIATION COVERAGE PROVIDED BY THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE, AND COVERAGE FOR DEFENSE COSTS WHICH ARE PAYABLE WITHIN, AND NOT IN ADDITION TO, THE LIMIT OF INSURANCE. PAYMENT OF DEFENSE COSTS UNDER THIS ENDORSEMENT WILL REDUCE THE LIMIT OF INSURANCE.**

This endorsement modifies insurance under the following:

**ENVIRONMENTAL COMBINED POLICY**

Solely for the purposes of the insurance provided by this Endorsement, coverage corresponding with the following box(es) is modified as described below:

☒     **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

☐     **COVERAGE E – PROFESSIONAL LIABILITY**

The **communicable disease** exclusion in **SECTION II – SHARED EXCLUSIONS** does not apply to the Biohazard Remediation Coverage afforded under this Endorsement.  All other exclusions contained in the policy that apply to **COVERAGE D – CONTRACTORS POLLUTION LIABILITY** and/or **COVERAGE E -- PROFESSIONAL LIABILITY** shall also apply to this Biohazard Remediation Coverage as provided by this Endorsement.

In the event the terms of this Endorsement conflict with any terminology or terms and conditions of the policy, and/or any endorsements to the policy, including the **communicable disease** exclusion as noted above, the terms and conditions of this Endorsement shall supersede with respect to all **claim(s)** or **suit(s)** arising out of **pollution conditions** and the Biohazard Remediation Coverage provided by this Endorsement.

### SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE

| | |
|---|---|
| **Biohazard Remediation Coverage Aggregate Sublimit Limit Of Insurance:** | $3,000,000 |
| **Biohazard Remediation Contractors Pollution Liability Sublimit Of Insurance – Each Pollution Condition:** | $2,000,000 |
| **Biohazard Remediation Professional Liability Sublimit Of Insurance – Each Claim:** | $2,000,000 |
| **Biohazard Remediation Coverage Deductible – Each Pollution Condition and Each Claim** | $2,500 |

### SCHEDULE – COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES

| Biohazard Remediation Covered Operations | Retroactive Date |
|---|---|
| enhanced wiping and/or mopping of touchpoints and application of appropriate EPA registered disinfectant to other surfaces as an infection control measure | 8/26/2020 |
| **Biohazard Remediation Professional Services** | **Retroactive Date** |
| Acts or services provided in your capacity as a biohazard remediation services provider including recommendations for proactive and corrective solutions related to process and treatment | 8/26/2020 |

ECP 1104 07 20          Includes copyrighted material of Insurance Services Office, Inc., used with its permission.          Page **1** of **6**

I.  **SECTION I – COVERAGES**

**COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

1. **Insuring Agreement**

   a.  We will pay those sums that the insured becomes legally obligated to pay for **loss** for **bodily injury** or **property damage** in excess of the deductible or self-insured retention, directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations** to which this insurance applies.  We will have the right and duty to defend the insured against any **suit** seeking payment for **loss** directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations**; however, we will have no duty to defend any insured against any **suit** seeking payment for **loss** to which this insurance does not apply.  We may, at our discretion, investigate any **pollution conditions** and settle any **claim** or **suit** that may result, but:

      **(1)** The amount we will pay for **loss** and **defense costs** is limited as designated and described in **SECTION IV – LIMITS OF INSURANCE**; and

      **(2)** Our right and duty to defend ends under this Endorsement when we have used up the applicable limits of insurance in the payment of judgements, settlements, or **loss** under any Coverage(s) under this policy.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS**.**

   b.  This insurance applies to **bodily injury** and **property damage** to the extent directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations** only if:

      **(1)** The **bodily injury** or **property damage** is directly caused by **pollution conditions** resulting from an **occurrence** that takes place in the **coverage territory**, and

      **(2)** The **biological substance** that causes the **bodily injury** or **property damage** first commences on or after the **Retroactive Date** set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, and

      **(3)** The **bodily injury** or **property damage** is directly caused by your **biohazard remediation covered operations** and/or **biohazard remediation completed operations**, and

      **(4)** The **claim** is first made against the Named Insured during the **policy period,** and reported to us, in writing, during the **policy period** or, where applicable, any extended reporting period, and

      **(5)** The following conditions precedent to coverage have each been satisfied:

         **(a)  Adherence to Standards and Protocols**
         All **biohazard remediation covered operations** shall be performed in strict adherence to Restoration Industry Association (RIA) / Institute of Inspection Cleaning and Restoration Certification (IICRC) Standards, and applicable federal, state and local governmental regulations and protocols.

         **(b)  Two-Way Indemnity**
         The insured must secure fully executed, written indemnification agreement from customer for pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses.  Hold harmless provisions to include release of virus **claim(s)** against the insured and a defense obligation in the event insured is implicated for damages or illness arising from pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses at the job site.  Such agreement must be executed prior to the performance of **biohazard remediation covered operations.**

         **(c)  Project Documentation**
         The insured must fully document and keep records of specific technology, chemistry and personal protective equipment employed in the treatment process where viral contaminants may exist, and send us copies at such times as we may request.

   Notwithstanding the above, this policy will not respond to **loss** or **defense costs** covered in whole or in part by other valid and collectible insurance in force prior to this **policy period.**

**COVERAGE E – PROFESSIONAL LIABILITY**

This Coverage applies only if purchased and indicated by the corresponding box marked on the first page of this Endorsement.

1. **Insuring Agreement**

   a.  We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible or self-insured retention, directly caused by **biohazard remediation professional services** to which this insurance applies.  The damages must be directly caused by an actual or alleged act, error or omission in the performance of **biohazard remediation professional services** rendered by the insured.  We will have the right and duty to defend the insured against any **suit** seeking those damages.  However, we will

have no duty to defend any insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any actual or alleged act, error or omission and settle any **claim** or **suit** that may result, but:

**(1)** The amount we will pay for damages and **defense costs** is limited as designated and described in **SECTION V – LIMITS OF INSURANCE**; and

**(2)** Our right and duty to defend ends under this Endorsement when we have used up the applicable limits of insurance in the payment of judgements, settlements, or **loss** under any Coverage(s) under this policy.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

**b.** This insurance applies to damages directly caused by an actual or alleged act, error or omission in the performance of **biohazard remediation professional services** to the extent directly caused by **pollution conditions** only if:

**(1)** The **claim** is first made against the insured during the **policy period** and reported to us, in writing, during the **policy period**, or any extended reporting period, if applicable; and

**(2)** The actual or alleged act, error or omission takes place in the **coverage territory**; and

**(3)** The actual or alleged act, error or omission takes place on or after the **Retroactive Date** set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, but before the end of the **policy period**; and

**(4)** The following conditions precedent to coverage have each been satisfied:

**(a) Adherence to Standards and Protocols**

All **biohazard remediation professional services** shall be performed in strict adherence to Restoration Industry Association (RIA) / Institute of Inspection Cleaning and Restoration Certification (IICRC) Standards, and applicable federal, state and local governmental regulations and protocols.

**(b) Two-Way Indemnity**

The insured must secure fully executed, written indemnification agreement from customer for pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses. Hold harmless provisions to include release of virus **claim(s)** against the insured and a defense obligation in the event insured is implicated for damages or illness arising from viruses at the job site. Such agreement must be executed prior to the performance of **biohazard remediation professional services**.

**(c) Project Documentation**

The insured must fully document and keep records of specific technology, chemistry and personal protective equipment employed in the treatment process where viral contaminants may exist, and send us copies at such times as we may request

Notwithstanding the above, this policy will not respond to damages, **loss** or **defense costs** covered in whole or in part by other valid and collectible insurance in force prior to this **policy period.**

## II.    LIMITS OF INSURANCE AND DEDUCTIBL

The following supplements **SECTION IV – LIMITS OF INSURANCE** for the purposes of coverage under this Endorsement:

The most we will pay for all **loss** for **bodily injury** or **property damage**, and related **defense costs** if covered, under this Endorsement is the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance shown in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** to this Endorsement. The Biohazard Remediation Coverage Aggregate Sublimit Of Insurance shall be reduced by the amount of any payment made under the terms of this Endorsement. Upon exhaustion of the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance by such payments, we will have no further obligations or liability of any kind under this Endorsement. This Endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy, or as changed by any Amendatory Endorsement. Claims and claim-related costs paid by us pursuant to this Endorsement shall reduce the General Aggregate Limit.

The Biohazard Remediation Coverage Sublimit Of Insurance is part of, not in addition to, the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance, and shall be reduced by the amount of any payment for **bodily injury** or **property damage**, and related **defense costs** to which such Sublimit Of Insurance applies.

Any **loss** or damages arising out of the same, or continuous or related exposure to **pollution conditions** shall be considered one **occurrence**, act, error, or omission, and will be subject to the same Each Occurrence Sublimit and/or Each Claim Sublimit, and each of these sublimits shall concurrently reduce the other. In addition, one deductible, and one Aggregate Sublimit Of Insurance shall also apply.

Notwithstanding any other Endorsement to the contrary, including any Designated Construction Project(s) General Aggregate Limit Endorsement(s), any other reinstatement of limits Endorsement, and any project-specific increased

limits or dedicated limits Endorsement on this policy, the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance will not ever be reinstated.

Our obligation under this Endorsement to pay **claim(s)**, damages, **loss**, costs, expenses or Supplementary Payments on your behalf applies only in excess of the deductible amount stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE**.    The limit of insurance for each occurrence under **COVERAGE D**, and each claim under **COVERAGE E** will be reduced by the amounts of such deductibles. Aggregate limits for such coverages will not be reduced by the application of such deductible amounts.

The deductible amount stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** applies once to all **claim(s)**, damages, **loss**, costs, or expenses sustained as the result of any one **pollution condition** under the **Biohazard Remediation Contractors Pollution Liability Coverage**.    The deductible amounts stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** shall apply separately for each **claim** arising out of any one actual or alleged act, error or omission under the **Biohazard Remediation Professional Liability Coverage**.

Costs and expenses including **defense costs** payable under **SECTION IV – SUPPLEMENTARY PAYMENTS,** shall also contribute to the exhaustion of the stated deductible amount and will always reduce the limits of insurance in the event coverage under this Endorsement is triggered.   Notwithstanding any Amendatory Endorsement to the policy that states defense expense or **defense costs** will not reduce the limits of insurance for **COVERAGE D** or **COVERAGE E**, payment of **defense costs** under this Endorsement will always reduce the limits of insurance.

The terms of this insurance under all applicable coverages (**COVERAGES A**, **B**, **C**, **D**, and **E,** and **COVERAGE F** and **COVERAGE G** if applicable), including those with respect to:

**a.**    Our right and duty to defend the insured against any **suit(s)** seeking those damages; and

**b.**    Your duties in the event of an **occurrence**, offense, **claim**, or **suit**;

apply irrespective of the application of the deductible amount.

We retain final settlement authority within the deductible.  If the insured does not accept an offer of settlement we deem reasonable, we shall have no responsibility for any damages, **loss**, **defense costs** or other Supplementary Payments above what we would have paid had the **claim** been settled for any reasonable offer within the deductible.

We shall have the right, but not the obligation, to advance payment of all or part of any **claim(s)**, damages, **loss(es)**, costs, expenses or Supplementary Payments within the deductible if we deem it advisable to do so.  If we exercise this right, the insured must promptly, and in no event later than thirty (30) calendar days, reimburse us for any such payment we have made within the amount of the deductible.

If any insured does not repay any such advance, the deductible shall also become the obligation of the first Named Insured who shall additionally become liable for any and all costs of collection of the deductible, including attorney's fees and costs, and interest at the prevailing local rate from the date reimbursement is requested.

**III.    COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES**

Coverage afforded under this Endorsement applies to **bodily injury** and **property damage** and related **defense costs** directly caused by the **biohazard remediation covered operations** designated and described in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.

Coverage afforded under this Endorsement applies to **claim(s)** for damages and related **defense costs** directly caused by the rendering or failure to render **professional services** directly related to the **biohazard remediation professional services** designated and described in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, provided this Coverage has been purchased and indicated by the corresponding box marked on the first page of this Endorsement.

**IV.    EXCLUSIONS**

The following exclusions are added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES D AND E**, but solely for the purposes of the coverage provided by this Endorsement:

Where coverage under this Endorsement applies, in whole or in part, this insurance does not apply to:

**1.    Additional Insureds**
Any person or organization other than those listed in Paragraph **1.** of **SECTION III – WHO IS AN INSURED**. Additional insured status conferred under any blanket, automatic status, scheduled or designated additional insured Endorsement, or any other Endorsement or rule of law that provides insured status does not apply.

**2.    Contractual Liability**
**Bodily injury**, **property damage** or damages for which the insured has assumed liability in a contract or agreement.

**V.    WHO IS AN INSURED**

Solely for the purposes of the Biohazard Remediation Coverage provided by this Endorsement, **SECTION III – WHO IS AN INSURED** is deleted in its entirety and replaced with the following:

**SECTION III – WHO IS AN INSURED**

**1.**   If you are designated in the Declarations as:

**a.**   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.**   A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.**   A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.**   An organization other than a partnership, joint venture or limited liability company, you are an insured.  Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.**   A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.**   Each of the following is also an insured:

**a.**   Your **employees** only while performing duties related to the conduct of your business, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** are insureds for:

**(1)   Bodily injury** or **personal and advertising injury**:

**(a)**   To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

**(b)**   To the spouse, child, parent, brother or sister of that co-**employee** or **volunteer worker** as a consequence of Paragraph **(1)(a)** above;

**(c)**   For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)**   Arising out of his or her providing or failing to provide professional health care services.

**(2)   Property damage** to property:

**(a)**   Owned, occupied or used by, or

**(b)**   Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**VI.    POLICY CONDITIONS**

**SECTION V – POLICY CONDITION 6. Other Insurance, Paragraph a.  Primary Insurance** and **Paragraph b. Excess Insurance** are deleted in their entirety, and **Paragraph c.  Method Of Sharing** is deleted and replaced with the following, but only for the purposes of the coverage provided by this Endorsement:

**c.   Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also.  Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.  Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable Limits of Insurance of all insurers.

With respect to **COVERAGES D and E,** if other valid and collectible insurance is available to any insured covering **bodily injury**, **property damage**, **loss, claim(s), suit(s),** damages and/or Supplementary Payments, including but not limited to **defense costs**, also covered, in whole or in part, by this policy, other than a policy that is specifically written to apply in excess of this policy, the insurance afforded by this Endorsement shall apply in excess of, and shall not contribute with, such other insurance as to defense and/or indemnity.  The insured shall promptly, upon the request of the Company, provide the Company with copies of all such policies or documentation.

**VII.    DEFINITIONS**

1.    **SECTION VII – DEFINITION 3. Bodily Injury** is deleted in its entirety and replaced with the following, but only for the purposes of the coverage provided by this Endorsement:

**3.a   Bodily Injury** means physical injury, sickness or disease, sustained by any person, including death, and solely with respect to this Paragraph **3.a.** medical monitoring resulting from any of these.

**3.b   Bodily Injury** does not include any loss, cost or expense attributable to mental anguish, emotional distress or fear of contraction of any sickness or disease, absent actual physical injury, sickness or disease, including death.

2.    Solely for purposes of the Biohazard Remediation Coverage provided by this Endorsement, **SECTION VII – DEFINITION 17. Pollutant(s)** also includes **biological substance(s)**.

3.    Solely for the purposes of the Biohazard Remediation Coverage provided by this Endorsement, the following definitions apply and are added to **SECTION VII – DEFINITIONS**:

**Biohazard remediation covered operations** means those services performed by you and designated and described as such in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.  For the purposes of Endorsement, terms and conditions referencing **covered operations** shall also pertain to **biohazard remediation covered operations**.

**Biohazard remediation covered operations** will be deemed completed at the earliest of the following times:
a.    When all of the work called for in your contract has been completed.
b.    When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
c.    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or sub-contractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as **biohazard remediation completed operations**.

**Biohazard remediation completed operations** means **biohazard remediation covered operations** that have been completed.  For the purposes of Endorsement, terms and conditions referencing **completed operations** shall also pertain to **biohazard remediation completed operations**.

**Biohazard remediation professional services** means those services performed by you and designated and described as such in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.

**Biological Substance** means a virus or other infectious microorganism that can cause disease.

**Claim** means the written assertion of a legal right to money or services received by an insured from a third party, including but not limited to lawsuits or civil actions, alleging liability or responsibility on the part of the insured for damages, **loss**, **bodily injury**, or **property damage**.

**Defense costs** means any reasonable and necessary fees charged by an attorney designated by the Company, and where the insured has the legal right to select independent counsel, the rates we would actually pay to counsel that we retain in the ordinary course of business in the defense of a similar **claim** or **suit** in the community where the **claim** or **suit** arose or is being defended, as well as other reasonable and necessary costs, including but not limited to expert witnesses and court reporters, in connection with the investigation, adjustment, settlement, defense or appeal of a **claim** or **suit**.  It does not include the salaries of our regular **employees** or supervisory counsel retained by us, or any cost or expense incurred by the insured in assisting in the investigation or defense of the **claim** or **suit**.  For purposes of coordination with the policy to which this Endorsement is appended, **defense costs** are included in SUPPLEMENTART PAYMENTS under the policy.

**Loss** means a monetary judgement, award or settlement of compensatory damages for **bodily injury** and/or **property damage**.

**Policy period** means the period of time stated in the Declarations, or any shorter period arising as a result of cancellation.

**Retroactive Date** means the date set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.  If no entry appears, then the **Retroactive Date** is the date entered as the Endorsement effective date on the first page of this Endorsement.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| **EXCLUSION – COMMUNICABLE DISEASE** |
|---|

| **Policy Number** | **Policy Effective Date** | **Policy Expiration Date** | **Endorsement Effective Date** |
|---|---|---|---|
| ECP2038559-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

I.   The following exclusion is added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E** and also applies to **COVERAGE F – MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY** and **COVERAGE G – MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY** if endorsed to this policy:

This insurance does not apply to:

**Communicable Disease**

Any **bodily injury**, **property damage**, **personal and advertising injury**, loss, **cleanup costs**, liability, claim(s), **suit(s)**, damages, and/or Supplementary Payments, including but not limited to defense costs, caused, in whole or in part by, or arising, directly or indirectly, out of the actual or alleged presence or transmission of a **communicable disease**.

This exclusion applies even if the claim(s), **suit(s)** or allegations against any insured allege negligence or other wrongdoing in the:

1.   Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a **communicable disease**;

2.   Testing for a **communicable disease**;

3.   Failure to prevent the spread of the disease;

4.   Failure to sufficiently clean, sanitize, or effectively apply disinfectant, or

5.   Failure to report the disease to authorities.

II.   The following definition is added to **SECTION VII – DEFINITIONS**:

**Communicable Disease** means:

A disease, illness or condition, including any variant(s) or mutational strains thereof, that can be transmitted directly or indirectly from person-to-person, animal (including insect)-to-person, animal-to-animal (including insect), or from the inanimate environment to a human or animal, by contact, exposure, or by means of plants, vector or fomites.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## WAIVER OF SUBROGATION

It is agreed that the Company, in the event of any payment under this policy, waives its right of recovery against any Principal, but only at the specific written request of the Named Insured either before or after loss, wherein such waiver has been included before loss as part of a contractual undertaking by the Named Insured.

This waiver shall apply only with respect to losses occurring due to operations undertaken as per the specific contract existing between the Named Insured and such Principal and shall not be construed to be a waiver with respect to other operations of such Principal in which the Named Insured has no contractual interest.

No waiver of subrogation shall directly or indirectly apply to any employee, employees or agents of either the Named Insured or of the Principal, and the Company reserves its right or lien to be reimbursed from any recovery funds obtained by any injured employee.

This waiver does not apply in any jurisdiction or situation where such waiver is held to be illegal or against public policy or in any situation wherein the Principal against whom subrogation is to be waived is found to be solely negligent.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### EARNED PREMIUM AND FLAT RATE

In consideration of the Company's acceptance of this insurance, the Named Insured hereby agrees that the minimum earned premium(s) due for this policy shall be calculated in accordance with the following:

1. The minimum earned premium due if this policy remains in effect for 90 days or less shall be twenty-five percent (25%) of the amount entered as POLICY PREMIUM on the Declarations page of this policy.

2. In the event of cancellation of this policy by the Named Insured after this policy has been in effect for more than 90 days, the return premium due, if any, shall be computed at a rate equal to ninety percent (90%) of the pro-rata unearned policy premium, subject, however, to final premium adjustment in accordance with our rules and rates. This policy is not subject to audit.

3. In the event of cancellation of this policy by the Company for reasons other than nonpayment of premium, the earned premium for this policy shall be computed on a pro-rata basis, subject, however, to final premium adjustment in accordance with our rules and rates. This policy is not subject to audit.

4. Premiums applicable to any subsequent endorsements will be in addition to the minimum premium shown in the policy.

5. The amount entered as POLICY PREMIUM on the Declarations page of this policy has been computed on a composite rate basis as follows:

| Exposure Basis | Estimated Exposure x | Composite Rate = | Policy Premium |
|---|---|---|---|
| ████████████ | ██████████ | ████ | █████ |
| Terrorism has been rejected by the Insured. | | | - |
| | | **TOTAL POLICY PREMIUM:** | █████ |

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| NAMED INSURED ENDORSEMENT |
| --- |

It is agreed that the following entity(ies) is(are) included as Named Insured(s):

**CARTER PROFESSIONAL RESTORATION, INC**
Carter Restoration Bay County Florida, LLC
Carter Restoration Escambia County Florida, LLC
Carter Restoration Holding Company

**<u>Doing Business As</u>**
SERVPRO of Albany and Americus

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| NOTICE OF CANCELLATION TO DESIGNATED ENTITIES |
|:---:|

### SCHEDULE

**Name of Person(s) or Organization(s)**

Crawford Connection 10550 Deerwood Park Boulevard, Suite 100, Jacksonville, FL. 32256

In consideration of an additional premium of ▮ and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood if the Company cancels this policy on or before the expiration date of the policy, the Company will mail or deliver to the person(s) or organization(s) shown in the schedule above, written notice of cancellation to the address included above not less than 30 days prior to the effective date of cancellation.  Proof of mailing of notice shall be sufficient proof of notice.  The effective date and hour of cancellation stated in the notice shall be the end of the policy period.

This endorsement shall not apply for the following reasons:

    **a.**    non-payment of premium, or

    **b.**    the policy is non-renewed for any reason.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ENV 2217 06 18                                                                                                                    Page 1 of 1

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**CONTRACTORS POLLUTION LIABILITY**
**CONTRACTORS AND CONSULTANTS POLICY**
**SITE SPECIFIC POLLUTION LIABILITY**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**RAILROAD PROTECTIVE LIABILITY COVERAGE PART**
**FOLLOW FORM EXCESS LIABILITY**
**CONTRACTORS POLLUTION AND PROFESSIONAL LIABILITY POLICY**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

Any injury or damage arising, directly or indirectly, out of a **certified act of terrorism**.

**B.** The following definitions are added:

  **1.** For the purposes of this endorsement, any injury or damage means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to **bodily injury**, **property damage**, **personal and advertising injury**, injury or **cleanup costs** as may be defined in any applicable Coverage Part.

  **2.** **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a **certified act of terrorism** include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY APPLY AND REMAIN UNCHANGED.**

**INTERLINE**
**IL 12 02 01 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ CAREFULLY**


# OFFICE OF FOREIGN ASSET CONTROL (OFAC) EXCLUSION ENDORSEMENT


No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions laws or regulations of the European Union, United Kingdom or the United States*.*

# Nautilus Insurance Company

An Arizona Corporation

## COMMERCIAL LINES POLICY

**THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

THIS POLICY CONSISTS OF:

Declarations;

Common Policy Conditions; and

One or more Coverage Parts.  A Coverage Part Consists of:
- One or more Coverage Forms;  and
- Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

W. Robert Berkley, Jr
President

Philip S. Welt
Secretary

Administrative Office: 7233 E. Butherus Drive, Scottsdale, AZ    85260 (480) 509-6627
Policy Issuing Office: 101 Hudson Street, Ste. 2550, Jersey City, NJ 07302 (800) 259-2560

E001J 07 20

Page **1** of 1



# REPORTING A CLAIM



**1 CONTACT** us as soon as possible → **2 REVIEW** your policy's reporting requirements → **3 PROVIDE** us written notice of the claim

| **AUTOMOBILE CLAIMS** | **WORKER'S COMPENSATION CLAIMS** | **GENERAL, ENVIRONMENTAL, PROFESSIONAL & EXCESS LIABILITY CLAIMS** |
|---|---|---|
| **E-MAIL:** autoclaims@berkleyenvironmental.com | **E-MAIL:** workcompclaims@berkleyenvironmental.com | **E-MAIL:** liabilityclaims@berkleyenvironmental.com |
| **CALL:** (800) 259-2560 | **CALL:** (800) 259-2560 | **CALL:** (800) 259-2560 |
| **ONLINE:** berkleyenvironmental.com/request-access | **ONLINE:** berkleyenvironmental.com/request-access | **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 |
| **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 | **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 | **UPLOAD:** Submit Supporting Documents https://bit.ly/3zio5XE |

For Assistance call (469) 802-4289 or email claimshelp@berkleyenvironmental.com

## HAVE A SPILL? WE CAN ASSIST.*

In the event of a spill and/or release, make sure you report your claim first as described above. After your claim is filed, contact the **Berkley Environmental Support Team\* (BEST)** to help you with the clean up. We offer **FREE** support services to help you navigate the complicated circumstances of an environmental spill and/or release.

### WE CAN HELP YOU:

- Find a contractor with pre-negotiated rates to be dispatched within 2 hours of a spill
- Filing of any agency or regulatory spill notifications
- Emergency responder – our network includes nationwide services including remote locations

**Call us at (877) 900-5645 (24 hours a day, 7 days per week) to receive the assistance you need with cleaning up your environmental spills and releases.**

*\* Using the BEST service does not replace reporting a claim nor does it confirm coverage. This is a value-added service regardless of coverage.*

THE MATERIAL IN THIS PUBLICATION IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED TO BE A REPRESENTATION OF COVERAGE THAT MAY EXIST IN ANY PARTICULAR SITUATION UNDER A POLICY ISSUED BY A MEMBER COMPANY OF BERKLEY ENVIRONMENTAL OR ITS AFFILIATES. ALL CONDITIONS OF COVERAGE, TERMS AND LIMITATIONS ARE DEFINED AND PROVIDED FOR IN THE POLICY. PROGRAMS OR PRODUCTS MAY NOT BE AVAILABLE IN ALL STATES AND POLICY FEATURES MAY VARY BY STATE.

# NAUTILUS INSURANCE COMPANY
## Scottsdale, Arizona
## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** ECP2038559-11          **RENEWAL OF:** ECP2038559-10

| **INSURED'S NAME AND ADDRESS:** | **PRODUCER'S NAME AND ADDRESS:** |
|---|---|
| CARTER PROFESSIONAL RESTORATION, INC<br>DBA: SERVPRO of Albany and Americus<br>PO BOX 70905<br>Albany, GA  31708 | Severson Ridge Environmental Underwriters LLC<br>525 Junction Road<br>Suite 8200<br>Madison, WI  53717 |

**POLICY PERIOD:** September 24, 2023 to September 24, 2024 at 12:01 a.m. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**FORM OF BUSINESS:**

Corporation

### THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENTS.

| COVERAGE PARTS | PREMIUM |
|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE: | ███ |
| CONTRACTORS POLLUTION LIABILITY COVERAGE: | ███ |
| PROFESSIONAL LIABILITY COVERAGE: | ███ |
| SITE SPECIFIC POLLUTION LIABILITY COVERAGE: | Not Covered |
| TERRORISM RISK INSURANCE ACT: | Rejected |
| **POLICY PREMIUM:** | ███ |

**NOTICE TO THE INSURED:**

**This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law O.C.G.A. Chapter 33-5.**

**Name of Surplus Lines Broker:** _____

**NAME AND ADDRESS OF ADMINISTRATIVE OFFICE:**

Berkley Environmental (A Berkley Company)
Two Ravinia Drive, Suite 1100, Atlanta, GA 30346
Phone No.: (404) 443-2040, See CLAIMS NOTICE for claims contact information.

**THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

**Issue Date:** 09/26/2023

ENV DEC 08 12                                                                                           Page 1 of 1

# ENVIRONMENTAL COMBINED POLICY
# SUPPLEMENTAL DECLARATIONS

**POLICY NUMBER:** ECP2038559-11

| LIMITS OF INSURANCE: | | |
|---|---|---|
| **General Aggregate Limit (Other than Products/Completed Operations)** | | $ 10,000,000 |
| **Commercial General Liability Occurrence** | | |
| Each Occurrence - CGL | | $ 2,000,000 |
| Products/Completed Operations Aggregate Limit | | $ 5,000,000 |
| Personal & Advertising Injury Limit | | $ 2,000,000 |
| Damage to Premises Rented to You Limit | Any one premises | $ 100,000 |
| Medical Payments | Any one Person | $ 5,000 |
| **Contractors Pollution Claims - Made** | | |
| Each Pollution Condition - CPL (Claims Made) | | $ 2,000,000 |
| **Professional Liability** | | |
| Each Claim - Professional Liability | | $ 2,000,000 |
| **Employee Benefits Liability** | | |
| Employee Benefits Liability - Each Employee | | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |
| Employee Benefits Liability - Aggregate | | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |
| **Microbial Substance** | | |
| Microbial Substance - SubLimit Each Claim | | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |
| Microbial Substance - Aggregate Limit | | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |

| RETROACTIVE DATE (APPLICABLE TO CLAIMS MADE COVERAGES): | |
|---|---|

**Applicable to claims made coverage provided under form numbered:**

ECPC 1001 06 18

**Retroactive Date, if any, shown here (Enter the date or "None" if no Retroactive Date applies):**

| | |
|---|---|
| Contractors Pollution Claims - Made | 09/24/2012 |
| Professional Liability Retroactive Date | 09/24/2023 |
| Professional Liability Retroactive Date for $250,000/$250,000 limit | 09/24/2012 |
| Professional Liability Retroactive Date for 2m limit | 09/24/2022 |
| Employee Benefits Liability | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |
| Microbial Substance | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |

| SCHEDULE OF PREMISES / SITES: | |
|---|---|

All premises / locations that are owned, rented and/or occupied by the Insured and on file with the Company.

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING
THE NAME OF THE INSURED AND THE POLICY PERIOD.

ECP SUPP 03 14

**RETENTIONS:**

**Commercial General Liability Occurrence**

Coverage A & B Per Occurrence                                                                      $ 5,000

**Contractors Pollution Claims - Made**

Each Pollution Condition Per Claim                                                                $ 5,000

**Professional Liability**

Each Claim - Professional Per Claim                                                               $ 5,000

**Employee Benefits Liability**

Each Employee Per Claim                                    SEE ENDORSEMENTS ATTACHED TO THIS POLICY

**Microbial Substance**

Microbial Substance Per Claim                             SEE ENDORSEMENTS ATTACHED TO THIS POLICY

**FORMS AND ENDORSEMENTS (Other than applicable Forms and Endorsements shown elsewhere in the Policy):**

Forms and Endorsements applying to this policy and made a part of this policy at time of issue:
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**TOTAL PREMIUM FOR THIS POLICY:**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING
THE NAME OF THE INSURED AND THE POLICY PERIOD.

ECP SUPP 03 14                                                                                           Page 2 of 2

## SCHEDULE OF FORMS AND ENDORSEMENTS

**Policy Number:**   ECP2038559-11

**Named Insured:**   CARTER PROFESSIONAL RESTORATION, INC

**FORMS ATTACHED TO AND MADE A PART OF THIS POLICY:**

| FORM NUMBER | FORM TITLE |
|---|---|
| E001J 07 20 | Nautilus Policy Jacket |
| ENV DIR CLAIMS 09 22 | Policyholder Notice - Claim Reporting Information |
| ENV DEC 08 12 | Common Policy Declarations |
| ECP SUPP 03 14 | Environmental Combined Policy Supplemental Declarations |
| ENV FORMS 09 10 | Schedule of Forms and Endorsements |
| ECPC 1001 06 18 | Environmental Combined Policy - Claims Made |
| E906 (08-21) | Service of Suit |
| ECP 1004 08 16 | Additional Insured - Blanket |
| ECP 1005 08 16 | Additional Insured - Coverage A, B & D - Scheduled Person or Organization |
| ECP 1005 08 16 | Additional Insured - Coverage A, B & D - Scheduled Person or Organization |
| ECP 1009 08 16 | Deductible Endorsement |
| ECP 1016 08 16 | Employee Benefit Liability Coverage |
| ECP 1021 10 06 | Designated Construction Project(s) General Aggregate Limit |
| ECP 1029 06 18 | Designated Operations Exclusion - Coverage A and B |
| ECP 1045 06 18 | Transportation Pollution Liability Coverage |
| ECP 1046 06 18 | Contingent Transportation Pollution Liability Coverage |
| ECP 1049 06 18 | Designated Operations Exclusion - Coverage D |
| ECP 1053 06 18 | Designated Operations Exclusion - Coverage E |
| ECP 1055 04 20 | Exclusion - Violation of Privacy |
| ECP 1056 06 18 | Exclusion - Financial Services |
| ECP 1073 06 18 | Blanket Non-Owned Disposal Site Coverage - On & Off Site |
| ECP 1077 08 16 | Microbial Substance Coverage - Deductible |
| ECP 1085 05 16 | Additional Insured - Scheduled Person or Organization |
| ECP 1092 11 15 | Additional Insured - Grantor of Franchise |
| ECP 1094 09 19 | Additional Insured - Scheduled Person or Organization |
| ECP 1099 12 18 | Aggregate Sublimit(s) of Insurance |
| ECP 1100 01 20 | ServPro Restoration Services Endorsement |
| ECP 1101 12 18 | Bailees Customer Coverage - Valuation |
| ECP 1104 07 20 | Biohazard Remediation Coverage |
| ECP 1105 05 20 | Exclusion - Communicable Disease |
| ENV 2004 06 18 | Waiver of Subrogation |
| ENV 2012 01 12 | Earned Premium and Flat Rate |
| ENV 2216 11 16 | Named Insured Endorsement |
| ENV 2217 06 18 | Notice of Cancellation to Designated Entities |
| ENV 2225 10 18 | Exclusion of Certified Acts of Terrorism |
| IL 12 02 01 16 | Office of Foreign Asset Control (OFAC) Exclusion Endorsement |
| ECPC 1085 06 23 | Exclusion - Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS) |

| ENVIRONMENTAL COMBINED POLICY |
|---|

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **III -** Who Is An insured.

Other words and phrases that appear in bold have special meaning. Refer to Section **VII** -Definitions.

Coverage **D** Contractors Pollution Liability and Coverage **E** Professional Liability of this policy provide Claims Made and Reported Coverage, and have claims reporting requirements that differ from Coverages **A**, **B** and **C**. Coverage **D** Contractors Pollution Liability and Coverage **E** Professional Liability only apply to a claim that is made against you and reported to us during the policy period or applicable Extended Reporting Period.

The application is the basis of this policy and is incorporated in and constitutes a part of this policy. A copy of the application is attached hereto. Any material received with the application will be maintained on file with the Company and will be deemed to be attached thereto as if physically attached. It is agreed by all insureds that the statements in the application are their representations, that they are material and that this policy is issued in reliance upon the truth of such representations. This policy includes all of the agreements existing between the insureds and the Company or any of its agents relating to this policy.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible or self insured retention, if any, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **bodily injury** or **property damage** to which this insurance does not apply. We may, at our discretion, investigate any **occurrence** and settle any claim or **suit** that may result. But:

        (1) The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

        (2) Our right and duty to defend ends under Coverage **A** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, and **E**.

    b. This insurance applies to **bodily injury** and **property damage** only if:

        (1) The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;

        (2) The **bodily injury** or **property damage** occurs during the policy period; and

        (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **III** - Who Is An Insured and no **employee** authorized by you to give or receive notice of an **occurrence** or claim, knew that the **bodily injury** or **property damage** had occurred, in whole or in part. If such a listed insured or authorized **employee** knew, prior to the policy period, that the **bodily injury** or **property damage**

occurred, then any continuation, change or resumption of such **bodily injury** or **property damage** during or after the policy period will be deemed to have been known prior to the policy period.

c.    **Bodily injury** or **property damage** which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **III** - Who Is An Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim, includes any continuation, change or resumption of that **bodily injury** or **property damage** after the end of the policy period.

d.    **Bodily injury** or **property damage** will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **III** - Who Is An Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim:

(1)    Reports all or any part, of the **bodily injury** or **property damage** to us or any other insurer;

(2)    Receives a written or verbal demand or claim for damages because of the **bodily injury** or **property damage**; or

(3)    Becomes aware by any other means that **bodily injury** or **property damage** has occurred or has begun to occur.

e.    Damages because of **bodily injury** include damages claimed by any person or organization for care, loss of services or death resulting at any time from the **bodily injury**.

2.    **Exclusions**

*Refer also to Section II – Shared Exclusions for additional exclusions.*

This insurance does not apply to:

a.    **Other Coverages**

Anything covered under any other Coverage Part contained in this policy.

b.    **Expected Or Intended Injury**

**Bodily injury** or **property damage** expected or intended from the standpoint of the insured. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

c.    **Contractual Liability**

**Bodily injury** or **property damage** for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1)    That the insured would have in  the  absence of the contract or agreement; or

(2)    Assumed in a contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an **insured contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of **bodily injury** or **property damage**, provided:

(a)    Liability to such party for, or for the cost of, that party's defense has also been assumed in the same **insured contract**; and

(b)    Such attorney fees and litigation expenses are for defense of that party against a **suit** or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

d.    **Aircraft**, **Auto Or Watercraft**

ECPC 1001 06 18                                                                                          Page **2** of **31**

**Bodily injury** or **property damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and **loading or unloading**.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the **occurrence** which caused the **bodily injury** or **property damage** involved the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an **auto** on, or on the ways next to, premises you own or rent, provided the **auto** is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any **insured contract** for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** **Bodily injury** or **property damage** arising out of:

   **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

   **(b)** The operation of any of the machinery or equipment listed in Paragraph **f. (2)** or **f. (3)** of the definition of **mobile equipment**.

**e.    Liquor Liability**

**Bodily injury** or **property damage** for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**f.    Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**g.    Employer's Liability**

**Bodily injury** to:

**(1)**    An **employee** of the insured arising out of and in the course of:

    **(a)**    Employment by the insured; or

    **(b)**    Performing duties related to the conduct of the insured's business; or

**(2)**    The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)**    Whether the insured may be liable as an employer or in any other capacity; and

**(2)**    To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an **insured contract**.

**h.    Mobile Equipment**

**Bodily injury** or **property damage** arising out of:

**(1)**    The transportation of **mobile equipment** by an **auto** owned or operated by or rented or loaned to any insured; or

**(2)**    The use of **mobile equipment** in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.    Damage To Property**

**Property damage** to:

**(1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**    Property loaned to you;

**(4)**    Personal property in the care, custody or control of the insured;

**(5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)**    That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

**j.    Damage To Your Product**

**Property damage** to **your product** arising out of it or any part of it.

**k.    Damage To Your Work**

**Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**l.    Damage To Impaired Property Or Property Not Physically Injured**

**Property damage** to **impaired property** or property that has not been physically injured, arising out of:

**(1)**    A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

**(2)**    A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

**m.    Recall Of Products**, **Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)    Your product**;

**(2)    Your work**; or

**(3)    Impaired property**;

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**n.    Personal And Advertising Injury**

**Bodily injury** or **property damage** arising out of **personal and advertising injury**.

**o.    Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **d.** through **m.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **IV -**

Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of **personal and advertising injury** in excess of the deductible or self insured retention, if any, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **personal and advertising injury** to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or **suit** that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

      **(2)** Our right and duty to defend ends under Coverage **B** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, and **E**.

   b. This insurance applies to **personal and advertising injury** caused by an offense arising out of your business but only if the offense was committed in the **coverage territory** during the policy period.

2. **Exclusions**

   *Refer also to Section II – Shared Exclusions for additional exclusions.*

   This insurance does not apply to:

   a. **Other Coverages**

      Anything covered under any other Coverage Part contained in this policy.

   b. **Knowing Violation Of Rights Of Another**

      **Personal and advertising injury** caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury.**

   c. **Material Published With Knowledge Of Falsity**

      **Personal and advertising injury** arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

   d. **Material Published Prior To Policy Period**

      **Personal and advertising injury** arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

   e. **Criminal Acts**

      **Personal and advertising injury** arising out of a criminal act committed by or at the direction of the insured.

**f.** **Contractual Liability**

**Personal and advertising injury** for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**g.** **Breach of Contract**

**Personal and advertising injury** arising out of a breach of contract, except an implied contract to use another's advertising idea in your **advertisement**.

**h.** **Quality Or Performance Of Goods - Failure To Conform To Statements**

**Personal and advertising injury** arising out of the failure of goods, products or services to conform to any statement of quality or performance made in your **advertisement**.

**i.** **Wrong Description Of Prices**

**Personal and advertising injury** arising out of the wrong description of the price of goods, products or services stated in your **advertisement**.

**j.** **Infringement Of Copyright**, **Patent**, **Trademark Or Trade Secret**

**Personal and advertising injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your **advertisement**, of copyright, trade dress or slogan.

**k.** **Insureds In Media And Internet Type Businesses**

**Personal and advertising injury** committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **16. a.**, **b.**, and **c.** of **personal and advertising injury** under the Definitions Section **VII**.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising for you or others anywhere on the Internet, is not by itself considered the business of advertising, broadcasting, publishing or telecasting.

**l.** **Electronic Chatrooms Or Bulletin Boards**

**Personal and advertising injury** arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**m.** **Unauthorized Use Of Another's Name Or Product**

**Personal and advertising injury** arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**COVERAGE C MEDICAL PAYMENTS**

1.    **Insuring Agreement**

    **a.**    We will pay medical expenses as described below for **bodily injury** caused by an accident:

        **(1)**    On premises you own or rent;

        **(2)**    On ways next to premises you own or rent; or

        **(3)**    Because of your operations;

    provided that:

        **(1)**    The accident takes place in the **coverage territory** and during the policy period;

        **(2)**    The expenses are incurred and reported to us within one year of the date of the accident; and

        **(3)**    The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    **b.**    We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

        **(1)**    First aid administered at the time of an accident;

        **(2)**    Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

        **(3)**    Necessary ambulance, hospital, professional nursing and funeral services.

2.    **Exclusions**

    ***Refer also to Section II – Shared Exclusions for additional exclusions.***

    We will not pay expenses for **bodily injury**:

    **a.**    **Any Insured**

        To any insured, except **volunteer workers**.

    **b.**    **Hired Person**

        To a person hired to do work for or on behalf of any insured or a tenant of any insured.

    **c.**    **Injury On Normally Occupied Premises**

        To a person injured on that part of premises you own or rent that the person normally occupies.

    **d.**    **Workers Compensation And Similar Laws**

        To a person, whether or not an **employee** of any insured, if benefits for the **bodily injury** are payable or must be provided under a workers compensation or disability benefits law or a similar law.

    **e.**    **Athletics Activities**

        To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

    **f.**    **Products-Completed Operations Hazard**

    Included within the **products-completed operations hazard**.

    **g.**    **Coverage A, D, Or E Exclusions**

    Excluded under Coverages **A**, **D**, or **E**.

## COVERAGE D CONTRACTORS POLLUTION LIABILITY

**1.**    **Insuring Agreement**

    **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible or self insured retention, if any, resulting from **pollution conditions** to which this insurance applies.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any **pollution conditions** and settle any claim or **suit** that may result.  But:

        **(1)**    The amount we will pay for damages is limited as described in Section **IV -** Limits Of Insurance; and

        **(2)**    Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, or **E**.

    **b.**    This insurance applies to **bodily injury** and **property damage** only if:

        **1.**    The **bodily injury** or **property damage** is caused by **pollution conditions** that take place in the **coverage territory** and arise out of **your work**;

        **2.**    The claim for damages from **pollution conditions** is first made against the insured and reported to the Insurer, in writing, during the policy period, or Extended Reporting Period, if applicable;

        **3.**    The **pollution conditions** were unexpected and unintended from the standpoint of the insured; and

        **4.**    **Your work** resulting in a claim commenced on or after the Retroactive Date shown in the Declarations, if any, and before the end of the policy period.

**2.**    **Exclusions**

    *Refer also to Section II – Shared Exclusions for additional exclusions.*

    This insurance does not apply to:

    **a.**    **Other Coverages**

    Anything covered under any other Coverage Part contained in this policy.

    **b.**    **Knowingly Wrongful Acts**

    Damages based upon or arising from the insured's dishonest, fraudulent, malicious, or knowingly wrongful act, error or omission or non-compliance with any statute, regulation, ordinance, administrative complaint, notice of violation, notice letter, executive order, or instruction of any governmental agency or body. However, this exclusion shall not apply to any insured that did not commit, participate in, or have knowledge of any of the acts described above.

    **c.**    **Related Entities**

Damages claimed by your parent company or any affiliated subsidiary, or any entity which is owned, operated, managed, or controlled by you.

**d.    Contractual Liability**

Damages based upon or arising out of the liability of others assumed by an insured under any contract or agreement. This exclusion does not apply to liability for damages:

**(1)**    Assumed in a contract or agreement that is an **insured contract**, provided the **pollution condition** occurs subsequent to the execution of the contract or agreement; or

**(2)**    That the insured would have in the absence of the contract or agreement.

**e.    Products Liability**

Damages arising out of **your product**.  This includes, but is not limited to, any **property damage** to **your product**.

**f.    Workers Compensation**

Damages based upon or arising under any workers compensation, unemployment compensation or disability benefits law or similar law.

**g.    Employer's Liability**

Damages based upon or arising out of injury to any **employee**, director, officer, partner, or **leased worker** of an insured.  This exclusion does not apply to liability assumed by you while performing **your work** under an **insured contract**.

**h.    Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

**i.    Off-Site Waste Disposal**

Damages, including **cleanup costs**, based upon or arising out of **pollution conditions** on, at or migrating from any location to which wastes, products or materials have been delivered beyond the boundaries of any site where **your work** is being performed.

**j.    Damage To Property**

Damages based upon or arising out of **property damage** to:

**(1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**    Property loaned to you;

**(4)**    Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

Paragraphs **(5)** and **(6)** do not apply to **cleanup costs**.

**k.    Project-Specific Coverage**

Damages based upon or arising out of any project for which any insured is an insured on a project-specific policy issued by any carrier.

**l.    Known Conditions**

Damages based upon or arising out of **your work** performed prior to the inception date of this policy, if any of your management, directors, partners or **employees** responsible for environmental affairs knew or reasonably could have foreseen that **your work** could give rise to a claim under this coverage part.

**m.    Professional Liability**

Claims based upon or arising out of the rendering of or failure to render **professional services.**

**n.    Bankruptcy**

Claims based upon or arising out the bankruptcy or insolvency of an insured or of any other firm, person, or organization.

**o.    Personal and Advertising Injury**

Damages arising out of **personal and advertising injury**.

**COVERAGE E PROFESSIONAL LIABILITY**

**1.    Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible or self insured retention, if any, that result from **professional services** to which this insurance applies. The damages must result from an actual or alleged act, error or omission in the performance of **professional services** rendered by the insured.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any actual or alleged act, error or omission and settle any claim or **suit** that may result.  But:

**(1)** The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends under Coverage **E** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, or **E**.

**b.** This insurance shall only apply if:

**(1)** The claim is first made against the insured and reported to the Insurer, in writing, during the policy period, or Extended Reporting Period, if applicable; and

**(2)** The actual or alleged act, error or omission takes place in the **coverage territory**; and

**(3)** The actual or alleged act, error or omission takes place on or after the Retroactive Date, if any, shown in the Declarations and before the end of the policy period.

**2. Exclusions**

*Refer also to Section II – Shared Exclusions for additional exclusions.*

This insurance does not apply to:

**a. Other Coverages**

Anything covered under any other Coverage Parts contained in this policy.

**b. Knowingly Wrongful Acts**

Damages based upon or arising from the insured's dishonest, fraudulent, malicious, or knowingly wrongful act, error or omission or non-compliance with any statute, regulation, ordinance, administrative complaint, notice of violation, notice letter, executive order, or instruction of any governmental agency or body. However, this exclusion shall not apply to any insured that did not commit, participate in, or have knowledge of any of the acts described above.

**c. Related Entities**

Damages claimed by your parent company or any affiliated subsidiary, or any entity which is owned, operated, managed, or controlled by you.

**d. Discrimination**

Damages based upon or arising out of discrimination by the insured on the basis of age, color, race, sex, creed, national origin, marital status, physical disability or sexual preference.

**e. Contractual Liability**

Damages based upon or arising out of the liability of others assumed by an insured under any contract or agreement. This exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an **insured contract**, provided the actual or alleged act, error or omission occurs subsequent to the execution of the contract or agreement; or

**(2)** That the insured would have in the absence of the contract or agreement.

**f.     Products Liability**

Damages arising out of **your product**.  This includes, but is not limited to, any **property damage** to **your product**.

**g.     Workers Compensation**

Damages based upon or arising under any workers compensation, unemployment compensation or disability benefits law or similar law.

**h.     Employer's Liability**

Damages based upon or arising out of injury to any **employee**, director, officer, partner, or **leased worker** of an insured.  This exclusion does not apply to liability assumed by you while rendering **professional services** under an **insured contract**.

**i.     Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

**j.     Off-Site Waste Disposal**

Damages, including **cleanup costs**, based upon or arising out of **pollution conditions** on, at or migrating from any location to which wastes, products or materials have been delivered beyond the boundaries of any site on which or on behalf of which **your work** and/or **professional services** have been performed.

**k.     Damage To Property**

Damages based upon or arising out of **property damage** to:

**(1)**     Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**     Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**     Property loaned to you;

**(4)**     Personal property in the care, custody or control of the insured;

**(5)**     That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)**     That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(5)** and **(6)** do not apply to **cleanup costs**.

**l.    Suretyship and Insurance**

Damages based upon, or arising out of, or attributable to any actual or alleged failure to advise or require or failure to effect and maintain any policy of insurance, suretyship or bond.

**m.    Insured vs. Insured**

Damages claimed by any insured against any other insured under this policy.

**n.    Express Warranties or Guarantees**

Damages based upon or arising out of express warranties or guarantees.

**o.    Project-Specific Coverage**

Damages based upon or arising out of any project for which any insured is an insured on a project-specific policy issued by any carrier.

**p.    Known Conditions**

Damages based upon or arising out of **professional services** rendered prior to the inception date of this policy, if any of your management, directors, or partners knew or reasonably could have foreseen that such **professional services** could give rise to a claim under this coverage part.

**q.    Bankruptcy**

Claims based upon or arising out the bankruptcy or insolvency of an insured or of any other firm, person, or organization.

**r.    Personal And Advertising Injury**

Damages arising out of **personal and advertising injury**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A, B, D, and E

1.    We will pay, with respect to any claims or **occurrences** we investigate or settle, or any **suit** against an insured we defend:

**a.**    All expenses we incur.

**b.**    Up to $250 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.**    The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.**    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $250 a day because of time off from work.

**e.**    All costs taxed against the insured in the **suit**.

**f.**    Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.**    All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of

insurance.

These payments will not reduce the Limits of Insurance for Coverages **A** and **B**.

These payments will reduce the Limits of Insurance for Coverages **D** and **E**.

2.    If we defend an insured against a **suit** and an indemnitee of the insured is also named as a party to the **suit**, we will defend that indemnitee if all of the following conditions are met:

    **a.**    The **suit** against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in an **insured contract**;

    **b.**    This insurance applies to such liability assumed by the insured;

    **c.**    The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same **insured contract**;

    **d.**    The allegations in the **suit** and the information we know about the **occurrence**, **pollution condition** or act, error or omission are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

    **e.**    The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such **suit** and agree that we can assign the same counsel to defend the insured and the indemnitee; and

    **f.**    The indemnitee:

        **(1)**    Agrees in writing to:

            **(a)**    Cooperate with us in the investigation, settlement or defense of the **suit**;

            **(b)**    Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **suit**;

            **(c)**    Notify any other insurer whose coverage is available to the indemnitee; and

            **(d)**    Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

        **(2)**    Provides us with written authorization to:

            **(a)**    Obtain records and other information related to the **suit**; and

            **(b)**    Conduct and control the defense of the indemnitee in such **suit**.

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.  Notwithstanding the provisions of Paragraph **2. c. (2)** of Section **I - Coverage A -** Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for **bodily injury** and **property damage** and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    **a.**    We have used up the applicable limit of insurance in the payment of judgments or settlements; or

    **b.**    The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## <u>SECTION II – SHARED EXCLUSIONS</u>

**EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E.**

This insurance does not apply to:

**1.    Nuclear Hazard**

 **a.** Damages:

  **(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

  **(2)** Resulting from the **hazardous properties** of **nuclear material** and with respect to which:

   **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of l954, or any law amendatory thereof, or

   **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

 **b.** Damages resulting from the **hazardous properties** of **nuclear material**, if:

  **(1)** The **nuclear material**

   **(a)** is at any **nuclear facility** owned by, or operated by or on behalf of, an insured; or

   **(b)** has been discharged or dispersed therefrom;

  **(2)** The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

  **(3)** The damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to **property damage** to such **nuclear facility** and any property thereat.

As used in this exclusion:

 **a.** **Hazardous properties** include radioactive, toxic or explosive properties;

 **b.** **Nuclear material** means **source material**, **special nuclear material** or **by-product material**;

 **c.** **Source material**, **special nuclear material**, and **by-product material** have the meanings given them in the Atomic Energy Act of l954 or in any law amendatory thereof; **spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**;

 **d.** **Waste** means any waste material:

  **(1)** Containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and

  **(2)** Resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**.

 **e.** **Nuclear facility** means:

  **(1)** Any **nuclear reactor**;

  **(2)** Any equipment or device designed or used for:

        **(a)**     separating the isotopes of uranium or plutonium,

        **(b)**     processing or utilizing **spent fuel**, or

        **(c)**     handling, processing or packaging **waste**;

**(3)**     Any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(4)**     Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**;

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**f.**     **Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**g.**     **Property damage** includes all forms of radioactive contamination of property.

## 2.    Fungi

**a.**     Damages which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any **fungi** regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.**     Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of **fungi** by any insured or by any other person or entity.

## 3.    War

Any liability of whatever nature arising out of, resulting from, caused by or contributed to by:

**a.**     War, including undeclared or civil war;

**b.**     Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.**     Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## 4.    Fines And Penalties

Any claim seeking payment of:

**a.**     Fines, penalties, or multiplied damages;

**b.**     Punitive or exemplary damages, except where allowable by law; or

**c.** The cost of injunctive relief based upon or arising out of non-compliance with any statute, regulation, ordinance or administrative complaint.

**5. Radioactive Matter**

Any liability of whatever nature arising out of, resulting from, caused by or contributed to by:

**a.** Ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel.

**b.** The radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof.

**c.** Any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force of matter.

**d.** Radioactive contamination however caused, whenever or wherever happening.

**EXCLUSIONS APPLICABLE TO COVERAGES A AND B**

This insurance does not apply to:

**1. Pollution**

**a.** **Bodily injury**, **property damage** or **personal and advertising injury** which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test      for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

**(2)** Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

**2. Asbestos**

**Bodily injury**, **property damage** or **personal and advertising injury**, sickness, disease, occupational disease, disability, shock, death, mental anguish and mental injury at any time arising out of the manufacture, mining, use, sales, installation, distribution, removal, or encapsulation of, or exposure to asbestos products, asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any party because of damages arising out of such **bodily injury**, **property damage** or **personal and advertising injury**, sickness, disease, occupational disease, disability, shock, death, mental anguish or mental injury at any time as a result of the manufacture, mining, use, sales, installation, distribution, removal, or encapsulation  of or  exposure  to asbestos products, asbestos fibers or asbestos dust.

It is further agreed that the Company is not obligated to defend any **suit** or claim against any insured alleging **bodily injury**, **property damage** or **personal and advertising injury** resulting from or contributed to, by any and all manufacture, mining, use, sales, installation, distribution, removal, or encapsulation of or exposure to asbestos products, asbestos fibers or asbestos dust.

**3. Lead**

**a.** **Bodily injury** arising out of the ingestion, inhalation or absorption of lead in any form, or **property damage** or **personal and advertising injury** (if applicable) arising from any form of lead;

**b.** Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the

effects of lead; or

c.    Any loss, cost or expense arising out of any claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

**4.**    **Silica**

a.    Any loss, claim, or **occurrence**, whether for **bodily injury**, **property damage**, or **personal and advertising injury** arising out of or in any way related to the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation, ingestion or respiration of silica or products or substances containing silica or silicon dioxide in any form including, but not limited to, silica dust, sand or otherwise, or work involving the use of or handling of silica or silicon dioxide in any form, even if other causes are alleged to contribute to or aggravate such loss, claim or **occurrence**.

b.    Any loss, claim or **occurrence** arising from or related to:

(1)    Any supervision, instruction, recommendations, warnings or advice given or which should have been given in connection with the events described in Paragraph **a.**;

(2)    Any obligation to indemnify, defend, share damages with or repay someone else who must pay damages because of events described in Paragraph **a.**; and

(3)    Any fines or penalties imposed because of events described in Paragraph **a.**

**5.**    **Employment Related Practices**

**Bodily injury** or **personal and advertising injury** arising out of any:

a.    Refusal to employ;

b.    Termination of employment;

c.    Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

d.    Consequential **bodily injury** or **personal and advertising injury** as a result of **a.** through **c.** above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

**6.**    **Professional Liability**

**Bodily injury**, **property damage** or **personal and advertising injury** based upon or arising out of the rendering of or failure to render **professional services**.

## SECTION III - WHO IS AN INSURED

**1.**    If you are designated in the Declarations as:

a.    An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.    A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.    A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your **volunteer workers** only while performing duties related to the conduct of your business, or your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** or **volunteer workers** are insureds for:

    **(1)** **Bodily injury** or **personal and advertising injury**:

        **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

        **(b)** To the spouse, child, parent, brother or sister of that co-**employee** or **volunteer worker** as a consequence of Paragraph **(1)(a)** above;

        **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

        **(d)** Arising out of his or her providing or failing to provide professional health care services.

    **(2)** **Property damage** to property:

        **(a)** Owned, occupied or used by, or

        **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** With respect to Coverages **A**, **B**, and **C**, any person (other than your **employee** or **volunteer worker**), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy

3.    Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company,   and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a.    Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b.    Coverage **A** does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

   c.     Coverage **B** does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization; and

   d.    Coverage **D** does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

   e.    Coverage **E** does not apply to any act, error or omission in the performance of **professional services** rendered before you acquired or formed the organization.

   No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

4.    Solely with respect to Coverages **A**, **B** and **D**, your clients, provided a written contract or agreement is in effect between you and the client, and solely with respect to **your work** performed by or on your behalf for that client.  For Coverages **A** and **B**, such written contract or agreement must be in effect prior to the **occurrence** giving rise to the claim or **suit** for which the client seeks coverage.  For Coverage **D**, such written contract or agreement must be in effect prior to the commencement of the **pollution conditions** for which the client seeks coverage. Your clients are covered under this policy only for Limits of Liability up to and not exceeding the amount required by the written contract or agreement and subject to the Limits of Liability of this policy.

## SECTION IV - LIMITS OF INSURANCE

1.    The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a.    Insureds;

   b.    Claims made or **suits** brought; or

   c.    Persons or organizations making claims or bringing **suits**.

2.    The General Aggregate Limit is the most we will pay for the sum of:

   a.    Medical expenses under Coverage **C**;

   b.    Damages under Coverage **A** except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**;

   c.    Damages under Coverage **B**; and

   d.    Damages and supplementary payments under Coverages **D** and **E**.

3.    The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of **bodily injury** and **property damage** included in the **products-completed operations hazard.**

4.    Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all **personal and advertising injury** sustained by any one person or organization.

5.    Subject to **2.** or **3.** above, whichever applies, the Each **Occurrence** Limit is the most we will pay for the sum of:

a.    Damages under Coverage **A**.

b.    Medical expenses under Coverage **C**; and

c.    Damages and supplementary payments under Coverage **D**;

because of all **bodily injury** and **property damage** arising out of any one **occurrence**.

6.    Subject to **2.** or **3.** above, whichever applies, the Each Claim Limit is the most we will pay for the sum of damages and supplementary payments under Coverage **E** because of any one claim.

7.    Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of **property damage** to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

8.    Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of **bodily injury** sustained by any one person.


## SECTION V - POLICY CONDITIONS

1.    **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2.    **Cancellation**

a.    This policy may be cancelled by the first Named Insured shown in the Declarations or by endorsement by mailing or delivering written notice to us stating when the cancellation date shall be effective.

b.    This policy may be cancelled by us for the following reasons:

(1)    non-payment of premium;

(2)    material misrepresentation or fraud by you;

(3)    material change in the nature of risk as outlined in the application and submission materials on file with us; or

(4)    the insured's failure to comply with the terms and conditions under this policy including the failure to pay any deductible amount or audit premium when due;

by mailing to the first Named Insured, at the last known address, written notice of not less than ten (10) days if cancellation is for either reasons **(1)** or **(2)** above, or thirty (30) days if cancellation is for either reasons **(3)** or **(4)** above.  Proof of mailing of notice shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall be the end of the policy period.

3.    **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a.    You must see to it that we are notified as soon as practicable of an **occurrence** or an offense which may result in a claim or **suit**. To the extent possible, notice should include:

(1)    How, when and where the **occurrence** or offense took place;

(2)    The names and addresses of any injured persons and witnesses; and

(3)    The nature and location of any injury or damage arising out of the **occurrence** or offense.

b.    If a claim is made or **suit** is brought against any insured, you must:

(1)    Immediately record the specifics of the claim or **suit** and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** At the time you become aware of an act, error or omission to which this policy applies, if during the policy period you give us written notice containing the following:

**(1)** Details of the actual or alleged act, error or omission and the **professional services** rendered by you or on your behalf;

**(2)** The specific nature of the damages which have been sustained; and

**(3)** Details of how you first became aware of such act, error or omission;

then any claim that may subsequently be made against you arising out of such act, error or omission shall be deemed to have been made on the date we first received written notice of the act, error or omission.

This act, error or omission reporting provision shall terminate at the end of the policy period and shall not exist during the Automatic Extended Reporting Period or the Supplemental Extended Reporting Period.

**4. Inspection And Survey**

With reasonable notice to the insured, we shall be permitted, but not obligated, to inspect the insured's property and/or operations. Neither our right to make inspections or any report thereon, shall constitute an undertaking, on behalf of or for the benefit of you or others, to determine or warrant that such property or operations are safe or in compliance with environmental law, or any other law.

**5. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative. For purposes of this condition, a consent judgment, stipulated judgment, agreed judgment, consent decree or consent order reached without our written agreement is neither an agreed settlement nor a final judgment.

**6. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this policy, our obligations are limited as follows:

**a.    Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.    Excess Insurance**

This insurance is excess over:

**(1)**    Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)**    That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for **your work**;

**(b)**    That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)**    That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)**    If the loss arises out of the maintenance or use of aircraft, **auto** or watercraft to the extent not subject to Exclusion **d.**, of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)**    Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under this policy to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit**. If no other insurer has the obligation to defend, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)**    The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)**    The total of all deductible and self insured retention amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this policy.

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable Limits of Insurance of all insurers.

**7.    Premium Audit**

**a.**    We will compute all premiums for this policy in accordance with our rules and rates.

**b.**     Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured shown in the Declarations or as amended by endorsement. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured, subject to the minimum premium stated within the policy.

**c.**     The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**d.**     We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to (3) three years after the end of the policy period.

**8.     Premium Payment**

The first Named Insured shown in the Declarations is responsible for the payment of all premiums due and will be the payee for any returned premiums we pay.

**9.     Representations**

By accepting this policy, you agree:

**a.**     The statements in the Declarations are accurate and complete;

**b.**     Those statements are based upon representations you made to us; and

**c.**     We have issued this policy in reliance upon your representations.

**10.     Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.**     As if each Named Insured were the only Named Insured; and

**b.**     Separately to each insured against whom claim is made or **suit** is brought.

**11.     Transfer Of Policy**

Your rights and duties under this policy may not be transferred without our written consent.

**12.     Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

**13.     When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the non-renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.


**SECTION VI – EXTENDED REPORTING PERIOD – COVERAGES D AND E ONLY**

**1.**     We will provide one or more Extended Reporting Periods, as described below, if:

**a.**     This policy is canceled or not renewed; or

**b.**    We renew or replace the coverage provided under Coverages **D** or **E** of this policy with insurance that:

    **(1)**    Has a Retroactive Date for Coverages **D** or **E** later than the date shown in the Declarations; or

    **(2)**    Coverages **D** or **E** do not apply on a claims made basis.

**2.**    Extended Reporting Periods do not extend the policy period, change the scope of coverage provided or reinstate or increase the Limits of Insurance. They apply only to claims resulting from **pollution conditions** that arise from **your work** and/or actual or alleged acts, errors or omissions in the performance of **professional services** made before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.  Once in effect, Extended Reporting Periods may not be canceled.

**3.**    A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for forty five (45) days with respect to claims first made against you and reported to us in writing. The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

**4.**    A Supplemental Extended Reporting Period of up to thirty-six (36) months is available with respect to claims first made against you and reported to us in writing but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in Paragraph **3.** above, ends.

You must give us a written request for the endorsement within 45 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.**    The exposures insured;

**b.**    Previous types and amounts of insurance;

**c.**    Limits of Insurance available under this policy for future payment of damages; and

**d.**    Other related factors.

The additional premium will not exceed 100% of the annual premium for this policy.

The Extended Reporting Period endorsement shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.


**SECTION VII – DEFINITIONS**

**1.**    **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.**    Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.**    Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an **advertisement**.

**2.**    **Auto** means:

**a.**    A land motor vehicle, trailer or semi trailer designed for travel on public roads, including any attached machinery or equipment; or

ECPC 1001 06 18                                                                                                      Page **26** of **31**

    **b.**    Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment**.

**3.**    **Bodily Injury** means physical injury, sickness, disease, mental anguish, or emotional distress, sustained by any person, including death resulting from any of these at any time.

**4.**    **Cleanup Costs** means the reasonable expenses incurred for the investigation, monitoring, testing, removal, disposal, neutralization, or treatment of **pollution conditions** to the extent required by applicable federal, state or local governmental law pursuant under which the insured has or may have a legal obligation.

**5.**    **Coverage Territory** means:

    **a.**    The United States of America (including its territories and possessions), Puerto Rico and Canada; and

    **b.**    All other parts of the world if the insured's responsibility to pay damages is determined in a **suit** on the merits, in the territory described in **a.** above or in a settlement we agree to.

**6.**    **Employee** includes a **leased worker**.  **Employee** does not include a **temporary worker**.

**7.**    **Executive Officer** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**8.**    **Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by **fungi**, but does not include any **fungi** intended by the insured for consumption.

**9.**    **Impaired Property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

    **a.**    It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.**    You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

    **a.**    The repair, replacement, adjustment or removal of **your product** or **your work**; or

    **b.**    Your fulfilling the terms of the contract or agreement.

**10.**    **Insured Contract** means:

    **a.**    A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an **insured contract**;

    **b.**    A sidetrack agreement;

    **c.**    Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.**    An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.**    An elevator maintenance agreement;

    **f.**    That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability

means a liability that would be imposed by law in the absence of any contract or agreement.

**g.**    Paragraph **f.** does not include that part of any contract or agreement:

**(1)**    That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)**    That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)**    Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)**    Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)**    Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render **professional services**, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**11.**    **Leased Worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

**12.**    **Loading Or Unloading** means the handling of property:

**a.**    After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or **auto**;

**b.**    While it is in or on an aircraft, watercraft or **auto**; or

**c.**    While it is being moved from an aircraft, watercraft or **auto** to the place where it is finally delivered;

but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck that is not attached to the aircraft, watercraft or **auto**.

**13.**    **Mobile Equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

**a.**    Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.**    Vehicles maintained for use solely on or next to premises you own or rent;

**c.**    Vehicles that travel on crawler treads;

**d.**    Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)**    Power cranes, shovels, loaders, diggers or drills; or

**(2)**    Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.**    Vehicles not described in **a.**, **b.**, **c.**, or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)**    Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)**    Cherry pickers and similar devices used to raise or lower workers;

**f.**    Vehicles not described in **a.**, **b.**, **c.**, or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

    **(1)**    Equipment designed primarily for:

        **(a)**    Snow removal;

        **(b)**    Road maintenance, but not construction or resurfacing; or

        **(c)**    Street cleaning;

    **(2)**    Cherry pickers and similar devices mounted on **auto** or truck chassis and used to raise or lower workers; and

    **(3)**    Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, **mobile equipment** does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

**14.**    **Natural Resource Damage** means damage to, injury to, destruction of, or loss of, ground water, wildlife, biota, air, land, water, fish, drinking water supplies, and/or similar resources belonging to, held in trust by, managed by, appertaining to, or otherwise controlled by the United States, any State or local government, any foreign government, or any Indian Tribe, including the reasonable costs of assessing such injury, destruction or loss resulting therefrom.

**15.**    **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**16.**    **Personal And Advertising Injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

    **a.**    False arrest, detention or imprisonment;

    **b.**    Malicious prosecution;

    **c.**    The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.**    Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.**    Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.**    The use of another's advertising idea in your **advertisement**; or

    **g.**    Infringing upon another's copyright, trade dress or slogan in your **advertisement.**

17. **Pollutant(s)** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

18. **Pollution Conditions** means the discharge, dispersal, release, seepage, migration, or escape of **pollutants**.

19. **Products-Completed Operations Hazard**:

    a. Includes all **bodily injury** and **property damage** occurring away from premises you own or rent and arising out of **your product** or **your work** except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned. However, **your work** will be deemed completed at the earliest of the following times:

    (a) When all of the work called for in your contract has been completed.

    (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    b. Does not include **bodily injury** or **property damage** arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the **loading or unloading** of that vehicle by any insured;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

20. **Professional Services** means those services performed by you or on your behalf, that are related to your practice as an engineer, consultant, architect, or surveyor that are performed for others for a fee.

21. **Property Damage** means:

    a. Physical injury to tangible property, including resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it; or

    c. Solely with respect to Section **I -** Coverages **D** and **E**, **property damage** shall include **cleanup costs** and **natural resource damage**.

    For the purposes of this insurance, electronic data is not tangible property.

    As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

22. **Suit** means a civil proceeding in which damages because of **bodily injury**, **property damage**, **personal and advertising injury**, or **professional services** to which this insurance applies are alleged.  **Suit** includes:

    a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does

submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

23. **Temporary Worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

24. **Volunteer Worker** means a person who is not your **employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

25. **Your Product**:

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

26. **Your Work**:

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**, and

        **(2)** The providing of or failure to provide warnings or instructions.

# SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other Officer specified for that purpose in the Statute, or his/her successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of you or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the below named as the person to whom the said Officer is authorized to mail such process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon John Briggs, or his nominee of the Company at 7233 East Butherus Drive, Scottsdale, Arizona 85260, and that in any suit instituted against the Company upon this policy, it will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.  Nothing herein shall constitute a selection or designation of forum, or a waiver of any of the Company's rights to select a forum or court, including any of the federal courts of the United States.  This includes any right to commence an action in or remove or transfer an action to the United States District Court or any other court of competent jurisdiction, as permitted by law.

E906 (08/21)

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| ADDITIONAL INSURED – BLANKET |
| --- |

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in this policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) corresponding with the box or boxes marked below.

☒ **COVERAGES PARTS A AND B – GENERAL LIABILITY**

☒ **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

**SECTION III – WHO IS AN INSURED** is amended to include as an insured, with respect to Coverage **A**, **B** and **D**, any person(s) or organization(s) when you and such person(s) or organization(s) have agreed in a written contract or written agreement that such person(s) or organization(s) be added as an additional insured on your policy.  Such written contract or written agreement must be in effect prior to the performance of **your work** which is the subject of such written contract or written agreement.

Such additional insured status applies only:

1.  Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2.  Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) with which you have so agreed in a written contract or written agreement.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## ADDITIONAL INSURED – COVERAGE A, B & D – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) corresponding with the box or boxes marked below.

☒ **COVERAGES PARTS A AND B – GENERAL LIABILITY**

☒ **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

### SCHEDULE

| | |
|---|---|
| **Name of Person or Organization:** | CLK MULTIFAMILY MANAGEMENT LLC, CLK MANAGEMENT CORP, CLK LONGVIEW MANAGEMENT LLC, AND ALL THEIR AFFILIATED, OWNED, MANAGED, AND RELATED ENTITIES |
| **Job Description/Location:** | All locations where "your work" is performed as specified in the contract or written agreement between you and the Additional Insured(s). |

<u>**SECTION III – WHO IS AN INSURED**</u> is amended to include as an insured, with respect to Coverage **A**, **B** and **D**, any person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1.  Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

2.  Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of out **pollution conditions** that are the results of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## ADDITIONAL INSURED – COVERAGE A, B & D – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) corresponding with the box or boxes marked below.

☒   **COVERAGES PARTS A AND B – GENERAL LIABILITY**

☒   **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

### SCHEDULE

| | |
|---|---|
| **Name of Person or Organization:** | Alacrity Solutions Group, LLC and its subsidiaries, affiliates, officers, managers, members, employees, successors, assigns and agents |
| **Job Description/Location:** | All Alacrity Solutions Group, LLC work assignments made to the insured in accordance with the Alacrity Solutions Group, LLC agreement to provide services |

**SECTION III – WHO IS AN INSURED** is amended to include as an insured, with respect to Coverage **A**, **B** and **D**, any person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1.   Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

   a.   **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

   b.   **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

2.   Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of out **pollution conditions** that are the results of:

   a.   **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

   b.   **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1005 08 16                                                                                                          Page **1** of **1**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### DEDUCTIBLE ENDORSEMENT

| DEDUCTIBLES | | |
|---|---|---|
| **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**: | $5,000 | Each Occurrence |
| **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**: | $5,000 | Each Occurrence |
| **COVERAGE D CONTRACTORS POLLUTION LIABILITY**: | $5,000 | Each Claim |
| **COVERAGE E PROFESSIONAL LIABILITY**: | $5,000 | Each Claim |

In consideration of the premium charged, and notwithstanding anything contained in this policy to the contrary, it is hereby agreed that such coverage as is afforded by this policy shall be subject to the following additional provisions:

Our obligation under the Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability, Contractors Pollution Liability, and Professional Liability coverages to pay damages or supplementary payments on your behalf applies only in excess of the deductible amounts stated above.  The limit of insurance for each **occurrence** under Coverages A and D, each **personal and advertising injury** under Coverage B, and each claim under Coverage E will be reduced by the amounts of such deductibles. Aggregate limits for such coverages will not be reduced by the application of such deductible amounts.

The deductible amounts stated above apply once to all damages sustained as the result of any one **occurrence** under Coverage A, or one offense under Coverage B, or one **pollution condition** under Coverage D.  The deductible amount stated above shall apply separately for each claim arising out of any one act, error, or omission under Coverage E.

Costs and expenses payable under the Supplementary Payments section of the coverage form shall contribute to the exhaustion of the stated deductible amount.

The terms of this insurance, including those with respect to:

1.    Our right and duty to defend any **suit** seeking damages; and

2.    Your duties in the event of an **occurrence,** claim, or **suit**;

apply irrespective of the application of the deductible amount.

We retain sole discretion in choosing and appointing counsel to represent the Insured in the defense of any claim or **suit**.

We retain final settlement authority within the deductible.  If the Insured does not accept an offer of settlement we deem reasonable, we shall have no responsibility for any damages or supplementary payments above what we would have paid had the claim been settled for any reasonable offer within the deductible.

We shall have the right, but not the obligation, to pay damages or supplementary payments within the deductible if we deem it advisable to do so.  If we exercise this right, the Insured must promptly, and in no event later than thirty (30) days, reimburse us for any payments we have made within the amount of the applicable deductible.  Should the Insured fail to so reimburse us, the Insured shall additionally become liable for any and all costs of collection of the deductible, including attorneys fees and costs, and interest at the prevailing local rate from the date reimbursement is requested.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## EMPLOYEE BENEFIT LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE.**

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

## SCHEDULE

| Coverage: | Employee Benefits Programs | |
|---|---|---|
| Premium: | INCLUDED | |
| Limit Of Insurance: | $1,000,000 | Employee Benefits Liability - Each Employee |
| | $1,000,000 | Employee Benefits Liability - Aggregate |
| Deductible: | $1,000 | Each Employee |
| Retroactive Date: | 09/24/2022 | Employee Benefits Liability Coverage Retroactive Date |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.**   The following is added to **SECTION I – COVERAGES**:

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1.**   **Insuring Agreement**

**a.**   We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any **claim** or **suit** that may result. But:

**(1)**   The amount we will pay for damages is limited as described in Paragraph **E.** of this endorsement (**SECTION IV – LIMITS OF INSURANCE**); and

**(2)**   Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.**   This insurance applies to damages only if:

**(1)**   The act, error or omission, is negligently committed in the **administration** of your **employee benefit program**;

**(2)**   The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A **claim** for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** of this endorsement.

**c.** A **claim** seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such **claim** is received and recorded by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **1.a.** above.

A **claim** received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the **claim**.

**d.** All **claims** for damages made by an **employee** because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such **employee's** dependents and beneficiaries, will be deemed to have been made at the time the first of those **claims** is made against any insured.

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b.** **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

**Bodily injury**, **property damage** or **personal and advertising injury**.

**c.** **Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d.** **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the **employee benefit program**.

**e.** **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any **claim** based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the **employee benefit program**.

**f.** **Workers' Compensation And Similar Laws**

Any **claim** arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g.** **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h.    Available Benefits**

Any **claim** for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i.    Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j.    Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.**    For the purposes of the coverage provided by this endorsement:

**1.**    All references to **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, D, AND E** are replaced by **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, D, E, AND EMPLOYEE BENEFITS LIABILITY**.

**2.**    Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.**    For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **4.** of **SECTION III – WHO IS AN INSURED** are replaced by the following:

**2.**    Each of the following is also an insured:

**a.**    Each of your **employees** who is or was authorized to administer your **employee benefit program.**

**b.**    Any persons, organizations or **employees** having proper temporary authorization to administer your **employee benefit program** if you die, but only until your legal representative is appointed.

**c.**    Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**4.**    Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.**    Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.**    Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.**    For the purposes of the coverage provided by this endorsement, Paragraph **3.** of **SECTION III – WHO IS AN INSURED** does not apply.

**E.**    For the purposes of the coverage provided by this endorsement, **SECTION IV – LIMITS OF INSURANCE** is replaced by the following:

**1.    Limits Of Insurance**

**a.**    The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** **Claims** made or **suits** brought;

**(3)** Persons or organizations making **claims** or bringing **suits**;

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your **employee benefit program**.

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the **administration** of your **employee benefit program.**

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one **employee**, including damages sustained by such **employee's** dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the **administration** of your **employee benefit program**.

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the **employee benefit program**.

**2. Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one **employee**, including such **employee's** dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any **suits** seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or **claim**

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any **claim** or **suit** and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**F.** For the purposes of the coverage provided by this endorsement, Conditions **3.** and **6.** of **SECTION V – POLICY CONDITIONS** are replaced by the following:

**3. Duties In The Event Of An Act, Error Or Omission, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a **claim**. To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or

omission.

**b.**   If a **claim** is made or **suit** is brought against any insured, you must:

    **(1)**   Immediately record the specifics of the **claim** or **suit** and the date received; and

    **(2)**   Notify us as soon as practicable.

    You must see to it that we receive written notice of the **claim** or **suit** as soon as practicable.

**c.**   You and any other involved insured must:

    **(1)**   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **claim** or **suit**;

    **(2)**   Authorize us to obtain records and other information;

    **(3)**   Cooperate with us in the investigation or settlement of the **claim** or defense against the **suit**; and

    **(4)**   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.**   No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**6.   Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a.   Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.   Excess Insurance**

    **(1)**   This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims made basis, if:

        **(a)**   No Retroactive Date is shown in the Schedule of this insurance; or

        **(b)**   The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

    **(2)**   When this insurance is excess, we will have no duty to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

    **(3)**   When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**G.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to **claims** for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The **employee benefit programs** insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement and is subject to a minimum premium of $2,500.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for **claims** first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** The Extended Reporting Period is subject to the Limits of Insurance as shown under the Schedule of this

endorsement. The Extended Reporting Period does not reinstate the Aggregate Limit as shown in the Schedule.

**H.**  For the purposes of the coverage provided by this endorsement, the following definitions are added to **SECTION VII - DEFINITIONS**:

**1.**  **Administration** means:

**a.**  Providing information to **employees**, including their dependents and beneficiaries, with respect to eligibility for or scope of **employee benefit programs**;

**b.**  Handling records in connection with the **employee benefit program**; or

**c.**  Effecting, continuing or terminating any **employee's** participation in any benefit included in the **employee benefit program**.

However, **administration** does not include handling payroll deductions.

**2.**  **Cafeteria plans** means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.**  **Claim** means any demand, or **suit**, made by an **employee** or an **employee's** dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.**  **Employee benefit program** means a program providing some or all of the following benefits to **employees**, whether provided through a **cafeteria plan** or otherwise:

**a.**  Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an **employee** may subscribe to such benefits and such benefits are made generally available to those **employees** who satisfy the plan's eligibility requirements;

**b.**  Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an **employee** may subscribe to such benefits and such benefits are made generally available to all **employees** who are eligible under the plan for such benefits;

**c.**  Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.**  Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.**  Any other similar benefits designated in the Schedule or added thereto by endorsement.

**I.**  For the purposes of the coverage provided by this endorsement, Definitions **6.** and **22.** in **SECTION VII - DEFINITIONS** are replaced by the following:

**6.**  **Employee** means a person actively employed, formerly employed, on leave of absence or disabled, or retired. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

**22.**  **Suit** means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. **Suit** includes:

**a.**  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.**  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
|---|

### SCHEDULE

**Designated Construction Projects:**
Each of your projects away from the premises owned or rented to you, performed during the policy period when a Designated Per Project Aggregate Limit of Insurance is required in written contractual agreement.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by **occurrences** under **SECTION I – COVERAGE A** which can be attributed only to ongoing operations as shown in the schedule above:

  **1.** A separate Designated Construction Project Limit applies to each designated construction project and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations page.

  **2.** Except for damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**, the Designated Construction Project Limit is the most we will pay for the sum of all damages under **SECTION I –COVERAGE A** regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or **suits** brought; or

    **c.** Persons or organizations making claims or bringing **suits**.

  **3.** Any payments made under **SECTION I –COVERAGE A** for damages shall reduce the Designated Construction Project Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations page nor shall they reduce any other Designated Construction Project Limit, except as affected by the Designated Construction Project Aggregate Limit described below.

  **4.** The limits shown in the Declarations page for Each Occurrence and Damage to Premises Rented to you continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project Limit.

  **5.**  **a.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under the Designated Construction Project Limit, described in **1.** and **2.** above.

    **b.** Regardless of the number of construction projects or designated construction projects covered under this policy, the most we will pay as the Designated Construction Project General Aggregate is $5,000,000.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by **occurrences** under **SECTION I –COVERAGE A** which cannot be attributed only to ongoing operations  as shown in the schedule above:

  **1.** Any payments made under **SECTION I –COVERAGE A** for damages shall reduce the amount available under the General Aggregate Limit or the Products Completed Operations Aggregate Limit, whichever is applicable; and

  **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the **products-completed operations hazard** is provided, any payments for damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard** will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of **SECTION IV – LIMITS OF INSURANCE** not otherwise modified by this endorsement shall continue to apply as stipulated.

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| DESIGNATED OPERATIONS EXCLUSION – COVERAGE A & B |
|---|

---

**SCHEDULE OF OPERATIONS:**

Operations performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022

Operations performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020

---

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE A** - **BODILY INJURY AND PROPERTY DAMAGE LIABILITY** & **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY** of this policy do not apply to any operations shown in the Schedule of Operations above.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## TRANSPORTATION POLLUTION LIABILITY COVERAGE

**SCHEDULE OF VEHICLES:**

All vehicles owned, leased, or rented by the named insured

In consideration of the premium charged, it is hereby agreed that **SECTION I – COVERAGE  D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, h. Auto, Aircraft, Watercraft Or Rolling Stock** is deleted in its entirety and replaced as follows:

**Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

Also, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of the vehicles in the above Schedule of Vehicles.

Notwithstanding the above, coverage under this endorsement is provided only for **autos** which have statutory auto liability coverage in place with an A.M. Best A- (VII) rated, or better, carrier.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

**CONTINGENT TRANSPORTATION POLLUTION LIABILITY COVERAGE**

In consideration of the premium charged, it is hereby agreed that **SECTION I – COVERAGE  D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, h. Auto, Aircraft, Watercraft or Rolling Stock** is deleted in its entirety and replaced as follows:

**h.    Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

Also, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock that:

**(1)**    Commences during the transportation of **your product** or wastes by a **carrier**; and

**(2)**    Results in **bodily injury**, **property damage** or **cleanup costs** during the transportation of **your product** or wastes; and

However, no coverage is provided for the mis-delivery of any liquid product into the wrong receptacle or to a wrong address or for the erroneous delivery of a liquid product by **auto**, aircraft, watercraft or rolling stock.

As used in this endorsement, the following definition shall apply:

**Carrier** means a person or entity, other than the Insured or any subsidiary or affiliated company of the Insured, engaged in the business of transporting property for hire by **auto**, rolling stock, aircraft or watercraft.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**ENDORSEMENT**

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| **DESIGNATED OPERATIONS EXCLUSION – COVERAGE D** |
|---|

---

**SCHEDULE OF OPERATIONS:**

Operations performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022

Operations performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020

---

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE D – CONTRACTORS POLLUTION LIABILITY** of this policy does not apply to any operations shown in the Schedule of Operations above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| DESIGNATED OPERATIONS EXCLUSION – COVERAGE E |
|---|

| **SCHEDULE OF PROFESSIONAL SERVICES:** |
|---|
| Professional Services performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022<br>Professional Services performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE E – PROFESSIONAL LIABILITY** of this policy does not apply to any **professional services** shown in the Schedule of Operations above.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1053 06 18

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| EXCLUSION – VIOLATION OF PRIVACY |
| --- |

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
| --- | --- | --- | --- |
| ECP2038559-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

This endorsement modifies insurance provided under the:

**ENVIRONMENTAL COMBINED POLICY**

I.    The following is added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E.**

This insurance does not apply to:

Any **bodily injury, property damage**, **personal and advertising injury**, loss**, cleanup costs,** claim(s)**, suit(s),** damages, and/or Supplementary Payments, including but not limited to defense costs based upon or allegedly or actually arising out of, related to, caused in whole or in part by, contributed to or in any way connected with any action or omission made by or on behalf of any insured that violates or is alleged to violate:

1.    The Telephone Consumer Protection Act (TCPA), including any amendment of, or addition to, such law; or

2.    The Controlling the Assault of Non-Solicited Pornography and Marketing (CAN-SPAM) Act of 2003 including any amendment of, or addition to, such law; or

3.    The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate     Credit Transactions Act (FACTA); or

4.    Any Biometric Information Privacy Act (BIPA) enacted by any federal, state or local law, statute, ordinance or regulation, and any amendment of or addition to such act, law, statute, ordinance or regulation governing the capture, collection, purchase, receipt through trade, use, safeguarding, handling, storage, retention, disposal, transmission, or protection from disclosure or re-disclosure of any person's or customer's **biometric identifier** or **biometric information**.

5.    Any other federal, state or local law, statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003,  FCRA, or any BIPA and their amendments and additions, that addresses, prohibits, or limits the capturing, collecting, purchasing, receiving through trade, using, safeguarding, handling, storing, retaining, sending, transmitting, protecting from disclosure or re-disclosure, printing, disseminating, disposing, recording, transmitting, communicating or distributing of material or information.

This exclusion also applies to any liability or **bodily injury, property damage**, **personal and advertising injury**, loss**, cleanup costs,** claim(s)**, suit(s),** damages, and/or Supplementary Payments, including but not limited to defense costs for which the insured is obligated, or is alleged to be obligated, to pay damages or defend any claim or **suit** by reason of the assumption of liability in an **insured contract**.

II.    The following definitions are added to **SECTION VII – DEFINITIONS:**

**Biometric identifier** means a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry.

**Biometric information** means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's **biometric identifier** used to identify an individual.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## EXCLUSION – FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

This insurance does not apply to **bodily injury** or **property damage** or **personal and advertising injury** resulting from the rendering of or the failure to render financial services by any insured to others.  For the purpose of this exclusion, financial services include but are not limited to:

1. Planning, administering or advising on:
   a. Any:
      (1) Investment;
      (2) Pension;
      (3) Annuity;
      (4) Savings;
      (5) Checking; or
      (6) Individual retirement

      plan, fund or account;

   b. The issuance or withdrawal of any bond, debenture, stock or other securities;
   c. The trading of securities, commodities or currencies; or
   d. Any acquisitions or mergers;

2. Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

3. Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;

4. Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

5. Checking or reporting of credit;

6. Maintaining of financial accounts or records;

7. Tax planning, tax advising or the preparation of tax returns; or

8. Selling or issuing travelers checks, letters of credit, certified checks, bank checks or money orders.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### BLANKET NON-OWNED DISPOSAL SITE COVERAGE – ON & OFF SITE

In consideration of the premium charged, it is hereby agreed and understood subject to all the terms and conditions of this policy, **SECTION I – COVERAGES, COVERAGE D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, i. Off-Site Waste Disposal** shall not apply to the Non-Owned Disposal Sites described below:

All waste treatment, waste storage or waste disposal facilities utilized by or on the behalf of the insured for waste generated provided that:

1.   Such **pollution conditions** must commence on or after the **Retroactive Date** set forth in this endorsement, and

2.   As of the date that the waste was delivered to the waste treatment, waste storage or waste disposal facility, the facilities:

   a.   Are within the United States of America (including its territories and possessions), Puerto Rico and Canada;

   b.   Are not owned, operated or managed by the insured or any subsidiary or affiliate of the insured;

   c.   Are properly licensed to accept such waste for treatment, storage or disposal;

   d.   Are not listed, proposed for listing or formerly listed on the federal National Priorities List, State equivalent, or local equivalent list;

   e.   Are not subject to, and have not been subject to in the previous four years, an information request under Section 104(e) of the Comprehensive Environmental Response, Compensation, and Liability Act or Section 3007(a) of the Resource Conservation and Recovery Act, or a State or local equivalent request; and

   f.   Are not owned or operated by a bankrupt or financially insolvent entity.


**RETROACTIVE DATE:**  09/24/2020

For the purposes of this endorsement only, the following definition shall apply:

1.    **Retroactive Date** means the earliest date that a **pollution condition** can commence for coverage to be provided under this endorsement.  If no entry appears above or "N/A" is shown above, then a **retroactive date** shall not apply.

For purposes of this endorsement only, the following exclusion shall apply:

1.   Any claim or **suit** brought against the insured by an owner or operator of any Non-Owned Disposal Site described above.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### MICROBIAL SUBSTANCE COVERAGE - DEDUCTIBLE

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE**

In consideration of the premium charged and notwithstanding anything contained in this policy to the contrary, it is hereby agreed and understood that this endorsement shall add to this policy the Coverage Part(s) corresponding with the box (es) marked below.

For the purposes of the coverage provided by this endorsement, **SECTION II – SHARED EXCLUSIONS, 2. Fungi** contained within the policy, shall not apply to **COVERAGE F** and/or **COVERAGE G** of this endorsement.  All other exclusions contained in the policy that apply to **COVERAGE D** shall also apply to **COVERAGE F** and all other exclusions contained in the policy that apply to **COVERAGE E** shall also apply to **COVERAGE G** of this endorsement.

In the event the terms of this endorsement conflict with any terminology of the policy, including the **fungi** exclusion as noted above, the terms and conditions of this endorsement shall supersede with respect to all **suits** or claims arising out of **microbial substance** and **fungi** coverage provided by this endorsement.

### THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE

☒   **COVERAGE F MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY**
☒   **COVERAGE G MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY   (CLAIMS MADE COVERAGE)**

| MICROBIAL SUBSTANCE SCHEDULE OF SUB-LIMITS OF LIABILITY AND DEDUCTIBLE | | |
|---|---|---|
| **Limits of Liability:** | $2,000,000 | Microbial Substance - SubLimit Each Claim |
| | $5,000,000 | Microbial Substance Coverage Aggregate Sub-Limit (included in the General Aggregate Limit) |
| **Deductible:** | $5,000 | Each Claim |

**SECTION I – COVERAGES**

**COVERAGE F MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY**

**Insuring Agreement**

**1.**     We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible shown above, resulting from **pollution conditions** arising out of **covered operations**.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any **pollution condition** and settle any claim or **suit** that may result. But:

a.  The amount we will pay for damages is limited as described in the Schedule of this endorsement stated above; and

b.  Our right and duty to defend ends under Coverage **F** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, **E**, **F** or **G** or medical expenses under Coverage **C**.

For purposes of this endorsement "Supplementary Payments – Coverages **A**, **B**, **D**, and **E**" shall also apply to Coverage **F**, but no other obligation or liability to pay sums or perform acts or services is covered under Coverage **F** unless explicitly provided for under that Supplementary Payments section.

2.  This insurance applies to **bodily injury** and **property damage** arising out the **covered operations** scheduled below:

| COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE | |
| --- | --- |
| **Covered Operations** | **Retroactive Date(s)** |
| Fire & water restoration & clean-up work, including water extraction & drying, mold remediation, and rebuilding construction operations directly as a result of damage caused by fire, water, microbial substances/fungi/mold, vandalism, storms, flooding, and/or other natural disasters.<br><br>Microbial Substance Covered Operations shall also include the construction, rehabilitation, renovation, reconstruction or remodeling of any building or structure in whole or in part not associated with those operations conducted to repair damage caused by fire, water, microbial substances/fungi/mold, vandalism, storms, flooding and/or other natural disasters. | 09/24/2012 |

but only if:

a.  The **bodily injury** or **property damage** is caused by **pollution conditions** that take place in the **coverage territory** arising out of **covered operations**;

b.  A claim for damages from **pollution conditions** is first made against you, in accordance with paragraph **3.** below, during the policy period or any Extended Reporting Period, if applicable;

c.  The **pollution conditions** were unexpected and unintended from your standpoint; and

d.  The **covered operations** resulting in a claim commenced on or after the Retroactive Date stated in **COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE** above, and before the end of the policy period.

3.  Any claims for damages to the same person including damages claimed by any person or organization for care, loss of services or death resulting at any time, will be deemed to have been made at the time the first of those claims is made against any insured.

**COVERAGE G MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY**

**Insuring Agreement**

1.  We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible shown above, that result from **microbial substance professional services**.  The damages must result from an actual or alleged act, error of omission in the performance of **microbial substance professional services** rendered by the insured.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any actual or alleged act, error or omission and settle any claim or **suit** that may result. But:

    **a.**    The amount we will pay for damages is limited as described in the Schedule of this endorsement stated above; and

    **b.**    Our right and duty to defend ends under Coverage **G** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, **E**, **F** or **G** or medical expenses under Coverage **C**.

For purposes of this endorsement "Supplementary Payments – Coverages **A**, **B**, **D**, and **E**" shall also apply to Coverage **G**, but no other obligation or liability to pay sums or perform acts or services is covered under Coverage **G** unless explicitly provided for under that Supplementary Payments section.

**2.**    This insurance applies to claims that result from the rendering or failure to render **microbial substance professional services** scheduled below:

| COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE | |
| --- | --- |
| **Microbial Substance Professional Services** | **Retroactive Date(s)** |
| All environmental professional services including implementation of the procedural standards and principles as outlined within IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration and/or IICRC S520 Standard and Reference Guide for Professional Mold Remediation. | 09/24/2020 |

but only if:

    **a.**    A claim for damages is first made against you, in accordance with paragraph **3.** below during the policy period or any Extended Reporting Period, if applicable.

    **b.**    The actual or alleged act, error, or omission takes place on or after the Retroactive Date stated in **COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE** above, and before the end of the policy period;

    **c.**    The actual or alleged act, error, or omission takes place in the **coverage territory**.

**3.**    Any claims for damages to the same person including damages claimed by any person or organization for care, loss of services or death resulting at any time, will be deemed to have been made at the time the first of those claims is made against any insured.

## SECTION II - DEFINITIONS

For the purposes of the Coverages **F** and **G** only, the following definitions shall apply:

**1.**    **Covered Operations** means the performance of those operations performed by you or on your behalf stated in **COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE** above.

**2.**    **Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by **fungi**, but does not include any **fungi** intended by the insured for consumption.

**3.**    **Microbial Substance Professional Services** means the performance of those services performed by you or on your behalf stated in **COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE** above.

4.   **Pollutants** means **microbial substance**.

5.   **Pollution condition** means the discharge, dispersal, seepage, migration, presence of (as a result of **covered operations** and/or **microbial substance professional services**), release or escape of **pollutants** as defined in **4.** above.

6.   **Bacteria** means any type or form of **bacteria** and any materials or substances that are produced or released by **bacteria**.

7.   **Microbial Substance** means any substance that reproduces through release of spores or the splitting of cells including but not limited to **bacteria**, protozoa, **fungi**, chlamydiae, rickkettsiae, whether or not the **microbial substance** is living.

8.   **Property Damage** means:

   a.   Physical injury to tangible property, including resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

   b.   Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of when **covered operations** or **microbial substance professional services** were performed that caused it;

   c.   **Cleanup costs**; or

   d.   **Natural resource damage**.

9.   **Cleanup Costs** means the reasonable and necessary expenses, including legal expenses incurred with the Company's written consent, which consent shall not be unreasonably withheld or delayed, for the investigation, removal, remediation including associated monitoring, or disposal of **microbial substances**:

   a.   To the extent required by the New York City Department of Health and Mental Hygiene Guidelines on Assessment and Remediation of **Fungi** in Indoor Environments, as revised on January 2008 ("NYC Guidelines"), Section 3. Remediation, or the Institute of Inspection, Cleaning and Restoration Certification S520 Standard and Reference Guide for Professional Mold Remediation, Second Edition published in 2008; or

   b.   To the extent required by applicable federal, state or local governmental law pursuant under which the insured has or may have a legal obligation.

   **Cleanup Costs** shall include **Restoration Costs**.

10.  **Restoration Costs** means the reasonable and necessary expenses incurred by the insured with the Company's written consent, which consent shall not be unreasonably withheld or delayed, to repair, replace or restore real or personal property to substantially the same condition it was in prior to the being damaged when performing **covered operations** or **microbial substance professional services** in the course of incurring **Cleanup Costs**. **Restoration Costs** shall not include any costs associated with improvements or betterments of the damaged property.

**SECTION III – OTHER INSURANCE**

For the purposes of the coverage provided by this endorsement, the following provision shall apply:

Coverage provided under this endorsement for **microbial substances** shall apply only to the applicable Coverage Parts specifically indicated by the marked box (es) at the beginning of this endorsement.  Where other insurance may be available for the loss covered under this endorsement, the insured shall promptly, upon request of the Company, provide the Company with copies of all such policies.

**SECTION IV – DEDUCTIBLE**

For the purposes of the coverage provided by this endorsement, the following Deductible provisions are added:

1.    Our Limit of Insurance as stated in the endorsement schedule shall apply only in excess of the deductible stated in the Schedule of this endorsement above. The deductible shall apply once to each claim for coverage under this endorsement.

2.    For purposes of this endorsement, claim expenses shall include, but not be limited to, those incurred for legal services, investigations, court costs, adjustment services, experts, and other such expenses.

3.    Cost and expenses payable under the Supplementary Payments section of the coverage form shall contribute to the exhaustion of the stated deductible amount above.

      The terms of this insurance, including those with respect to:

      a.    Our right and duty to defend any **suit** seeking damages, and

      b.    Your duties in the event of an claim or **suit**;

      Apply irrespective of the application of the deductible amount above.

4.    We retain sole discretion in choosing and appointing counsel to represent the insured in the defense of any claim.

5.    We retain final settlement authority within the deductible.  If the Insured does not accept an offer of settlement we deem reasonable, we shall have no responsibility for any damages or supplementary payments above what we would have paid had the claim been settle for any reasonable offer within the deductible.

6.    We shall have the right, but not the obligation, to pay damages, claim expenses, or Supplementary Payments within the deductible if we deem it advisable to do so.  If we exercise this right, the insured must promptly, but in no event later than thirty (30) days, reimburse us for any payments made by us within the amount of the applicable deductible.  Should the insured fail to reimburse us, the insured shall additionally become liable for any and all costs of collection of the deductible, including attorneys' fees, and interest at the prevailing local rate from the date reimbursement is requested.

7.    Failure of the insured to pay such deductible amount within thirty (30) days after receipt of a written request for such payment will be a material breach of the entire contract, entitling us to terminate the contractual obligation between the parties.  In the event of a bankruptcy filing, the contract is deemed executory under 11 U.S.C. Sec. 365, and the payments of the deductible shall be made on a monthly basis and treated as an administrative expense under 11 U.S.C. Sec. 507(a)(1).

**<u>SECTION V - EXTENDED REPORTING PERIOD – COVERAGES F AND G</u>**

For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims made Coverage Part, it replaces any similar Section in that Coverage Part:

**1.**  We will provide one or more Extended Reporting Periods, as described below, if:

   **a.**  This policy is canceled or not renewed; or

   **b.**  We renew or replace the coverage provided under Coverages **F** or **G** of this policy with insurance that:

   **(1)**  Has a Retroactive Date for Coverages **F** or **G** later than the date shown in the Declarations; or

   **(2)**  For which Coverages **F** or **G** do not apply on a claims made basis.

**2.**  Extended Reporting Periods do not extend the policy period, change the scope of coverage provided or reinstate or increase the Limits of Insurance. They apply only to claims resulting from **pollution conditions** that arise from **covered operations** and/or actual or alleged acts, errors or omissions in the performance of **microbial substance professional services** made before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.  Once in effect, Extended Reporting Periods may not be canceled.

**3.**  A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for forty five (45) days with respect to claims first made against you and reported to us in writing. The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

**4.**  A Supplemental Extended Reporting Period of up to thirty-six (36) months is available with respect to claims first made against you and reported to us in writing but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in Paragraph **3.** above, ends.

   You must give us a written request for the endorsement within 45 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.**  The exposures insured;

   **b.**  Previous types and amounts of insurance;

   **c.**  Limits of Insurance available under this policy for future payment of damages; and

   **d.**  Other related factors.

   The additional premium will not exceed 100% of the annual premium for this policy.

   The Extended Reporting Period endorsement shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| ADDITIONAL INSURED – SCHEDULED PERSON OR ORGANIZATION |
|---|

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

| SCHEDULE |
|---|
| **Name of Person or Organization:**<br>• Crawford & Company and Crawford Contractor Connection, a division of Crawford & Company<br>• USAA<br>• Frankenmuth<br>• Hartford Fire Insurance Company and its affiliates<br>• Nationwide Program<br>• Any other client under written contract with Crawford Contractor Connection, a division of Crawford & Company. |
| **Job Description/Location:**<br>• All work assigned by or performed for Crawford Contractor Connection, a division of Crawford & Company, through the contractor program. |

Section **III** – Who is an Insured is amended to include as an insured, with respect to Coverage **A, B** and **D**, the person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1.  Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2.  Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached.  Please read it carefully.

## ADDITIONAL INSURED – GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) below.

| X | **COVERAGE A AND B – GENERAL LIABILITY** |

### SCHEDULE

| **Name of Person or Organization:**<br>Servpro Corporate |
| --- |

**SECTION III – WHO IS AN INSURED** is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as a grantor of a franchise to you.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1092 11 15                                        Page **1** of **1**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| **ADDITIONAL INSURED – SCHEDULED PERSON OR ORGANIZATION** |
|---|

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

| **SCHEDULE** |
|---|
| **Name of Person or Organization:**<br>• Alacrity Renovation Services, LLC and its officers, managers, employees and agents. |
| **Job Description/Location:**<br>• All work assigned by or performed for Alacrity Renovation Services, LLC and its officers, managers, employees and agents, through the contractor program. |

Section **III** – Who is an Insured is amended to include as an insured, with respect to Coverage **A, B** and **D**, the person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1.  Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2.  Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## AGGREGATE SUBLIMIT(S) OF INSURANCE

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

### SCHEDULE

| | |
|---|---|
| **Commercial General Liability Aggregate Sublimit Of Insurance:** | $3,000,000 |
| **Personal and Advertising Injury Aggregate Sublimit Of Insurance:** | $3,000,000 |
| **Combined Contractors Pollution Liability plus Professional Liability Aggregate Sublimit Of Insurance:** | $3,000,000 |

**This Endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy. Claims and claim-related costs paid by us pursuant to this Endorsement shall reduce the General Aggregate Limit. Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, the insured for defense, indemnification, or otherwise.**

I.   The following is added to Section **IV - LIMITS OF INSURANCE**

9.   **Aggregate Sublimit(s) Of Insurance**

a.   Subject to the General Aggregate Limit of Insurance, the most we will pay for all damages under Coverage **A** except damages because of **bodily injury**  or **property damage** included in the **products-completed operations hazard**, is the Commercial General Liability Aggregate Sublimit Of Insurance, if any, shown in the Schedule to this Endorsement.

b.   Subject to the General Aggregate Limit of Insurance, the Personal and Advertising Injury Aggregate Sublimit Of Insurance, if any, is the most we will pay under Coverage **B** for the sum of all damages because of all **personal and advertising injury**.

c.   Subject to the General Aggregate Limit of Insurance, the most we will pay for all damages and supplementary payments under Coverages **D** and **E** is the Combined Contractors Pollution Liability plus Professional Liability Aggregate Sublimit Of Insurance, if any, shown in the Schedule to this Endorsement.

The Aggregate Sublimit(s) of Insurance in Paragraphs **9.a.** through **9.c.** are part of, not in addition to, the General Aggregate Limit of Insurance. Any such Aggregate Sublimit(s) of Insurance shall be reduced by the amount of any payment for injury, damage(s), and supplementary payments under the Coverages to which such Aggregate Sublimit of Insurance applies. Upon exhaustion of any Aggregate Sublimit of Insurance by such payments, we will have no further obligations or liability of any kind with respect to injury, damage(s) or supplementary payments subject to such Sublimit of Insurance.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached.  Please read it carefully.

| SERVPRO RESTORATION SERVICES ENDORSEMENT |
| --- |

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
| --- | --- | --- | --- |
| ECP2038559-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

## SCHEDULE

**Name of Person or Organization:**

Servpro Industries, LLC, Servpro Franchisor, LLC, Servpro Distribution, LLC,  Servpro Commercial, LLC, and all of their affiliates and their respective owners, directors, officers, employees and agents

I.   **SECTION III – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a franchise to you. However:
1. The insurance afforded to such additional insured only applies to the extent permitted by law; and
2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

II.   With respect to the insurance afforded to these additional insureds, the following is added to **SECTION IV – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:
1. Required by the contract or agreement; or
2. Available under the applicable Limits of Insurance shown in the Declarations;
whichever is less.

This amendment shall not increase the applicable Limits of Insurance shown in the Declarations.

III.   The following is added to **Coverage E Professional Liability,** Exclusion **e. Contractual Liability:**

(3) Assumed in a written contract or written agreement with the person(s) or organization(s) shown in the Schedule provided the actual or alleged act, error or omission occurs subsequent to the execution of the written contract or written agreement.

IV.   The following is added to **Coverage E Professional Liability,** Exclusion **m. Insured vs. Insured:**

This exclusion does not apply to damages claimed by the person(s) or organization(s) shown in the Schedule.

V.   The following is added to **SECTION V – Policy Conditions, Condition 6. Other Insurance**, paragraph **a. Primary Insurance** and supersedes any provision to the contrary:

This insurance is primary and will not seek contribution from any other insurance available to the person(s) or organization(s) shown in the Schedule provided that:
(1) The person(s) or organization(s) shown in the Schedule is a Named Insured under such other insurance; and
(2) You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek **contribution from any other insurance available to the additional insured.**

**VI.** The following is added to **SECTION V – Policy Conditions,** Condition **12. Transfer of Rights of Recovery Against Us:**

We waive any right of recovery we may have against the person(s) or organization(s) shown in the Schedule because of payments we make under this policy, but only at the specific written request of the Named Insured either before or after loss, wherein such waiver of subrogation has been included before loss as part of a written contractual undertaking by the Named Insured.

This waiver of subrogation shall apply only with respect to losses occurring due to operations undertaken as per the specific contract existing between the Named Insured and such person(s) or organization(s) shown in the Schedule and shall not be construed to be a waiver of subrogation with respect to other operations of such person(s) or organization(s) shown in the Schedule in which the Named Insured has no contractual interest.

No waiver of subrogation shall directly or indirectly apply to any employee, employees or agents of either the Named Insured or of the person(s) or organization(s) shown in the Schedule, and the Company reserves its right or lien to be reimbursed from any recovery funds obtained by any injured employee.

This waiver of subrogation does not apply in any jurisdiction or situation where such waiver is held to be illegal or against public policy or in any situation wherein the person(s) or organization(s) shown in the Schedule against whom subrogation is to be waived is found to be solely negligent.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| BAILEES CUSTOMER COVERAGE – VALUATION |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

**I.** The following is added to **SECTION IV - LIMITS OF INSURANCE** for the purpose of coverage provided by this endorsement:

The most we will pay for loss or damage to **covered property** is the sub-limit of insurance shown in the following schedule:

| SCHEDULE Sub-limits, Deductible, and Valuation | |
|---|---|
| Bailees Customers Coverage Sub-Limit of Liability – per occurrence or incident: | $250,000 |
| Bailees Customers Coverage Aggregate: | $250,000 |
| Bailees Customers Coverage Deductible: | $2,500 |
| Valuation: | Replacement Cost |

This endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy.  Claims and claim-related costs paid by us pursuant to this endorsement shall reduce the General Aggregate Limit.  Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, the insured for defense, indemnification, or otherwise.

**II.** The following is added to **SECTION I – COVERAGES:**

We will pay for direct physical loss of or damage to **covered property**, in excess of the Bailees Customers Coverage Deductible, from any of the Covered Causes of Loss.

**1. Covered Property**
**Covered property**, as used in this endorsement, means **personal property** of others that is in your care, custody or control as part of your covered operations, except when the **personal property** is located at a **project site**. **Covered property** includes **personal property** of others while being loaded or unloaded by you at a **project site**.

**2. Property Not Covered**
**Covered property** does not include:
**a.** Accounts, bills, currency, documents, records, deeds, evidences of debt, money, notes, securities, or stamps;
**b.** Animals, birds, or fish;
**c.** Automobiles, motor trucks, trailers or other vehicles that are licensed for use on public roads and are used to transport persons or property;
**d.** Aircraft or watercraft;
**e.** Furs, fur garments, or garments trimmed with fur;
**f.** Jewelry, watches, precious or semiprecious stones, bullion, gold, silver, platinum, and other precious metals or alloys;
**g.** Property while in the custody of other bailees, unless the property is:
**(1)** At the premises described in the Declarations; or
**(2)** In the custody of a carrier for hire;
**h.** Property while waterborne, except for property on ferries operating on navigable waters of the Continental United States, other than to or from Alaska;
**i.** Property shipped by mail; or
**j.** Contraband or property in the course of illegal transportation or trade.

**3. Covered Causes Of Loss**
Covered causes of loss are risks of direct physical loss or damage to **covered property**, except as limited or excluded.

**4. Preservation Of Property**

If it is necessary to move **covered property** from the covered premises described in the Declarations to preserve it from loss or damage by a covered cause of loss, we will pay for any direct physical loss or damage to that property:

    **a.**  While it is being moved or while temporarily stored at another location; and

    **b.**  Only if the loss or damage occurs within 30 days after the property is first moved.

This additional coverage does not increase the limit of insurance.

**III.**    **SECTION I – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, i. Damage To Property, (4)** is deleted in its entirety, but only for the purpose of this Bailees Customer Coverage.

**IV.**    The following exclusions are added to paragraph **2. Exclusions** of **SECTION I – COVERAGES** for the purpose of this endorsement only**:**

We will not pay for loss or damage caused in whole or in part by, or arising, directly or indirectly out of the following, and such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage:

  **a.**  **Ordinance Or Law**

    **(1)**  The enforcement of or compliance with any ordinance or law:

        **(a)**  Regulating the construction, use or repair of any property; or

        **(b)**  Requiring the tearing down of any property, including the cost of removing its debris.

    **(2)**  This exclusion applies whether the loss or damage results from:

        **(a)**  An ordinance or law that is enforced even if the property has not been damaged; or

        **(b)**  The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling, or demolition of property, or removal of its debris, following a physical loss or damage to that property.

  **b.**  **Governmental Action**
Seizure or destruction of property by order of a government authority.

  **c.**  **Nuclear Hazard**
Nuclear reaction or radiation, or radioactive contamination, however caused.
Exclusions **C.1.a.** through **C.1.d.** apply whether or not the loss event results in widespread damage or affects a substantial area.

  **d.**  Theft from an unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry.

But this exclusion does not apply to property in the custody of a carrier for hire.

  **e.**  Delay, loss of use, loss of market or any other consequential loss.

  **f.**  Unexplained disappearance.

  **g.**  Shortage found upon taking inventory.

  **h.**  Dishonest or criminal act (including theft) committed by:

    **(1)**  You, any of your partners, employees (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;

    **(2)**  A manager or a member if you are a limited liability company; or

    **(3)**  Anyone else with an interest in the property, or their employees (including temporary employees and leased workers), or authorized representatives; or

    **(4)**  Anyone else to whom you entrust the property for any purpose;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

  **i.**  **Pollution**

    **(1)**  **Property damage** which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

    **(2)**  Any loss, cost or expense arising out of any:

        **(a)**  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

        **(b)**  Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

  **j.**  Processing or work upon the property.

**k.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:
    **(1)** Electrical or electronic wire, device, appliance, system or network; or
    **(2)** Device, appliance, system or network utilizing cellular or satellite technology;

    creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

    For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

**l.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

**m.** Unauthorized instructions to transfer property to any person or to any place.

**n.** Neglect of an insured to use all reasonable means to save and preserve property, and then to preserve it and keep it from further damage at and after the time of loss.

**o.** The cost to research, replace or restore converted data, programs or instructions used in any data processing operations, including the materials on which the data is recorded.

**p.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** (involving the **Ordinance Or Law**, **Governmental Action**, or **Nuclear Hazard** exclusions) to produce the loss or damage.

**q.** Acts or decisions, including the failure to act or decide, of any person, group, organization, or governmental body.

**r.** Wear and tear or depreciation. This includes damage, diminishment in value, or erosion due to long or hard use or exposure, including breakdown over time, that eventually causes property to become unusable based on its previous use. This also includes the tendency of property to pull apart or break down into pieces because of forces applied to it.

**s.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, or gradual deterioration. This includes rust, corrosion, decay, fading or UV degradation.

**t.** Mechanical breakdown. This includes the abrupt and unexpected failure of machines, tools, or mechanisms to operate or function properly.

**u.** Insects, vermin, rodents, or other animals or pests. This includes but is not limited to nesting, infestation, gnawing, nibbling, discharge or release of waste products or secretions by insects, birds, rodents or other animals.

**V.** The following condition is added to **SECTION V – POLICY CONDITIONS** for the purpose of coverage provided by this endorsement:

**Valuation**

**1.** The value of **covered property** will be the least of the following amounts:
    **a.** Actual Cash Value of the lost or damaged property (with a deduction for depreciation) unless Replacement Cost is indicated in the Schedule to this endorsement. For the purpose of this endorsement, Actual Cash Value is calculated as the amount it would cost to repair or replace **covered property**, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual Cash Value applies to valuation of **covered property** regardless of whether that property has sustained partial or total loss or damage. The Actual Cash Value of the lost or damaged property may be significantly less than its Replacement Cost.
    **b.** Costs of reasonably restoring the property to its condition immediately before the loss; or
    **c.** $2,500 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $500 for any one article.
    **d.** Replacement Cost of the lost or damaged property (without deduction for depreciation) only if Replacement Cost is indicated in the Schedule to this endorsement.

    However, the value of **covered property** will:
    **a.** Include the value of labor, materials or services furnished or arranged by you; but
    **b.** Not exceed the amount shown for each item of property on receipts provided to customers.

    In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**2.** If Replacement Cost is indicated in the Schedule to this endorsement, we will determine the value of **personal property** on the basis of Replacement Cost subject to the following:
    **a.** We will not pay more for loss or damage on a Replacement Cost basis than the least of:
        **(1)** The Limit of Insurance applicable to the lost or damaged property;

      **(2)** The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose;

      **(3)** The amount you actually spend that is necessary to repair or replace the lost or damaged property; or

      **(4)** $2,500 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $500 for any one article.

    **b.** You may make a claim for loss or damage covered under this endorsement on an Actual Cash Value basis instead of on a Replacement Cost basis. In the event you elect to have loss or damage settled on an Actual Cash Value basis, you may still make a claim for the additional coverage provided on a Replacement Cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

    **c.** We will not pay on a Replacement Cost basis for any loss or damage:

      **(1)** Until the lost or damaged property is actually repaired or replaced; and

      **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**VI.** The following definitions are added to **SECTION VII – DEFINITIONS** for the purpose of coverage provided by this endorsement:

    **1.** **Covered property** means **personal property** of others that is in your care, custody or control as part of your covered operations, except when the **personal property** is located at a **project site**. **Covered property** includes **personal property** of others while being loaded or unloaded by you at a **project site**.

    **2.** **Personal property** means all property, other than **electronic data** and land and buildings attached to land.

    **3.** **Electronic data** means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on electronic storage devices including, but not limited to, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment. **Electronic data** is not **personal property**.

    **4.** **Project Site** means the immediate area of a building, structure, or property within which covered operations are performed.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

| BIOHAZARD REMEDIATION COVERAGE |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

**THE BIOHAZARD REMEDIATION COVERAGE PROVIDED BY THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE, AND COVERAGE FOR DEFENSE COSTS WHICH ARE PAYABLE WITHIN, AND NOT IN ADDITION TO, THE LIMIT OF INSURANCE. PAYMENT OF DEFENSE COSTS UNDER THIS ENDORSEMENT WILL REDUCE THE LIMIT OF INSURANCE.**

This endorsement modifies insurance under the following:

**ENVIRONMENTAL COMBINED POLICY**

Solely for the purposes of the insurance provided by this Endorsement, coverage corresponding with the following box(es) is modified as described below:

☒    **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

☐    **COVERAGE E – PROFESSIONAL LIABILITY**

The **communicable disease** exclusion in **SECTION II – SHARED EXCLUSIONS** does not apply to the Biohazard Remediation Coverage afforded under this Endorsement.  All other exclusions contained in the policy that apply to **COVERAGE D – CONTRACTORS POLLUTION LIABILITY** and/or **COVERAGE E -- PROFESSIONAL LIABILITY** shall also apply to this Biohazard Remediation Coverage as provided by this Endorsement.

In the event the terms of this Endorsement conflict with any terminology or terms and conditions of the policy, and/or any endorsements to the policy, including the **communicable disease** exclusion as noted above, the terms and conditions of this Endorsement shall supersede with respect to all **claim(s)** or **suit(s)** arising out of **pollution conditions** and the Biohazard Remediation Coverage provided by this Endorsement.

### SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE

| | |
|---|---|
| **Biohazard Remediation Coverage Aggregate Sublimit Limit Of Insurance:** | $3,000,000 |
| **Biohazard Remediation Contractors Pollution Liability Sublimit Of Insurance – Each Pollution Condition:** | $2,000,000 |
| **Biohazard Remediation Professional Liability Sublimit Of Insurance – Each Claim:** | $2,000,000 |
| **Biohazard Remediation Coverage Deductible – Each Pollution Condition and Each Claim** | $2,500 |

### SCHEDULE – COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES

| Biohazard Remediation Covered Operations | Retroactive Date |
|---|---|
| enhanced wiping and/or mopping of touchpoints and application of appropriate EPA registered disinfectant to other surfaces as an infection control measure | 8/26/2020 |
| **Biohazard Remediation Professional Services** | **Retroactive Date** |
| Acts or services provided in your capacity as a biohazard remediation services provider including recommendations for proactive and corrective solutions related to process and treatment | 8/26/2020 |

I. **SECTION I – COVERAGES**

**COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally obligated to pay for **loss** for **bodily injury** or **property damage** in excess of the deductible or self-insured retention, directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations** to which this insurance applies.  We will have the right and duty to defend the insured against any **suit** seeking payment for **loss** directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations**; however, we will have no duty to defend any insured against any **suit** seeking payment for **loss** to which this insurance does not apply.  We may, at our discretion, investigate any **pollution conditions** and settle any **claim** or **suit** that may result, but:
      **(1)** The amount we will pay for **loss** and **defense costs** is limited as designated and described in **SECTION IV – LIMITS OF INSURANCE**; and
      **(2)** Our right and duty to defend ends under this Endorsement when we have used up the applicable limits of insurance in the payment of judgements, settlements, or **loss** under any Coverage(s) under this policy.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS**.**

   b. This insurance applies to **bodily injury** and **property damage** to the extent directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations** only if:
      **(1)** The **bodily injury** or **property damage** is directly caused by **pollution conditions** resulting from an **occurrence** that takes place in the **coverage territory**, and
      **(2)** The **biological substance** that causes the **bodily injury** or **property damage** first commences on or after the **Retroactive Date** set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, and
      **(3)** The **bodily injury** or **property damage** is directly caused by your **biohazard remediation covered operations** and/or **biohazard remediation completed operations**, and
      **(4)** The **claim** is first made against the Named Insured during the **policy period,** and reported to us, in writing, during the **policy period** or, where applicable, any extended reporting period, and
      **(5)** The following conditions precedent to coverage have each been satisfied:
         **(a) Adherence to Standards and Protocols**
         All **biohazard remediation covered operations** shall be performed in strict adherence to Restoration Industry Association (RIA) / Institute of Inspection Cleaning and Restoration Certification (IICRC) Standards, and applicable federal, state and local governmental regulations and protocols.
         **(b) Two-Way Indemnity**
         The insured must secure fully executed, written indemnification agreement from customer for pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses.  Hold harmless provisions to include release of virus **claim(s)** against the insured and a defense obligation in the event insured is implicated for damages or illness arising from pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses at the job site.  Such agreement must be executed prior to the performance of **biohazard remediation covered operations.**
         **(c) Project Documentation**
         The insured must fully document and keep records of specific technology, chemistry and personal protective equipment employed in the treatment process where viral contaminants may exist, and send us copies at such times as we may request.

   Notwithstanding the above, this policy will not respond to **loss** or **defense costs** covered in whole or in part by other valid and collectible insurance in force prior to this **policy period.**

**COVERAGE E – PROFESSIONAL LIABILITY**

This Coverage applies only if purchased and indicated by the corresponding box marked on the first page of this Endorsement.

1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible or self-insured retention, directly caused by **biohazard remediation professional services** to which this insurance applies.  The damages must be directly caused by an actual or alleged act, error or omission in the performance of **biohazard remediation professional services** rendered by the insured.  We will have the right and duty to defend the insured against any **suit** seeking those damages.  However, we will

have no duty to defend any insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any actual or alleged act, error or omission and settle any **claim** or **suit** that may result, but:

(1) The amount we will pay for damages and **defense costs** is limited as designated and described in **SECTION V – LIMITS OF INSURANCE**; and

(2) Our right and duty to defend ends under this Endorsement when we have used up the applicable limits of insurance in the payment of judgements, settlements, or **loss** under any Coverage(s) under this policy.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

**b.** This insurance applies to damages directly caused by an actual or alleged act, error or omission in the performance of **biohazard remediation professional services** to the extent directly caused by **pollution conditions** only if:

(1) The **claim** is first made against the insured during the **policy period** and reported to us, in writing, during the **policy period**, or any extended reporting period, if applicable; and

(2) The actual or alleged act, error or omission takes place in the **coverage territory**; and

(3) The actual or alleged act, error or omission takes place on or after the **Retroactive Date** set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, but before the end of the **policy period**; and

(4) The following conditions precedent to coverage have each been satisfied:

(a) **Adherence to Standards and Protocols**
All **biohazard remediation professional services** shall be performed in strict adherence to Restoration Industry Association (RIA) / Institute of Inspection Cleaning and Restoration Certification (IICRC) Standards, and applicable federal, state and local governmental regulations and protocols.

(b) **Two-Way Indemnity**
The insured must secure fully executed, written indemnification agreement from customer for pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses. Hold harmless provisions to include release of virus **claim(s)** against the insured and a defense obligation in the event insured is implicated for damages or illness arising from viruses at the job site. Such agreement must be executed prior to the performance of **biohazard remediation professional services**.

(c) **Project Documentation**
The insured must fully document and keep records of specific technology, chemistry and personal protective equipment employed in the treatment process where viral contaminants may exist, and send us copies at such times as we may request

Notwithstanding the above, this policy will not respond to damages, **loss** or **defense costs** covered in whole or in part by other valid and collectible insurance in force prior to this **policy period.**

## II.    LIMITS OF INSURANCE AND DEDUCTIBL

The following supplements **SECTION IV – LIMITS OF INSURANCE** for the purposes of coverage under this Endorsement:

The most we will pay for all **loss** for **bodily injury** or **property damage**, and related **defense costs** if covered, under this Endorsement is the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance shown in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** to this Endorsement. The Biohazard Remediation Coverage Aggregate Sublimit Of Insurance shall be reduced by the amount of any payment made under the terms of this Endorsement. Upon exhaustion of the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance by such payments, we will have no further obligations or liability of any kind under this Endorsement. This Endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy, or as changed by any Amendatory Endorsement. Claims and claim-related costs paid by us pursuant to this Endorsement shall reduce the General Aggregate Limit.

The Biohazard Remediation Coverage Sublimit Of Insurance is part of, not in addition to, the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance, and shall be reduced by the amount of any payment for **bodily injury** or **property damage**, and related **defense costs** to which such Sublimit Of Insurance applies.

Any **loss** or damages arising out of the same, or continuous or related exposure to **pollution conditions** shall be considered one **occurrence**, act, error, or omission, and will be subject to the same Each Occurrence Sublimit and/or Each Claim Sublimit, and each of these sublimits shall concurrently reduce the other. In addition, one deductible, and one Aggregate Sublimit Of Insurance shall also apply.

Notwithstanding any other Endorsement to the contrary, including any Designated Construction Project(s) General Aggregate Limit Endorsement(s), any other reinstatement of limits Endorsement, and any project-specific increased

limits or dedicated limits Endorsement on this policy, the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance will not ever be reinstated.

Our obligation under this Endorsement to pay **claim(s)**, damages, **loss**, costs, expenses or Supplementary Payments on your behalf applies only in excess of the deductible amount stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE**. The limit of insurance for each occurrence under **COVERAGE D**, and each claim under **COVERAGE E** will be reduced by the amounts of such deductibles. Aggregate limits for such coverages will not be reduced by the application of such deductible amounts.

The deductible amount stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** applies once to all **claim(s)**, damages, **loss**, costs, or expenses sustained as the result of any one **pollution condition** under the **Biohazard Remediation Contractors Pollution Liability Coverage**. The deductible amounts stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** shall apply separately for each **claim** arising out of any one actual or alleged act, error or omission under the **Biohazard Remediation Professional Liability Coverage**.

Costs and expenses including **defense costs** payable under **SECTION IV – SUPPLEMENTARY PAYMENTS,** shall also contribute to the exhaustion of the stated deductible amount and will always reduce the limits of insurance in the event coverage under this Endorsement is triggered. Notwithstanding any Amendatory Endorsement to the policy that states defense expense or **defense costs** will not reduce the limits of insurance for **COVERAGE D** or **COVERAGE E**, payment of **defense costs** under this Endorsement will always reduce the limits of insurance.

The terms of this insurance under all applicable coverages (**COVERAGES A**, **B**, **C**, **D**, and **E,** and **COVERAGE F** and **COVERAGE G** if applicable), including those with respect to:

a.  Our right and duty to defend the insured against any **suit(s)** seeking those damages; and

b.  Your duties in the event of an **occurrence**, offense, **claim**, or **suit**;

apply irrespective of the application of the deductible amount.

We retain final settlement authority within the deductible. If the insured does not accept an offer of settlement we deem reasonable, we shall have no responsibility for any damages, **loss**, **defense costs** or other Supplementary Payments above what we would have paid had the **claim** been settled for any reasonable offer within the deductible.

We shall have the right, but not the obligation, to advance payment of all or part of any **claim(s)**, damages, **loss(es)**, costs, expenses or Supplementary Payments within the deductible if we deem it advisable to do so. If we exercise this right, the insured must promptly, and in no event later than thirty (30) calendar days, reimburse us for any such payment we have made within the amount of the deductible.

If any insured does not repay any such advance, the deductible shall also become the obligation of the first Named Insured who shall additionally become liable for any and all costs of collection of the deductible, including attorney's fees and costs, and interest at the prevailing local rate from the date reimbursement is requested.

III.    **COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES**

Coverage afforded under this Endorsement applies to **bodily injury** and **property damage** and related **defense costs** directly caused by the **biohazard remediation covered operations** designated and described in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.

Coverage afforded under this Endorsement applies to **claim(s)** for damages and related **defense costs** directly caused by the rendering or failure to render **professional services** directly related to the **biohazard remediation professional services** designated and described in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, provided this Coverage has been purchased and indicated by the corresponding box marked on the first page of this Endorsement.

IV.    **EXCLUSIONS**

The following exclusions are added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES D AND E**, but solely for the purposes of the coverage provided by this Endorsement:

Where coverage under this Endorsement applies, in whole or in part, this insurance does not apply to:

1.  **Additional Insureds**
    Any person or organization other than those listed in Paragraph **1.** of **SECTION III – WHO IS AN INSURED**. Additional insured status conferred under any blanket, automatic status, scheduled or designated additional insured Endorsement, or any other Endorsement or rule of law that provides insured status does not apply.

2.  **Contractual Liability**
    **Bodily injury**, **property damage** or damages for which the insured has assumed liability in a contract or agreement.

**V.    WHO IS AN INSURED**

Solely for the purposes of the Biohazard Remediation Coverage provided by this Endorsement, **SECTION III – WHO IS AN INSURED** is deleted in its entirety and replaced with the following:

**SECTION III – WHO IS AN INSURED**

1.  If you are designated in the Declarations as:
    a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.
    b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.
    c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.
    d.  An organization other than a partnership, joint venture or limited liability company, you are an insured.  Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.
    e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2.  Each of the following is also an insured:
    a.  Your **employees** only while performing duties related to the conduct of your business, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** are insureds for:
        (1)  **Bodily injury** or **personal and advertising injury**:
            (a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;
            (b)  To the spouse, child, parent, brother or sister of that co-**employee** or **volunteer worker** as a consequence of Paragraph **(1)(a)** above;
            (c)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or
            (d)  Arising out of his or her providing or failing to provide professional health care services.
        (2)  **Property damage** to property:
            (a)  Owned, occupied or used by, or
            (b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

            you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**VI.    POLICY CONDITIONS**

**SECTION V – POLICY CONDITION 6. Other Insurance, Paragraph a.  Primary Insurance** and **Paragraph b. Excess Insurance** are deleted in their entirety, and **Paragraph c.  Method Of Sharing** is deleted and replaced with the following, but only for the purposes of the coverage provided by this Endorsement:

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also.  Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.  Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable Limits of Insurance of all insurers.

With respect to **COVERAGES D and E,** if other valid and collectible insurance is available to any insured covering **bodily injury**, **property damage**, **loss, claim(s), suit(s),** damages and/or Supplementary Payments, including but not limited to **defense costs**, also covered, in whole or in part, by this policy, other than a policy that is specifically written to apply in excess of this policy, the insurance afforded by this Endorsement shall apply in excess of, and shall not contribute with, such other insurance as to defense and/or indemnity.  The insured shall promptly, upon the request of the Company, provide the Company with copies of all such policies or documentation.

**VII.    DEFINITIONS**

1.  **SECTION VII – DEFINITION 3. Bodily Injury** is deleted in its entirety and replaced with the following, but only for the purposes of the coverage provided by this Endorsement:

    **3.a  Bodily Injury** means physical injury, sickness or disease, sustained by any person, including death, and solely with respect to this Paragraph **3.a.** medical monitoring resulting from any of these.

    **3.b  Bodily Injury** does not include any loss, cost or expense attributable to mental anguish, emotional distress or fear of contraction of any sickness or disease, absent actual physical injury, sickness or disease, including death.

2.  Solely for purposes of the Biohazard Remediation Coverage provided by this Endorsement, **SECTION VII – DEFINITION 17. Pollutant(s)** also includes **biological substance(s)**.

3.  Solely for the purposes of the Biohazard Remediation Coverage provided by this Endorsement, the following definitions apply and are added to **SECTION VII – DEFINITIONS**:

    **Biohazard remediation covered operations** means those services performed by you and designated and described as such in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.  For the purposes of Endorsement, terms and conditions referencing **covered operations** shall also pertain to **biohazard remediation covered operations**.

    **Biohazard remediation covered operations** will be deemed completed at the earliest of the following times:
    a.   When all of the work called for in your contract has been completed.
    b.   When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
    c.   When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or sub-contractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as **biohazard remediation completed operations**.

    **Biohazard remediation completed operations** means **biohazard remediation covered operations** that have been completed.  For the purposes of Endorsement, terms and conditions referencing **completed operations** shall also pertain to **biohazard remediation completed operations**.

    **Biohazard remediation professional services** means those services performed by you and designated and described as such in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.

    **Biological Substance** means a virus or other infectious microorganism that can cause disease.

    **Claim** means the written assertion of a legal right to money or services received by an insured from a third party, including but not limited to lawsuits or civil actions, alleging liability or responsibility on the part of the insured for damages, **loss**, **bodily injury**, or **property damage**.

    **Defense costs** means any reasonable and necessary fees charged by an attorney designated by the Company, and where the insured has the legal right to select independent counsel, the rates we would actually pay to counsel that we retain in the ordinary course of business in the defense of a similar **claim** or **suit** in the community where the **claim** or **suit** arose or is being defended, as well as other reasonable and necessary costs, including but not limited to expert witnesses and court reporters, in connection with the investigation, adjustment, settlement, defense or appeal of a **claim** or **suit**.  It does not include the salaries of our regular **employees** or supervisory counsel retained by us, or any cost or expense incurred by the insured in assisting in the investigation or defense of the **claim** or **suit**.  For purposes of coordination with the policy to which this Endorsement is appended, **defense costs** are included in SUPPLEMENTART PAYMENTS under the policy.

    **Loss** means a monetary judgement, award or settlement of compensatory damages for **bodily injury** and/or **property damage**.

    **Policy period** means the period of time stated in the Declarations, or any shorter period arising as a result of cancellation.

    **Retroactive Date** means the date set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.  If no entry appears, then the **Retroactive Date** is the date entered as the Endorsement effective date on the first page of this Endorsement.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION – COMMUNICABLE DISEASE

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

I.   The following exclusion is added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E** and also applies to **COVERAGE F – MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY** and **COVERAGE G – MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY** if endorsed to this policy:

This insurance does not apply to:

**Communicable Disease**

Any **bodily injury**, **property damage**, **personal and advertising injury**, loss, **cleanup costs**, liability, claim(s), **suit(s)**, damages, and/or Supplementary Payments, including but not limited to defense costs, caused, in whole or in part by, or arising, directly or indirectly, out of the actual or alleged presence or transmission of a **communicable disease**.

This exclusion applies even if the claim(s), **suit(s)** or allegations against any insured allege negligence or other wrongdoing in the:

1.   Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a **communicable disease**;

2.   Testing for a **communicable disease**;

3.   Failure to prevent the spread of the disease;

4.   Failure to sufficiently clean, sanitize, or effectively apply disinfectant, or

5.   Failure to report the disease to authorities.

II.  The following definition is added to **SECTION VII – DEFINITIONS**:

**Communicable Disease** means:

A disease, illness or condition, including any variant(s) or mutational strains thereof, that can be transmitted directly or indirectly from person-to-person, animal (including insect)-to-person, animal-to-animal (including insect), or from the inanimate environment to a human or animal, by contact, exposure, or by means of plants, vector or fomites.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| WAIVER OF SUBROGATION |
|---|

It is agreed that the Company, in the event of any payment under this policy, waives its right of recovery against any Principal, but only at the specific written request of the Named Insured either before or after loss, wherein such waiver has been included before loss as part of a contractual undertaking by the Named Insured.

This waiver shall apply only with respect to losses occurring due to operations undertaken as per the specific contract existing between the Named Insured and such Principal and shall not be construed to be a waiver with respect to other operations of such Principal in which the Named Insured has no contractual interest.

No waiver of subrogation shall directly or indirectly apply to any employee, employees or agents of either the Named Insured or of the Principal, and the Company reserves its right or lien to be reimbursed from any recovery funds obtained by any injured employee.

This waiver does not apply in any jurisdiction or situation where such waiver is held to be illegal or against public policy or in any situation wherein the Principal against whom subrogation is to be waived is found to be solely negligent.


**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| EARNED PREMIUM AND FLAT RATE |
|:---:|

In consideration of the Company's acceptance of this insurance, the Named Insured hereby agrees that the minimum earned premium(s) due for this policy shall be calculated in accordance with the following:

1.    The minimum earned premium due if this policy remains in effect for 90 days or less shall be twenty-five percent (25%) of the amount entered as POLICY PREMIUM on the Declarations page of this policy.

2.    In the event of cancellation of this policy by the Named Insured after this policy has been in effect for more than 90 days, the return premium due, if any, shall be computed at a rate equal to ninety percent (90%) of the pro-rata unearned policy premium, subject, however, to final premium adjustment in accordance with our rules and rates. This policy is not subject to audit.

3.    In the event of cancellation of this policy by the Company for reasons other than nonpayment of premium, the earned premium for this policy shall be computed on a pro-rata basis, subject, however, to final premium adjustment in accordance with our rules and rates. This policy is not subject to audit.

4.    Premiums applicable to any subsequent endorsements will be in addition to the minimum premium shown in the policy.

5.    The amount entered as POLICY PREMIUM on the Declarations page of this policy has been computed on a composite rate basis as follows:

| Exposure Basis | Estimated Exposure x | Composite Rate = | Policy Premium |
|---|---|---|---|
| ████████████ | ███████ | ████ | ██████ |
| Terrorism has been rejected by the Insured. | | | - |
| | | **TOTAL POLICY PREMIUM:** | ██████ |

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| NAMED INSURED ENDORSEMENT |
| --- |

It is agreed that the following entity(ies) is(are) included as Named Insured(s):

**CARTER PROFESSIONAL RESTORATION, INC**
Carter Restoration Bainbridge LLC
Carter Restoration Bay County Florida, LLC
Carter Restoration Escambia County Florida, LLC
Carter Restoration Holding Company
Carter Restoration Santa Florida, LLC
Carter Restoration Santa Rosa Florida, LLC


<u>**Doing Business As**</u>
SERVPRO of Albany and Americus
Servpro of Bainbridge, Blakely, Camilla and Carter Restoration Eastpoint LLC
ServPro of Downtown Pensacola
Servpro of Marianna, Quincy, Apalachicola
ServPro of Santa Rosa County North
ServPro of Santa Rosa County SW

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## NOTICE OF CANCELLATION TO DESIGNATED ENTITIES

### SCHEDULE

**Name of Person(s) or Organization(s)**

Crawford Connection 10550 Deerwood Park Boulevard, Suite 100, Jacksonville, FL. 32256

In consideration of an additional premium of ▮ and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood if the Company cancels this policy on or before the expiration date of the policy, the Company will mail or deliver to the person(s) or organization(s) shown in the schedule above, written notice of cancellation to the address included above not less than 30 days prior to the effective date of cancellation.  Proof of mailing of notice shall be sufficient proof of notice.  The effective date and hour of cancellation stated in the notice shall be the end of the policy period.

This endorsement shall not apply for the following reasons:

    **a.**    non-payment of premium, or

    **b.**    the policy is non-renewed for any reason.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**CONTRACTORS POLLUTION LIABILITY**
**CONTRACTORS AND CONSULTANTS POLICY**
**SITE SPECIFIC POLLUTION LIABILITY**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**RAILROAD PROTECTIVE LIABILITY COVERAGE PART**
**FOLLOW FORM EXCESS LIABILITY**
**CONTRACTORS POLLUTION AND PROFESSIONAL LIABILITY POLICY**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

Any injury or damage arising, directly or indirectly, out of a **certified act of terrorism**.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, any injury or damage means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to **bodily injury**, **property damage**, **personal and advertising injury**, injury or **cleanup costs** as may be defined in any applicable Coverage Part.

**2.** **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a **certified act of terrorism** include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY APPLY AND REMAIN UNCHANGED.**

**INTERLINE**
**IL 12 02 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ CAREFULLY

# OFFICE OF FOREIGN ASSET CONTROL (OFAC) EXCLUSION ENDORSEMENT

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions laws or regulations of the European Union, United Kingdom or the United States.

IL 12 02 01 16

Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION – PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

I.  The following exclusion is added to **SECTION II – SHARED EXCLUSIONS, EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E.** of this policy and for any endorsements attached to this policy:

This insurance does not apply to:

1.  **Perfluoroalkyl and Polyfluoroalkyl Substances**

a.  Any **bodily injury**, **property damage**, **personal and advertising injury**, loss, **cleanup costs**, liability, claim(s), **suit(s)**, damages, and / or Supplementary Payments arising directly or indirectly out of, caused in whole or in part by, or which would not have occurred but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any **perfluoroalkyl or polyfluoroalkyl substances (PFAS)** including the derivative, precursor, degradation or by-products of any such substances**.**

b.  Any loss, cost or expense arising directly or indirectly out of, caused, in whole or in part, or which would not have occurred but for any:

(1)  Request, demand, order or statutory or regulatory requirement that any insured or any other person or entity investigate, test for, monitor, clean up, remove, contain, study, treat, detoxify or neutralize, abate, remediate, or dispose of, or in any way respond to, or assess the effects of any **perfluoroalkyl or polyfluoroalkyl substances (PFAS)**; or

(2)  Claim, demand or **suit** by or on behalf of a governmental authority or any other person or organization because of investigating, testing for, monitoring, cleaning up, removing, containing, studying, treating, detoxifying or neutralizing, abating, remediating, disposing of, or in any way responding to, or assessing the effects of, any **perfluoroalkyl or polyfluoroalkyl substances (PFAS)**.

II.  The following definition is added to **SECTION VII – DEFINITIONS** of this policy and for any endorsements attached to this policy:

1.  **Perfluoroalkyl or polyfluoroalkyl substances (PFAS)** means any:

a.  Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

(1)  any polymer, oligomer, monomer or nonpolymer chemicals; fluorotelomer-based substances; perfluoroalkane sulfonamide substances; fluoropolymers; ammonium perfluorooctanoate; Tetrafluoro-2-(heptafluoropropoxy) propanoic acid; perfluoropolyethers (PFPEs); side-chain fluorinated polymers;

(2)  Perfluoralkyl acids (PFAA), perfluorooctanoic acid (PFOA), perfluoroheptanoic acid (PFHpA), perfluoroalkane, perfluoroalkane sulfonamides (FASA), perfluorooctane sulfonamide (PFOSA), perfluorooctane sulfonamides and perfluorooctane sulfonic acid (PFOS), perfluorodecanoic acid (PFDA), perfluorodecane sulfonate (PFDS), perfluoroundecanoic acid (PFUnA), perfluorododecanoic acid (PFDoA), perfluorotridecanoic acid (PFTrDA), perfluorotetradecanoic acid (PFTeDA), perfluorononanoic acid (PFNA), perfluoropentanoic acid (PFPeA), perfluorohexanesulfonic acid (PFHxS), perfluorohexanoic acid (PFHxA), perfluoroheptanoic acid (PFHpA), GenX, "C8", "ADONA," perfluoroalkane sulfonyl fluoride (PASF), perfluorobutyric acid (PFBA), perfluorobutanesulfonic acid (PFBS), polytetrafluoroethylene (PTFE), hexafluropropylene oxide dimer acid (HFPO-DA), perfluoroalkyl ether carboxylic acid (PFECA); or

(3)  Any other chemical included on the U.S. Environmental Protection Agency's PFAS Research List, including any amendment of, or addition to, such list; or any other PFAS compound for which any State environmental regulatory agency has established a groundwater maximum contaminant level (MCL) or health advisory level.

Including associated homologues or related higher homologue chemicals; isomers; telomers; or any associated salts, ammonium salts, esters, acids, alcohols, derivatives, precursor chemicals, degradation products or by-products of any such substances.

**b.** Goods or products, including containers, materials, parts or equipment furnished in connection with such goods or products, that consist of or contain any chemical or substance described in Paragraph **1.** of this Definition.

This definition does not include salts, acids or alcohols that are separate and distinct from **perfluoroalkyl or polyfluoroalkyl substances (PFAS)**.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# Nautilus Insurance Company

## An Arizona Corporation

## COMMERCIAL LINES POLICY

**THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

THIS POLICY CONSISTS OF:

Declarations;

Common Policy Conditions; and

One or more Coverage Parts.  A Coverage Part Consists of:
-   One or more Coverage Forms;  and
-   Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

W. Robert Berkley, Jr
President

Philip S. Welt
Secretary

Administrative Office: 7233 E. Butherus Drive, Scottsdale, AZ    85260 (480) 509-6627
Policy Issuing Office: 101 Hudson Street, Ste. 2550, Jersey City, NJ 07302 (800) 259-2560

E001J 07 20

Page **1** of 1





## REPORTING A CLAIM

**1 CONTACT** us as soon as possible ---→ **2 REVIEW** your policy's reporting requirements ---→ **3 PROVIDE** us written notice of the claim

| **AUTOMOBILE CLAIMS** | **WORKER'S COMPENSATION CLAIMS** | **GENERAL, ENVIRONMENTAL, PROFESSIONAL & EXCESS LIABILITY CLAIMS** |
|---|---|---|
| **E-MAIL:** autoclaims@berkleyenvironmental.com | **E-MAIL:** workcompclaims@berkleyenvironmental.com | **E-MAIL:** liabilityclaims@berkleyenvironmental.com |
| **CALL:** (800) 259-2560 | **CALL:** (800) 259-2560 | **CALL:** (800) 259-2560 |
| **ONLINE:** berkleyenvironmental.com/request-access | **ONLINE:** berkleyenvironmental.com/request-access | **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 |
| **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 | **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 | **UPLOAD:** Submit Supporting Documents https://bit.ly/3zio5XE |

**For Assistance call (469) 802-4289 or email claimshelp@berkleyenvironmental.com**

## HAVE A SPILL? WE CAN ASSIST.*

In the event of a spill and/or release, The Berkley Environmental Support Team* (BEST) is available to assist you with the cleanup process. We offer **FREE** support services to help you navigate the complicated circumstances of an environmental spill and/or release. Please make sure to report your claim as described in your policy. Remember, reporting a spill and/or release to BEST does not constitute the reporting of a claim, pursuant to the terms and conditions of your policy.

**WE CAN HELP YOU:**

- Find a contractor to be dispatched within 2 hours of a spill
- Filing of any agency or regulatory spill notifications
- Emergency responder – our network includes nationwide services including remote locations

**Call us at (877) 900-5645 (24 hours a day, 7 days per week) to receive the assistance you need with cleaning up your environmental spills and releases.**

*\* Using the BEST service does not replace reporting a claim nor does it confirm coverage. This is a value-added service regardless of coverage.*

THE MATERIAL IN THIS PUBLICATION IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED TO BE A REPRESENTATION OF COVERAGE THAT MAY EXIST IN ANY PARTICULAR SITUATION UNDER A POLICY ISSUED BY A MEMBER COMPANY OF BERKLEY ENVIRONMENTAL OR ITS AFFILIATES. ALL CONDITIONS OF COVERAGE, TERMS AND LIMITATIONS ARE DEFINED AND PROVIDED FOR IN THE POLICY. PROGRAMS OR PRODUCTS MAY NOT BE AVAILABLE IN ALL STATES AND POLICY FEATURES MAY VARY BY STATE.

# NAUTILUS INSURANCE COMPANY
## Scottsdale, Arizona
## COMMON POLICY DECLARATIONS

**POLICY NUMBER:** ECP2038559-12            **RENEWAL OF:** ECP2038559-11

| **INSURED'S NAME AND ADDRESS:** | **PRODUCER'S NAME AND ADDRESS:** |
|---|---|
| CARTER PROFESSIONAL RESTORATION, INC<br>DBA: SERVPRO of Albany and Americus<br>PO BOX 70905<br>Albany, GA  31708 | Severson Ridge Environmental Underwriters LLC<br>525 Junction Road<br>Suite 8200<br>Madison, WI  53717 |

**POLICY PERIOD:** September 24, 2024 to September 24, 2025 at 12:01 a.m. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**FORM OF BUSINESS:**

Corporation

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENTS.**

| COVERAGE PARTS | PREMIUM |
|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE: | ▮ |
| CONTRACTORS POLLUTION LIABILITY COVERAGE: | ▮ |
| PROFESSIONAL LIABILITY COVERAGE: | ▮ |
| SITE SPECIFIC POLLUTION LIABILITY COVERAGE: | Not Covered |
| TERRORISM RISK INSURANCE ACT: | Rejected |
| **POLICY PREMIUM:** | ▮ |

**NOTICE TO THE INSURED:**

**This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law O.C.G.A. Chapter 33-5.**

**Name of Surplus Lines Broker:** _____

**NAME AND ADDRESS OF ADMINISTRATIVE OFFICE:**

Berkley Environmental (A Berkley Company)
Two Ravinia Drive, Suite 1100, Atlanta, GA 30346
Phone No.: (404) 443-2040, See CLAIMS NOTICE for claims contact information.

**THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

    **Issue Date:** 09/30/2024

# ENVIRONMENTAL COMBINED POLICY
# SUPPLEMENTAL DECLARATIONS

**POLICY NUMBER:** ECP2038559-12

| LIMITS OF INSURANCE: | | |
|---|---|---|
| **General Aggregate Limit (Other than Products/Completed Operations)** | | $ 10,000,000 |
| **Commercial General Liability Occurrence** | | |
| Each Occurrence - CGL | | $ 3,000,000 |
| Products/Completed Operations Aggregate Limit | | $ 5,000,000 |
| Personal & Advertising Injury Limit | | $ 3,000,000 |
| Damage to Premises Rented to You Limit | Any one premises | $ 100,000 |
| Medical Payments | Any one Person | $ 5,000 |
| **Contractors Pollution Claims - Made** | | |
| Each Pollution Condition - CPL (Claims Made) | | $ 3,000,000 |
| **Professional Liability** | | |
| Each Claim - Professional Liability | | $ 3,000,000 |
| **Employee Benefits Liability** | | |
| Employee Benefits Liability - Each Employee | SEE ENDORSEMENTS ATTACHED TO THIS POLICY | |
| Employee Benefits Liability - Aggregate | SEE ENDORSEMENTS ATTACHED TO THIS POLICY | |
| **Microbial Substance** | | |
| Microbial Substance - SubLimit Each Claim | SEE ENDORSEMENTS ATTACHED TO THIS POLICY | |
| Microbial Substance - Aggregate Limit | SEE ENDORSEMENTS ATTACHED TO THIS POLICY | |

| RETROACTIVE DATE (APPLICABLE TO CLAIMS MADE COVERAGES): | |
|---|---|
| **Applicable to claims made coverage provided under form numbered:** | |
| ECPC 1001 06 18 | |
| **Retroactive Date, if any, shown here (Enter the date or "None" if no Retroactive Date applies):** | |
| Contractors Pollution Claims - Made | 09/24/2012 |
| Professional Liability Retroactive Date | 09/24/2023 |
| Professional Liability Retroactive Date for $250,000/$250,000 limit | 09/24/2012 |
| Professional Liability Retroactive Date for 2m limit | 09/24/2022 |
| Professional Liability Retroactive Date for 3m limit | 09/24/2024 |
| Employee Benefits Liability | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |
| Microbial Substance | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |

| SCHEDULE OF PREMISES / SITES: |
|---|

All premises / locations that are owned, rented and/or occupied by the Insured and on file with the Company.

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING
THE NAME OF THE INSURED AND THE POLICY PERIOD.

| RETENTIONS: | |
|---|---|

**Commercial General Liability Occurrence**

| Coverage A & B Per Occurrence | $ 10,000 |
|---|---|

**Contractors Pollution Claims - Made**

| Each Pollution Condition Per Claim | $ 10,000 |
|---|---|

**Professional Liability**

| Each Claim - Professional Per Claim | $ 10,000 |
|---|---|

**Employee Benefits Liability**

| Each Employee Per Claim | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |
|---|---|

**Microbial Substance**

| Microbial Substance Per Claim | SEE ENDORSEMENTS ATTACHED TO THIS POLICY |
|---|---|

| FORMS AND ENDORSEMENTS (Other than applicable Forms and Endorsements shown elsewhere in the Policy): | |
|---|---|

Forms and Endorsements applying to this policy and made a part of this policy at time of issue:
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

| TOTAL PREMIUM FOR THIS POLICY: | ███████ |
|---|---|

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING
THE NAME OF THE INSURED AND THE POLICY PERIOD.

## SCHEDULE OF FORMS AND ENDORSEMENTS

**Policy Number:**    ECP2038559-12

**Named Insured:**    CARTER PROFESSIONAL RESTORATION, INC

**FORMS ATTACHED TO AND MADE A PART OF THIS POLICY:**

| FORM NUMBER | FORM TITLE |
|---|---|
| E001J 07 20 | Nautilus Policy Jacket |
| ENV DIR CLAIMS 09 23 | Policyholder Notice - Claim Reporting Information |
| ENV DEC 08 12 | Common Policy Declarations |
| ECP SUPP 03 14 | Environmental Combined Policy Supplemental Declarations |
| ENV FORMS 09 10 | Schedule of Forms and Endorsements |
| ECPC 1001 06 18 | Environmental Combined Policy - Claims Made |
| E906 (08-21) | Service of Suit |
| ECP 1004 08 16 | Additional Insured - Blanket |
| ECP 1005 08 16 | Additional Insured - Coverage A, B & D - Scheduled Person or Organization |
| ECP 1005 08 16 | Additional Insured - Coverage A, B & D - Scheduled Person or Organization |
| ECP 1009 08 16 | Deductible Endorsement |
| ECP 1016 08 16 | Employee Benefit Liability Coverage |
| ECP 1021 10 06 | Designated Construction Project(s) General Aggregate Limit |
| ECP 1029 06 18 | Designated Operations Exclusion - Coverage A and B |
| ECP 1045 06 18 | Transportation Pollution Liability Coverage |
| ECP 1046 06 18 | Contingent Transportation Pollution Liability Coverage |
| ECP 1049 06 18 | Designated Operations Exclusion - Coverage D |
| ECP 1053 06 18 | Designated Operations Exclusion - Coverage E |
| ECP 1055 04 20 | Exclusion - Violation of Privacy |
| ECP 1056 06 18 | Exclusion - Financial Services |
| ECP 1073 06 18 | Blanket Non-Owned Disposal Site Coverage - On & Off Site |
| ECP 1077 08 16 | Microbial Substance Coverage - Deductible |
| ECP 1085 05 16 | Additional Insured - Scheduled Person or Organization |
| ECP 1092 11 15 | Additional Insured - Grantor of Franchise |
| ECP 1094 09 19 | Additional Insured - Scheduled Person or Organization |
| ECP 1099 12 18 | Aggregate Sublimit(s) of Insurance |
| ECP 1100 01 20 | ServPro Restoration Services Endorsement |
| ECP 1101 12 18 | Bailees Customer Coverage - Valuation |
| ECP 1104 07 20 | Biohazard Remediation Coverage |
| ECP 1105 05 20 | Exclusion - Communicable Disease |
| ENV 2004 06 18 | Waiver of Subrogation |
| ENV 2012 01 12 | Earned Premium and Flat Rate |
| ENV 2216 11 16 | Named Insured Endorsement |
| ENV 2217 06 18 | Notice of Cancellation to Designated Entities |
| ENV 2225 10 18 | Exclusion of Certified Acts of Terrorism |
| IL 12 02 01 16 | Office of Foreign Asset Control (OFAC) Exclusion Endorsement |
| ECPC 1085 06 23 | Exclusion - Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS) |

| ENVIRONMENTAL COMBINED POLICY |
|---|

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **III -** Who Is An insured.

Other words and phrases that appear in bold have special meaning. Refer to Section **VII** -Definitions.

Coverage **D** Contractors Pollution Liability and Coverage **E** Professional Liability of this policy provide Claims Made and Reported Coverage, and have claims reporting requirements that differ from Coverages **A**, **B** and **C**.  Coverage **D** Contractors Pollution Liability and Coverage **E** Professional Liability only apply to a claim that is made against you and reported to us during the policy period or applicable Extended Reporting Period.

The application is the basis of this policy and is incorporated in and constitutes a part of this policy.  A copy of the application is attached hereto.  Any material received with the application will be maintained on file with the Company and will be deemed to be attached thereto as if physically attached.  It is agreed by all insureds that the statements in the application are their representations, that they are material and that this policy is issued in reliance upon the truth of such representations.  This policy includes all of the agreements existing between the insureds and the Company or any of its agents relating to this policy.

<u>**SECTION I – COVERAGES**</u>

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.    Insuring Agreement**

    **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible or self insured retention, if any, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **bodily injury** or **property damage** to which this insurance does not apply. We may, at our discretion, investigate any **occurrence** and settle any claim or **suit** that may result. But:

        **(1)**    The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

        **(2)**    Our right and duty to defend ends under Coverage **A** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, and **E**.

    **b.**    This insurance applies to **bodily injury** and **property damage** only if:

        **(1)**    The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;

        **(2)**    The **bodily injury** or **property damage** occurs during the policy period; and

        **(3)**    Prior to the policy period, no insured listed under Paragraph **1.** of Section **III** - Who Is An Insured and no **employee** authorized by you to give or receive notice of an **occurrence** or claim, knew that the **bodily injury** or **property damage** had occurred, in whole or in part. If such a listed insured or authorized **employee** knew, prior to the policy period, that the **bodily injury** or **property damage**

occurred, then any continuation, change or resumption of such **bodily injury** or **property damage** during or after the policy period will be deemed to have been known prior to the policy period.

**c.** **Bodily injury** or **property damage** which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **III** - Who Is An Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim, includes any continuation, change or resumption of that **bodily injury** or **property damage** after the end of the policy period.

**d.** **Bodily injury** or **property damage** will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **III** - Who Is An Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim:

    **(1)** Reports all or any part, of the **bodily injury** or **property damage** to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the **bodily injury** or **property damage**; or

    **(3)** Becomes aware by any other means that **bodily injury** or **property damage** has occurred or has begun to occur.

**e.** Damages because of **bodily injury** include damages claimed by any person or organization for care, loss of services or death resulting at any time from the **bodily injury**.

**2.** **Exclusions**

*Refer also to Section II – Shared Exclusions for additional exclusions.*

This insurance does not apply to:

**a.** **Other Coverages**

Anything covered under any other Coverage Part contained in this policy.

**b.** **Expected Or Intended Injury**

**Bodily injury** or **property damage** expected or intended from the standpoint of the insured. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

**c.** **Contractual Liability**

**Bodily injury** or **property damage** for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    **(1)** That the insured would have in the absence of the contract or agreement; or

    **(2)** Assumed in a contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an **insured contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of **bodily injury** or **property damage**, provided:

        **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same **insured contract**; and

        **(b)** Such attorney fees and litigation expenses are for defense of that party against a **suit** or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**d.** **Aircraft**, **Auto Or Watercraft**

**Bodily injury** or **property damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and **loading or unloading**.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the **occurrence** which caused the **bodily injury** or **property damage** involved the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)**    A watercraft while ashore on premises you own or rent;

**(2)**    A watercraft you do not own that is:

    **(a)**    Less than 26 feet long; and

    **(b)**    Not being used to carry persons or property for a charge;

**(3)**    Parking an **auto** on, or on the ways next to, premises you own or rent, provided the **auto** is not owned by or rented or loaned to you or the insured;

**(4)**    Liability assumed under any **insured contract** for the ownership, maintenance or use of aircraft or watercraft; or

**(5)**    **Bodily injury** or **property damage** arising out of:

    **(a)**    The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

    **(b)**    The operation of any of the machinery or equipment listed in Paragraph **f. (2)** or **f. (3)** of the definition of **mobile equipment**.

**e.**    **Liquor Liability**

**Bodily injury** or **property damage** for which any insured may be held liable by reason of:

**(1)**    Causing or contributing to the intoxication of any person;

**(2)**    The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)**    Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**f.**    **Workers Compensation And Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**g.    Employer's Liability**

**Bodily injury** to:

**(1)**    An **employee** of the insured arising out of and in the course of:

    **(a)**    Employment by the insured; or

    **(b)**    Performing duties related to the conduct of the insured's business; or

**(2)**    The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)**    Whether the insured may be liable as an employer or in any other capacity; and

**(2)**    To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an **insured contract**.

**h.    Mobile Equipment**

**Bodily injury** or **property damage** arising out of:

**(1)**    The transportation of **mobile equipment** by an **auto** owned or operated by or rented or loaned to any insured; or

**(2)**    The use of **mobile equipment** in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.    Damage To Property**

**Property damage** to:

**(1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**    Property loaned to you;

**(4)**    Personal property in the care, custody or control of the insured;

**(5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)**    That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

**j.    Damage To Your Product**

**Property damage** to **your product** arising out of it or any part of it.

**k.    Damage To Your Work**

**Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**l.    Damage To Impaired Property Or Property Not Physically Injured**

**Property damage** to **impaired property** or property that has not been physically injured, arising out of:

**(1)**    A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

**(2)**    A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

**m.    Recall Of Products**, **Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)    Your product**;

**(2)    Your work**; or

**(3)    Impaired property**;

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**n.    Personal And Advertising Injury**

**Bodily injury** or **property damage** arising out of **personal and advertising injury**.

**o.    Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **d.** through **m.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **IV -**

Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1.  **Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of **personal and advertising injury** in excess of the deductible or self insured retention, if any, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **personal and advertising injury** to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or **suit** that may result. But:

        **(1)**  The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

        **(2)**  Our right and duty to defend ends under Coverage **B** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, and **E**.

    b.  This insurance applies to **personal and advertising injury** caused by an offense arising out of your business but only if the offense was committed in the **coverage territory** during the policy period.

2.  **Exclusions**

    *Refer also to Section II – Shared Exclusions for additional exclusions.*

    This insurance does not apply to:

    a.  **Other Coverages**

        Anything covered under any other Coverage Part contained in this policy.

    b.  **Knowing Violation Of Rights Of Another**

        **Personal and advertising injury** caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury.**

    c.  **Material Published With Knowledge Of Falsity**

        **Personal and advertising injury** arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

    d.  **Material Published Prior To Policy Period**

        **Personal and advertising injury** arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

    e.  **Criminal Acts**

        **Personal and advertising injury** arising out of a criminal act committed by or at the direction of the insured.

**f.    Contractual Liability**

**Personal and advertising injury** for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**g.    Breach of Contract**

**Personal and advertising injury** arising out of a breach of contract, except an implied contract to use another's advertising idea in your **advertisement**.

**h.    Quality Or Performance Of Goods - Failure To Conform To Statements**

**Personal and advertising injury** arising out of the failure of goods, products or services to conform to any statement of quality or performance made in your **advertisement**.

**i.    Wrong Description Of Prices**

**Personal and advertising injury** arising out of the wrong description of the price of goods, products or services stated in your **advertisement**.

**j.    Infringement Of Copyright**, **Patent**, **Trademark Or Trade Secret**

**Personal and advertising injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your **advertisement**, of copyright, trade dress or slogan.

**k.    Insureds In Media And Internet Type Businesses**

**Personal and advertising injury** committed by an insured whose business is:

**(1)**    Advertising, broadcasting, publishing or telecasting;

**(2)**    Designing or determining content of websites for others; or

**(3)**    An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **16. a.**, **b.**, and **c.** of **personal and advertising injury** under the Definitions Section **VII**.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising for you or others anywhere on the Internet, is not by itself considered the business of advertising, broadcasting, publishing or telecasting.

**l.    Electronic Chatrooms Or Bulletin Boards**

**Personal and advertising injury** arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**m.    Unauthorized Use Of Another's Name Or Product**

**Personal and advertising injury** arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**COVERAGE C MEDICAL PAYMENTS**

1.   **Insuring Agreement**

    **a.**   We will pay medical expenses as described below for **bodily injury** caused by an accident:

        **(1)**   On premises you own or rent;

        **(2)**   On ways next to premises you own or rent; or

        **(3)**   Because of your operations;

        provided that:

        **(1)**   The accident takes place in the **coverage territory** and during the policy period;

        **(2)**   The expenses are incurred and reported to us within one year of the date of the accident; and

        **(3)**   The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    **b.**   We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

        **(1)**   First aid administered at the time of an accident;

        **(2)**   Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

        **(3)**   Necessary ambulance, hospital, professional nursing and funeral services.

2.   **Exclusions**

    ***Refer also to Section II – Shared Exclusions for additional exclusions.***

    We will not pay expenses for **bodily injury**:

    **a.**   **Any Insured**

        To any insured, except **volunteer workers**.

    **b.**   **Hired Person**

        To a person hired to do work for or on behalf of any insured or a tenant of any insured.

    **c.**   **Injury On Normally Occupied Premises**

        To a person injured on that part of premises you own or rent that the person normally occupies.

    **d.**   **Workers Compensation And Similar Laws**

        To a person, whether or not an **employee** of any insured, if benefits for the **bodily injury** are payable or must be provided under a workers compensation or disability benefits law or a similar law.

    **e.**   **Athletics Activities**

        To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f.    Products-Completed Operations Hazard**

Included within the **products-completed operations hazard**.

**g.    Coverage A, D, Or E Exclusions**

Excluded under Coverages **A**, **D**, or **E**.

## COVERAGE D CONTRACTORS POLLUTION LIABILITY

**1.    Insuring Agreement**

**a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible or self insured retention, if any, resulting from **pollution conditions** to which this insurance applies.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any **pollution conditions** and settle any claim or **suit** that may result.  But:

**(1)**    The amount we will pay for damages is limited as described in Section **IV -** Limits Of Insurance; and

**(2)**    Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, or **E**.

**b.**    This insurance applies to **bodily injury** and **property damage** only if:

**1.**    The **bodily injury** or **property damage** is caused by **pollution conditions** that take place in the **coverage territory** and arise out of **your work**;

**2.**    The claim for damages from **pollution conditions** is first made against the insured and reported to the Insurer, in writing, during the policy period, or Extended Reporting Period, if applicable;

**3.**    The **pollution conditions** were unexpected and unintended from the standpoint of the insured; and

**4.**    **Your work** resulting in a claim commenced on or after the Retroactive Date shown in the Declarations, if any, and before the end of the policy period.

**2.    Exclusions**

*Refer also to Section II – Shared Exclusions for additional exclusions.*

This insurance does not apply to:

**a.    Other Coverages**

Anything covered under any other Coverage Part contained in this policy.

**b.    Knowingly Wrongful Acts**

Damages based upon or arising from the insured's dishonest, fraudulent, malicious, or knowingly wrongful act, error or omission or non-compliance with any statute, regulation, ordinance, administrative complaint, notice of violation, notice letter, executive order, or instruction of any governmental agency or body. However, this exclusion shall not apply to any insured that did not commit, participate in, or have knowledge of any of the acts described above.

**c.    Related Entities**

Damages claimed by your parent company or any affiliated subsidiary, or any entity which is owned, operated, managed, or controlled by you.

**d.    Contractual Liability**

Damages based upon or arising out of the liability of others assumed by an insured under any contract or agreement. This exclusion does not apply to liability for damages:

**(1)**    Assumed in a contract or agreement that is an **insured contract**, provided the **pollution condition** occurs subsequent to the execution of the contract or agreement; or

**(2)**    That the insured would have in the absence of the contract or agreement.

**e.    Products Liability**

Damages arising out of **your product**.  This includes, but is not limited to, any **property damage** to **your product**.

**f.    Workers Compensation**

Damages based upon or arising under any workers compensation, unemployment compensation or disability benefits law or similar law.

**g.    Employer's Liability**

Damages based upon or arising out of injury to any **employee**, director, officer, partner, or **leased worker** of an insured.  This exclusion does not apply to liability assumed by you while performing **your work** under an **insured contract**.

**h.    Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

**i.    Off-Site Waste Disposal**

Damages, including **cleanup costs**, based upon or arising out of **pollution conditions** on, at or migrating from any location to which wastes, products or materials have been delivered beyond the boundaries of any site where **your work** is being performed.

**j.    Damage To Property**

Damages based upon or arising out of **property damage** to:

**(1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**    Property loaned to you;

**(4)**    Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

Paragraphs **(5)** and **(6)** do not apply to **cleanup costs**.

**k.** **Project-Specific Coverage**

Damages based upon or arising out of any project for which any insured is an insured on a project-specific policy issued by any carrier.

**l.** **Known Conditions**

Damages based upon or arising out of **your work** performed prior to the inception date of this policy, if any of your management, directors, partners or **employees** responsible for environmental affairs knew or reasonably could have foreseen that **your work** could give rise to a claim under this coverage part.

**m.** **Professional Liability**

Claims based upon or arising out of the rendering of or failure to render **professional services.**

**n.** **Bankruptcy**

Claims based upon or arising out the bankruptcy or insolvency of an insured or of any other firm, person, or organization.

**o.** **Personal and Advertising Injury**

Damages arising out of **personal and advertising injury**.

**COVERAGE E PROFESSIONAL LIABILITY**

**1.** **Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible or self insured retention, if any, that result from **professional services** to which this insurance applies. The damages must result from an actual or alleged act, error or omission in the performance of **professional services** rendered by the insured.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any actual or alleged act, error or omission and settle any claim or **suit** that may result.  But:

**(1)** The amount we will pay for damages is limited as described in Section **IV** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends under Coverage **E** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, or **E** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A**, **B**, **D**, or **E**.

**b.** This insurance shall only apply if:

**(1)** The claim is first made against the insured and reported to the Insurer, in writing, during the policy period, or Extended Reporting Period, if applicable; and

**(2)** The actual or alleged act, error or omission takes place in the **coverage territory**; and

**(3)** The actual or alleged act, error or omission takes place on or after the Retroactive Date, if any, shown in the Declarations and before the end of the policy period.

**2. Exclusions**

*Refer also to Section II – Shared Exclusions for additional exclusions.*

This insurance does not apply to:

**a. Other Coverages**

Anything covered under any other Coverage Parts contained in this policy.

**b. Knowingly Wrongful Acts**

Damages based upon or arising from the insured's dishonest, fraudulent, malicious, or knowingly wrongful act, error or omission or non-compliance with any statute, regulation, ordinance, administrative complaint, notice of violation, notice letter, executive order, or instruction of any governmental agency or body. However, this exclusion shall not apply to any insured that did not commit, participate in, or have knowledge of any of the acts described above.

**c. Related Entities**

Damages claimed by your parent company or any affiliated subsidiary, or any entity which is owned, operated, managed, or controlled by you.

**d. Discrimination**

Damages based upon or arising out of discrimination by the insured on the basis of age, color, race, sex, creed, national origin, marital status, physical disability or sexual preference.

**e. Contractual Liability**

Damages based upon or arising out of the liability of others assumed by an insured under any contract or agreement. This exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an **insured contract**, provided the actual or alleged act, error or omission occurs subsequent to the execution of the contract or agreement; or

**(2)** That the insured would have in the absence of the contract or agreement.

**f.    Products Liability**

Damages arising out of **your product**.  This includes, but is not limited to, any **property damage** to **your product**.

**g.    Workers Compensation**

Damages based upon or arising under any workers compensation, unemployment compensation or disability benefits law or similar law.

**h.    Employer's Liability**

Damages based upon or arising out of injury to any **employee**, director, officer, partner, or **leased worker** of an insured.  This exclusion does not apply to liability assumed by you while rendering **professional services** under an **insured contract**.

**i.    Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

**j.    Off-Site Waste Disposal**

Damages, including **cleanup costs**, based upon or arising out of **pollution conditions** on, at or migrating from any location to which wastes, products or materials have been delivered beyond the boundaries of any site on which or on behalf of which **your work** and/or **professional services** have been performed.

**k.    Damage To Property**

Damages based upon or arising out of **property damage** to:

**(1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**    Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)**    Property loaned to you;

**(4)**    Personal property in the care, custody or control of the insured;

**(5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)**    That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)**, and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **IV** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(5)** and **(6)** do not apply to **cleanup costs**.

**l.**   **Suretyship and Insurance**

Damages based upon, or arising out of, or attributable to any actual or alleged failure to advise or require or failure to effect and maintain any policy of insurance, suretyship or bond.

**m.**   **Insured vs. Insured**

Damages claimed by any insured against any other insured under this policy.

**n.**   **Express Warranties or Guarantees**

Damages based upon or arising out of express warranties or guarantees.

**o.**   **Project-Specific Coverage**

Damages based upon or arising out of any project for which any insured is an insured on a project-specific policy issued by any carrier.

**p.**   **Known Conditions**

Damages based upon or arising out of **professional services** rendered prior to the inception date of this policy, if any of your management, directors, or partners knew or reasonably could have foreseen that such **professional services** could give rise to a claim under this coverage part.

**q.**   **Bankruptcy**

Claims based upon or arising out the bankruptcy or insolvency of an insured or of any other firm, person, or organization.

**r.**   **Personal And Advertising Injury**

Damages arising out of **personal and advertising injury**.

**SUPPLEMENTARY PAYMENTS - COVERAGES A, B, D, and E**

**1.**   We will pay, with respect to any claims or **occurrences** we investigate or settle, or any **suit** against an insured we defend:

**a.**   All expenses we incur.

**b.**   Up to $250 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.**   The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.**   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $250 a day because of time off from work.

**e.**   All costs taxed against the insured in the **suit**.

**f.**   Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.**   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of

insurance.

These payments will not reduce the Limits of Insurance for Coverages **A** and **B**.

These payments will reduce the Limits of Insurance for Coverages **D** and **E**.

2.    If we defend an insured against a **suit** and an indemnitee of the insured is also named as a party to the **suit**, we will defend that indemnitee if all of the following conditions are met:

    **a.**    The **suit** against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in an **insured contract**;

    **b.**    This insurance applies to such liability assumed by the insured;

    **c.**    The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same **insured contract**;

    **d.**    The allegations in the **suit** and the information we know about the **occurrence**, **pollution condition** or act, error or omission are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

    **e.**    The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such **suit** and agree that we can assign the same counsel to defend the insured and the indemnitee; and

    **f.**    The indemnitee:

        **(1)**    Agrees in writing to:

            **(a)**    Cooperate with us in the investigation, settlement or defense of the **suit**;

            **(b)**    Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **suit**;

            **(c)**    Notify any other insurer whose coverage is available to the indemnitee; and

            **(d)**    Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

        **(2)**    Provides us with written authorization to:

            **(a)**    Obtain records and other information related to the **suit**; and

            **(b)**    Conduct and control the defense of the indemnitee in such **suit**.

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2. c. (2)** of Section **I - Coverage A -** Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for **bodily injury** and **property damage** and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    **a.**    We have used up the applicable limit of insurance in the payment of judgments or settlements; or

    **b.**    The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – SHARED EXCLUSIONS

**EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E.**

This insurance does not apply to:

**1.** **Nuclear Hazard**

    **a.** Damages:

        **(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        **(2)** Resulting from the **hazardous properties** of **nuclear material** and with respect to which:

            **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of l954, or any law amendatory thereof, or

            **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    **b.** Damages resulting from the **hazardous properties** of **nuclear material**, if:

        **(1)** The **nuclear material**

            **(a)** is at any **nuclear facility** owned by, or operated by or on behalf of, an insured; or

            **(b)** has been discharged or dispersed therefrom;

        **(2)** The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

        **(3)** The damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to **property damage** to such **nuclear facility** and any property thereat.

As used in this exclusion:

    **a.** **Hazardous properties** include radioactive, toxic or explosive properties;

    **b.** **Nuclear material** means **source material**, **special nuclear material** or **by-product material**;

    **c.** **Source material**, **special nuclear material**, and **by-product material** have the meanings given them in the Atomic Energy Act of l954 or in any law amendatory thereof; **spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**;

    **d.** **Waste** means any waste material:

        **(1)** Containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and

        **(2)** Resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**.

    **e.** **Nuclear facility** means:

        **(1)** Any **nuclear reactor**;

        **(2)** Any equipment or device designed or used for:

       **(a)**     separating the isotopes of uranium or plutonium,

       **(b)**     processing or utilizing **spent fuel**, or

       **(c)**     handling, processing or packaging **waste**;

**(3)**     Any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(4)**     Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**;

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**f.**     **Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

**g.**     **Property damage** includes all forms of radioactive contamination of property.

**2.**    **Fungi**

**a.**     Damages which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any **fungi** regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.**     Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of **fungi** by any insured or by any other person or entity.

**3.**    **War**

Any liability of whatever nature arising out of, resulting from, caused by or contributed to by:

**a.**     War, including undeclared or civil war;

**b.**     Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.**     Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**4.**    **Fines And Penalties**

Any claim seeking payment of:

**a.**     Fines, penalties, or multiplied damages;

**b.**     Punitive or exemplary damages, except where allowable by law; or

    **c.**    The cost of injunctive relief based upon or arising out of non-compliance with any statute, regulation, ordinance or administrative complaint.

**5.**    **Radioactive Matter**

Any liability of whatever nature arising out of, resulting from, caused by or contributed to by:

    **a.**    Ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel.

    **b.**    The radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof.

    **c.**    Any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force of matter.

    **d.**    Radioactive contamination however caused, whenever or wherever happening.

## EXCLUSIONS APPLICABLE TO COVERAGES A AND B

This insurance does not apply to:

**1.**    **Pollution**

    **a.**    **Bodily injury**, **property damage** or **personal and advertising injury** which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

    **b.**    Any loss, cost or expense arising out of any:

        **(1)**    Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

        **(2)**    Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

**2.**    **Asbestos**

    **Bodily injury**, **property damage** or **personal and advertising injury**, sickness, disease, occupational disease, disability, shock, death, mental anguish and mental injury at any time arising out of the manufacture, mining, use, sales, installation, distribution, removal, or encapsulation of, or exposure to asbestos products, asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any party because of damages arising out of such **bodily injury**, **property damage** or **personal and advertising injury**, sickness, disease, occupational disease, disability, shock, death, mental anguish or mental injury at any time as a result of the manufacture, mining, use, sales, installation, distribution, removal, or encapsulation of or exposure to asbestos products, asbestos fibers or asbestos dust.

    It is further agreed that the Company is not obligated to defend any **suit** or claim against any insured alleging **bodily injury**, **property damage** or **personal and advertising injury** resulting from or contributed to, by any and all manufacture, mining, use, sales, installation, distribution, removal, or encapsulation of or exposure to asbestos products, asbestos fibers or asbestos dust.

**3.**    **Lead**

    **a.**    **Bodily injury** arising out of the ingestion, inhalation or absorption of lead in any form, or **property damage** or **personal and advertising injury** (if applicable) arising from any form of lead;

    **b.**    Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the

effects of lead; or

**c.** Any loss, cost or expense arising out of any claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

**4.    Silica**

**a.** Any loss, claim, or **occurrence**, whether for **bodily injury**, **property damage**, or **personal and  advertising injury** arising out of or in any way related to the actual, alleged or threatened discharge, dispersal, emission, release, escape, handling, contact with, exposure to or inhalation, ingestion or respiration of silica or products or substances containing silica or silicon dioxide in any form including, but not limited to, silica dust, sand or otherwise, or work involving the use of or handling of silica or silicon dioxide in any form, even if other causes are alleged to contribute to or aggravate such loss, claim or **occurrence**.

**b.** Any loss, claim or **occurrence** arising from or related to:

**(1)** Any supervision, instruction, recommendations, warnings or advice given or which should have been given in connection with the events described in Paragraph **a.**;

**(2)** Any obligation to indemnify, defend, share damages with or repay someone else who must pay damages because of events described in Paragraph **a.**; and

**(3)** Any fines or penalties imposed because of events described in Paragraph **a.**

**5.    Employment Related Practices**

**Bodily injury** or **personal and advertising injury** arising out of any:

**a.** Refusal to employ;

**b.** Termination of employment;

**c.** Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

**d.** Consequential **bodily injury** or **personal and advertising injury** as a result of **a.** through **c.** above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

**6.    Professional Liability**

**Bodily injury**, **property damage** or **personal and advertising injury** based upon or arising out of the rendering of or failure to render **professional services**.

## SECTION III - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured.  Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your **volunteer workers** only while performing duties related to the conduct of your business, or your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** or **volunteer workers** are insureds for:

**(1)** **Bodily injury** or **personal and advertising injury**:

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-**employee** or **volunteer worker** as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** **Property damage** to property:

**(a)** Owned, occupied or used by, or

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** With respect to Coverages **A**, **B**, and **C**, any person (other than your **employee** or **volunteer worker**), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company,  and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage **A** does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

   c.  Coverage **B** does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization; and

   d. Coverage **D** does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

   e. Coverage **E** does not apply to any act, error or omission in the performance of **professional services** rendered before you acquired or formed the organization.

   No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

4. Solely with respect to Coverages **A**, **B** and **D**, your clients, provided a written contract or agreement is in effect between you and the client, and solely with respect to **your work** performed by or on your behalf for that client.  For Coverages **A** and **B**, such written contract or agreement must be in effect prior to the **occurrence** giving rise to the claim or **suit** for which the client seeks coverage.  For Coverage **D**, such written contract or agreement must be in effect prior to the commencement of the **pollution conditions** for which the client seeks coverage. Your clients are covered under this policy only for Limits of Liability up to and not exceeding the amount required by the written contract or agreement and subject to the Limits of Liability of this policy.

## SECTION IV - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or **suits** brought; or

   c. Persons or organizations making claims or bringing **suits**.

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A** except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**;

   c. Damages under Coverage **B**; and

   d. Damages and supplementary payments under Coverages **D** and **E**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of **bodily injury** and **property damage** included in the **products-completed operations hazard.**

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all **personal and advertising injury** sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each **Occurrence** Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**.

**b.** Medical expenses under Coverage **C**; and

**c.** Damages and supplementary payments under Coverage **D**;

because of all **bodily injury** and **property damage** arising out of any one **occurrence**.

**6.** Subject to **2.** or **3.** above, whichever applies, the Each Claim Limit is the most we will pay for the sum of damages and supplementary payments under Coverage **E** because of any one claim.

**7.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of **property damage** to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**8.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of **bodily injury** sustained by any one person.


## SECTION V - POLICY CONDITIONS

**1.    Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2.    Cancellation**

**a.** This policy may be cancelled by the first Named Insured shown in the Declarations or by endorsement by mailing or delivering written notice to us stating when the cancellation date shall be effective.

**b.** This policy may be cancelled by us for the following reasons:

**(1)** non-payment of premium;

**(2)** material misrepresentation or fraud by you;

**(3)** material change in the nature of risk as outlined in the application and submission materials on file with us; or

**(4)** the insured's failure to comply with the terms and conditions under this policy including the failure to pay any deductible amount or audit premium when due;

by mailing to the first Named Insured, at the last known address, written notice of not less than ten (10) days if cancellation is for either reasons **(1)** or **(2)** above, or thirty (30) days if cancellation is for either reasons **(3)** or **(4)** above.  Proof of mailing of notice shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall be the end of the policy period.

**3.    Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an **occurrence** or an offense which may result in a claim or **suit**. To the extent possible, notice should include:

**(1)** How, when and where the **occurrence** or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the **occurrence** or offense.

**b.** If a claim is made or **suit** is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or **suit** and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e.** At the time you become aware of an act, error or omission to which this policy applies, if during the policy period you give us written notice containing the following:

**(1)** Details of the actual or alleged act, error or omission and the **professional services** rendered by you or on your behalf;

**(2)** The specific nature of the damages which have been sustained; and

**(3)** Details of how you first became aware of such act, error or omission;

then any claim that may subsequently be made against you arising out of such act, error or omission shall be deemed to have been made on the date we first received written notice of the act, error or omission.

This act, error or omission reporting provision shall terminate at the end of the policy period and shall not exist during the Automatic Extended Reporting Period or the Supplemental Extended Reporting Period.

**4. Inspection And Survey**

With reasonable notice to the insured, we shall be permitted, but not obligated, to inspect the insured's property and/or operations. Neither our right to make inspections or any report thereon, shall constitute an undertaking, on behalf of or for the benefit of you or others, to determine or warrant that such property or operations are safe or in compliance with environmental law, or any other law.

**5. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative. For purposes of this condition, a consent judgment, stipulated judgment, agreed judgment, consent decree or consent order reached without our written agreement is neither an agreed settlement nor a final judgment.

**6. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this policy, our obligations are limited as follows:

**a.    Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.    Excess Insurance**

This insurance is excess over:

**(1)**    Any of the other insurance, whether primary, excess, contingent or on any other basis:

    **(a)**    That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for **your work**;

    **(b)**    That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

    **(c)**    That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you or temporarily occupied by you with permission of the owner; or

    **(d)**    If the loss arises out of the maintenance or use of aircraft, **auto** or watercraft to the extent not subject to Exclusion **d.**, of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)**    Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under this policy to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit**. If no other insurer has the obligation to defend, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)**    The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)**    The total of all deductible and self insured retention amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this policy.

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable Limits of Insurance of all insurers.

**7.    Premium Audit**

**a.**    We will compute all premiums for this policy in accordance with our rules and rates.

**b.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured shown in the Declarations or as amended by endorsement. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured, subject to the minimum premium stated within the policy.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**d.** We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to (3) three years after the end of the policy period.

**8.** **Premium Payment**

The first Named Insured shown in the Declarations is responsible for the payment of all premiums due and will be the payee for any returned premiums we pay.

**9.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**10.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or **suit** is brought.

**11.** **Transfer Of Policy**

Your rights and duties under this policy may not be transferred without our written consent.

**12.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

**13.** **When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the non-renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION VI – EXTENDED REPORTING PERIOD – COVERAGES D AND E ONLY**

**1.** We will provide one or more Extended Reporting Periods, as described below, if:

**a.** This policy is canceled or not renewed; or

**b.** We renew or replace the coverage provided under Coverages **D** or **E** of this policy with insurance that:

**(1)** Has a Retroactive Date for Coverages **D** or **E** later than the date shown in the Declarations; or

**(2)** Coverages **D** or **E** do not apply on a claims made basis.

**2.** Extended Reporting Periods do not extend the policy period, change the scope of coverage provided or reinstate or increase the Limits of Insurance. They apply only to claims resulting from **pollution conditions** that arise from **your work** and/or actual or alleged acts, errors or omissions in the performance of **professional services** made before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.  Once in effect, Extended Reporting Periods may not be canceled.

**3.** A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for forty five (45) days with respect to claims first made against you and reported to us in writing. The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

**4.** A Supplemental Extended Reporting Period of up to thirty-six (36) months is available with respect to claims first made against you and reported to us in writing but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in Paragraph **3.** above, ends.

You must give us a written request for the endorsement within 45 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The exposures insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of Insurance available under this policy for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this policy.

The Extended Reporting Period endorsement shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

## SECTION VII – DEFINITIONS

**1.** **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an **advertisement**.

**2.** **Auto** means:

**a.** A land motor vehicle, trailer or semi trailer designed for travel on public roads, including any attached machinery or equipment; or

    **b.**      Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment**.

**3.**    **Bodily Injury** means physical injury, sickness, disease, mental anguish, or emotional distress, sustained by any person, including death resulting from any of these at any time.

**4.**    **Cleanup Costs** means the reasonable expenses incurred for the investigation, monitoring, testing, removal, disposal, neutralization, or treatment of **pollution conditions** to the extent required by applicable federal, state or local governmental law pursuant under which the insured has or may have a legal obligation.

**5.**    **Coverage Territory** means:

    **a.**      The United States of America (including its territories and possessions), Puerto Rico and Canada; and

    **b.**      All other parts of the world if the insured's responsibility to pay damages is determined in a **suit** on the merits, in the territory described in **a.** above or in a settlement we agree to.

**6.**    **Employee** includes a **leased worker**.  **Employee** does not include a **temporary worker**.

**7.**    **Executive Officer** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**8.**    **Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by **fungi**, but does not include any **fungi** intended by the insured for consumption.

**9.**    **Impaired Property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

    **a.**      It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.**      You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

    **a.**      The repair, replacement, adjustment or removal of **your product** or **your work**; or

    **b.**      Your fulfilling the terms of the contract or agreement.

**10.**    **Insured Contract** means:

    **a.**      A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an **insured contract**;

    **b.**      A sidetrack agreement;

    **c.**      Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.**      An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.**      An elevator maintenance agreement;

    **f.**      That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability

means a liability that would be imposed by law in the absence of any contract or agreement.

    **g.**    Paragraph **f.** does not include that part of any contract or agreement:

        **(1)**    That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

        **(2)**    That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

            **(a)**    Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

            **(b)**    Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

        **(3)**    Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render **professional services**, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**11.**    **Leased Worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

**12.**    **Loading Or Unloading** means the handling of property:

    **a.**    After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or **auto**;

    **b.**    While it is in or on an aircraft, watercraft or **auto**; or

    **c.**    While it is being moved from an aircraft, watercraft or **auto** to the place where it is finally delivered;

but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck that is not attached to the aircraft, watercraft or **auto**.

**13.**    **Mobile Equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.**    Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.**    Vehicles maintained for use solely on or next to premises you own or rent;

    **c.**    Vehicles that travel on crawler treads;

    **d.**    Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **(1)**    Power cranes, shovels, loaders, diggers or drills; or

        **(2)**    Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.**    Vehicles not described in **a.**, **b.**, **c.**, or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        **(1)**    Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        **(2)**    Cherry pickers and similar devices used to raise or lower workers;

    **f.**    Vehicles not described in **a.**, **b.**, **c.**, or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on **auto** or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, **mobile equipment** does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

14. **Natural Resource Damage** means damage to, injury to, destruction of, or loss of, ground water, wildlife, biota, air, land, water, fish, drinking water supplies, and/or similar resources belonging to, held in trust by, managed by, appertaining to, or otherwise controlled by the United States, any State or local government, any foreign government, or any Indian Tribe, including the reasonable costs of assessing such injury, destruction or loss resulting therefrom.

15. **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

16. **Personal And Advertising Injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your **advertisement**; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your **advertisement.**

17.    **Pollutant(s)** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapors, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

18.    **Pollution Conditions** means the discharge, dispersal, release, seepage, migration, or escape of **pollutants**.

19.    **Products-Completed Operations Hazard**:

    **a.**    Includes all **bodily injury** and **property damage** occurring away from premises you own or rent and arising out of **your product** or **your work** except:

        **(1)**    Products that are still in your physical possession; or

        **(2)**    Work that has not yet been completed or abandoned. However, **your work** will be deemed completed at the earliest of the following times:

            **(a)**    When all of the work called for in your contract has been completed.

            **(b)**    When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)**    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.**    Does not include **bodily injury** or **property damage** arising out of:

        **(1)**    The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the **loading or unloading** of that vehicle by any insured;

        **(2)**    The existence of tools, uninstalled equipment or abandoned or unused materials; or

        **(3)**    Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

20.    **Professional Services** means those services performed by you or on your behalf, that are related to your practice as an engineer, consultant, architect, or surveyor that are performed for others for a fee.

21.    **Property Damage** means:

    **a.**    Physical injury to tangible property, including resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

    **b.**    Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it; or

    **c.**    Solely with respect to Section **I -** Coverages **D** and **E**, **property damage** shall include **cleanup costs** and **natural resource damage**.

    For the purposes of this insurance, electronic data is not tangible property.

    As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

22.    **Suit** means a civil proceeding in which damages because of **bodily injury**, **property damage**, **personal and advertising injury**, or **professional services** to which this insurance applies are alleged.  **Suit** includes:

    **a.**    An arbitration proceeding in which such damages are claimed and to which the insured must submit or does

submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**23.** **Temporary Worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

**24.** **Volunteer Worker** means a person who is not your **employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**25.** **Your Product**:

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**26.** **Your Work**:

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**, and

**(2)** The providing of or failure to provide warnings or instructions.

# SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other Officer specified for that purpose in the Statute, or his/her successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of you or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the below named as the person to whom the said Officer is authorized to mail such process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon John Briggs, or his nominee of the Company at 7233 East Butherus Drive, Scottsdale, Arizona 85260, and that in any suit instituted against the Company upon this policy, it will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.  Nothing herein shall constitute a selection or designation of forum, or a waiver of any of the Company's rights to select a forum or court, including any of the federal courts of the United States.  This includes any right to commence an action in or remove or transfer an action to the United States District Court or any other court of competent jurisdiction, as permitted by law.

E906 (08/21)

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## ADDITIONAL INSURED – BLANKET

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in this policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) corresponding with the box or boxes marked below.

☒ **COVERAGES PARTS A AND B – GENERAL LIABILITY**

☒ **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

**<u>SECTION III – WHO IS AN INSURED</u>** is amended to include as an insured, with respect to Coverage **A**, **B** and **D**, any person(s) or organization(s) when you and such person(s) or organization(s) have agreed in a written contract or written agreement that such person(s) or organization(s) be added as an additional insured on your policy.  Such written contract or written agreement must be in effect prior to the performance of **your work** which is the subject of such written contract or written agreement.

Such additional insured status applies only:

1.  Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2.  Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) with which you have so agreed in a written contract or written agreement.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**ENDORSEMENT**

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

**ADDITIONAL INSURED – COVERAGE A, B & D – SCHEDULED PERSON OR ORGANIZATION**

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) corresponding with the box or boxes marked below.

☒ **COVERAGES PARTS A AND B – GENERAL LIABILITY**

☒ **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

**SCHEDULE**

| | |
|---|---|
| **Name of Person or Organization:** | CLK MULTIFAMILY MANAGEMENT LLC, CLK MANAGEMENT CORP, CLK LONGVIEW MANAGEMENT LLC, AND ALL THEIR AFFILIATED, OWNED, MANAGED, AND RELATED ENTITIES |
| **Job Description/Location:** | All locations where "your work" is performed as specified in the contract or written agreement between you and the Additional Insured(s). |

**SECTION III – WHO IS AN INSURED** is amended to include as an insured, with respect to Coverage **A**, **B** and **D**, any person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1. Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a. **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b. **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

2. Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of out **pollution conditions** that are the results of:

    a. **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b. **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## ADDITIONAL INSURED – COVERAGE A, B & D – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) corresponding with the box or boxes marked below.

☒ **COVERAGES PARTS A AND B – GENERAL LIABILITY**

☒ **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

### SCHEDULE

| | |
|---|---|
| **Name of Person or Organization:** | Alacrity Solutions Group, LLC and its subsidiaries, affiliates, officers, managers, members, employees, successors, assigns and agents |
| **Job Description/Location:** | All Alacrity Solutions Group, LLC work assignments made to the insured in accordance with the Alacrity Solutions Group, LLC agreement to provide services |

<u>**SECTION III – WHO IS AN INSURED**</u> is amended to include as an insured, with respect to Coverage **A**, **B** and **D**, any person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1. Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

   a. **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

   b. **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

2. Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of out **pollution conditions** that are the results of:

   a. **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

   b. **Your work** performed for such person(s) or organization(s) and included in the **products-completed operations hazard.**

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## DEDUCTIBLE ENDORSEMENT

| DEDUCTIBLES | | |
|---|---|---|
| **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**: | $10,000 | Each Occurrence |
| **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**: | $10,000 | Each Occurrence |
| **COVERAGE D CONTRACTORS POLLUTION LIABILITY**: | $10,000 | Each Claim |
| **COVERAGE E PROFESSIONAL LIABILITY**: | $10,000 | Each Claim |

In consideration of the premium charged, and notwithstanding anything contained in this policy to the contrary, it is hereby agreed that such coverage as is afforded by this policy shall be subject to the following additional provisions:

Our obligation under the Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability, Contractors Pollution Liability, and Professional Liability coverages to pay damages or supplementary payments on your behalf applies only in excess of the deductible amounts stated above.  The limit of insurance for each **occurrence** under Coverages A and D, each **personal and advertising injury** under Coverage B, and each claim under Coverage E will be reduced by the amounts of such deductibles. Aggregate limits for such coverages will not be reduced by the application of such deductible amounts.

The deductible amounts stated above apply once to all damages sustained as the result of any one **occurrence** under Coverage A, or one offense under Coverage B, or one **pollution condition** under Coverage D.  The deductible amount stated above shall apply separately for each claim arising out of any one act, error, or omission under Coverage E.

Costs and expenses payable under the Supplementary Payments section of the coverage form shall contribute to the exhaustion of the stated deductible amount.

The terms of this insurance, including those with respect to:

1.      Our right and duty to defend any **suit** seeking damages; and

2.      Your duties in the event of an **occurrence,** claim, or **suit**;

apply irrespective of the application of the deductible amount.

We retain sole discretion in choosing and appointing counsel to represent the Insured in the defense of any claim or **suit**.

We retain final settlement authority within the deductible.  If the Insured does not accept an offer of settlement we deem reasonable, we shall have no responsibility for any damages or supplementary payments above what we would have paid had the claim been settled for any reasonable offer within the deductible.

We shall have the right, but not the obligation, to pay damages or supplementary payments within the deductible if we deem it advisable to do so.  If we exercise this right, the Insured must promptly, and in no event later than thirty (30) days, reimburse us for any payments we have made within the amount of the applicable deductible.  Should the Insured fail to so reimburse us, the Insured shall additionally become liable for any and all costs of collection of the deductible, including attorneys fees and costs, and interest at the prevailing local rate from the date reimbursement is requested.

### ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## EMPLOYEE BENEFIT LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE.**

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

### SCHEDULE

| Coverage: | Employee Benefits Programs | |
|---|---|---|
| Premium: | INCLUDED | |
| Limit Of Insurance: | $1,000,000 | Employee Benefits Liability - Each Employee |
| | $1,000,000 | Employee Benefits Liability - Aggregate |
| Deductible: | $1,000 | Each Employee |
| Retroactive Date: | 09/24/2022 | Employee Benefits Liability Coverage Retroactive Date |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** The following is added to **SECTION I – COVERAGES**:

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1.** **Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any **claim** or **suit** that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **E.** of this endorsement (**SECTION IV – LIMITS OF INSURANCE**); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the **administration** of your **employee benefit program**;

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

ECP 1016 08 16                                                                                           Page **1** of **8**

**(3)** A **claim** for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **G.** of this endorsement.

**c.** A **claim** seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such **claim** is received and recorded by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **1.a.** above.

A **claim** received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the **claim**.

**d.** All **claims** for damages made by an **employee** because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such **employee's** dependents and beneficiaries, will be deemed to have been made at the time the first of those **claims** is made against any insured.

**2.    Exclusions**

This insurance does not apply to:

**a.    Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b.    Bodily Injury, Property Damage, Or Personal And Advertising Injury**

**Bodily injury**, **property damage** or **personal and advertising injury**.

**c.    Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d.    Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the **employee benefit program**.

**e.    Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any **claim** based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the **employee benefit program**.

**f.    Workers' Compensation And Similar Laws**

Any **claim** arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g.    ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h.    Available Benefits**

Any **claim** for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i.    Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j.    Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.**    For the purposes of the coverage provided by this endorsement:

**1.**    All references to **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, D, AND E** are replaced by **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, D, E, AND EMPLOYEE BENEFITS LIABILITY**.

**2.**    Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.**    For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **4.** of **SECTION III – WHO IS AN INSURED** are replaced by the following:

**2.**    Each of the following is also an insured:

**a.**    Each of your **employees** who is or was authorized to administer your **employee benefit program.**

**b.**    Any persons, organizations or **employees** having proper temporary authorization to administer your **employee benefit program** if you die, but only until your legal representative is appointed.

**c.**    Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**4.**    Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.**    Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.**    Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.**    For the purposes of the coverage provided by this endorsement, Paragraph **3.** of **SECTION III – WHO IS AN INSURED** does not apply.

**E.**    For the purposes of the coverage provided by this endorsement, **SECTION IV – LIMITS OF INSURANCE** is replaced by the following:

**1.    Limits Of Insurance**

**a.**    The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** **Claims** made or **suits** brought;

**(3)** Persons or organizations making **claims** or bringing **suits**;

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your **employee benefit program**.

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the **administration** of your **employee benefit program.**

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one **employee**, including damages sustained by such **employee's** dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the **administration** of your **employee benefit program**.

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the **employee benefit program**.

**2. Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one **employee**, including such **employee's** dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any **suits** seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or **claim**

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any **claim** or **suit** and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**F.** For the purposes of the coverage provided by this endorsement, Conditions **3.** and **6.** of **SECTION V – POLICY CONDITIONS** are replaced by the following:

**3. Duties In The Event Of An Act, Error Or Omission, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a **claim**. To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or

omission.

**b.**   If a **claim** is made or **suit** is brought against any insured, you must:

**(1)**   Immediately record the specifics of the **claim** or **suit** and the date received; and

**(2)**   Notify us as soon as practicable.

You must see to it that we receive written notice of the **claim** or **suit** as soon as practicable.

**c.**   You and any other involved insured must:

**(1)**   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **claim** or **suit**;

**(2)**   Authorize us to obtain records and other information;

**(3)**   Cooperate with us in the investigation or settlement of the **claim** or defense against the **suit**; and

**(4)**   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.**   No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**6.    Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a.    Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.    Excess Insurance**

**(1)**   This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims made basis, if:

**(a)**   No Retroactive Date is shown in the Schedule of this insurance; or

**(b)**   The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)**   When this insurance is excess, we will have no duty to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)**   When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)**    We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**G.**    For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.**    You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.**    This endorsement is canceled or not renewed; or

**b.**    We renew or replace this endorsement with insurance that:

**(1)**    Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)**    Does not apply to an act, error or omission on a claims made basis.

**2.**    The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to **claims** for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.**    An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.**    The **employee benefit programs** insured;

**b.**    Previous types and amounts of insurance;

**c.**    Limits of insurance available under this endorsement for future payment of damages; and

**d.**    Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement and is subject to a minimum premium of ███████

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for **claims** first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.**    The Extended Reporting Period is subject to the Limits of Insurance as shown under the Schedule of this

endorsement. The Extended Reporting Period does not reinstate the Aggregate Limit as shown in the Schedule.

**H.**  For the purposes of the coverage provided by this endorsement, the following definitions are added to **SECTION VII - DEFINITIONS**:

**1.**  **Administration** means:

**a.**  Providing information to **employees**, including their dependents and beneficiaries, with respect to eligibility for or scope of **employee benefit programs**;

**b.**  Handling records in connection with the **employee benefit program**; or

**c.**  Effecting, continuing or terminating any **employee's** participation in any benefit included in the **employee benefit program**.

However, **administration** does not include handling payroll deductions.

**2.**  **Cafeteria plans** means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.**  **Claim** means any demand, or **suit**, made by an **employee** or an **employee's** dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.**  **Employee benefit program** means a program providing some or all of the following benefits to **employees**, whether provided through a **cafeteria plan** or otherwise:

**a.**  Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an **employee** may subscribe to such benefits and such benefits are made generally available to those **employees** who satisfy the plan's eligibility requirements;

**b.**  Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an **employee** may subscribe to such benefits and such benefits are made generally available to all **employees** who are eligible under the plan for such benefits;

**c.**  Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.**  Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.**  Any other similar benefits designated in the Schedule or added thereto by endorsement.

**I.**  For the purposes of the coverage provided by this endorsement, Definitions **6.** and **22.** in **SECTION VII - DEFINITIONS** are replaced by the following:

**6.**  **Employee** means a person actively employed, formerly employed, on leave of absence or disabled, or retired. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

**22.**  **Suit** means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. **Suit** includes:

**a.**  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.**  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT |
|---|

### SCHEDULE

**Designated Construction Projects:**
Each of your projects away from the premises owned or rented to you, performed during the policy period when a Designated Per Project Aggregate Limit of Insurance is required in written contractual agreement.

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by **occurrences** under **SECTION I – COVERAGE A** which can be attributed only to ongoing operations as shown in the schedule above:

    **1.** A separate Designated Construction Project Limit applies to each designated construction project and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations page.

    **2.** Except for damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**, the Designated Construction Project Limit is the most we will pay for the sum of all damages under **SECTION I –COVERAGE A** regardless of the number of:

        **a.** Insureds;

        **b.** Claims made or **suits** brought; or

        **c.** Persons or organizations making claims or bringing **suits**.

    **3.** Any payments made under **SECTION I –COVERAGE A** for damages shall reduce the Designated Construction Project Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations page nor shall they reduce any other Designated Construction Project Limit, except as affected by the Designated Construction Project Aggregate Limit described below.

    **4.** The limits shown in the Declarations page for Each Occurrence and Damage to Premises Rented to you continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project Limit.

    **5.** **a.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under the Designated Construction Project Limit, described in **1.** and **2.** above.

        **b.** Regardless of the number of construction projects or designated construction projects covered under this policy, the most we will pay as the Designated Construction Project General Aggregate is $5,000,000.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by **occurrences** under **SECTION I –COVERAGE A** which cannot be attributed only to ongoing operations  as shown in the schedule above:

    **1.** Any payments made under **SECTION I –COVERAGE A** for damages shall reduce the amount available under the General Aggregate Limit or the Products Completed Operations Aggregate Limit, whichever is applicable; and

    **2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.**    When coverage for liability arising out of the **products-completed operations hazard** is provided, any payments for damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard** will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.**    If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.**    The provisions of **SECTION IV – LIMITS OF INSURANCE** not otherwise modified by this endorsement shall continue to apply as stipulated.

ECP 1021 10 06                                                                                                    Page 2 of 2

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## DESIGNATED OPERATIONS EXCLUSION – COVERAGE A & B

**SCHEDULE OF OPERATIONS:**

Operations performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022

Operations performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE A** - **BODILY INJURY AND PROPERTY DAMAGE LIABILITY** & **COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY** of this policy do not apply to any operations shown in the Schedule of Operations above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1029 06 18

Page 1 of 1

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## TRANSPORTATION POLLUTION LIABILITY COVERAGE

**SCHEDULE OF VEHICLES:**

All vehicles owned, leased, or rented by the named insured

In consideration of the premium charged, it is hereby agreed that **SECTION I – COVERAGE  D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, h. Auto, Aircraft, Watercraft Or Rolling Stock** is deleted in its entirety and replaced as follows:

**Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

Also, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of the vehicles in the above Schedule of Vehicles.

Notwithstanding the above, coverage under this endorsement is provided only for **autos** which have statutory auto liability coverage in place with an A.M. Best A- (VII) rated, or better, carrier.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1045 06 18

Page **1** of **1**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

---

## CONTINGENT TRANSPORTATION POLLUTION LIABILITY COVERAGE

---

In consideration of the premium charged, it is hereby agreed that **SECTION I – COVERAGE D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, h. Auto, Aircraft, Watercraft or Rolling Stock** is deleted in its entirety and replaced as follows:

**h.    Auto, Aircraft, Watercraft Or Rolling Stock**

Damages based upon or arising out of the ownership, maintenance, use or the entrustment to others of any **auto**, aircraft, watercraft, or rolling stock owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading**.

However, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock within the boundaries of the site where **your work** is being performed.

Also, this exclusion does not apply to **pollution conditions** arising out of the ownership, maintenance, use, operation, **loading or unloading** of any **auto**, aircraft, watercraft, or rolling stock that:

**(1)**    Commences during the transportation of **your product** or wastes by a **carrier**; and

**(2)**    Results in **bodily injury**, **property damage** or **cleanup costs** during the transportation of **your product** or wastes; and

However, no coverage is provided for the mis-delivery of any liquid product into the wrong receptacle or to a wrong address or for the erroneous delivery of a liquid product by **auto**, aircraft, watercraft or rolling stock.

As used in this endorsement, the following definition shall apply:

**Carrier** means a person or entity, other than the Insured or any subsidiary or affiliated company of the Insured, engaged in the business of transporting property for hire by **auto**, rolling stock, aircraft or watercraft.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| DESIGNATED OPERATIONS EXCLUSION – COVERAGE D |
|---|

---

**SCHEDULE OF OPERATIONS:**

Operations performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022

Operations performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020

---

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE D – CONTRACTORS POLLUTION LIABILITY** of this policy does not apply to any operations shown in the Schedule of Operations above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1049 06 18                                                                                     Page 1 of 1

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## DESIGNATED OPERATIONS EXCLUSION – COVERAGE E

| SCHEDULE OF PROFESSIONAL SERVICES: |
| --- |
| Professional Services performed for Carter Restoration Bainbridge LLC dba Servpro of Bainbridge, Blakely, Camilla prior to 04/06/2022; Operations performed Carter Restoration Eastpoint LLC dba Servpro of Marianna, Quincy, Apalachicola prior to 04/06/2022<br>Professional Services performed for Carter Restoration Holding Company, LLC, Carter Restoration Bay County Florida, LLC dba Servpro of Bay, County East #11204 dba Servpro of Bay County West #11205, Carter Restoration Escambia County Florida, LLC dba Servpro of North Pensacola #11206 dba Servpro of Northwest Escambia County #11207 prior to 08/26/2020 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

In consideration of the premium charged, and not withstanding anything contained in this policy to the contrary, it is hereby agreed that **COVERAGE E – PROFESSIONAL LIABILITY** of this policy does not apply to any **professional services** shown in the Schedule of Operations above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1053 06 18                                                                                      Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| **EXCLUSION – VIOLATION OF PRIVACY** |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-12 | 9/24/2024 | 9/24/2025 | 9/24/2024 |

This endorsement modifies insurance provided under the:

**ENVIRONMENTAL COMBINED POLICY**

I.    The following is added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E.**

 This insurance does not apply to:

 Any **bodily injury, property damage**, **personal and advertising injury**, loss**, cleanup costs,** claim(s)**, suit(s),** damages, and/or Supplementary Payments, including but not limited to defense costs based upon or allegedly or actually arising out of, related to, caused in whole or in part by, contributed to or in any way connected with any action or omission made by or on behalf of any insured that violates or is alleged to violate:

1.   The Telephone Consumer Protection Act (TCPA), including any amendment of, or addition to, such law; or

2.   The Controlling the Assault of Non-Solicited Pornography and Marketing (CAN-SPAM) Act of 2003 including any amendment of, or addition to, such law; or

3.   The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate     Credit Transactions Act (FACTA); or

4.   Any Biometric Information Privacy Act (BIPA) enacted by any federal, state or local law, statute, ordinance or regulation, and any amendment of or addition to such act, law, statute, ordinance or regulation governing the capture, collection, purchase, receipt through trade, use, safeguarding, handling, storage, retention, disposal, transmission, or protection from disclosure or re-disclosure of any person's or customer's **biometric identifier** or **biometric information**.

5.   Any other federal, state or local law, statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003,  FCRA, or any BIPA and their amendments and additions, that addresses, prohibits, or limits the capturing, collecting, purchasing, receiving through trade, using, safeguarding, handling, storing, retaining, sending, transmitting, protecting from disclosure or re-disclosure, printing, disseminating, disposing, recording, transmitting, communicating or distributing of material or information.

 This exclusion also applies to any liability or **bodily injury, property damage**, **personal and advertising injury**, loss**, cleanup costs,** claim(s)**, suit(s),** damages, and/or Supplementary Payments, including but not limited to defense costs for which the insured is obligated, or is alleged to be obligated, to pay damages or defend any claim or **suit** by reason of the assumption of liability in an **insured contract**.

II.   The following definitions are added to **SECTION VII – DEFINITIONS:**

 **Biometric identifier** means a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry.

 **Biometric information** means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's **biometric identifier** used to identify an individual.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## EXCLUSION – FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

This insurance does not apply to **bodily injury** or **property damage** or **personal and advertising injury** resulting from the rendering of or the failure to render financial services by any insured to others.  For the purpose of this exclusion, financial services include but are not limited to:

1.   Planning, administering or advising on:
    a.   Any:
        (1)   Investment;
        (2)   Pension;
        (3)   Annuity;
        (4)   Savings;
        (5)   Checking; or
        (6)   Individual retirement

        plan, fund or account;

    b.   The issuance or withdrawal of any bond, debenture, stock or other securities;
    c.   The trading of securities, commodities or currencies; or
    d.   Any acquisitions or mergers;

2.   Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

3.   Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;

4.   Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

5.   Checking or reporting of credit;

6.   Maintaining of financial accounts or records;

7.   Tax planning, tax advising or the preparation of tax returns; or

8.   Selling or issuing travelers checks, letters of credit, certified checks, bank checks or money orders.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

---

### BLANKET NON-OWNED DISPOSAL SITE COVERAGE – ON & OFF SITE

---

In consideration of the premium charged, it is hereby agreed and understood subject to all the terms and conditions of this policy, **SECTION I – COVERAGES, COVERAGE D CONTRACTORS POLLUTION LIABILITY, 2. Exclusions, i. Off-Site Waste Disposal** shall not apply to the Non-Owned Disposal Sites described below:

All waste treatment, waste storage or waste disposal facilities utilized by or on the behalf of the insured for waste generated provided that:

1.  Such **pollution conditions** must commence on or after the **Retroactive Date** set forth in this endorsement, and

2.  As of the date that the waste was delivered to the waste treatment, waste storage or waste disposal facility, the facilities:

    a.  Are within the United States of America (including its territories and possessions), Puerto Rico and Canada;

    b.  Are not owned, operated or managed by the insured or any subsidiary or affiliate of the insured;

    c.  Are properly licensed to accept such waste for treatment, storage or disposal;

    d.  Are not listed, proposed for listing or formerly listed on the federal National Priorities List, State equivalent, or local equivalent list;

    e.  Are not subject to, and have not been subject to in the previous four years, an information request under Section 104(e) of the Comprehensive Environmental Response, Compensation, and Liability Act or Section 3007(a) of the Resource Conservation and Recovery Act, or a State or local equivalent request; and

    f.  Are not owned or operated by a bankrupt or financially insolvent entity.

**RETROACTIVE DATE:**  09/24/2020

For the purposes of this endorsement only, the following definition shall apply:

1.  **Retroactive Date** means the earliest date that a **pollution condition** can commence for coverage to be provided under this endorsement.  If no entry appears above or "N/A" is shown above, then a **retroactive date** shall not apply.

For purposes of this endorsement only, the following exclusion shall apply:

1.  Any claim or **suit** brought against the insured by an owner or operator of any Non-Owned Disposal Site described above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| MICROBIAL SUBSTANCE COVERAGE - DEDUCTIBLE |
|---|

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE**

In consideration of the premium charged and notwithstanding anything contained in this policy to the contrary, it is hereby agreed and understood that this endorsement shall add to this policy the Coverage Part(s) corresponding with the box (es) marked below.

For the purposes of the coverage provided by this endorsement, **SECTION II – SHARED EXCLUSIONS, 2. Fungi** contained within the policy, shall not apply to **COVERAGE F** and/or **COVERAGE G** of this endorsement.  All other exclusions contained in the policy that apply to **COVERAGE D** shall also apply to **COVERAGE F** and all other exclusions contained in the policy that apply to **COVERAGE E** shall also apply to **COVERAGE G** of this endorsement.

In the event the terms of this endorsement conflict with any terminology of the policy, including the **fungi** exclusion as noted above, the terms and conditions of this endorsement shall supersede with respect to all **suits** or claims arising out of **microbial substance** and **fungi** coverage provided by this endorsement.

**THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE**

☒    **COVERAGE F MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY**
☒    **COVERAGE G MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY   (CLAIMS MADE COVERAGE)**

| MICROBIAL SUBSTANCE SCHEDULE OF SUB-LIMITS OF LIABILITY AND DEDUCTIBLE | | |
|---|---|---|
| **Limits of Liability:** | $3,000,000 | Microbial Substance - SubLimit Each Claim |
|  | $5,000,000 | Microbial Substance Coverage Aggregate Sub-Limit (included in the General Aggregate Limit) |
| **Deductible:** | $10,000 | Each Claim |

**SECTION I – COVERAGES**

**COVERAGE F MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY**

**Insuring Agreement**

**1.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible shown above, resulting from **pollution conditions** arising out of **covered operations**.  We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any **pollution condition** and settle any claim or **suit** that may result. But:

    **a.**     The amount we will pay for damages is limited as described in the Schedule of this endorsement stated above; and

    **b.**     Our right and duty to defend ends under Coverage **F** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, **E**, **F** or **G** or medical expenses under Coverage **C**.

For purposes of this endorsement "Supplementary Payments – Coverages **A**, **B**, **D**, and **E**" shall also apply to Coverage **F**, but no other obligation or liability to pay sums or perform acts or services is covered under Coverage **F** unless explicitly provided for under that Supplementary Payments section.

**2.**    This insurance applies to **bodily injury** and **property damage** arising out the **covered operations** scheduled below:

| COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE | |
|---|---|
| **Covered Operations** | **Retroactive Date(s)** |
| Fire & water restoration & clean-up work, including water extraction & drying, mold remediation, and rebuilding construction operations directly as a result of damage caused by fire, water, microbial substances/fungi/mold, vandalism, storms, flooding, and/or other natural disasters.<br><br>Microbial Substance Covered Operations shall also include the construction, rehabilitation, renovation, reconstruction or remodeling of any building or structure in whole or in part not associated with those operations conducted to repair damage caused by fire, water, microbial substances/fungi/mold, vandalism, storms, flooding and/or other natural disasters. | 09/24/2012 |

but only if:

    **a.**     The **bodily injury** or **property damage** is caused by **pollution conditions** that take place in the **coverage territory** arising out of **covered operations**;

    **b.**     A claim for damages from **pollution conditions** is first made against you, in accordance with paragraph **3.** below, during the policy period or any Extended Reporting Period, if applicable;

    **c.**     The **pollution conditions** were unexpected and unintended from your standpoint; and

    **d.**     The **covered operations** resulting in a claim commenced on or after the Retroactive Date stated in **COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE** above, and before the end of the policy period.

**3.**    Any claims for damages to the same person including damages claimed by any person or organization for care, loss of services or death resulting at any time, will be deemed to have been made at the time the first of those claims is made against any insured.

**COVERAGE G MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY**

**Insuring Agreement**

**1.**    We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible shown above, that result from **microbial substance professional services**. The damages must result from an actual or alleged act, error of omission in the performance of **microbial substance professional services** rendered by the insured. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages to which this insurance does not apply. We may, at our discretion, investigate any actual or alleged act, error or omission and settle any claim or **suit** that may result. But:

    **a.**    The amount we will pay for damages is limited as described in the Schedule of this endorsement stated above; and

    **b.**    Our right and duty to defend ends under Coverage **G** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B**, **D**, **E**, **F** or **G** or medical expenses under Coverage **C**.

For purposes of this endorsement "Supplementary Payments – Coverages **A**, **B**, **D**, and **E**" shall also apply to Coverage **G**, but no other obligation or liability to pay sums or perform acts or services is covered under Coverage **G** unless explicitly provided for under that Supplementary Payments section.

**2.**    This insurance applies to claims that result from the rendering or failure to render **microbial substance professional services** scheduled below:

| COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE ||
|---|---|
| **Microbial Substance Professional Services** | **Retroactive Date(s)** |
| All environmental professional services including implementation of the procedural standards and principles as outlined within IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration and/or IICRC S520 Standard and Reference Guide for Professional Mold Remediation. | 09/24/2020 |

but only if:

    **a.**    A claim for damages is first made against you, in accordance with paragraph **3.** below during the policy period or any Extended Reporting Period, if applicable.

    **b.**    The actual or alleged act, error, or omission takes place on or after the Retroactive Date stated in **COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE** above, and before the end of the policy period;

    **c.**    The actual or alleged act, error, or omission takes place in the **coverage territory**.

**3.**    Any claims for damages to the same person including damages claimed by any person or organization for care, loss of services or death resulting at any time, will be deemed to have been made at the time the first of those claims is made against any insured.

**SECTION II - DEFINITIONS**

For the purposes of the Coverages **F** and **G** only, the following definitions shall apply:

**1.**    **Covered Operations** means the performance of those operations performed by you or on your behalf stated in **COVERAGE F SCHEDULE OF MICROBIAL SUBSTANCE COVERED OPERATIONS AND RETROACTIVE DATE** above.

**2.**    **Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by **fungi**, but does not include any **fungi** intended by the insured for consumption.

**3.**    **Microbial Substance Professional Services** means the performance of those services performed by you or on your behalf stated in **COVERAGE G SCHEDULE OF MICROBIAL SUBSTANCE PROFESSIONAL SERVICES AND RETROACTIVE DATE** above.

4.      **Pollutants** means **microbial substance**.

5.      **Pollution condition** means the discharge, dispersal, seepage, migration, presence of (as a result of **covered operations** and/or **microbial substance professional services**), release or escape of **pollutants** as defined in **4.** above.

6.      **Bacteria** means any type or form of **bacteria** and any materials or substances that are produced or released by **bacteria**.

7.      **Microbial Substance** means any substance that reproduces through release of spores or the splitting of cells including but not limited to **bacteria**, protozoa, **fungi**, chlamydiae, rickkettsiae, whether or not the **microbial substance** is living.

8.      **Property Damage** means:

   a.      Physical injury to tangible property, including resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

   b.      Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of when **covered operations** or **microbial substance professional services** were performed that caused it;

   c.      **Cleanup costs**; or

   d.      **Natural resource damage**.

9.      **Cleanup Costs** means the reasonable and necessary expenses, including legal expenses incurred with the Company's written consent, which consent shall not be unreasonably withheld or delayed, for the investigation, removal, remediation including associated monitoring, or disposal of **microbial substances**:

   a.      To the extent required by the New York City Department of Health and Mental Hygiene Guidelines on Assessment and Remediation of **Fungi** in Indoor Environments, as revised on January 2008 ("NYC Guidelines"), Section 3. Remediation, or the Institute of Inspection, Cleaning and Restoration Certification S520 Standard and Reference Guide for Professional Mold Remediation, Second Edition published in 2008; or

   b.      To the extent required by applicable federal, state or local governmental law pursuant under which the insured has or may have a legal obligation.

   **Cleanup Costs** shall include **Restoration Costs**.

10.     **Restoration Costs** means the reasonable and necessary expenses incurred by the insured with the Company's written consent, which consent shall not be unreasonably withheld or delayed, to repair, replace or restore real or personal property to substantially the same condition it was in prior to the being damaged when performing **covered operations** or **microbial substance professional services** in the course of incurring **Cleanup Costs**. **Restoration Costs** shall not include any costs associated with improvements or betterments of the damaged property.

**SECTION III – OTHER INSURANCE**

For the purposes of the coverage provided by this endorsement, the following provision shall apply:

Coverage provided under this endorsement for **microbial substances** shall apply only to the applicable Coverage Parts specifically indicated by the marked box (es) at the beginning of this endorsement.  Where other insurance may be available for the loss covered under this endorsement, the insured shall promptly, upon request of the Company, provide the Company with copies of all such policies.


**SECTION IV – DEDUCTIBLE**

For the purposes of the coverage provided by this endorsement, the following Deductible provisions are added:

1.      Our Limit of Insurance as stated in the endorsement schedule shall apply only in excess of the deductible stated in the Schedule of this endorsement above. The deductible shall apply once to each claim for coverage under this endorsement.

2.      For purposes of this endorsement, claim expenses shall include, but not be limited to, those incurred for legal services, investigations, court costs, adjustment services, experts, and other such expenses.

3.      Cost and expenses payable under the Supplementary Payments section of the coverage form shall contribute to the exhaustion of the stated deductible amount above.

        The terms of this insurance, including those with respect to:

        a.      Our right and duty to defend any **suit** seeking damages, and

        b.      Your duties in the event of an claim or **suit**;

        Apply irrespective of the application of the deductible amount above.

4.      We retain sole discretion in choosing and appointing counsel to represent the insured in the defense of any claim.

5.      We retain final settlement authority within the deductible.  If the Insured does not accept an offer of settlement we deem reasonable, we shall have no responsibility for any damages or supplementary payments above what we would have paid had the claim been settle for any reasonable offer within the deductible.

6.      We shall have the right, but not the obligation, to pay damages, claim expenses, or Supplementary Payments within the deductible if we deem it advisable to do so.  If we exercise this right, the insured must promptly, but in no event later than thirty (30) days, reimburse us for any payments made by us within the amount of the applicable deductible.  Should the insured fail to reimburse us, the insured shall additionally become liable for any and all costs of collection of the deductible, including attorneys' fees, and interest at the prevailing local rate from the date reimbursement is requested.

7.      Failure of the insured to pay such deductible amount within thirty (30) days after receipt of a written request for such payment will be a material breach of the entire contract, entitling us to terminate the contractual obligation between the parties.  In the event of a bankruptcy filing, the contract is deemed executory under 11 U.S.C. Sec. 365, and the payments of the deductible shall be made on a monthly basis and treated as an administrative expense under 11 U.S.C. Sec. 507(a)(1).

### SECTION V - EXTENDED REPORTING PERIOD – COVERAGES F AND G

For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims made Coverage Part, it replaces any similar Section in that Coverage Part:

1. We will provide one or more Extended Reporting Periods, as described below, if:

   a. This policy is canceled or not renewed; or

   b. We renew or replace the coverage provided under Coverages **F** or **G** of this policy with insurance that:

      (1) Has a Retroactive Date for Coverages **F** or **G** later than the date shown in the Declarations; or

      (2) For which Coverages **F** or **G** do not apply on a claims made basis.

2. Extended Reporting Periods do not extend the policy period, change the scope of coverage provided or reinstate or increase the Limits of Insurance. They apply only to claims resulting from **pollution conditions** that arise from **covered operations** and/or actual or alleged acts, errors or omissions in the performance of **microbial substance professional services** made before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.  Once in effect, Extended Reporting Periods may not be canceled.

3. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for forty five (45) days with respect to claims first made against you and reported to us in writing. The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

4. A Supplemental Extended Reporting Period of up to thirty-six (36) months is available with respect to claims first made against you and reported to us in writing but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in Paragraph **3.** above, ends.

   You must give us a written request for the endorsement within 45 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The exposures insured;

   b. Previous types and amounts of insurance;

   c. Limits of Insurance available under this policy for future payment of damages; and

   d. Other related factors.

   The additional premium will not exceed 100% of the annual premium for this policy.

   The Extended Reporting Period endorsement shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.


   **ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## ADDITIONAL INSURED – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

| SCHEDULE |
| --- |
| **Name of Person or Organization:** <br> • Crawford & Company and Crawford Contractor Connection, a division of Crawford & Company <br> • USAA <br> • Frankenmuth <br> • Hartford Fire Insurance Company and its affiliates <br> • Nationwide Program <br> • Any other client under written contract with Crawford Contractor Connection, a division of Crawford & Company. |
| **Job Description/Location:** <br> • All work assigned by or performed for Crawford Contractor Connection, a division of Crawford & Company, through the contractor program. |

Section **III** – Who is an Insured is amended to include as an insured, with respect to Coverage **A, B** and **D**, the person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1.  Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2.  Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

ECP 1085 05 16                                                                                          Page 1 of 1

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached.  Please read it carefully.

## ADDITIONAL INSURED – GRANTOR OF FRANCHISE

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

In consideration of the premium charged and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood that this endorsement shall apply only to the Coverage Part(s) below.

**X**     **COVERAGE A AND B – GENERAL LIABILITY**

### SCHEDULE

| |
|---|
| **Name of Person or Organization:**<br>Servpro Corporate |

**SECTION III – WHO IS AN INSURED** is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as a grantor of a franchise to you.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## ADDITIONAL INSURED – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

| SCHEDULE |
| --- |
| **Name of Person or Organization:**<br>• Alacrity Renovation Services, LLC and its officers, managers, employees and agents. |
| **Job Description/Location:**<br>• All work assigned by or performed for Alacrity Renovation Services, LLC and its officers, managers, employees and agents, through the contractor program. |

Section **III** – Who is an Insured is amended to include as an insured, with respect to Coverage **A, B** and **D**, the person(s) or organization(s) shown in the schedule above.

Such additional insured status applies only:

1.  Under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for claims or **suits** resulting from:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

2.  Under **COVERAGE D CONTRACTORS POLLUTION LIABILITY** for claims or **suits** arising out of **pollution conditions** that are the result of:

    a.  **Your work** performed for such person(s) or organization(s) in the performance of your ongoing operations for the additional insured; or

    b.  **Your work** performed for such person(s) or organizations(s) and included in the **products-completed operations hazard**.

With respect to damages caused by **your work**, as described above, the coverage provided hereunder shall be primary and not contributing with any other insurance available to those person(s) or organization(s) shown in the schedule above.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## AGGREGATE SUBLIMIT(S) OF INSURANCE

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-12 | 9/24/2024 | 9/24/2025 | 9/24/2024 |

### SCHEDULE

| | |
|---|---|
| **Commercial General Liability Aggregate Sublimit Of Insurance:** | $3,000,000 |
| **Personal and Advertising Injury Aggregate Sublimit Of Insurance:** | $3,000,000 |
| **Combined Contractors Pollution Liability plus Professional Liability Aggregate Sublimit Of Insurance:** | $3,000,000 |

**This Endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy. Claims and claim-related costs paid by us pursuant to this Endorsement shall reduce the General Aggregate Limit. Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, the insured for defense, indemnification, or otherwise.**

I.    The following is added to Section **IV - LIMITS OF INSURANCE**

9.    **Aggregate Sublimit(s) Of Insurance**

a.    Subject to the General Aggregate Limit of Insurance, the most we will pay for all damages under Coverage **A** except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**, is the Commercial General Liability Aggregate Sublimit Of Insurance, if any, shown in the Schedule to this Endorsement.

b.    Subject to the General Aggregate Limit of Insurance, the Personal and Advertising Injury Aggregate Sublimit Of Insurance, if any, is the most we will pay under Coverage **B** for the sum of all damages because of all **personal and advertising injury**.

c.    Subject to the General Aggregate Limit of Insurance, the most we will pay for all damages and supplementary payments under Coverages **D** and **E** is the Combined Contractors Pollution Liability plus Professional Liability Aggregate Sublimit Of Insurance, if any, shown in the Schedule to this Endorsement.

The Aggregate Sublimit(s) of Insurance in Paragraphs **9.a.** through **9.c.** are part of, not in addition to, the General Aggregate Limit of Insurance. Any such Aggregate Sublimit(s) of Insurance shall be reduced by the amount of any payment for injury, damage(s), and supplementary payments under the Coverages to which such Aggregate Sublimit of Insurance applies. Upon exhaustion of any Aggregate Sublimit of Insurance by such payments, we will have no further obligations or liability of any kind with respect to injury, damage(s) or supplementary payments subject to such Sublimit of Insurance.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached.  Please read it carefully.

| **SERVPRO RESTORATION SERVICES ENDORSEMENT** |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-12 | 9/24/2024 | 9/24/2025 | 9/24/2024 |

### SCHEDULE

| **Name of Person or Organization:** |
|---|
| Servpro Industries, LLC, Servpro Franchisor, LLC, Servpro Distribution, LLC,  Servpro Commercial, LLC, and all of their affiliates and their respective owners, directors, officers, employees and agents |

**I.**  **SECTION III – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as grantor of a franchise to you. However:

  **1.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**II.**  With respect to the insurance afforded to these additional insureds, the following is added to **SECTION IV – Limits Of Insurance:**

  If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.**  Required by the contract or agreement; or

  **2.**  Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

  This amendment shall not increase the applicable Limits of Insurance shown in the Declarations.

**III.**  The following is added to **Coverage E Professional Liability,** Exclusion **e. Contractual Liability:**

  **(3)**  Assumed in a written contract or written agreement with the person(s) or organization(s) shown in the Schedule provided the actual or alleged act, error or omission occurs subsequent to the execution of the written contract or written agreement.

**IV.**  The following is added to **Coverage E Professional Liability,** Exclusion **m. Insured vs. Insured:**

  This exclusion does not apply to damages claimed by the person(s) or organization(s) shown in the Schedule.

**V.**  The following is added to **SECTION V – Policy Conditions, Condition 6. Other Insurance**, paragraph **a. Primary Insurance** and supersedes any provision to the contrary:

  This insurance is primary and will not seek contribution from any other insurance available to the person(s) or organization(s) shown in the Schedule provided that:

  **(1)**  The person(s) or organization(s) shown in the Schedule is a Named Insured under such other insurance; and

  **(2)**  You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek **contribution from any other insurance available to the additional insured.**

**VI.**   The following is added to **SECTION V – Policy Conditions,** Condition **12. Transfer of Rights of Recovery Against Us:**

We waive any right of recovery we may have against the person(s) or organization(s) shown in the Schedule because of payments we make under this policy, but only at the specific written request of the Named Insured either before or after loss, wherein such waiver of subrogation has been included before loss as part of a written contractual undertaking by the Named Insured.

This waiver of subrogation shall apply only with respect to losses occurring due to operations undertaken as per the specific contract existing between the Named Insured and such person(s) or organization(s) shown in the Schedule and shall not be construed to be a waiver of subrogation with respect to other operations of such person(s) or organization(s) shown in the Schedule in which the Named Insured has no contractual interest.

No waiver of subrogation shall directly or indirectly apply to any employee, employees or agents of either the Named Insured or of the person(s) or organization(s) shown in the Schedule, and the Company reserves its right or lien to be reimbursed from any recovery funds obtained by any injured employee.

This waiver of subrogation does not apply in any jurisdiction or situation where such waiver is held to be illegal or against public policy or in any situation wherein the person(s) or organization(s) shown in the Schedule against whom subrogation is to be waived is found to be solely negligent.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### BAILEES CUSTOMER COVERAGE – VALUATION

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-12 | 9/24/2024 | 9/24/2025 | 9/24/2024 |

**I.** The following is added to **SECTION IV - LIMITS OF INSURANCE** for the purpose of coverage provided by this endorsement:

The most we will pay for loss or damage to **covered property** is the sub-limit of insurance shown in the following schedule:

| SCHEDULE Sub-limits, Deductible, and Valuation | |
|---|---|
| Bailees Customers Coverage Sub-Limit of Liability – per occurrence or incident: | $250,000 |
| Bailees Customers Coverage Aggregate: | $250,000 |
| Bailees Customers Coverage Deductible: | $2,500 |
| **Valuation:** Replacement Cost | |

This endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy. Claims and claim-related costs paid by us pursuant to this endorsement shall reduce the General Aggregate Limit. Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, the insured for defense, indemnification, or otherwise.

**II.** The following is added to **SECTION I – COVERAGES:**

We will pay for direct physical loss of or damage to **covered property**, in excess of the Bailees Customers Coverage Deductible, from any of the Covered Causes of Loss.

**1. Covered Property**
**Covered property**, as used in this endorsement, means **personal property** of others that is in your care, custody or control as part of your covered operations, except when the **personal property** is located at a **project site**. **Covered property** includes **personal property** of others while being loaded or unloaded by you at a **project site**.

**2. Property Not Covered**
**Covered property** does not include:
   **a.** Accounts, bills, currency, documents, records, deeds, evidences of debt, money, notes, securities, or stamps;
   **b.** Animals, birds, or fish;
   **c.** Automobiles, motor trucks, trailers or other vehicles that are licensed for use on public roads and are used to transport persons or property;
   **d.** Aircraft or watercraft;
   **e.** Furs, fur garments, or garments trimmed with fur;
   **f.** Jewelry, watches, precious or semiprecious stones, bullion, gold, silver, platinum, and other precious metals or alloys;
   **g.** Property while in the custody of other bailees, unless the property is:
      **(1)** At the premises described in the Declarations; or
      **(2)** In the custody of a carrier for hire;
   **h.** Property while waterborne, except for property on ferries operating on navigable waters of the Continental United States, other than to or from Alaska;
   **i.** Property shipped by mail; or
   **j.** Contraband or property in the course of illegal transportation or trade.

**3. Covered Causes Of Loss**
Covered causes of loss are risks of direct physical loss or damage to **covered property**, except as limited or excluded.

**4. Preservation Of Property**

If it is necessary to move **covered property** from the covered premises described in the Declarations to preserve it from loss or damage by a covered cause of loss, we will pay for any direct physical loss or damage to that property:

**a.** While it is being moved or while temporarily stored at another location; and

**b.** Only if the loss or damage occurs within 30 days after the property is first moved.

This additional coverage does not increase the limit of insurance.

**III.** **SECTION I – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, i. Damage To Property, (4)** is deleted in its entirety, but only for the purpose of this Bailees Customer Coverage.

**IV.** The following exclusions are added to paragraph **2. Exclusions** of **SECTION I – COVERAGES** for the purpose of this endorsement only**:**

We will not pay for loss or damage caused in whole or in part by, or arising, directly or indirectly out of the following, and such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage:

**a. Ordinance Or Law**

**(1)** The enforcement of or compliance with any ordinance or law:

**(a)** Regulating the construction, use or repair of any property; or

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This exclusion applies whether the loss or damage results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling, or demolition of property, or removal of its debris, following a physical loss or damage to that property.

**b. Governmental Action**
Seizure or destruction of property by order of a government authority.

**c. Nuclear Hazard**
Nuclear reaction or radiation, or radioactive contamination, however caused.
Exclusions **C.1.a.** through **C.1.d.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**d.** Theft from an unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry.

But this exclusion does not apply to property in the custody of a carrier for hire.

**e.** Delay, loss of use, loss of market or any other consequential loss.

**f.** Unexplained disappearance.

**g.** Shortage found upon taking inventory.

**h.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers), or authorized representatives; or

**(4)** Anyone else to whom you entrust the property for any purpose;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

**i. Pollution**

**(1)** **Property damage** which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

**(b)** Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

**j.** Processing or work upon the property.

**k.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

**l.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense.

**m.** Unauthorized instructions to transfer property to any person or to any place.

**n.** Neglect of an insured to use all reasonable means to save and preserve property, and then to preserve it and keep it from further damage at and after the time of loss.

**o.** The cost to research, replace or restore converted data, programs or instructions used in any data processing operations, including the materials on which the data is recorded.

**p.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** (involving the **Ordinance Or Law**, **Governmental Action**, or **Nuclear Hazard** exclusions) to produce the loss or damage.

**q.** Acts or decisions, including the failure to act or decide, of any person, group, organization, or governmental body.

**r.** Wear and tear or depreciation.  This includes damage, diminishment in value, or erosion due to long or hard use or exposure, including breakdown over time, that eventually causes property to become unusable based on its previous use.  This also includes the tendency of property to pull apart or break down into pieces because of forces applied to it.

**s.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, or gradual deterioration.  This includes rust, corrosion, decay, fading or UV degradation.

**t.** Mechanical breakdown.  This includes the abrupt and unexpected failure of machines, tools, or mechanisms to operate or function properly.

**u.** Insects, vermin, rodents, or other animals or pests.  This includes but is not limited to nesting, infestation, gnawing, nibbling, discharge or release of waste products or secretions by insects, birds, rodents or other animals.

**V.** The following condition is added to **SECTION V – POLICY CONDITIONS** for the purpose of coverage provided by this endorsement:

**Valuation**

**1.** The value of **covered property** will be the least of the following amounts:

**a.** Actual Cash Value of the lost or damaged property (with a deduction for depreciation) unless Replacement Cost is indicated in the Schedule to this endorsement.  For the purpose of this endorsement, Actual Cash Value is calculated as the amount it would cost to repair or replace **covered property**, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence.  Actual Cash Value applies to valuation of **covered property** regardless of whether that property has sustained partial or total loss or damage.  The Actual Cash Value of the lost or damaged property may be significantly less than its Replacement Cost.

**b.** Costs of reasonably restoring the property to its condition immediately before the loss; or

**c.** $2,500 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $500 for any one article.

**d.** Replacement Cost of the lost or damaged property (without deduction for depreciation) only if Replacement Cost is indicated in the Schedule to this endorsement.

However, the value of **covered property** will:

**a.** Include the value of labor, materials or services furnished or arranged by you; but

**b.** Not exceed the amount shown for each item of property on receipts provided to customers.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**2.** If Replacement Cost is indicated in the Schedule to this endorsement, we will determine the value of **personal property** on the basis of Replacement Cost subject to the following:

**a.** We will not pay more for loss or damage on a Replacement Cost basis than the least of:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace, on the same premises, the lost or damaged property with other property of comparable material and quality and used for the same purpose;

**(3)** The amount you actually spend that is necessary to repair or replace the lost or damaged property; or

**(4)** $2,500 on manuscripts, works of art, antiques or rare articles including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, but not exceeding $500 for any one article.

**b.** You may make a claim for loss or damage covered under this endorsement on an Actual Cash Value basis instead of on a Replacement Cost basis. In the event you elect to have loss or damage settled on an Actual Cash Value basis, you may still make a claim for the additional coverage provided on a Replacement Cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**c.** We will not pay on a Replacement Cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**VI.** The following definitions are added to **SECTION VII – DEFINITIONS** for the purpose of coverage provided by this endorsement:

**1.** **Covered property** means **personal property** of others that is in your care, custody or control as part of your covered operations, except when the **personal property** is located at a **project site**. **Covered property** includes **personal property** of others while being loaded or unloaded by you at a **project site**.

**2.** **Personal property** means all property, other than **electronic data** and land and buildings attached to land.

**3.** **Electronic data** means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on electronic storage devices including, but not limited to, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment. **Electronic data** is not **personal property**.

**4.** **Project Site** means the immediate area of a building, structure, or property within which covered operations are performed.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

| BIOHAZARD REMEDIATION COVERAGE |
|---|

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-12 | 9/24/2024 | 9/24/2025 | 9/24/2024 |

**THE BIOHAZARD REMEDIATION COVERAGE PROVIDED BY THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE, AND COVERAGE FOR DEFENSE COSTS WHICH ARE PAYABLE WITHIN, AND NOT IN ADDITION TO, THE LIMIT OF INSURANCE. PAYMENT OF DEFENSE COSTS UNDER THIS ENDORSEMENT WILL REDUCE THE LIMIT OF INSURANCE.**

This endorsement modifies insurance under the following:

**ENVIRONMENTAL COMBINED POLICY**

Solely for the purposes of the insurance provided by this Endorsement, coverage corresponding with the following box(es) is modified as described below:

☒    **COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

☐    **COVERAGE E – PROFESSIONAL LIABILITY**

The **communicable disease** exclusion in **SECTION II – SHARED EXCLUSIONS** does not apply to the Biohazard Remediation Coverage afforded under this Endorsement.  All other exclusions contained in the policy that apply to **COVERAGE D – CONTRACTORS POLLUTION LIABILITY** and/or **COVERAGE E -- PROFESSIONAL LIABILITY** shall also apply to this Biohazard Remediation Coverage as provided by this Endorsement.

In the event the terms of this Endorsement conflict with any terminology or terms and conditions of the policy, and/or any endorsements to the policy, including the **communicable disease** exclusion as noted above, the terms and conditions of this Endorsement shall supersede with respect to all **claim(s)** or **suit(s)** arising out of **pollution conditions** and the Biohazard Remediation Coverage provided by this Endorsement.

### SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE

| | |
|---|---|
| **Biohazard Remediation Coverage Aggregate Sublimit Limit Of Insurance:** | $3,000,000 |
| **Biohazard Remediation Contractors Pollution Liability Sublimit Of Insurance – Each Pollution Condition:** | $2,000,000 |
| **Biohazard Remediation Professional Liability Sublimit Of Insurance – Each Claim:** | $2,000,000 |
| **Biohazard Remediation Coverage Deductible – Each Pollution Condition and Each Claim** | $2,500 |

### SCHEDULE – COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES

| Biohazard Remediation Covered Operations | Retroactive Date |
|---|---|
| enhanced wiping and/or mopping of touchpoints and application of appropriate EPA registered disinfectant to other surfaces as an infection control measure | 8/26/2020 |
| **Biohazard Remediation Professional Services** | **Retroactive Date** |
| Acts or services provided in your capacity as a biohazard remediation services provider including recommendations for proactive and corrective solutions related to process and treatment | 8/26/2020 |

I.    **SECTION I – COVERAGES**

**COVERAGE D – CONTRACTORS POLLUTION LIABILITY**

1.  **Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay for **loss** for **bodily injury** or **property damage** in excess of the deductible or self-insured retention, directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations** to which this insurance applies.  We will have the right and duty to defend the insured against any **suit** seeking payment for **loss** directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations**; however, we will have no duty to defend any insured against any **suit** seeking payment for **loss** to which this insurance does not apply.  We may, at our discretion, investigate any **pollution conditions** and settle any **claim** or **suit** that may result, but:

    (1) The amount we will pay for **loss** and **defense costs** is limited as designated and described in **SECTION IV – LIMITS OF INSURANCE**; and

    (2) Our right and duty to defend ends under this Endorsement when we have used up the applicable limits of insurance in the payment of judgements, settlements, or **loss** under any Coverage(s) under this policy.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS**.**

    b.  This insurance applies to **bodily injury** and **property damage** to the extent directly caused by **pollution conditions** that result from your **biohazard remediation covered operations** or **biohazard remediation completed operations** only if:

    (1) The **bodily injury** or **property damage** is directly caused by **pollution conditions** resulting from an **occurrence** that takes place in the **coverage territory**, and

    (2) The **biological substance** that causes the **bodily injury** or **property damage** first commences on or after the **Retroactive Date** set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, and

    (3) The **bodily injury** or **property damage** is directly caused by your **biohazard remediation covered operations** and/or **biohazard remediation completed operations**, and

    (4) The **claim** is first made against the Named Insured during the **policy period,** and reported to us, in writing, during the **policy period** or, where applicable, any extended reporting period, and

    (5) The following conditions precedent to coverage have each been satisfied:

        (a) **Adherence to Standards and Protocols**
        All **biohazard remediation covered operations** shall be performed in strict adherence to Restoration Industry Association (RIA) / Institute of Inspection Cleaning and Restoration Certification (IICRC) Standards, and applicable federal, state and local governmental regulations and protocols.

        (b) **Two-Way Indemnity**
        The insured must secure fully executed, written indemnification agreement from customer for pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses.  Hold harmless provisions to include release of virus **claim(s)** against the insured and a defense obligation in the event insured is implicated for damages or illness arising from pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses at the job site.  Such agreement must be executed prior to the performance of **biohazard remediation covered operations.**

        (c) **Project Documentation**
        The insured must fully document and keep records of specific technology, chemistry and personal protective equipment employed in the treatment process where viral contaminants may exist, and send us copies at such times as we may request.

    Notwithstanding the above, this policy will not respond to **loss** or **defense costs** covered in whole or in part by other valid and collectible insurance in force prior to this **policy period.**

**COVERAGE E – PROFESSIONAL LIABILITY**

This Coverage applies only if purchased and indicated by the corresponding box marked on the first page of this Endorsement.

1.  **Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages in excess of the deductible or self-insured retention, directly caused by **biohazard remediation professional services** to which this insurance applies.  The damages must be directly caused by an actual or alleged act, error or omission in the performance of **biohazard remediation professional services** rendered by the insured.  We will have the right and duty to defend the insured against any **suit** seeking those damages.  However, we will

have no duty to defend any insured against any **suit** seeking damages to which this insurance does not apply.  We may, at our discretion, investigate any actual or alleged act, error or omission and settle any **claim** or **suit** that may result, but:

(1) The amount we will pay for damages and **defense costs** is limited as designated and described in **SECTION V – LIMITS OF INSURANCE**; and

(2) Our right and duty to defend ends under this Endorsement when we have used up the applicable limits of insurance in the payment of judgements, settlements, or **loss** under any Coverage(s) under this policy.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

**b.** This insurance applies to damages directly caused by an actual or alleged act, error or omission in the performance of **biohazard remediation professional services** to the extent directly caused by **pollution conditions** only if:

(1) The **claim** is first made against the insured during the **policy period** and reported to us, in writing, during the **policy period**, or any extended reporting period, if applicable; and

(2) The actual or alleged act, error or omission takes place in the **coverage territory**; and

(3) The actual or alleged act, error or omission takes place on or after the **Retroactive Date** set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, but before the end of the **policy period**; and

(4) The following conditions precedent to coverage have each been satisfied:

(a) **Adherence to Standards and Protocols**
All **biohazard remediation professional services** shall be performed in strict adherence to Restoration Industry Association (RIA) / Institute of Inspection Cleaning and Restoration Certification (IICRC) Standards, and applicable federal, state and local governmental regulations and protocols.

(b) **Two-Way Indemnity**
The insured must secure fully executed, written indemnification agreement from customer for pre-existing viruses, inability to totally eliminate viruses, and re-introduction of viruses.  Hold harmless provisions to include release of virus **claim(s)** against the insured and a defense obligation in the event insured is implicated for damages or illness arising from viruses at the job site.  Such agreement must be executed prior to the performance of **biohazard remediation professional services**.

(c) **Project Documentation**
The insured must fully document and keep records of specific technology, chemistry and personal protective equipment employed in the treatment process where viral contaminants may exist, and send us copies at such times as we may request

Notwithstanding the above, this policy will not respond to damages, **loss** or **defense costs** covered in whole or in part by other valid and collectible insurance in force prior to this **policy period.**

## II.    LIMITS OF INSURANCE AND DEDUCTIBL

The following supplements **SECTION IV – LIMITS OF INSURANCE** for the purposes of coverage under this Endorsement:

The most we will pay for all **loss** for **bodily injury** or **property damage**, and related **defense costs** if covered, under this Endorsement is the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance shown in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** to this Endorsement.  The Biohazard Remediation Coverage Aggregate Sublimit Of Insurance shall be reduced by the amount of any payment made under the terms of this Endorsement.  Upon exhaustion of the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance by such payments, we will have no further obligations or liability of any kind under this Endorsement.  This Endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy, or as changed by any Amendatory Endorsement.  Claims and claim-related costs paid by us pursuant to this Endorsement shall reduce the General Aggregate Limit.

The Biohazard Remediation Coverage Sublimit Of Insurance is part of, not in addition to, the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance, and shall be reduced by the amount of any payment for **bodily injury** or **property damage**, and related **defense costs** to which such Sublimit Of Insurance applies.

Any **loss** or damages arising out of the same, or continuous or related exposure to **pollution conditions** shall be considered one **occurrence**, act, error, or omission, and will be subject to the same Each Occurrence Sublimit and/or Each Claim Sublimit, and each of these sublimits shall concurrently reduce the other.  In addition, one deductible, and one Aggregate Sublimit Of Insurance shall also apply.

Notwithstanding any other Endorsement to the contrary, including any Designated Construction Project(s) General Aggregate Limit Endorsement(s), any other reinstatement of limits Endorsement, and any project-specific increased

limits or dedicated limits Endorsement on this policy, the Biohazard Remediation Coverage Aggregate Sublimit Of Insurance will not ever be reinstated.

Our obligation under this Endorsement to pay **claim(s)**, damages, **loss**, costs, expenses or Supplementary Payments on your behalf applies only in excess of the deductible amount stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE**. The limit of insurance for each occurrence under **COVERAGE D**, and each claim under **COVERAGE E** will be reduced by the amounts of such deductibles. Aggregate limits for such coverages will not be reduced by the application of such deductible amounts.

The deductible amount stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** applies once to all **claim(s)**, damages, **loss**, costs, or expenses sustained as the result of any one **pollution condition** under the **Biohazard Remediation Contractors Pollution Liability Coverage**. The deductible amounts stated in the **SCHEDULE – LIMITS OF INSURANCE AND DEDUCTIBLE** shall apply separately for each **claim** arising out of any one actual or alleged act, error or omission under the **Biohazard Remediation Professional Liability Coverage**.

Costs and expenses including **defense costs** payable under **SECTION IV – SUPPLEMENTARY PAYMENTS,** shall also contribute to the exhaustion of the stated deductible amount and will always reduce the limits of insurance in the event coverage under this Endorsement is triggered. Notwithstanding any Amendatory Endorsement to the policy that states defense expense or **defense costs** will not reduce the limits of insurance for **COVERAGE D** or **COVERAGE E**, payment of **defense costs** under this Endorsement will always reduce the limits of insurance.

The terms of this insurance under all applicable coverages (**COVERAGES A**, **B**, **C**, **D**, and **E,** and **COVERAGE F** and **COVERAGE G** if applicable), including those with respect to:

**a.** Our right and duty to defend the insured against any **suit(s)** seeking those damages; and

**b.** Your duties in the event of an **occurrence**, offense, **claim**, or **suit**;

apply irrespective of the application of the deductible amount.

We retain final settlement authority within the deductible. If the insured does not accept an offer of settlement we deem reasonable, we shall have no responsibility for any damages, **loss**, **defense costs** or other Supplementary Payments above what we would have paid had the **claim** been settled for any reasonable offer within the deductible.

We shall have the right, but not the obligation, to advance payment of all or part of any **claim(s)**, damages, **loss(es)**, costs, expenses or Supplementary Payments within the deductible if we deem it advisable to do so. If we exercise this right, the insured must promptly, and in no event later than thirty (30) calendar days, reimburse us for any such payment we have made within the amount of the deductible.

If any insured does not repay any such advance, the deductible shall also become the obligation of the first Named Insured who shall additionally become liable for any and all costs of collection of the deductible, including attorney's fees and costs, and interest at the prevailing local rate from the date reimbursement is requested.

## III.    COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES

Coverage afforded under this Endorsement applies to **bodily injury** and **property damage** and related **defense costs** directly caused by the **biohazard remediation covered operations** designated and described in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.

Coverage afforded under this Endorsement applies to **claim(s)** for damages and related **defense costs** directly caused by the rendering or failure to render **professional services** directly related to the **biohazard remediation professional services** designated and described in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement, provided this Coverage has been purchased and indicated by the corresponding box marked on the first page of this Endorsement.

## IV.    EXCLUSIONS

The following exclusions are added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES D AND E**, but solely for the purposes of the coverage provided by this Endorsement:

Where coverage under this Endorsement applies, in whole or in part, this insurance does not apply to:

**1.    Additional Insureds**
Any person or organization other than those listed in Paragraph **1.** of **SECTION III – WHO IS AN INSURED**. Additional insured status conferred under any blanket, automatic status, scheduled or designated additional insured Endorsement, or any other Endorsement or rule of law that provides insured status does not apply.

**2.    Contractual Liability**
**Bodily injury**, **property damage** or damages for which the insured has assumed liability in a contract or agreement.

**V.    WHO IS AN INSURED**

Solely for the purposes of the Biohazard Remediation Coverage provided by this Endorsement, **SECTION III – WHO IS AN INSURED** is deleted in its entirety and replaced with the following:

**SECTION III – WHO IS AN INSURED**

**1.**  If you are designated in the Declarations as:

   **a.**  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.**  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.**  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.**  An organization other than a partnership, joint venture or limited liability company, you are an insured.  Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.**  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.**  Each of the following is also an insured:

   **a.**  Your **employees** only while performing duties related to the conduct of your business, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** are insureds for:

      **(1)**  **Bodily injury** or **personal and advertising injury**:

         **(a)**  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

         **(b)**  To the spouse, child, parent, brother or sister of that co-**employee** or **volunteer worker** as a consequence of Paragraph **(1)(a)** above;

         **(c)**  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

         **(d)**  Arising out of his or her providing or failing to provide professional health care services.

      **(2)**  **Property damage** to property:

         **(a)**  Owned, occupied or used by, or

         **(b)**  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**VI.    POLICY CONDITIONS**

**SECTION V – POLICY CONDITION 6. Other Insurance, Paragraph a.  Primary Insurance** and **Paragraph b. Excess Insurance** are deleted in their entirety, and **Paragraph c.  Method Of Sharing** is deleted and replaced with the following, but only for the purposes of the coverage provided by this Endorsement:

**c.    Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also.  Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.  Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable Limits of Insurance of all insurers.

With respect to **COVERAGES D and E,** if other valid and collectible insurance is available to any insured covering **bodily injury**, **property damage**, **loss, claim(s), suit(s),** damages and/or Supplementary Payments, including but not limited to **defense costs**, also covered, in whole or in part, by this policy, other than a policy that is specifically written to apply in excess of this policy, the insurance afforded by this Endorsement shall apply in excess of, and shall not contribute with, such other insurance as to defense and/or indemnity.  The insured shall promptly, upon the request of the Company, provide the Company with copies of all such policies or documentation.

**VII.    DEFINITIONS**

1.    **SECTION VII – DEFINITION 3. Bodily Injury** is deleted in its entirety and replaced with the following, but only for the purposes of the coverage provided by this Endorsement:

**3.a  Bodily Injury** means physical injury, sickness or disease, sustained by any person, including death, and solely with respect to this Paragraph **3.a.** medical monitoring resulting from any of these.

**3.b  Bodily Injury** does not include any loss, cost or expense attributable to mental anguish, emotional distress or fear of contraction of any sickness or disease, absent actual physical injury, sickness or disease, including death.

2.    Solely for purposes of the Biohazard Remediation Coverage provided by this Endorsement, **SECTION VII – DEFINITION 17. Pollutant(s)** also includes **biological substance(s)**.

3.    Solely for the purposes of the Biohazard Remediation Coverage provided by this Endorsement, the following definitions apply and are added to **SECTION VII – DEFINITIONS**:

**Biohazard remediation covered operations** means those services performed by you and designated and described as such in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.  For the purposes of Endorsement, terms and conditions referencing **covered operations** shall also pertain to **biohazard remediation covered operations**.

**Biohazard remediation covered operations** will be deemed completed at the earliest of the following times:
a.    When all of the work called for in your contract has been completed.
b.    When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
c.    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or sub-contractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as **biohazard remediation completed operations**.

**Biohazard remediation completed operations** means **biohazard remediation covered operations** that have been completed.  For the purposes of Endorsement, terms and conditions referencing **completed operations** shall also pertain to **biohazard remediation completed operations**.

**Biohazard remediation professional services** means those services performed by you and designated and described as such in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.

**Biological Substance** means a virus or other infectious microorganism that can cause disease.

**Claim** means the written assertion of a legal right to money or services received by an insured from a third party, including but not limited to lawsuits or civil actions, alleging liability or responsibility on the part of the insured for damages, **loss**, **bodily injury**, or **property damage**.

**Defense costs** means any reasonable and necessary fees charged by an attorney designated by the Company, and where the insured has the legal right to select independent counsel, the rates we would actually pay to counsel that we retain in the ordinary course of business in the defense of a similar **claim** or **suit** in the community where the **claim** or **suit** arose or is being defended, as well as other reasonable and necessary costs, including but not limited to expert witnesses and court reporters, in connection with the investigation, adjustment, settlement, defense or appeal of a **claim** or **suit**.  It does not include the salaries of our regular **employees** or supervisory counsel retained by us, or any cost or expense incurred by the insured in assisting in the investigation or defense of the **claim** or **suit**.  For purposes of coordination with the policy to which this Endorsement is appended, **defense costs** are included in SUPPLEMENTART PAYMENTS under the policy.

**Loss** means a monetary judgement, award or settlement of compensatory damages for **bodily injury** and/or **property damage**.

**Policy period** means the period of time stated in the Declarations, or any shorter period arising as a result of cancellation.

**Retroactive Date** means the date set forth in the **SCHEDULE -- COVERED OPERATIONS AND/OR PROFESSIONAL SERVICES** to this Endorsement.  If no entry appears, then the **Retroactive Date** is the date entered as the Endorsement effective date on the first page of this Endorsement.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION – COMMUNICABLE DISEASE

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-12 | 9/24/2024 | 9/24/2025 | 9/24/2024 |

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

I.  The following exclusion is added to **SECTION II – SHARED EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E** and also applies to **COVERAGE F – MICROBIAL SUBSTANCE CONTRACTORS POLLUTION LIABILITY** and **COVERAGE G – MICROBIAL SUBSTANCE PROFESSIONAL LIABILITY** if endorsed to this policy:

This insurance does not apply to:

**Communicable Disease**

Any **bodily injury**, **property damage**, **personal and advertising injury**, loss, **cleanup costs**, liability, claim(s), **suit(s)**, damages, and/or Supplementary Payments, including but not limited to defense costs, caused, in whole or in part by, or arising, directly or indirectly, out of the actual or alleged presence or transmission of a **communicable disease**.

This exclusion applies even if the claim(s), **suit(s)** or allegations against any insured allege negligence or other wrongdoing in the:

1.  Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a **communicable disease**;

2.  Testing for a **communicable disease**;

3.  Failure to prevent the spread of the disease;

4.  Failure to sufficiently clean, sanitize, or effectively apply disinfectant, or

5.  Failure to report the disease to authorities.

II.  The following definition is added to **SECTION VII – DEFINITIONS**:

**Communicable Disease** means:

A disease, illness or condition, including any variant(s) or mutational strains thereof, that can be transmitted directly or indirectly from person-to-person, animal (including insect)-to-person, animal-to-animal (including insect), or from the inanimate environment to a human or animal, by contact, exposure, or by means of plants, vector or fomites.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## WAIVER OF SUBROGATION

It is agreed that the Company, in the event of any payment under this policy, waives its right of recovery against any Principal, but only at the specific written request of the Named Insured either before or after loss, wherein such waiver has been included before loss as part of a contractual undertaking by the Named Insured.

This waiver shall apply only with respect to losses occurring due to operations undertaken as per the specific contract existing between the Named Insured and such Principal and shall not be construed to be a waiver with respect to other operations of such Principal in which the Named Insured has no contractual interest.

No waiver of subrogation shall directly or indirectly apply to any employee, employees or agents of either the Named Insured or of the Principal, and the Company reserves its right or lien to be reimbursed from any recovery funds obtained by any injured employee.

This waiver does not apply in any jurisdiction or situation where such waiver is held to be illegal or against public policy or in any situation wherein the Principal against whom subrogation is to be waived is found to be solely negligent.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| EARNED PREMIUM AND FLAT RATE |
|---|

In consideration of the Company's acceptance of this insurance, the Named Insured hereby agrees that the minimum earned premium(s) due for this policy shall be calculated in accordance with the following:

**1.**     The minimum earned premium due if this policy remains in effect for 90 days or less shall be twenty-five percent ██████ of the amount entered as POLICY PREMIUM on the Declarations page of this policy.

**2.**     In the event of cancellation of this policy by the Named Insured after this policy has been in effect for more than 90 days, the return premium due, if any, shall be computed at a rate equal to ninety percent (90%) of the pro-rata unearned policy premium, subject, however, to final premium adjustment in accordance with our rules and rates. This policy is not subject to audit.

**3.**     In the event of cancellation of this policy by the Company for reasons other than nonpayment of premium, the earned premium for this policy shall be computed on a pro-rata basis, subject, however, to final premium adjustment in accordance with our rules and rates.  This policy is not subject to audit.

**4.**     Premiums applicable to any subsequent endorsements will be in addition to the minimum premium shown in the policy.

**5.**     The amount entered as POLICY PREMIUM on the Declarations page of this policy has been computed on a composite rate basis as follows:

| Exposure Basis | Estimated Exposure  x | Composite Rate  = | Policy Premium |
|---|---|---|---|
| ████████████ | ███████ | ████ | ██████ |
| Terrorism has been rejected by the Insured. | | | - |
| | | **TOTAL POLICY PREMIUM:** | ██████ |

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## NAMED INSURED ENDORSEMENT

It is agreed that the following entity(ies) is(are) included as Named Insured(s):

**CARTER PROFESSIONAL RESTORATION, INC**
Carter Restoration Bainbridge LLC
Carter Restoration Bay County Florida, LLC
Carter Restoration Escambia County Florida, LLC
Carter Restoration Holding Company
Carter Restoration Santa Florida, LLC
Carter Restoration Santa Rosa Florida, LLC

**Doing Business As**
SERVPRO of Albany and Americus
Servpro of Bainbridge, Blakely, Camilla and Carter Restoration Eastpoint LLC
ServPro of Downtown Pensacola
Servpro of Marianna, Quincy, Apalachicola
ServPro of Santa Rosa County North
ServPro of Santa Rosa County SW

ENV 2216 11 16

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### NOTICE OF CANCELLATION TO DESIGNATED ENTITIES

**SCHEDULE**

**Name of Person(s) or Organization(s)**

Crawford Connection 10550 Deerwood Park Boulevard, Suite 100, Jacksonville, FL. 32256

In consideration of an additional premium of ▇ and notwithstanding anything contained in the policy to the contrary, it is hereby agreed and understood if the Company cancels this policy on or before the expiration date of the policy, the Company will mail or deliver to the person(s) or organization(s) shown in the schedule above, written notice of cancellation to the address included above not less than 30 days prior to the effective date of cancellation. Proof of mailing of notice shall be sufficient proof of notice. The effective date and hour of cancellation stated in the notice shall be the end of the policy period.

This endorsement shall not apply for the following reasons:

    **a.**    non-payment of premium, or

    **b.**    the policy is non-renewed for any reason.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

### EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**CONTRACTORS POLLUTION LIABILITY**
**CONTRACTORS AND CONSULTANTS POLICY**
**SITE SPECIFIC POLLUTION LIABILITY**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**RAILROAD PROTECTIVE LIABILITY COVERAGE PART**
**FOLLOW FORM EXCESS LIABILITY**
**CONTRACTORS POLLUTION AND PROFESSIONAL LIABILITY POLICY**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

Any injury or damage arising, directly or indirectly, out of a **certified act of terrorism**.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, any injury or damage means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to **bodily injury**, **property damage**, **personal and advertising injury**, injury or **cleanup costs** as may be defined in any applicable Coverage Part.

**2.** **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a **certified act of terrorism** include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY APPLY AND REMAIN UNCHANGED.**

**INTERLINE**
**IL 12 02 01 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ CAREFULLY**

# OFFICE OF FOREIGN ASSET CONTROL (OFAC) EXCLUSION ENDORSEMENT

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions laws or regulations of the European Union, United Kingdom or the United States.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION – PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| ECP2038559-12 | 9/24/2024 | 9/24/2025 | 9/24/2024 |

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**

I.    The following exclusion is added to **SECTION II – SHARED EXCLUSIONS, EXCLUSIONS APPLICABLE TO COVERAGES A, B, D, AND E.** of this policy and for any endorsements attached to this policy:

This insurance does not apply to:

1.  **Perfluoroalkyl and Polyfluoroalkyl Substances**

    a.  Any **bodily injury**, **property damage**, **personal and advertising injury**, loss, **cleanup costs**, liability, claim(s), **suit(s)**, damages, and / or Supplementary Payments arising directly or indirectly out of, caused in whole or in part by, or which would not have occurred but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any **perfluoroalkyl or polyfluoroalkyl substances (PFAS)** including the derivative, precursor, degradation or by-products of any such substances**.**

    b.  Any loss, cost or expense arising directly or indirectly out of, caused, in whole or in part, or which would not have occurred but for any:

        (1) Request, demand, order or statutory or regulatory requirement that any insured or any other person or entity investigate, test for, monitor, clean up, remove, contain, study, treat, detoxify or neutralize, abate, remediate, or dispose of, or in any way respond to, or assess the effects of any **perfluoroalkyl or polyfluoroalkyl substances (PFAS)**; or

        (2) Claim, demand or **suit** by or on behalf of a governmental authority or any other person or organization because of investigating, testing for, monitoring, cleaning up, removing, containing, studying, treating, detoxifying or neutralizing, abating, remediating, disposing of, or in any way responding to, or assessing the effects of, any **perfluoroalkyl or polyfluoroalkyl substances (PFAS)**.

II.    The following definition is added to **SECTION VII – DEFINITIONS** of this policy and for any endorsements attached to this policy:

1.  **Perfluoroalkyl or polyfluoroalkyl substances (PFAS)** means any:

    a.  Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

        (1) any polymer, oligomer, monomer or nonpolymer chemicals; fluorotelomer-based substances; perfluoroalkane sulfonamide substances; fluoropolymers; ammonium perfluorooctanoate; Tetrafluoro-2-(heptafluoropropoxy) propanoic acid; perfluoropolyethers (PFPEs); side-chain fluorinated polymers;

        (2) Perfluoralkyl acids (PFAA), perfluorooctanoic acid (PFOA), perfluoroheptanoic acid (PFHpA), perfluoroalkane, perfluoroalkane sulfonamides (FASA), perfluorooctane sulfonamide (PFOSA), perfluorooctane sulfonamides and perfluorooctane sulfonic acid (PFOS), perfluorodecanoic acid (PFDA), perfluorodecane sulfonate (PFDS), perfluoroundecanoic acid (PFUnA), perfluorododecanoic acid (PFDoA), perfluorotridecanoic acid (PFTrDA), perfluorotetradecanoic acid (PFTeDA), perfluorononanoic acid (PFNA), perfluoropentanoic acid (PFPeA), perfluorohexanesulfonic acid (PFHxS), perfluorohexanoic acid (PFHxA), perfluoroheptanoic acid (PFHpA), GenX, "C8", "ADONA," perfluoroalkane sulfonyl fluoride (PASF), perfluorobutyric acid (PFBA), perfluorobutanesulfonic acid (PFBS), polytetrafluoroethylene (PTFE), hexafluropropylene oxide dimer acid (HFPO-DA), perfluoroalkyl ether carboxylic acid (PFECA); or

        (3) Any other chemical included on the U.S. Environmental Protection Agency's PFAS Research List, including any amendment of, or addition to, such list; or any other PFAS compound for which any State environmental regulatory agency has established a groundwater maximum contaminant level (MCL) or health advisory level.

Including associated homologues or related higher homologue chemicals; isomers; telomers; or any associated salts, ammonium salts, esters, acids, alcohols, derivatives, precursor chemicals, degradation products or by-products of any such substances.

**b.** Goods or products, including containers, materials, parts or equipment furnished in connection with such goods or products, that consist of or contain any chemical or substance described in Paragraph **1.** of this Definition.

This definition does not include salts, acids or alcohols that are separate and distinct from **perfluoroalkyl or polyfluoroalkyl substances (PFAS)**.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## EXHIBIT "B"

# Nautilus Insurance Company

## An Arizona Corporation

## COMMERCIAL LINES POLICY

**THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

THIS POLICY CONSISTS OF:

Declarations;

Common Policy Conditions; and

One or more Coverage Parts.  A Coverage Part Consists of:
- One or more Coverage Forms;  and
- Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

|  |  |
|---|---|
| W. Robert Berkley, Jr<br>President | Philip S. Welt<br>Secretary |

Administrative Office: 7233 E. Butherus Drive, Scottsdale, AZ    85260 (480) 509-6627
Policy Issuing Office: 101 Hudson Street, Ste. 2550, Jersey City, NJ 07302 (800) 259-2560

E001J 07 20                                                                                              Page **1** of 1



# REPORTING A CLAIM

**1** CONTACT us as soon as possible

**2** REVIEW your policy's reporting requirements

**3** PROVIDE us written notice of the claim

| AUTOMOBILE CLAIMS | WORKER'S COMPENSATION CLAIMS | GENERAL, ENVIRONMENTAL, PROFESSIONAL & EXCESS LIABILITY CLAIMS |
|---|---|---|
| **E-MAIL:** autoclaims@berkleyenvironmental.com | **E-MAIL:** workcompclaims@berkleyenvironmental.com | **E-MAIL:** liabilityclaims@berkleyenvironmental.com |
| **CALL:** (201)748-3111 | **CALL:** (800)259-2560 | **CALL:** (201)748-3111 |
| **ONLINE:** berkleyenvironmental.com/request-access | **ONLINE:** berkleyenvironmental.com/request-access | **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 |
| **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 | **MAIL:** PO Box 140789 Irving, TX 75014-0789 | **UPLOAD:** Submit Supporting Documents https://bit.ly/3zio5X |

For Assistance call (469) 802-4289 or email claimshelp@berkleyenvironmental.com

## HAVE A SPILL? WE CAN ASSIST.*

In the event of a spill and/or release, make sure you report your claim first as described above. After your claim is filed, contact the **Berkley Environmental Support Team\* (BEST)** to help you with the clean up. We offer **FREE** support services to help you navigate the complicated circumstances of an environmental spill and/or release.

### WE CAN HELP YOU:

- Find a contractor with pre-negotiated rates to be dispatched within 2 hours of a spill
- Filing of any agency or regulatory spill notifications
- Emergency responder – our network includes nationwide services including remote locations

**Call us at (877)900-5645 (24 hours a day, 7 days per week) to receive the assistance you need with cleaning up your environmental spills and releases.**

*\* Using the BEST service does not replace reporting a claim nor does it confirm coverage. This is a value-added service regardless of coverage.*

*THE MATERIAL IN THIS PUBLICATION IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED TO BE A REPRESENTATION OF COVERAGE THAT MAY EXIST IN ANY PARTICULAR SITUATION UNDER A POLICY ISSUED BY A MEMBER COMPANY OF BERKLEY ENVIRONMENTAL OR ITS AFFILIATES. ALL CONDITIONS OF COVERAGE, TERMS AND LIMITATIONS ARE DEFINED AND PROVIDED FOR IN THE POLICY. PROGRAMS OR PRODUCTS MAY NOT BE AVAILABLE IN ALL STATES AND POLICY FEATURES MAY VARY BY STATE.*

# NAUTILUS INSURANCE COMPANY
## Scottsdale, Arizona
## FOLLOW FORM EXCESS LIABILITY COVERAGE FORM DECLARATIONS

**POLICY NUMBER:** FFX2038560-10                    NEW

| INSURED'S NAME AND ADDRESS: | PRODUCER'S NAME AND ADDRESS: |
|---|---|
| CARTER PROFESSIONAL RESTORATION, INC<br>DBA: SERVPRO of Albany and Americus<br>PO BOX 70905<br>Albany, GA  31708 | Severson Ridge Environmental Underwriters LLC<br>7780 Elmwood Ave<br>Suite 130<br>Middleton, WI  53562 |

**POLICY PERIOD:** September 24, 2022 to September 24, 2023 at 12:01 a.m. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**FORM OF BUSINESS:**

Corporation

**LIMITS OF INSURANCE:**

| | |
|---|---|
| EACH OCCURRENCE | $ 2,000,000 |
| POLICY AGGREGATE | $ 2,000,000 |

**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE:**

SEE SCHEDULE OF CONTROLLING UNDERLYING INSURANCE

**PREMIUM**

| | |
|---|---|
| FOLLOW FORM EXCESS LIABILITY COVERAGE FORM: | ███████ |
| TERRORISM RISK INSURANCE ACT: | Rejected |
| **POLICY PREMIUM:** | ███████ |

**FORMS AND ENDORSEMENTS (Other than applicable forms and endorsements shown elsewhere in the policy):**

Forms and Endorsements applying to this policy and made part of this policy at time of issue:
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**NOTICE TO THE INSURED:**

**This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law O.C.G.A. Chapter 33-5.**

**Name of Surplus Lines Broker:** _____

**NAME AND ADDRESS OF ADMINISTRATIVE OFFICE:**

Berkley Environmental (A Berkley Company)
Two Ravinia Drive, Suite 1100, Atlanta, GA 30346
Phone No.: (404) 443-2040, See CLAIMS NOTICE for claims contact information.

**THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

**Issue Date:** 09/23/2022

## SCHEDULE OF FORMS AND ENDORSEMENTS

**Policy Number:**    FFX2038560-10

**Named Insured:**    CARTER PROFESSIONAL RESTORATION, INC

**FORMS ATTACHED TO AND MADE A PART OF THIS POLICY:**

| FORM NUMBER | FORM TITLE |
|---|---|
| E001J 07 20 | Nautilus Policy Jacket |
| ENV DIR CLAIMS 09 21 | Policyholder Notice - Claim Reporting Information |
| FFX DEC 07 18 | Follow Form Excess Liability Coverage Form Declarations |
| ENV FORMS 09 10 | Schedule of Forms and Endorsements |
| FFX 8000 02 22 | Follow Form Excess Liability Coverage Form |
| E906 (08-21) | Service of Suit |
| ENV 2216 11 16 | Named Insured Endorsement |
| ENV 2225 10 18 | Exclusion of Certified Acts of Terrorism |
| FFX 8002 07 18 | Follow Form Excess Liability Coverage Form Schedule of Controlling Underlying Insurance |
| FFX 8010 07 18 | Exclusion - Cross Suits Liability |
| FFX 8052 07 18 | Exclusion - Bailees Customer Coverage |
| FFX 8056 05 20 | Exclusion - Communicable Disease |
| FFX 8059 02 21 | Earned Premium and Composite Rate - Not Subject to Premium Audit |
| IL 12 02 01 16 | Office of Foreign Asset Control (OFAC) Exclusion Endorsement |

## FOLLOW FORM EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the **controlling underlying insurance**.

Other words and phrases that appear in **bold** in this Coverage Form have special meaning. Refer to Section **IV** - Definitions. Other words and phrases that are not defined under this Coverage Form but defined in the **controlling underlying insurance** will have the meaning described in the policy of **controlling underlying insurance**.

This policy is subject to the same representations and warranties as are contained in the application for any **controlling underlying insurance,** and the insurance provided under this Coverage Form will follow the same terms, conditions, agreements, exclusions, definitions and limitations that are contained in the applicable **controlling underlying insurance**, unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Form will apply. However, the coverage provided under this Coverage Form will not be broader than that provided by the applicable **controlling underlying insurance**.

There may be more than one **controlling underlying insurance** listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Form. In such a case, the terms, conditions, agreements, exclusions, definitions and limitations of the **controlling underlying insurance** applicable to the particular **event** for which a claim is made or suit is brought will apply.

**SECTION I - COVERAGES**

**1. Insuring Agreement**

    **a.** We will pay on behalf of the insured the **ultimate net loss** in excess of the **retained limit** for **injury or damage** to which insurance provided under this Coverage Form applies, however, coverage under this policy will not be available unless and until the full amount of all **controlling underlying insurance** has been exhausted by the **actual payment** by the **controlling underlying insurer** of the applicable **retained limit** as shown in the Schedule of Controlling Underlying Insurance. Where the **controlling underlying insurance** has the duty to defend, we will have the right and duty to defend the insured against any suit seeking damages for such **injury or damage** under this Coverage Form when the applicable limits of **controlling underlying insurance** have been exhausted through the payment of the underlying limits in full in accordance with the provisions of such **controlling underlying insurance**.

    When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other suit seeking damages for **injury or damage**.

    However, we will have no duty to defend the insured against any suit seeking damages for which insurance under this policy does not apply.

    At our discretion, we may investigate any **event** that may involve this insurance and settle any resultant claim or suit, for which we have the duty to defend.

    But:

    **(1)** The amount we will pay for **ultimate net loss** is limited as described in Section II - Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of **defense costs**, judgments or settlements under this Coverage Form.

    **b.** This insurance applies to **injury or damage** that is subject to an applicable **retained limit**. If any other limit, such as a sublimit, is specified in the **controlling underlying insurance**, this insurance does not apply to **injury or damage** arising out of that exposure unless that limit is specified in the Declarations under the Schedule of Controlling Underlying Insurance.

Furthermore, if any **controlling underlying insurance** shown in the Schedule of Controlling Underlying Insurance (**SCHEDULE**) attached hereto has a limit of liability:

**(1)** Greater than the amount shown in such Schedule of Controlling Underlying Insurance, then this policy will apply in excess of the greater amount; or

**(2)** Less than the amount shown in such Schedule of Controlling Underlying Insurance, then this policy will apply in excess of the amount shown in such Schedule of Controlling Underlying Insurance.

**c. (1)** If the **controlling underlying insurance** requires, for a particular claim, that the **injury or damage** occur during its policy period in order for that coverage to apply, then this insurance will only apply to that **injury or damage** if it occurs during the policy period of this Coverage Form.  If the **controlling underlying insurance** requires that the **event** causing the particular **injury or damage** takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the **event** causing that **injury or damage** takes place during the policy period of this Coverage Form.

**(2)** If any **controlling underlying insurance** is written on a claims-made or discovery basis, the following applies to the insurance provided by this Coverage Form which is excess over that underlying insurance:

If the **controlling underlying insurance** requires, for a particular claim, that the **injury or damage** occur on or after the Retroactive Date shown in the Declarations of that insurance in order for that coverage to apply, then this insurance will only apply to that **injury or damage** which occurs on or after the Retroactive Date shown in the **controlling underlying insurance** but before the end of the policy period of this Coverage Form.  If the **controlling underlying insurance** requires, for a particular claim, that the **event** causing the particular **injury or damage** takes place on or after the Retroactive Date shown in the Declarations of that insurance in order for that coverage to apply, then this insurance will apply to the claim only if the **event** causing that **injury or damage** takes place on or after the Retroactive Date shown in the **controlling underlying insurance** but before the end of the policy period of this Coverage Form.

A claim for damages for such **injury or damage** must be first made against the insured during this policy period or any extended reporting period provided under this Coverage Form.  A claim will be considered first made under this Coverage Form:

**(1)** When notice of such claim is received and recorded by any insured or by us, whichever comes first, if the **controlling underlying insurance** is written on a claims-made and recorded basis; or

**(2)** When notice of such claim, after being received by any insured, is reported to us in writing, if the **controlling underlying insurance** is written on any other claims-made basis.

**d.** Any additional insured under any policy of **controlling underlying insurance** will automatically be an additional insured under this insurance, but only to the extent consistent with the Construction Anti-indemnity Statute(s) held in the applicable jurisdiction.  If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the lesser of the amount of insurance required by the contract or agreement, or the Each Occurrence Limit of this policy, less any amounts payable by any **controlling underlying insurance**.

Additional insured coverage provided by this insurance will not be broader than coverage provided by the **controlling underlying insurance**.

**2. Exclusions**

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Form.  In addition, the exclusions applicable to any **controlling underlying insurance** apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Form.

Insurance provided under this Coverage Form does not apply to **Injury or damage**, costs and expenses, because of, caused by or arising out of, either directly or indirectly, in whole or in part, by:

**a. Auto**

Any loss, cost or expense payable under or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists' coverage.

**b.  Medical Payments**

Medical payments coverage or expenses that are provided without regard to fault, whether or not provided by the applicable **controlling underlying insurance**.

**c.  Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

## SECTION II - LIMITS OF INSURANCE

1.  The Limits of Insurance shown in the Declarations, and the rules below fix the most we will pay regardless of the number of:

    **a.**  Insureds;

    **b.**  Claims made or suits brought, or number of vehicles involved;

    **c.**  Persons or organizations making claims or bringing suits; or

    **d.**  Limits available under any **controlling underlying insurance**.

2.  The Limits of Insurance of this Coverage Form will apply as follows:

    **a.**  This insurance only applies in excess of the **retained limit**.

    **b.**  The Aggregate Limit is the most we will pay for all **ultimate net loss**, for all **injury or damage** including **defense costs** covered under this Coverage Form.  **Defense costs** are part of, and not in addition to, the limits of insurance, and the payment of **defense costs** reduces the limits of insurance.

    However, this Aggregate Limit only applies to **injury or damage** that is subject to an aggregate limit of insurance under the **controlling underlying insurance**.

    **c.**  Subject to Paragraph **2.b.** above, the Each Occurrence Limit is the most we will pay for all **ultimate net loss** including **defense costs** under this insurance for all **injury or damage** arising out of any one **event**.  **Defense costs** are part of, and not in addition to, the limits of insurance, and the payment of **defense costs** reduces the limits of insurance.

3.  If any **controlling underlying insurance** has a policy period that is different from the policy period of this Coverage Form then, for the purposes of this insurance, the **retained limit** will only be reduced or exhausted by **actual payment(s)** made in full by the **controlling underlying insurer** for **injury or damage** covered under this insurance.

4.  The Limits of Insurance shown in the Declarations will not ever be reinstated.

## SECTION III - CONDITIONS

The following conditions apply.  In addition, the conditions applicable to any **controlling underlying insurance** are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

1.  **Appeals**

    If the **controlling underlying insurer** or insured elects not to appeal a judgment in excess of the amount of the **retained limit**, we may do so at our own expense.  We will also pay for taxable court costs, pre-and post-judgment interest and disbursements associated with such appeal.  In no event will this provision increase our liability beyond the applicable Limits of Insurance described in Section **II** - Limits Of Insurance.

2.  **Bankruptcy**

    **a.  Bankruptcy Of Insured**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

    **b.  Bankruptcy Of Controlling Underlying Insurer**

    Bankruptcy or insolvency of the **controlling underlying insurer** will not relieve us of our obligations under this Coverage Form.

    However, insurance provided under this Coverage Form will not replace any **controlling underlying insurance** in the event of bankruptcy or insolvency of the **controlling underlying insurer**.  The insurance provided under this Coverage Form will apply as if the **controlling underlying insurance** were in full effect and recoverable.

3. **Duties In The Event Of An Event, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an **event**, regardless of the amount, which may result in a claim under this insurance. To the extent possible, notice should include:

      (1) How, when and where the **event** took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any **injury or damage** arising out of the **event**.

   b. If a claim is made or suit is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or suit and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or suit as soon as practicable.

   c. You and any other insured involved must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of **injury or damage** to which this insurance may also apply.

   d. No insured will do or omit to do anything to prejudice our rights under this Coverage Form, and no insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

4. **First Named Insured Duties**

   The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums.  The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.  At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any **controlling underlying insurance** and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Form.

5. **Cancellation**

   a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   b. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

   c. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

   d. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   e. If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  The cancellation will be effective even if we have not made or offered a refund.

   f. If notice is mailed, proof of mailing will be sufficient proof of notice.

6. **Changes**

   This Coverage Form contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Form with our consent.  No change in, modification of, or assignment of interest under this Coverage Form shall be effective except when made by written endorsement to this Coverage Form which is signed by our authorized representative. This Coverage Form shall become subject to any changes upon the effective date of the changes in the **controlling underlying insurance**, but only upon the condition that we agree to follow such changes by written endorsement attached hereto and the

Insured pays when due any additional premium required by us relating to such changes and / or agrees to any amendment of the provisions of this Coverage Form required by us relating to such changes.

**7. Maintenance Of / Changes To Controlling Underlying Insurance**

The insured warrants that the **retained limit**, where applicable, as shown in the Schedule of Controlling Underlying Insurance, shall be unimpaired as of the effective date of this policy.

Any **controlling underlying insurance** must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such **controlling underlying insurance** that results from **injury or damage** to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain **controlling underlying insurance**.

The Insured, not the Insurer, will bear the risk that any **controlling underlying insurance** is or may be uncollectible. This Coverage Form will not drop down for any reason, including, but not limited to, the uncollectibility (in whole or in part) of the **controlling underlying insurance**, even if such uncollectibility is due to the financial impairment or insolvency of the issuer of any **controlling underlying insurance**. Coverage under this policy will not be available unless and until all **controlling underlying insurance** has been exhausted by the **actual payment** by the **controlling underlying insurer** of the applicable **retained limit** as shown in the Schedule of Controlling Underlying Insurance.

The first Named Insured must notify us in writing with full particulars as soon as practicable in the event:

**a.** Any **controlling underlying insurance** is cancelled, not renewed, replaced or otherwise terminated;

**b.** The limits or scope of coverage of any **controlling underlying insurance** is changed;

**c.** The aggregate limits of liability of any **controlling underlying insurance** become exhausted;

**d.** Any **controlling underlying insurance** is not maintained in full effect during the policy period; or

**e.** Any insurer issuing any **controlling underlying insurance** becomes subject to receivership, liquidation, dissolution, rehabilitation, or similar proceeding or being taken over by any regulatory authority.

**8. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Form.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the **ultimate net loss** that exceeds:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Form; plus

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9. Premium Audit**

**a.** We will compute all premiums for this Coverage Form in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Form as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premium is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**10. Loss Payable**

Liability under this Coverage Form does not apply to a given claim unless and until:

**a.** The insured or insured's **controlling underlying insurer** has become obligated to pay the **retained limit;**

**b.** The full amount of the applicable **retained limit** described in **a.** above has been exhausted as a result of **actual payment** made in full by a **controlling underlying insurer;** and

**c.** The obligation of the insured to pay the **ultimate net loss** in excess of the **retained limit** has been determined by a final settlement or judgment or written agreement among the insured, claimant, **controlling underlying insurer** (or a representative of one or more of these) and us, and first-party claim amount that we, at our sole discretion, agree in writing to be necessary and reasonable.

**11. Legal Action Against Us**

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, **controlling underlying insurer** and the claimant or the claimant's legal representative.

**12. Transfer Of Defense**

**a. Defense Transferred To Us**

When the limits of **controlling underlying insurance** have been exhausted, in accordance with the provisions of **controlling underlying insurance**, we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the **controlling underlying insurance** had the applicable limit not been exhausted.

**b. Defense Transferred By Us**

When our limits of insurance have been exhausted our duty to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Form of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the **controlling underlying insurance** had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Form, we will cooperate in the transfer of control to the insured and its designated representative.

**13. When We Do Not Renew**

If we decide not to renew this Coverage Form, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**14. Claims-Made Extended Reporting Period**

**a.** Any provisions under the **controlling underlying insurance** relating to an Extended Reporting Period for which a separate premium charge is made do not apply to this insurance, unless an Extended Reporting Period is purchased under this insurance.

**b.** An Extended Reporting Period, consistent with the terms, conditions and duration of any Extended Reporting Period available in accordance with the terms of any **controlling underlying insurance**, will be available for this Coverage Form by endorsement, for an additional charge, if:

**(1)** This policy is cancelled or not renewed; or

**(2)** This policy is renewed or replaced with insurance that:

**i.** Has a Retroactive Date later than the date shown in the **controlling underlying insurance**; or

**ii.** Does not apply to **injury or damage** on a claims-made basis.

**c.** If this policy and the **controlling underlying insurance** are cancelled or not renewed and an Extended Reporting Period has been provided under the **controlling underlying insurance**, then an Extended Reporting Period will be available for this Coverage Form. The Extended Reporting Period available under this Coverage Form will be consistent with the terms, conditions and duration of any Extended Reporting Period provided in accordance with the terms of the **controlling underlying insurance**.

**d.** You must give us a written request for the Extended Reporting Period endorsement under this Coverage Form no later than the time allowed to purchase such endorsement under the **controlling underlying insurance**. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due and any premium you owe us for coverage provided under this policy.

**e.** We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**(1)** The exposures insured;

**(2)** Previous types and amounts of insurance;

**(3)** Limits of Insurance available under this policy for future payment of damages; and

**(4)** Other related factors.

### 15. Notices

All notices under this policy shall be given as provided for in the **controlling underlying insurance**. In addition, all notices to us under this policy shall be sent to the address below or any substitute address as provided by us:

Berkley Environmental
Attention: Claims Department
101 Hudson Street, Suite 2500
Jersey City, New Jersey 07302

## SECTION IV - DEFINITIONS

The definitions applicable to any **controlling underlying insurance** also apply to this insurance. In addition, the following definitions apply.

**1. Actual payment** means remittance in currency, not credits or debits, from a **controlling underlying insurer** to an insured or a claimant.

**2. Controlling underlying insurance** means any policy of insurance or self-insurance listed in the Declarations under the Schedule of Controlling Underlying Insurance.

**3. Controlling underlying insurer** means any insurer who provides any policy of insurance listed in the Declarations under the Schedule of Controlling Underlying Insurance.

**4. Defense Costs** means any reasonable and necessary fees charged by an attorney and designated by the company, and where the insured has the right to select independent counsel, the rates we would actually pay to counsel that we retain in the ordinary course of business in the defense of a similar claim or suit in the community where the claim or suit arose or is being defended, as well as other reasonable and necessary costs, including expert witness and court reporters, in connection with the investigation, adjustment, settlement, defense or appeal of a claim or suit. It does not include the salaries of our regular employees or supervisory counsel retained by us, or any cost or expense incurred by the insured in assisting in the investigation or defense of the claim or suit.

**5. Event** means an occurrence, offense, accident, act, discovery, claim or suit or other event, to which the applicable **controlling underlying insurance** applies.

**6. Injury or damage** means any injury or damage, covered in the applicable **controlling underlying insurance** arising from an **event**.

**7. Retained limit** means the available limits of **controlling underlying insurance** applicable to the claim.

**8. Ultimate net loss** means the amount covered by this Coverage Form, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a. Defense costs**, settlements, judgments, binding arbitration; plus

**b.** Other binding alternate dispute resolution proceeding entered into with our consent, plus

**c.** Any first-party claim amount that we, at our sole discretion, agree in writing to be necessary and reasonable.

# SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other Officer specified for that purpose in the Statute, or his/her successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of you or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the below named as the person to whom the said Officer is authorized to mail such process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon John Briggs, or his nominee of the Company at 7233 East Butherus Drive, Scottsdale, Arizona 85260, and that in any suit instituted against the Company upon this policy, it will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.   Nothing herein shall constitute a selection or designation of forum, or a waiver of any of the Company's rights to select a forum or court, including any of the federal courts of the United States.  This includes any right to commence an action in or remove or transfer an action to the United States District Court or any other court of competent jurisdiction, as permitted by law.

E906 (08/21)

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| NAMED INSURED ENDORSEMENT |
| --- |

It is agreed that the following entity(ies) is(are) included as Named Insured(s):

**CARTER PROFESSIONAL RESTORATION, INC**
Carter Restoration Bay County Florida, LLC
Carter Restoration Escambia County Florida, LLC
Carter Restoration Holding Company

**<u>Doing Business As</u>**
SERVPRO of Albany and Americus

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
|---|

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**CONTRACTORS POLLUTION LIABILITY**
**CONTRACTORS AND CONSULTANTS POLICY**
**SITE SPECIFIC POLLUTION LIABILITY**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**RAILROAD PROTECTIVE LIABILITY COVERAGE PART**
**FOLLOW FORM EXCESS LIABILITY**
**CONTRACTORS POLLUTION AND PROFESSIONAL LIABILITY POLICY**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

Any injury or damage arising, directly or indirectly, out of a **certified act of terrorism**.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, any injury or damage means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to **bodily injury**, **property damage**, **personal and advertising injury**, injury or **cleanup costs** as may be defined in any applicable Coverage Part.

**2.** **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a **certified act of terrorism** include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY APPLY AND REMAIN UNCHANGED.**

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**
**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE**

**Policy Number:** FFX2038560-10

| UNDERLYING POLICY TYPE | LIMITS OF INSURANCE | POLICY PERIOD | CARRIER & POLICY NUMBER |
|---|---|---|---|
| General Liability | $ 2,000,000 Each Occurrence Limit<br><br>$ 2,000,000 Personal & Advertising Injury Limit<br><br>$ 5,000,000 General Aggregate Limit (Other than Products/Completed Operations)<br><br>$ 5,000,000 Products/Completed Operations Aggregate Limit | 09/24/2022 to 09/24/2023 | Nautilus Insurance Company ECP2038559-10 |
| Pollution/Professional | $ 2,000,000 Contractors Pollution Liability Limit | 09/24/2022 to 09/24/2023 | Nautilus Insurance Company ECP2038559-10 |
| Commercial Automobile | $ 1,000,000 Liability - Combined Single Limit | 08/01/2022 to 08/01/2023 | AmGUARD Insurance Company CAAU315230 |
| Employer's Liability – Coverage B | $ 1,000,000 BI by Accident - Each Accident Limit<br><br>$ 1,000,000 BI by Disease - Policy Aggregate Limit<br><br>$ 1,000,000 BI by Disease - Each Employee Limit | 09/24/2022 to 09/24/2023 | Bridgefield Casualty Insurance Company 196-51715 |
| **The coverages and limits shown above are provided by the policy(ies) of controlling underlying insurance.** | | | |

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

| EXCLUSION - CROSS SUITS LIABILITY |
|---|

This endorsement modifies insurance provided under the following:

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**

The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGES:**

**Cross Suits**

Any claim made or suit brought by any Named Insured or Additional Named Insured under this Coverage Form against another Named Insured or Additional Named Insured under this Coverage Form for **injury or damage.**

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

FFX 8010 07 18                                                                                                          Page 1 of 1

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached.  Please read it carefully.

| EXCLUSION – BAILEES CUSTOMERS COVERAGE |
|---|

This endorsement modifies insurance under the following:

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**

The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGES:**

**Bailees Customers Coverage**

Any obligation to any insured or any liability imposed by law on any insured to pay damage caused in whole or in part by, or arising, directly or indirectly, out of, or characterized under Bailees Customers Coverage or any similar or equivalent inland marine coverage.

This exclusion applies whether or not:

   **(1)**  Bailees Customers Coverage is provided under the applicable **controlling underlying insurance**; or

   **(2)**  Damage is covered in whole or in part under the applicable **controlling underlying insurance**.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

<table>
<tr><td colspan="4" align="center">**EXCLUSION – COMMUNICABLE DISEASE**</td></tr>
</table>

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| FFX2038560-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

This endorsement modifies insurance provided under the following:

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**

**I.** The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGES:**

**2. Exclusions**

Insurance provided under this Coverage Form does not apply to:

**Communicable Disease**

**Injury or damage** caused, in whole or in part by, or arising, directly or indirectly, out of the actual or alleged presence or transmission of a **communicable disease**.

This exclusion applies even if the claim(s), suit(s) or allegations against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with or spread a **communicable disease**;

**b.** Testing for a **communicable disease**;

**c.** Failure to prevent the spread of the disease;

**d.** Failure to sufficiently clean, sanitize, or effectively apply disinfectant, or

**e.** Failure to report the disease to authorities.

**II.** The following definition is added to **SECTION IV – DEFINITIONS**:

**Communicable Disease** means:

A disease, illness or condition, including any variant(s) or mutational strains thereof, that can be transmitted directly or indirectly from person-to-person, animal (including insect)-to-person, animal-to-animal (including insect), or from the inanimate environment to a human or animal, by contact, exposure, or by means of plants, vector or fomites.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

FFX 8056 05 20          Includes copyrighted material of Insurance Services Office, Inc., used with its permission.          Page **1** of **1**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| EARNED PREMIUM AND COMPOSITE RATE |
| :---: |
| NOT SUBJECT TO PREMIUM AUDIT |

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
| :---: | :---: | :---: | :---: |
| FFX2038560-10 | 9/24/2022 | 9/24/2023 | 9/24/2022 |

This endorsement modifies insurance provided under the following:

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**

In consideration of the Company's acceptance of this insurance, the Named Insured understands and agrees that the Earned Premium(s) due for this policy shall be calculated in accordance with the following:

1.  The premium entered on the Declarations page of this policy as Advance Premium is a deposit premium only and is subject to adjustment in accordance with our rules and rates.

    If this policy remains in effect for its full policy period stated in the Declarations, then any downward adjustment of the Advance Premium is subject to a Minimum Term Premium of ▮▮▮▮▮

2.  The Earned Premium for the policy period stated in the Declarations is the amount entered as Advance Premium in the Declarations, plus any premium adjustment(s) by endorsement. This policy is not subject to audit.

    If the policy period stated in the Declarations becomes a shorter period arising as a result of cancellation, then Advance Premium will be subject to the following Minimum Advance Premium percentages:

| Cancellation Effect On Advance Premium | | |
| :---: | :---: | :---: |
| Calendar Days In Effect | Minimum Advance Premium | |
| | If We Cancel | If You Cancel |
| 1 – 90 Days | 25% | 27.5% |
| 91 Days or More | Pro Rata | 90% of Pro Rata |

Premium adjustment(s) by endorsement resulting in additional premium are fully earned on the effective date of the change.  Cancellation for non-payment of premium will be considered cancellation at the request of the first Named Insured.

3.  The amount entered as Advance Premium on the Declarations page of this policy has been computed on a Composite Rate basis as follows:

| Exposure Basis | Estimated Exposure x | Composite Rate = | Advance Premium |
| :--- | :---: | :---: | :--- |
| ▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| Terrorism Charge | Terrorism has been rejected by the Insured | | |
| **TOTAL ADVANCE PREMIUM:** | ▮▮▮▮ | | |

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

FFX 8059 02 21          Includes copyrighted material of Insurance Services Office, Inc., used with its permission.          Page **1** of 1

**INTERLINE**
**IL 12 02 01 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ CAREFULLY**

# OFFICE OF FOREIGN ASSET CONTROL (OFAC) EXCLUSION ENDORSEMENT

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions laws or regulations of the European Union, United Kingdom or the United States*.*

# Nautilus Insurance Company

## An Arizona Corporation

## COMMERCIAL LINES POLICY

**THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

THIS POLICY CONSISTS OF:

Declarations;

Common Policy Conditions; and

One or more Coverage Parts.  A Coverage Part Consists of:
- One or more Coverage Forms;  and
- Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

W. Robert Berkley, Jr
President

Philip S. Welt
Secretary

Administrative Office: 7233 E. Butherus Drive, Scottsdale, AZ    85260 (480) 509-6627
Policy Issuing Office: 101 Hudson Street, Ste. 2550, Jersey City, NJ 07302 (800) 259-2560



# REPORTING A CLAIM



**1 CONTACT** us as soon as possible ----> **2 REVIEW** your policy's reporting requirements ----> **3 PROVIDE** us written notice of the claim

| AUTOMOBILE CLAIMS | WORKER'S COMPENSATION CLAIMS | GENERAL, ENVIRONMENTAL, PROFESSIONAL & EXCESS LIABILITY CLAIMS |
|---|---|---|
| **E-MAIL:** autoclaims@berkleyenvironmental.com | **E-MAIL:** workcompclaims@berkleyenvironmental.com | **E-MAIL:** liabilityclaims@berkleyenvironmental.com |
| **CALL:** (800) 259-2560 | **CALL:** (800) 259-2560 | **CALL:** (800) 259-2560 |
| **ONLINE:** berkleyenvironmental.com/request-access | **ONLINE:** berkleyenvironmental.com/request-access | **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 |
| **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 | **MAIL:** 101 Hudson Street 25th Floor, Suite 2550 Jersey City, NJ 07302 | **UPLOAD:** Submit Supporting Documents https://bit.ly/3zio5XE |

For Assistance call (469) 802-4289 or email claimshelp@berkleyenvironmental.com

## HAVE A SPILL? WE CAN ASSIST.*

In the event of a spill and/or release, make sure you report your claim first as described above. After your claim is filed, contact the **Berkley Environmental Support Team* (BEST)** to help you with the clean up. We offer **FREE** support services to help you navigate the complicated circumstances of an environmental spill and/or release.

### WE CAN HELP YOU:

- Find a contractor with pre-negotiated rates to be dispatched within 2 hours of a spill
- Filing of any agency or regulatory spill notifications
- Emergency responder – our network includes nationwide services including remote locations

**Call us at (877) 900-5645 (24 hours a day, 7 days per week) to receive the assistance you need with cleaning up your environmental spills and releases.**

*\* Using the BEST service does not replace reporting a claim nor does it confirm coverage. This is a value-added service regardless of coverage.*

THE MATERIAL IN THIS PUBLICATION IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED TO BE A REPRESENTATION OF COVERAGE THAT MAY EXIST IN ANY PARTICULAR SITUATION UNDER A POLICY ISSUED BY A MEMBER COMPANY OF BERKLEY ENVIRONMENTAL OR ITS AFFILIATES. ALL CONDITIONS OF COVERAGE, TERMS AND LIMITATIONS ARE DEFINED AND PROVIDED FOR IN THE POLICY. PROGRAMS OR PRODUCTS MAY NOT BE AVAILABLE IN ALL STATES AND POLICY FEATURES MAY VARY BY STATE.

# NAUTILUS INSURANCE COMPANY
## Scottsdale, Arizona
## FOLLOW FORM EXCESS LIABILITY COVERAGE FORM DECLARATIONS

**POLICY NUMBER:** FFX2038560-11          **RENEWAL OF:** FFX2038560-10

| INSURED'S NAME AND ADDRESS: | PRODUCER'S NAME AND ADDRESS: |
|---|---|
| CARTER PROFESSIONAL RESTORATION, INC<br>DBA: SERVPRO of Albany and Americus<br>PO BOX 70905<br>Albany, GA  31708 | Severson Ridge Environmental Underwriters LLC<br>525 Junction Road<br>Suite 8200<br>Madison, WI  53717 |

**POLICY PERIOD:** September 24, 2023 to September 24, 2024 at 12:01 a.m. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**FORM OF BUSINESS:**

Corporation

**LIMITS OF INSURANCE:**

| | |
|---|---|
| EACH OCCURRENCE | $ 2,000,000 |
| POLICY AGGREGATE | $ 2,000,000 |

**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE:**

SEE SCHEDULE OF CONTROLLING UNDERLYING INSURANCE

**PREMIUM**

| | |
|---|---|
| FOLLOW FORM EXCESS LIABILITY COVERAGE FORM: | ▮ |
| TERRORISM RISK INSURANCE ACT: | Rejected |
| **POLICY PREMIUM:** | ▮ |

**FORMS AND ENDORSEMENTS (Other than applicable forms and endorsements shown elsewhere in the policy):**

Forms and Endorsements applying to this policy and made part of this policy at time of issue:
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**NOTICE TO THE INSURED:**

**This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law O.C.G.A. Chapter 33-5.**

**Name of Surplus Lines Broker:** _____

**NAME AND ADDRESS OF ADMINISTRATIVE OFFICE:**

Berkley Environmental (A Berkley Company)
Two Ravinia Drive, Suite 1100, Atlanta, GA 30346
Phone No.: (404) 443-2040, See CLAIMS NOTICE for claims contact information.

**THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S) TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

**Issue Date:**  09/26/2023

## SCHEDULE OF FORMS AND ENDORSEMENTS

**Policy Number:**    FFX2038560-11

**Named Insured:**    CARTER PROFESSIONAL RESTORATION, INC

**FORMS ATTACHED TO AND MADE A PART OF THIS POLICY:**

| FORM NUMBER | FORM TITLE |
|---|---|
| E001J 07 20 | Nautilus Policy Jacket |
| ENV DIR CLAIMS 09 22 | Policyholder Notice - Claim Reporting Information |
| FFX DEC 07 18 | Follow Form Excess Liability Coverage Form Declarations |
| ENV FORMS 09 10 | Schedule of Forms and Endorsements |
| FFX 8000 02 22 | Follow Form Excess Liability Coverage Form |
| E906 (08-21) | Service of Suit |
| ENV 2216 11 16 | Named Insured Endorsement |
| ENV 2225 10 18 | Exclusion of Certified Acts of Terrorism |
| FFX 8002 07 18 | Follow Form Excess Liability Coverage Form Schedule of Controlling Underlying Insurance |
| FFX 8010 07 18 | Exclusion - Cross Suits Liability |
| FFX 8052 07 18 | Exclusion - Bailees Customer Coverage |
| FFX 8056 05 20 | Exclusion - Communicable Disease |
| FFX 8059 02 21 | Earned Premium and Composite Rate - Not Subject to Premium Audit |
| IL 12 02 01 16 | Office of Foreign Asset Control (OFAC) Exclusion Endorsement |

## FOLLOW FORM EXCESS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the **controlling underlying insurance**.

Other words and phrases that appear in **bold** in this Coverage Form have special meaning. Refer to Section **IV** - Definitions. Other words and phrases that are not defined under this Coverage Form but defined in the **controlling underlying insurance** will have the meaning described in the policy of **controlling underlying insurance**.

This policy is subject to the same representations and warranties as are contained in the application for any **controlling underlying insurance,** and the insurance provided under this Coverage Form will follow the same terms, conditions, agreements, exclusions, definitions and limitations that are contained in the applicable **controlling underlying insurance**, unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Coverage Form will apply. However, the coverage provided under this Coverage Form will not be broader than that provided by the applicable **controlling underlying insurance**.

There may be more than one **controlling underlying insurance** listed in the Declarations and provisions in those policies conflict, and which are not superseded by the provisions of this Coverage Form. In such a case, the terms, conditions, agreements, exclusions, definitions and limitations of the **controlling underlying insurance** applicable to the particular **event** for which a claim is made or suit is brought will apply.

**SECTION I - COVERAGES**

**1. Insuring Agreement**

    **a.** We will pay on behalf of the insured the **ultimate net loss** in excess of the **retained limit** for **injury or damage** to which insurance provided under this Coverage Form applies, however, coverage under this policy will not be available unless and until the full amount of all **controlling underlying insurance** has been exhausted by the **actual payment** by the **controlling underlying insurer** of the applicable **retained limit** as shown in the Schedule of Controlling Underlying Insurance. Where the **controlling underlying insurance** has the duty to defend, we will have the right and duty to defend the insured against any suit seeking damages for such **injury or damage** under this Coverage Form when the applicable limits of **controlling underlying insurance** have been exhausted through the payment of the underlying limits in full in accordance with the provisions of such **controlling underlying insurance**.

    When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other suit seeking damages for **injury or damage**.

    However, we will have no duty to defend the insured against any suit seeking damages for which insurance under this policy does not apply.

    At our discretion, we may investigate any **event** that may involve this insurance and settle any resultant claim or suit, for which we have the duty to defend.

    But:

    **(1)** The amount we will pay for **ultimate net loss** is limited as described in Section II - Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of **defense costs**, judgments or settlements under this Coverage Form.

    **b.** This insurance applies to **injury or damage** that is subject to an applicable **retained limit**. If any other limit, such as a sublimit, is specified in the **controlling underlying insurance**, this insurance does not apply to **injury or damage** arising out of that exposure unless that limit is specified in the Declarations under the Schedule of Controlling Underlying Insurance.

Furthermore, if any **controlling underlying insurance** shown in the Schedule of Controlling Underlying Insurance (**SCHEDULE**) attached hereto has a limit of liability:

**(1)** Greater than the amount shown in such Schedule of Controlling Underlying Insurance, then this policy will apply in excess of the greater amount; or

**(2)** Less than the amount shown in such Schedule of Controlling Underlying Insurance, then this policy will apply in excess of the amount shown in such Schedule of Controlling Underlying Insurance.

**c.** **(1)** If the **controlling underlying insurance** requires, for a particular claim, that the **injury or damage** occur during its policy period in order for that coverage to apply, then this insurance will only apply to that **injury or damage** if it occurs during the policy period of this Coverage Form. If the **controlling underlying insurance** requires that the **event** causing the particular **injury or damage** takes place during its policy period in order for that coverage to apply, then this insurance will apply to the claim only if the **event** causing that **injury or damage** takes place during the policy period of this Coverage Form.

**(2)** If any **controlling underlying insurance** is written on a claims-made or discovery basis, the following applies to the insurance provided by this Coverage Form which is excess over that underlying insurance:

If the **controlling underlying insurance** requires, for a particular claim, that the **injury or damage** occur on or after the Retroactive Date shown in the Declarations of that insurance in order for that coverage to apply, then this insurance will only apply to that **injury or damage** which occurs on or after the Retroactive Date shown in the **controlling underlying insurance** but before the end of the policy period of this Coverage Form. If the **controlling underlying insurance** requires, for a particular claim, that the **event** causing the particular **injury or damage** takes place on or after the Retroactive Date shown in the Declarations of that insurance in order for that coverage to apply, then this insurance will apply to the claim only if the **event** causing that **injury or damage** takes place on or after the Retroactive Date shown in the **controlling underlying insurance** but before the end of the policy period of this Coverage Form.

A claim for damages for such **injury or damage** must be first made against the insured during this policy period or any extended reporting period provided under this Coverage Form. A claim will be considered first made under this Coverage Form:

**(1)** When notice of such claim is received and recorded by any insured or by us, whichever comes first, if the **controlling underlying insurance** is written on a claims-made and recorded basis; or

**(2)** When notice of such claim, after being received by any insured, is reported to us in writing, if the **controlling underlying insurance** is written on any other claims-made basis.

**d.** Any additional insured under any policy of **controlling underlying insurance** will automatically be an additional insured under this insurance, but only to the extent consistent with the Construction Anti-indemnity Statute(s) held in the applicable jurisdiction. If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the lesser of the amount of insurance required by the contract or agreement, or the Each Occurrence Limit of this policy, less any amounts payable by any **controlling underlying insurance**.

Additional insured coverage provided by this insurance will not be broader than coverage provided by the **controlling underlying insurance**.

**2. Exclusions**

The following exclusions, and any other exclusions added by endorsement, apply to this Coverage Form. In addition, the exclusions applicable to any **controlling underlying insurance** apply to this insurance unless superseded by the following exclusions, or superseded by any other exclusions added by endorsement to this Coverage Form.

Insurance provided under this Coverage Form does not apply to **Injury or damage**, costs and expenses, because of, caused by or arising out of, either directly or indirectly, in whole or in part, by:

**a. Auto**

Any loss, cost or expense payable under or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorists' coverage.

**b.  Medical Payments**

Medical payments coverage or expenses that are provided without regard to fault, whether or not provided by the applicable **controlling underlying insurance**.

**c.  Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

## SECTION II - LIMITS OF INSURANCE

1.  The Limits of Insurance shown in the Declarations, and the rules below fix the most we will pay regardless of the number of:

    **a.**  Insureds;

    **b.**  Claims made or suits brought, or number of vehicles involved;

    **c.**  Persons or organizations making claims or bringing suits; or

    **d.**  Limits available under any **controlling underlying insurance**.

2.  The Limits of Insurance of this Coverage Form will apply as follows:

    **a.**  This insurance only applies in excess of the **retained limit**.

    **b.**  The Aggregate Limit is the most we will pay for all **ultimate net loss**, for all **injury or damage** including **defense costs** covered under this Coverage Form. **Defense costs** are part of, and not in addition to, the limits of insurance, and the payment of **defense costs** reduces the limits of insurance.

    However, this Aggregate Limit only applies to **injury or damage** that is subject to an aggregate limit of insurance under the **controlling underlying insurance**.

    **c.**  Subject to Paragraph **2.b.** above, the Each Occurrence Limit is the most we will pay for all **ultimate net loss** including **defense costs** under this insurance for all **injury or damage** arising out of any one **event**. **Defense costs** are part of, and not in addition to, the limits of insurance, and the payment of **defense costs** reduces the limits of insurance.

3.  If any **controlling underlying insurance** has a policy period that is different from the policy period of this Coverage Form then, for the purposes of this insurance, the **retained limit** will only be reduced or exhausted by **actual payment(s)** made in full by the **controlling underlying insurer** for **injury or damage** covered under this insurance.

4.  The Limits of Insurance shown in the Declarations will not ever be reinstated.

## SECTION III - CONDITIONS

The following conditions apply. In addition, the conditions applicable to any **controlling underlying insurance** are also applicable to the coverage provided under this insurance unless superseded by the following conditions.

1.  **Appeals**

    If the **controlling underlying insurer** or insured elects not to appeal a judgment in excess of the amount of the **retained limit**, we may do so at our own expense. We will also pay for taxable court costs, pre-and post-judgment interest and disbursements associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in Section **II** - Limits Of Insurance.

2.  **Bankruptcy**

    **a.  Bankruptcy Of Insured**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

    **b.  Bankruptcy Of Controlling Underlying Insurer**

    Bankruptcy or insolvency of the **controlling underlying insurer** will not relieve us of our obligations under this Coverage Form.

    However, insurance provided under this Coverage Form will not replace any **controlling underlying insurance** in the event of bankruptcy or insolvency of the **controlling underlying insurer**. The insurance provided under this Coverage Form will apply as if the **controlling underlying insurance** were in full effect and recoverable.

3. **Duties In The Event Of An Event, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an **event**, regardless of the amount, which may result in a claim under this insurance. To the extent possible, notice should include:

      (1) How, when and where the **event** took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any **injury or damage** arising out of the **event**.

   b. If a claim is made or suit is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or suit and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or suit as soon as practicable.

   c. You and any other insured involved must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the suit; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of **injury or damage** to which this insurance may also apply.

   d. No insured will do or omit to do anything to prejudice our rights under this Coverage Form, and no insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

4. **First Named Insured Duties**

   The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums.  The first Named Insured will act on behalf of all other Named Insureds for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.  At our request, the first Named Insured will furnish us, as soon as practicable, with a complete copy of any **controlling underlying insurance** and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Coverage Form.

5. **Cancellation**

   a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   b. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

   c. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

   d. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

   e. If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.  The cancellation will be effective even if we have not made or offered a refund.

   f. If notice is mailed, proof of mailing will be sufficient proof of notice.

6. **Changes**

   This Coverage Form contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured is authorized by all other insureds to make changes in the terms of this Coverage Form with our consent.  No change in, modification of, or assignment of interest under this Coverage Form shall be effective except when made by written endorsement to this Coverage Form which is signed by our authorized representative. This Coverage Form shall become subject to any changes upon the effective date of the changes in the **controlling underlying insurance**, but only upon the condition that we agree to follow such changes by written endorsement attached hereto and the

Insured pays when due any additional premium required by us relating to such changes and / or agrees to any amendment of the provisions of this Coverage Form required by us relating to such changes.

**7.  Maintenance Of / Changes To Controlling Underlying Insurance**

The insured warrants that the **retained limit**, where applicable, as shown in the Schedule of Controlling Underlying Insurance, shall be unimpaired as of the effective date of this policy.

Any **controlling underlying insurance** must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such **controlling underlying insurance** that results from **injury or damage** to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain **controlling underlying insurance**.

The Insured, not the Insurer, will bear the risk that any **controlling underlying insurance** is or may be uncollectible. This Coverage Form will not drop down for any reason, including, but not limited to, the uncollectibility (in whole or in part) of the **controlling underlying insurance**, even if such uncollectibility is due to the financial impairment or insolvency of the issuer of any **controlling underlying insurance**.  Coverage under this policy will not be available unless and until all **controlling underlying insurance** has been exhausted by the **actual payment** by the **controlling underlying insurer** of the applicable **retained limit** as shown in the Schedule of Controlling Underlying Insurance.

The first Named Insured must notify us in writing with full particulars as soon as practicable in the event:

**a.** Any **controlling underlying insurance** is cancelled, not renewed, replaced or otherwise terminated;

**b.** The limits or scope of coverage of any **controlling underlying insurance** is changed;

**c.** The aggregate limits of liability of any **controlling underlying insurance** become exhausted;

**d.** Any **controlling underlying insurance** is not maintained in full effect during the policy period; or

**e.** Any insurer issuing any **controlling underlying insurance** becomes subject to receivership, liquidation, dissolution, rehabilitation, or similar proceeding or being taken over by any regulatory authority.

**8.  Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Form.

When this insurance is excess, if no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the **ultimate net loss** that exceeds:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of the insurance provided under this Coverage Form; plus

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

**9.  Premium Audit**

**a.** We will compute all premiums for this Coverage Form in accordance with our rules and rates.

**b.** If this policy is auditable, the premium shown in this Coverage Form as advance premium is a deposit premium only.  At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured.  The due date for audit premium is the date shown as the due date on the bill.  If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**10.  Loss Payable**

Liability under this Coverage Form does not apply to a given claim unless and until:

**a.** The insured or insured's **controlling underlying insurer** has become obligated to pay the **retained limit;**

**b.** The full amount of the applicable **retained limit** described in **a.** above has been exhausted as a result of **actual payment** made in full by a **controlling underlying insurer**; and

c. The obligation of the insured to pay the **ultimate net loss** in excess of the **retained limit** has been determined by a final settlement or judgment or written agreement among the insured, claimant, **controlling underlying insurer** (or a representative of one or more of these) and us, and first-party claim amount that we, at our sole discretion, agree in writing to be necessary and reasonable.

**11. Legal Action Against Us**

No person or organization has a right under this Coverage Form:

a. To join us as a party or otherwise bring us into a suit asking for damages from an insured; or

b. To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured, **controlling underlying insurer** and the claimant or the claimant's legal representative.

**12. Transfer Of Defense**

a. **Defense Transferred To Us**

When the limits of **controlling underlying insurance** have been exhausted, in accordance with the provisions of **controlling underlying insurance**, we may elect to have the defense transferred to us.  We will cooperate in the transfer of control to us of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the **controlling underlying insurance** had the applicable limit not been exhausted.

b. **Defense Transferred By Us**

When our limits of insurance have been exhausted our duty to provide a defense will cease.

We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Coverage Form of any outstanding claims or suits seeking damages to which this insurance applies and which would have been covered by the **controlling underlying insurance** had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Coverage Form, we will cooperate in the transfer of control to the insured and its designated representative.

**13. When We Do Not Renew**

If we decide not to renew this Coverage Form, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**14. Claims-Made Extended Reporting Period**

a. Any provisions under the **controlling underlying insurance** relating to an Extended Reporting Period for which a separate premium charge is made do not apply to this insurance, unless an Extended Reporting Period is purchased under this insurance.

b. An Extended Reporting Period, consistent with the terms, conditions and duration of any Extended Reporting Period available in accordance with the terms of any **controlling underlying insurance**, will be available for this Coverage Form by endorsement, for an additional charge, if:

(1) This policy is cancelled or not renewed; or

(2) This policy is renewed or replaced with insurance that:

i. Has a Retroactive Date later than the date shown in the **controlling underlying insurance**; or

ii. Does not apply to **injury or damage** on a claims-made basis.

c. If this policy and the **controlling underlying insurance** are cancelled or not renewed and an Extended Reporting Period has been provided under the **controlling underlying insurance**, then an Extended Reporting Period will be available for this Coverage Form.  The Extended Reporting Period available under this Coverage Form will be consistent with the terms, conditions and duration of any Extended Reporting Period provided in accordance with the terms of the **controlling underlying insurance**.

**d.** You must give us a written request for the Extended Reporting Period endorsement under this Coverage Form no later than the time allowed to purchase such endorsement under the **controlling underlying insurance**. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due and any premium you owe us for coverage provided under this policy.

**e.** We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**(1)** The exposures insured;

**(2)** Previous types and amounts of insurance;

**(3)** Limits of Insurance available under this policy for future payment of damages; and

**(4)** Other related factors.

### 15. Notices

All notices under this policy shall be given as provided for in the **controlling underlying insurance**. In addition, all notices to us under this policy shall be sent to the address below or any substitute address as provided by us:

Berkley Environmental
Attention: Claims Department
101 Hudson Street, Suite 2500
Jersey City, New Jersey 07302

### SECTION IV - DEFINITIONS

The definitions applicable to any **controlling underlying insurance** also apply to this insurance. In addition, the following definitions apply.

**1. Actual payment** means remittance in currency, not credits or debits, from a **controlling underlying insurer** to an insured or a claimant.

**2. Controlling underlying insurance** means any policy of insurance or self-insurance listed in the Declarations under the Schedule of Controlling Underlying Insurance.

**3. Controlling underlying insurer** means any insurer who provides any policy of insurance listed in the Declarations under the Schedule of Controlling Underlying Insurance.

**4. Defense Costs** means any reasonable and necessary fees charged by an attorney and designated by the company, and where the insured has the right to select independent counsel, the rates we would actually pay to counsel that we retain in the ordinary course of business in the defense of a similar claim or suit in the community where the claim or suit arose or is being defended, as well as other reasonable and necessary costs, including expert witness and court reporters, in connection with the investigation, adjustment, settlement, defense or appeal of a claim or suit. It does not include the salaries of our regular employees or supervisory counsel retained by us, or any cost or expense incurred by the insured in assisting in the investigation or defense of the claim or suit.

**5. Event** means an occurrence, offense, accident, act, discovery, claim or suit or other event, to which the applicable **controlling underlying insurance** applies.

**6. Injury or damage** means any injury or damage, covered in the applicable **controlling underlying insurance** arising from an **event**.

**7. Retained limit** means the available limits of **controlling underlying insurance** applicable to the claim.

**8. Ultimate net loss** means the amount covered by this Coverage Form, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a. Defense costs**, settlements, judgments, binding arbitration; plus

**b.** Other binding alternate dispute resolution proceeding entered into with our consent, plus

**c.** Any first-party claim amount that we, at our sole discretion, agree in writing to be necessary and reasonable.

# SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other Officer specified for that purpose in the Statute, or his/her successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of you or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the below named as the person to whom the said Officer is authorized to mail such process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon John Briggs, or his nominee of the Company at 7233 East Butherus Drive, Scottsdale, Arizona 85260, and that in any suit instituted against the Company upon this policy, it will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.  Nothing herein shall constitute a selection or designation of forum, or a waiver of any of the Company's rights to select a forum or court, including any of the federal courts of the United States.  This includes any right to commence an action in or remove or transfer an action to the United States District Court or any other court of competent jurisdiction, as permitted by law.

E906 (08/21)

# ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## NAMED INSURED ENDORSEMENT

It is agreed that the following entity(ies) is(are) included as Named Insured(s):

**CARTER PROFESSIONAL RESTORATION, INC**
Carter Restoration Bainbridge LLC
Carter Restoration Bay County Florida, LLC
Carter Restoration Escambia County Florida, LLC
Carter Restoration Holding Company
Carter Restoration Santa Florida, LLC
Carter Restoration Santa Rosa Florida, LLC


**<u>Doing Business As</u>**
SERVPRO of Albany and Americus
Servpro of Bainbridge, Blakely, Camilla and Carter Restoration Eastpoint LLC
ServPro of Downtown Pensacola
Servpro of Marianna, Quincy, Apalachicola
ServPro of Santa Rosa County North
ServPro of Santa Rosa County SW

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**ENVIRONMENTAL COMBINED POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**CONTRACTORS POLLUTION LIABILITY**
**CONTRACTORS AND CONSULTANTS POLICY**
**SITE SPECIFIC POLLUTION LIABILITY**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**RAILROAD PROTECTIVE LIABILITY COVERAGE PART**
**FOLLOW FORM EXCESS LIABILITY**
**CONTRACTORS POLLUTION AND PROFESSIONAL LIABILITY POLICY**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

Any injury or damage arising, directly or indirectly, out of a **certified act of terrorism**.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, any injury or damage means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to **bodily injury**, **property damage**, **personal and advertising injury**, injury or **cleanup costs** as may be defined in any applicable Coverage Part.

**2.** **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a **certified act of terrorism** include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY APPLY AND REMAIN UNCHANGED.**

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**
**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE**

**Policy Number:** FFX2038560-11

| UNDERLYING POLICY TYPE | LIMITS OF INSURANCE | POLICY PERIOD | CARRIER & POLICY NUMBER |
|---|---|---|---|
| General Liability | $ 2,000,000 Each Occurrence Limit<br><br>$ 2,000,000 Personal & Advertising Injury Limit<br><br>$ 5,000,000 General Aggregate Limit (Other than Products/Completed Operations)<br><br>$ 5,000,000 Products/Completed Operations Aggregate Limit | 09/24/2023 to 09/24/2024 | Nautilus Insurance Company ECP2038559-11 |
| Pollution/Professional | $ 2,000,000 Contractors Pollution Liability Limit | 09/24/2023 to 09/24/2024 | Nautilus Insurance Company ECP2038559-11 |
| Commercial Automobile | $ 1,000,000 Liability - Combined Single Limit | 08/01/2023 to 08/01/2024 | Greenwich Insurance Company RAC9438192 |
| Employer's Liability – Coverage B | $ 1,000,000 BI by Accident - Each Accident Limit<br><br>$ 1,000,000 BI by Disease - Policy Aggregate Limit<br><br>$ 1,000,000 BI by Disease - Each Employee Limit | 08/01/2023 to 07/01/2024 | XL Specialty Insurance Company RWC3001779 |
| **The coverages and limits shown above are provided by the policy(ies) of controlling underlying insurance.** | | | |

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached. Please read it carefully.

## EXCLUSION - CROSS SUITS LIABILITY

This endorsement modifies insurance provided under the following:

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**

The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGES:**

**Cross Suits**

Any claim made or suit brought by any Named Insured or Additional Named Insured under this Coverage Form against another Named Insured or Additional Named Insured under this Coverage Form for **injury or damage.**

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

## ENDORSEMENT

This endorsement forms a part of the policy to which it is attached.  Please read it carefully.

## EXCLUSION – BAILEES CUSTOMERS COVERAGE

This endorsement modifies insurance under the following:

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**

The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGES:**

**Bailees Customers Coverage**

Any obligation to any insured or any liability imposed by law on any insured to pay damage caused in whole or in part by, or arising, directly or indirectly, out of, or characterized under Bailees Customers Coverage or any similar or equivalent inland marine coverage.

This exclusion applies whether or not:

**(1)** Bailees Customers Coverage is provided under the applicable **controlling underlying insurance**; or

**(2)** Damage is covered in whole or in part under the applicable **controlling underlying insurance**.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION – COMMUNICABLE DISEASE

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
|---|---|---|---|
| FFX2038560-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

This endorsement modifies insurance provided under the following:

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**

**I.**  The following is added to Paragraph **2. Exclusions** of **SECTION I – COVERAGES:**

**2. Exclusions**

Insurance provided under this Coverage Form does not apply to:

**Communicable Disease**

**Injury or damage** caused, in whole or in part by, or arising, directly or indirectly, out of the actual or alleged presence or transmission of a **communicable disease**.

This exclusion applies even if the claim(s), suit(s) or allegations against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with or spread a **communicable disease**;

**b.** Testing for a **communicable disease**;

**c.** Failure to prevent the spread of the disease;

**d.** Failure to sufficiently clean, sanitize, or effectively apply disinfectant, or

**e.** Failure to report the disease to authorities.

**II.**  The following definition is added to **SECTION IV – DEFINITIONS**:

**Communicable Disease** means:

A disease, illness or condition, including any variant(s) or mutational strains thereof, that can be transmitted directly or indirectly from person-to-person, animal (including insect)-to-person, animal-to-animal (including insect), or from the inanimate environment to a human or animal, by contact, exposure, or by means of plants, vector or fomites.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

| EARNED PREMIUM AND COMPOSITE RATE |
| :---: |
| NOT SUBJECT TO PREMIUM AUDIT |

| Policy Number | Policy Effective Date | Policy Expiration Date | Endorsement Effective Date |
| :---: | :---: | :---: | :---: |
| FFX2038560-11 | 9/24/2023 | 9/24/2024 | 9/24/2023 |

This endorsement modifies insurance provided under the following:

**FOLLOW FORM EXCESS LIABILITY COVERAGE FORM**

In consideration of the Company's acceptance of this insurance, the Named Insured understands and agrees that the Earned Premium(s) due for this policy shall be calculated in accordance with the following:

1. The premium entered on the Declarations page of this policy as Advance Premium is a deposit premium only and is subject to adjustment in accordance with our rules and rates.

    If this policy remains in effect for its full policy period stated in the Declarations, then any downward adjustment of the Advance Premium is subject to a Minimum Term Premium of ▬▬▬▬▬

2. The Earned Premium for the policy period stated in the Declarations is the amount entered as Advance Premium in the Declarations, plus any premium adjustment(s) by endorsement. This policy is not subject to audit.

    If the policy period stated in the Declarations becomes a shorter period arising as a result of cancellation, then Advance Premium will be subject to the following Minimum Advance Premium percentages:

| Cancellation Effect On Advance Premium | | |
| :---: | :---: | :---: |
| Calendar Days In Effect | Minimum Advance Premium | |
| | If We Cancel | If You Cancel |
| 1 – 90 Days | 25% | 27.5% |
| 91 Days or More | Pro Rata | 90% of Pro Rata |

Premium adjustment(s) by endorsement resulting in additional premium are fully earned on the effective date of the change.  Cancellation for non-payment of premium will be considered cancellation at the request of the first Named Insured.

3. The amount entered as Advance Premium on the Declarations page of this policy has been computed on a Composite Rate basis as follows:

| Exposure Basis | Estimated Exposure x | Composite Rate = | Advance Premium |
| :--- | :---: | :---: | :--- |
| ▬▬▬▬▬▬ | ▬▬▬ | ▬ | ▬▬▬ |
| Terrorism Charge | Terrorism has been rejected by the Insured | | |
| **TOTAL ADVANCE PREMIUM:** | ▬▬▬ | | |

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY SHALL APPLY AND REMAIN UNCHANGED.**

**INTERLINE**
**IL 12 02 01 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ CAREFULLY**

# OFFICE OF FOREIGN ASSET CONTROL (OFAC) EXCLUSION ENDORSEMENT

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions laws or regulations of the European Union, United Kingdom or the United States.

Filing # 219461798 E-Filed 03/24/2025 01:53:08 PM

# EXHIBIT "C"

IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
CHARLOTTE COUNTY, FLORIDA                                          CIVIL ACTION

DENISE ENRIGHT-HURLEY,

     Plaintiff,

v.                                                    CASE NO. __25000372CA_____

CARTER RESTORATION BAY COUNTY
FLORIDA, LLC, d/b/a SERVPRO OF BAY
COUNTY,

     Defendant.

_____/

## COMPLAINT

Plaintiff, DENISE ENRIGHT-HURLEY (hereinafter "Plaintiff"), by and through undersigned counsel, file this Complaint against Defendant, CARTER RESTORATION BAY COUNTY FLORIDA, LLC, d/b/a SERVPRO OF BAY COUNTY (hereinafter "Defendant"), and alleges the following:

### JURISDICTION AND VENUE

1.      Pursuant to the laws of Florida, jurisdiction in this Court is proper because the relief sought is for harm greater than $50,000.00, exclusive of interest, attorneys' fees and costs.

2.      Venue is proper in Charlotte County, Florida under Fla. Stat. § 47.011 because the property subject of this lawsuit is situated in Charlotte County.

### PARTIES

3.      Plaintiff is an individual residing in Charlotte County, Florida and is *sui juris*.

4.      Defendant is domestic limited liability company with a principal place of business in Bay County, Florida.

## GENERAL ALLEGATIONS

5.     Plaintiff owns certain real property located at 5000 Marina Drive, Port Charlotte, Florida 33952 (the "Property").

6.     On or about September 28, 2022, the Property suffered major damages from Hurricane Ian.

7.     On or about February 17, 2023, Plaintiff entered into a Contract with Defendant for the repair of certain damages caused by Hurricane Ian and restoration of the Property to pre-loss condition (the "Project").  A copy of the Contract is attached hereto as **Exhibit A**.

8.     The parties agreed on an original contract price of $620,117.22, which included a down-payment of $50,000.00 to be followed by several progress payments.

9.     The original contract was supplemented with additional work to be performed by Defendant.   Defendant claims to have performed additional work and received payment for additional work but the additional work is also defective.   Plaintiff does not have copies of the supplemental work agreed to be performed but believes Defendant has copies.

10.    Plaintiff's insurance carrier, Olympus Insurance Company, paid to Defendant the total amount of $1,019,990.19 for its work at the Property.

11.    After Defendant had commenced work at the Property, Plaintiff discovered numerous defects with Defendant's work, including but not limited to the following:

    a.     failing to obtain the required permits for work on the drywall, roofs, and soffits;

2

b.    improperly removing Gypsum Wallboard ("GWB") in various areas of the Property (including the first floor game room, first floor bedroom, and second floor living room) although not damaged, thus causing economic waste;

c.    failing to properly supervise the workers at the Property, which led to economic waste;

d.    improperly removing window treatments, crown molding, electrical devices, and baseboards from walls and ceilings that were not damaged, thus causing further economic waste;

e.    failing to repair the source of the water intrusion, namely, the roofs and roof eaves, thus exposing the Property to weather and possible water damage;

f.    failing to mitigate damages by not completing an initial inspection with moisture mapping, and by not maintaining complete and organized records;

g.    failing to install the correct GWB and/or not installing the GWB correctly at various parts of the Property;

h.    installing spray insulation in the attic which was previously insulated with fiberglass batt insulation, leading to further economic waste;

i.    causing damage to the roof by foot traffic from Defendant's employees or contractors, leading to further economic waste;

j.    failing to finish all carpentry, paint, and GWB work at the Property; and

k.    failing to remove and replace all exposed GWB prior to painting the walls, as required by industry standards.

3

12.   On or about April 11, 2024, Plaintiff informed Defendant through written correspondence that Defendant had defaulted under the Contract due to the various construction defects.  A copy of the correspondence is attached hereto as **Exhibit B**.

13.   As provided in the Contract, Defendant had ten (10) business days to cure the defective work.

14.   Defendant thereafter inspected the Property and stated to Plaintiff that it would correct the defective work.  However, Defendant failed to do so.

15.   On March 6, 2024, Defendant recorded a claim of lien against the Property for $620,117.22 (the "Claim of Lien"), stating that the last of the work was performed on March 1, 2024.  A copy of the Claim of Lien is attached hereto as **Exhibit C**.

16.   On August 22, 2024, Defendant recorded an amended claim of lien against the Property for $270,515.35 (the "Amended Claim of Lien"). A copy of the Amended Claim of Lien is attached hereto as **Exhibit D**.

17.   The Amended Claim of Lien was not recorded within ninety (90) days after the final furnishing of labor and is thus null and void. Fla. Stat. § 713.08(4)(b).

18.   To date, Defendant has refused to correct the defective work or compensate Plaintiff.

19.   Defendant has abandoned the Project and refused to do any further work at the Property.

20.   Plaintiff will be forced to pay more than $1,000,000.00 to cure the defective work of Defendant and restore the Property to pre-loss condition.

21.   Plaintiff has incurred special damages related to the defective work of Defendant, including storage costs for furnishings, transportation costs for traveling back

4

and forth to the Property, costs associated with alternate housing, and expert fees and costs to properly assess the scope and severity of the defective work.

21. All conditions precedent to the filing of this Complaint have been performed, waived or have otherwise occurred by operation of law.

## COUNT I – BREACH OF CONTRACT

22. Plaintiff re-alleges and incorporates paragraphs 1-21 above as if fully set forth herein.

23. Plaintiff and Defendant entered into a valid and binding Contract as reflected in the previously attached **Exhibit A.**

24. Defendant committed material breaches of the Contract by failing to perform certain work in a competent and workmanlike manner.

25. Plaintiff fulfilled her obligations under the Contract.

26. As a direct and proximate result of Defendant's actions, Plaintiff has suffered damages.

27. Plaintiff has employed Henderson, Franklin, Starnes & Holt, P.A. for representation in this action, and has agreed to pay a reasonable attorney fee to Henderson, Franklin, Starnes & Holt, P.A.

28. Plaintiff is entitled to recover reasonable attorneys' fees incurred in connection with this action pursuant to the terms of the Contract.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages, together with attorneys' fees and costs, pre-judgment interest and all other relief, in law or in equity, to which Plaintiff may be justly entitled.

5

## COUNT II – UNJUST ENRICHMENT

29.    This is a cause of action for Unjust Enrichment pled in the alternative to Count I.

30.    Plaintiff re-alleges and incorporates paragraphs 1-6, 9-10, and 13-21 above as if fully set forth herein.

31.    Plaintiffs conferred a benefit on Defendant, which had knowledge of the benefit at all material times.  Specifically, Defendant retained $349,601.90 paid by Plaintiff despite Defendant's substandard work.

32.    Defendant voluntarily accepted and retained the benefit conferred by Plaintiff.

33.    The circumstances render Defendant's retention of the benefit inequitable unless it pays to Plaintiff the value of the benefit conferred.

34.    Defendant has been unjustly enriched at the expense of Plaintiff.

35.    Plaintiff is entitled to damages based on Defendant's unjust enrichment.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages, together with attorneys' fees and costs, pre-judgment interest and all other relief, in law or in equity, to which Plaintiff may be justly entitled.

## COUNT III - FRAUDULENT LIEN

36.    Plaintiff re-alleges and incorporates paragraphs 1-21 above as if fully set forth herein.

37.    This is an action for the filing of a fraudulent Claim of Lien, pursuant to Section Fla. Stat. § 713.31.

6

38.     On March 6, 2024, Defendant caused to be recorded in the public records of Charlotte County a Claim of Lien bearing instrument no. 3377783, wherein Defendant asserted that it is owed $620,117.22 for improvements to the Property. *See* **Exhibit C**.

39.     The Claim of Lien recorded by Defendant is fraudulent because, among other things:

a.     the Lien includes amounts for work not performed in that Defendant failed to complete a substantial portion of, and even abandoned, the Project;

b.     the amount claimed is the entire contract price, although Defendant was paid $349,601.90 for the work; and

c.     the Claim of Lien includes labor and materials that Defendant never furnished, or did so in a defective manner but failed to correct, such that Defendant cannot claim it is owed for said labor.

40.     Defendant's Claim of Lien violates § 713.31, *Florida Statutes*, by willfully exaggerating the amount for which the lien is claimed, including amounts for work not performed and materials not furnished.

41.     Plaintiff has sustained damages as a direct and proximate result of the filing of the fraudulent Claim of Lien, including but not limited to the services of the undersigned attorneys in securing the release of the Claim of Lien and the clouding of title to the Property.

42.     Plaintiff is additionally entitled to damages pursuant to Fla. Stat. § 713.31, including special damages in the amount by which Defendant's lien claim exceeds the

amount actually due under the Contract, plus reasonable attorneys' fees and costs incurred herein.

43. Plaintiff has employed Henderson, Franklin, Starnes & Holt, P.A. for representation in this action, and has agreed to pay a reasonable attorney fee to Henderson, Franklin, Starnes & Holt, P.A.

44. Plaintiff is entitled to recover reasonable attorneys' fees incurred in connection with this action pursuant to Fla. Stat. § 713.

**WHEREFORE**, Plaintiff requests this Honorable Court to declare Defendant's Claim of Lien invalid and unenforceable; declare Defendant to have forfeited any and all lien rights on the Property; enter judgment against Defendant for filing a fraudulent lien in violation of Section Fla. Stat. § 713.31; award Plaintiff damages including all ordinary and compensatory damages, costs in this action, attorneys' fees, and special damages as result of Defendant filing the Claim of Lien, and such other and further relief as this Court deems just and proper.

### COUNT IV – ORDER TO SHOW CAUSE PURSUANT TO FLA. STAT. § 713.21(4)
### (DISCHARGE OF LIEN)

45. Plaintiff re-alleges and incorporates paragraphs 1-21, 36-44 above as if fully set forth herein.

46. This is an action pursuant to Fla. Stat. § 713.21(4) for the issuance of a summons requiring Defendant to show cause why the Claim of Lien should not be enforced by action or vacated and canceled of record.

47. On March 6, 2024, Defendant caused to be recorded in the public records of Charlotte County a Claim of Lien bearing instrument no. 3377783, wherein Defendant asserted that it is owed $620,117.22 for improvements to the Property. *See* **Exhibit C**.

8

48.    The Claim of Lien is fraudulent because it includes labor and materials that Defendant has not furnished, and the amounts claimed therein are willfully exaggerated.

49.    Plaintiff is entitled to attorneys' fees pursuant to Fla. Stat. § 713.29.

**WHEREFORE**, Plaintiff, pursuant to Fla. Stat. § 713.21(4), demands that:

A.    The clerk issue a Summons to Defendant to show cause within 20 days why its Claim of Lien should not be enforced by action or vacated and canceled; and

B.    If Defendant fails to show cause that this Court enter an Order vacating and canceling the Claim of Lien, award Plaintiff her attorneys' fees and costs in this action, and award such other and further relief as this Court deems just and proper; and

C.    Plaintiff demands trial by jury on all counts where permitted.

Dated: March 24, 2025.

HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
*Attorneys for Plaintiff*
PO Box 280
Fort Myers, FL  33902-0280
Tel.:  239.344.1364

By: */s/ Douglas B. Szabo*
Douglas B. Szabo / Florida Bar No. 710733
Gary D. Rhodes / Florida Bar No. 121653
Primary Email:  douglas.szabo@henlaw.com
Primary Email:  gary.rhodes@henlaw.com
Secondary Email:  nancy.mullen@henlaw.com
Secondary Email:  jackie.navarrete@henlaw.com

# EXHIBIT A

**SERVPRO®**

**Authorization to Perform Services and Direction of Payment**

| | | |
|---|---|---|
| Customer Name: | Denise Hurley | Date of Loss: 9/29/2022 |
| Loss Address: | 5000 Marina Dr | |
| City: | Port Charlotte | State: FL   Zip: 33952 |
| Insurance Company: | Olympus Insurance Company (Insurance) | Claim Number (if available): |

The undersigned Customer, being the building owner, owner's representative, or resident, authorizes the Provider identified below to perform any and all necessary cleaning and/or restoration services on Customer's property located at the property address above, and with respect to items that need to be cleaned at a remote location to remove and clean such items as necessary.

Customer authorizes Olympus Insurance Company (Ins Insurance Company, herein referred to as "Insurance Company," to pay Provider solely and directly for that portion of the work covered by Customer's insurance policy.

If, for any reason, Customer receives a check from Insurance Company made payable to Customer, Customer agrees to pay Provider immediately upon receipt of the check. In order to expedite payment to Provider, Customer hereby appoints Provider as attorney-in-fact, authorizing Provider to endorse Customer's name on Insurance Company checks or drafts, and to deposit Insurance Company checks or drafts for Provider's services.

Customer agrees to pay Customer's deductible in the amount of $ _____ that applies to this claim. If any amounts owing to Provider for Provider services are not covered by insurance, Customer agrees to pay those amounts to Provider within fifteen (15) days of Customer's receipt of invoice. It is fully understood that Customer and its agents, successors, assigns, and heirs are personally responsible for any and all deductibles and any costs not covered by insurance. Interest and finance charges will be charged at the maximum allowable by law, or at 1.5% per month, whichever is less, on accounts over thirty (30) days past due. Time is of the essence.

Customer agrees that Provider is working for the Customer and not Customer's insurance company or any agent/adjuster.

Property Owned By: _____

Remarks: Insured  agrees to payment summay with a down payment of $50,000.00

**I HAVE READ THIS AUTHORIZATION TO PERFORM SERVICES AND DIRECTION OF PAYMENT, INCLUDING THE TERMS AND CONDITIONS OF SERVICE ON THE REVERSE SIDE HEREOF, AND I AGREE TO SAME.**

Customer Reviewed *Customer Information Form*: ○ Y ○ N

Provider's Signature: _David Doff_

| | | |
|---|---|---|
| Customer's Signature: | _Denise Evelyn M. Hurley_ | Franchise Legal Name: Carter Restoration, Inc. |
| Printed Name: | Denise Hurley | d/b/a SERVPRO® of: Bay County |
| Date: | 2/17/2023 | Date: 2/17/2023 |
| E-mail Address: | dhurley4@me.com | Contractor License #: CGC1524046 |
| Customer's Contact #: | 1 (630) 779-8958 | Provider's Address: P.O. Box 15607 |

©SERVPRO® INTELLECTUAL PROPERTY, Inc.          ALL RIGHTS RESERVED   FE-051707 1.0     28000-FL  03/18
Each SERVPRO® Franchise is Independently Owned and Operated.

## Authorization to Perform Services and Direction of Payment

### Terms and Conditions of Service
#### READ CAREFULLY

**Note: This Contract includes a limitation of liability and limitation of remedies.**

1. SERVPRO® is one of the largest nationwide Cleaning and Restoration Franchise Systems in the United States. The SERVPRO® Franchise owner identified on the front of this Contract (the "Provider") is an independent contractor who agrees to perform the services identified on the front of this Contract (the "Services"). Customer agrees to purchase, receive, and pay for the Services pursuant to the terms and conditions of this Contract. Servpro Industries, Inc., the Franchisor, is not a party to any agreement with Customer, is not a guarantor of the Provider's Services, and is not subject to liability arising out of such Services.

2. Provider's performance of the Services is limited by, among other things, the preexisting conditions and characteristics of the premises, material, fabrics, furniture, and/or other items. PROVIDER EXPRESSLY DISCLAIMS ANY RESPONSIBILITY OR LIABILITY FOR ANY PREEXISTING CONDITIONS. Customer shall retain responsibility and shall be liable for all effects of and costs necessary to correct such conditions, including, by way of example and not limitation, the conditions identified below:

   (a) Provider may, in its sole discretion, pretest materials for removability of spots or stains; dye or color fastness; shrinkage; fading; adhesive breakdown; or other problems. It is not always possible to determine these conditions in advance. PROVIDER DOES NOT GUARANTEE SPOT OR STAIN REMOVAL AND COLORFASTNESS OR PREVENTION OF SHRINKAGE, FADING, OR ADHESIVE BREAKDOWN.

   (b) Provider DOES NOT GUARANTEE that wall and ceiling cleaning will restore the original color to painted surfaces.

   (c) Not all fabrics are conducive to cleaning. Provider shall use reasonable efforts to advise Customer of any adverse effects that may be reasonably foreseen due to the nature of the fabric or material involved. PROVIDER DOES NOT GUARANTEE THAT SUCH MATERIALS CAN BE CLEANED OR THAT THERE WILL BE NO ADVERSE EFFECTS FROM ANY ATTEMPT TO CLEAN SUCH FABRICS.

   (d) A variety of materials are used in the manufacturing, upholstery, and/or installation process. These materials include backing, lining, tacks, or other unknown substances that may cause discoloration or other adverse effects to the face material. Customer acknowledges that it is impossible to determine when such adverse effects may occur and PROVIDER DOES NOT GUARANTEE AGAINST SUCH ADVERSE EFFECTS.

   (e) Customer acknowledges and agrees that mold is commonly found throughout the environment and that it is impossible to eradicate mold. PROVIDER DOES NOT GUARANTEE THE REMOVAL OR ERADICATION OF MOLD.

   (f) Customer acknowledges and agrees that limited photographs or video of the damage and cause may be made solely for work process and insurance claims purposes.

3. **PROVIDER SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES (EITHER IN FACT OR BY OPERATION OF LAW) INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OR ANY IMPLIED WARRANTY ARISING OUT OF A COURSE OF DEALING, CUSTOM, OR USAGE OF TRADE. THIS CONTRACT PROVIDES FOR THE PROVISION OF SERVICES AND DOES NOT PROVIDE FOR A SALE OF GOODS.**

4. **Limitation of Liability: IN NO EVENT SHALL PROVIDER, ITS OWNERS, ANY OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, FRANCHISOR, OR AFFILIATES BE RESPONSIBLE FOR INDIRECT, SPECIAL, NOMINAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL LOSSES OR DAMAGES, OR FOR ANY PENALTIES, REGARDLESS OF THE LEGAL OR EQUITABLE THEORY ASSERTED, INCLUDING CONTRACT, NEGLIGENCE, WARRANTY, STRICT LIABILITY, STATUTE, OR OTHERWISE, EVEN IF IT HAD BEEN AWARE OF THE POSSIBILITY OF SUCH DAMAGES OR THEY ARE FORESEEABLE; OR FOR CLAIMS BY A THIRD PARTY. THE MAXIMUM AGGREGATE LIABILITY SHALL NOT EXCEED THREE TIMES THE AMOUNT PAID BY CUSTOMER FOR THE SERVICES OR ACTUAL PROVEN DAMAGES, WHICHEVER IS LESS. IT IS EXPRESSLY AGREED THAT CUSTOMER'S REMEDY EXPRESSED HEREIN IS CUSTOMER'S EXCLUSIVE REMEDY. THE LIMITATIONS SET FORTH HEREIN SHALL APPLY EVEN IF ANY OTHER REMEDIES FAIL OF THEIR ESSENTIAL PURPOSE. Some states/countries do not allow the exclusion or limitation of incidental or consequential damages, so the above may not apply to you.**

5. Should Provider bring legal action to collect monies due under the Contract or should the matter be turned over for collection, Provider shall be entitled, to the fullest extent permitted under law, to reasonable legal fees and costs of any such collection attempt, in addition to any other amounts owed by Customer. Customer consents to Provider's recording of a construction lien pursuant to Florida Statute Chapter 713 against Customer's property. This agreement is entered into in and governed by the laws of the state of Florida.

6. Any labor, materials or other work beyond that identified in this Contract shall require a written amendment to this Contract and will result in additional charges.

7. Any claim by Customer for faulty performance, for nonperformance or breach under this Contract for damages shall be made in writing to Provider within sixty (60) days after completion of services. Failure to make such a written claim for any matter which could have been corrected by Provider shall be deemed a waiver by Customer. NO ACTION, REGARDLESS OF FORM, RELATING TO THE SUBJECT MATTER OF THIS CONTRACT MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE CLAIMING PARTY KNEW OR SHOULD HAVE KNOWN OF THE CAUSE OF ACTION.

8. A failure of either party to exercise any right provided for herein shall not be deemed to be a waiver of any right hereunder.

9. **CUSTOMER AND PROVIDER EACH WAIVE THEIR RESPECTIVE RIGHTS TO A TRIAL BY JURY WITH RESPECT TO ANY AND ALL CLAIMS OR CAUSES OF ACTION (INCLUDING COUNTERCLAIMS) RELATED TO OR ARISING OUT OF OR IN ANY WAY CONNECTED TO THIS CONTRACT AND AGREE THAT ANY CLAIM OR CAUSE OF ACTION WILL BE TRIED BY A COURT TRIAL WITHOUT A JURY.**

10. If any provision of this Contract is found to be ineffective, unenforceable, or illegal for any reason under present or future laws, such provision shall be fully severable, and this Contract shall be construed and enforced as if such provision never comprised a part of this Contract. The remaining provisions of this Contract shall remain in full force and effect and shall not be affected by the ineffective, unenforceable, or illegal provision or by its severance from this Contract.

11. No modification, termination, or attempted waiver of this Contract shall be valid unless in writing and signed by the party against whom the same is sought to be enforced.

12. ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND SERVICES AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THOSE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED, YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER." FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.

Initials: _DEH_

28000-FL    03/18                                                        *Each SERVPRO® Franchise is Independently Owned and Operated.*

**SERVPRO® Franchisees are always looking for motivated employees.**
SERVPRO's individually owned and operated Franchises offer a variety of positions including crew chief, production technician, marketing representative, administrative assistant, and many more.



# EXHIBIT B

1715 Monroe Street
Post Office Box 280 • Fort Myers, FL 33902-0280
Tel: 239.344.1100• Fax:  239.344.1200• www.henlaw.com
Bonita Springs • Naples

Reply to
**Douglas B. Szabo**
Direct Fax Number 239.344.1570
Direct Dial Number 239.344.1260
E-Mail: douglas.szabo@henlaw.com

April 5, 2024

Carter Restoration, Inc.
d/b/a ServPro of Bay County
Attn:  Benjamin Kyle Carter, Manager
1403 Florida Avenue
Panama City, FL  32401

      Re:    <u>Denise Hurley, 5000 Marina Drive, Port Charlotte, FL  33952</u>

Dear Mr. Carter:

I represent Denise Hurley, the owner of the property at 5000 Marina Drive, Port Charlotte, FL  33952.  Pursuant to the contract you have with my client, I am providing you with notice that you are in material default of the contract.  The defective work includes, but may not be limited to, the drywall work performed to date, trim work and ceiling work.  This will confirm that you have acknowledged the defective work on two prior walk-throughs with my client and indicated you will immediately rectify the defective work pursuant to the terms of the agreement.  Please note that you have ten (10) business days within which to cure the defective work; and if you do not do so, my client reserves the right to terminate the contract.

Please feel free to contact me if you care to discuss.

Sincerely,

/s/ *Douglas B. Szabo*

Douglas B. Szabo

DBS:njm

cc:    Client

ROGER D. EATON, CHARLOTTE COUNTY CLERK OF CIRCUIT COURT, PAGE: 1 OF 1
INSTR #: 3377783 Doc Type: LN, Recorded: 03/06/2024 at 01:16 PM
RECORDING $10.00 ERECORDED

# EXHIBIT C

**WARNING!**

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL ESTATE PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VAILD FOR ONE YEAR FROM THE DATE OF RECORDING AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

## CLAIM OF LIEN

**State of Florida**
**County of Charlotte**

Before me, the undersigned notary public, personally appeared Robin Dunn, Chief Financial Officer, SERVPRO of Bay County, Inc. a Florida Corporation, who was duly sworn and says that SERVPRO of Bay County, is the lienor herein, whose address is 1403 Florida Avenue, Panama City, Florida 32401; and that accordance with a contract with Denise Hurley, 5000 Marina Drive, Port Charlotte, FL 33952, lienor furnished labor, services, or material consisting of water extraction and dehumidification for the purposes of residential water damage restoration of a home situated on the following described real property in Charlotte County, Florida:

GRASSY POINT ESTS LT 86 1088/804 1088/808 1424/216 1451/1980 1797/1467 1797/1468 1830/1024-DS-A-17 2423/140 2423/142 2423/163 2423/165 3767/165 PR2020-623-MJH LOA4602/1462

Owned by Denise Hurley, of a total value of $620,117.22, of which there remains unpaid $620,117.22, and furnished the first of the items on 12/22/2022 and the last of the items on 03/1/2024.

SERVPRO of Bay County, Inc. a Florida
Corporation, by Robin Dunn

Sworn to (or affirmed) and subscribed before me this 6th day of March 2024, by Robin Dunn of SERVPRO OF Bay County, Inc., who is personally known to me or who has produced Florida Driver's License as identification and who did take an oath.

CATHERINE TUCKER
Notary Public - State of Florida
Commission # HH 61114
My Comm. Expires Nov 5, 2024
Bonded through National Notary Assn.

Catherine Tucker

Notary Public; State of Florida
Commission Number: HH6 1114

ROGER D. EATON, CHARLOTTE COUNTY CLERK OF CIRCUIT COURT, PAGE: 1 OF 1
INSTR #: 3441531 Doc Type: LN, Recorded: 08/22/2024 at 10:41 AM
RECORDING $10.00 ERECORDED

# EXHIBIT D

**WARNING!**

THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL ESTATE PROPERTY LISTED HEREIN.  UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VAILD FOR ONE YEAR FROM THE DATE OF RECORDING AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

## AMENDED CLAIM OF LIEN

State of Florida

County of Charlotte

Before me, the undersigned notary public, personally appeared Robin Dunn, Chief Financial Officer, Carter Restoration Bay County Florida, LLC dba SERVPRO of Bay County, who was duly sworn and says that SERVPRO of Bay County, is the lienor herein, whose address is 1403 Florida Ave, Panama City, Florida 32401; and that accordance with a contract with Denise Hurley, 5000 Marina Drive, Port Charlotte, FL 33952, lienor furnished labor, services, or material consisting of water extraction  and dehumidification for the purposes of residential water damage restoration of a home situated on the following described real property in Charlotte County, Florida:

GRASSY POINT ESTS LT 86 1088/804 1088/808 1424/216 1451/1980 1797/1467 1797/1468 1830/1024-DS-A-17 2423/140 2423/142 2423/163 2423/165 3767/165 PR2020-623-MJH LOA4602/1462

Owned by Denise Hurley, of a total value of $270,515.35 of which there remains unpaid $$270,515.35 and furnished the first of the items on 12/22/2022 and the last of the items on 3/01/2024.

Carter Restoration Bay County Florida, LLC dba SERVPRO of Bay County, by Robin Dunn

Sworn to (or affirmed) and subscribed before me this 21st day of August 2024, by Robin Dunn, Carter Restoration Bay County Florida, LLC dba SERVPRO of Bay County, who is personally known to me or who has produced Florida Driver's License as identification and who did take an oath.

CATHERINE TUCKER
Notary Public - State of Florida
Commission # HH 61114
My Comm. Expires Nov 5, 2024
Bonded through National Notary Assn.

Notary Public; State of Florida

Commission Number: HH61114



**EXHIBIT "D"**

101 Hudson St.,
25th Floor, Suite 2550
Jersey City, NJ 07302
📞 (201) 748-3100
✉ info@berkleyenvironmental.com
🌐 www.berkleyenvironmental.com

April 24, 2025

**SENT VIA CERTIFIED MAIL and EMAIL**

Carter Restoration Bay County Florida, LLC
PO Box 70905
Albany, GA  31708
Attn: Ms. Robin Dunn, CFO and Mr. Kyle Carter, CEO

| | | |
|---|---|---|
| RE: | Case Name: | **Denise Enright-Hurley v. Carter Restoration Bay County Florida, LLC dba ServPro of Bay County.** |
| | Venue: | Circuit Court for the Twentieth Judicial Circuit in and for Charlotte County, FL. |
| | Insured: | Carter Restoration Bay County Florida, LLC |
| | Policy Nos: | ECP2038559-10, ECP2038559-11, ECP2038559-12, FFX2038560-10, FFX2038560-11, FFX2038560-12 |
| | Claim No. | 428682 |

Dear Robin Dunn and Kyle Carter:

Nautilus Insurance Company ("Nautilus") is in receipt of the Summons and Complaint filed by Denise Enright-Hurley (the "Plaintiff") against Carter Restoration Bay County Florida, LLC dba Servpro of Bay County ("Carter")_ in the Circuit Court for the 20th Judicial District in and for Charlotte County, FL, under case #25000372CA (the "Complaint").

Nautilus has now had an opportunity to review this matter on behalf of Carter Restoration Bay County Florida, LLC d/b/a Servpro of Bay County ("Carter") under the Environmental Combined Policy numbers ECP203859-10 ECP2038559-11, and ECP2038559-12 (the "ECP Policies") along with the Follow Form Excess Policy numbers FFX2038560-10, FFX2038560-11, FFX2038560-12   (the "Excess Policies"). The Excess Policies and ECP Policies are collectively referred to herein as the "Policies".

Nautilus writes to inform you that it will defend Carter subject to a full and complete reservation of rights.

**THE CLAIMS**

Plaintiffs filed the above-captioned lawsuit in the Circuit Court for the Twentieth Judicial Circuit in and for Charlotte County, FL.  Plaintiff alleges that she owns 5000 Marina Dr, Port Charlotte, FL (the "Property"), which sustained damages on September 28, 2022, in Hurricane Ian and subsequently entered into a contract for repair of certain damages with Carter on February 17, 2023.  Plaintiff alleges that Carter claims to have performed additional work to the Property pursuant to the original contract and received additional payment for the subject work, but that the work was defective. Plaintiff alleges that after Carter commenced work, Plaintiff discovered numerous defects in the work that resulted in economic waste. Plaintiff further alleges that Carter has abandoned the contract and refuses to perform any work on the property. Furthermore, Plaintiff alleges that Carter has recorded a claim of lien against the Property.

Plaintiff alleges the following Causes of Action: 1) Breach of Contract; 2) Unjust Enrichment; 3) Fraudulent Lien; and 4) Order to Show Cause Pursuant to Florida Statute § 713.21(4).

Plaintiff seeks a Prayer for Relief that includes compensatory damages; a declaration that Carter's lien is invalid and unenforceable; a declaration that Carter has forfeited any lien rights on the Property; judgment against Carter for filing a fraudulent lien; that the clerk issue a Summons to Carter to show cause within 20 days why its Claim of Lien should not be enforced; attorney's fees; costs; prejudgment interest; and all other relief in law or in equity that Plaintiff may be justly entitled.

## THE POLICIES:

Nautilus issued the Policies to include Carter as a Named Insured for the annual consecutive policy periods of September 24, 2022 to September 24, 2025. The ECP Policies provide a limit of liability of $2,000,000 Each Occurrence -CGL which is subject to a $10,000,000 General Aggregate Limit until it was amended to a $3,000,000 limit of liability for Each Occurrence-CGL that is subject to a $10,000,000 General Aggregate Limit for the annual policy period of September 24, 2024 to September 24, 2025. The Excess Policy provides a limit of liability of $2,000,000 for Each Occurrence subject to a $2,000,000 Policy Aggregate.

The ECP Policies' coverage form contains the following relevant terms and conditions:

### SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1.    Insuring Agreement**
   a.    We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** in excess of the deductible or self insured retention, if any, to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any suit seeking damages for **bodily injury** or **property damage** to which this insurance does not apply. We may, at our discretion, investigate any **occurrence** and settle any claim or suit that may result. But:
   **(1)**    The amount we will pay for damages is limited as described in Section **IV** – Limits of Insurance; and
   **(2)**    Our right and duty to defend ends under Coverage **A** when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A, B, D**, or **E** or medical expense under Coverage C.
   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A, B, D, and E.

   b.    This insurance applies to **bodily injury** and **property damage** only if:

   **(1)**    The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;
   **(2)**    The **bodily injury** or **property damage** occurs during the policy period; and
   **(3)**    Prior to the policy period, no insured listed under Paragraph 1. of Section III - Who Is An Insured and no **employee** authorized by you to give or receive notice of an **occurrence** or claim, knew that the **bodily injury** or **property damage** had occurred, in whole or in part. If such a listed insured or authorized **employee** knew, prior to the policy period, that the **bodily injury** or **property damage** occurred, then any continuation, change or resumption of such **bodily injury** or **property damage** during or after the policy period will be deemed to have been known prior to the policy period.

2

**2.    Exclusions**

This insurance does not apply to:

**b.    Expected Or Intended Injury**

**Bodily injury** or **property damage** expected or intended from the standpoint of the insured. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

**c.    Contractual Liability**

**Bodily injury** or **property damage** for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)**    That the insured would have in the absence of the contract or agreement; or

**(2)**    Assumed in a contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an **insured contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of **bodily injury** or **property damage**, provided:

**(a)**    Liability to such party for, or for the cost f, the party's defense has also been assumed under the same **insured contract;** and

**(b)**    Such attorney fees and litigation expenses are for defense of that party against a **suit** or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

i.    **Damage To Property**

**Property damage** to:

\*\*\*

**(5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the property damage arises out of those operations; or

**(6)**    That particular part of any property that must be restored, repaired or replaced because your work was incorrectly performed on it.

\*\*\*

**j.    Damage To Your Product**

Property damage to **your product** arising out of it or any part of it.

**k.    Damage To Your Work**

**Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**I.    Damage To Impaired Property Or Property Not Physically Injured**

**Property damage** to **impaired property** or property that has not been physically injured, arising out of:

(1)    A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

(2)    A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

## SECTION VII – DEFINTIONS

9.    **Impaired Property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

a.    It incorporates your product or your work that is known or thought to be defective, deficient, inadequate or dangerous; or

b.    You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a.    The repair, replacement, adjustment or removal of **your product** or **your work**; or

b.    Your fulfilling the terms of the contract or agreement.

10.    **Insured contract** means:

f.    That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for bodily injury or property damage to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.
\*\*\*

15.    **Occurrence** means an accident, including continuous and repeated exposure to substantially the same general harmful conditions.

25.    **Your Product**:

a.    Means:

(1)    Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a)    You;

(b)    Others trading under your name; or

(c)    A person or organization whose business or assets you have acquired; and

(2)    Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b.    Includes:

(1)    Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

(2)    the providing of or failure to provide warnings or instructions.

c.    Does not include vending machines or other property rented to or located for the use of others but not sold.

**26.  Your Work**:
    a.   Means:
        (1)   Work or operations performed by you or on your behalf; and
        (2)   Materials, parts or equipment furnished in connection with such work or operations.
    b.   Includes:
        (1)   Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**, and
        (2)   the providing of or failure to provide warnings or instructions.

For the annual policy period of September 24, 2022, to September 24, 2023, the ECP Policy also includes Voluntary Property Damage coverage on the Restore Pac Plus Endorsement (ECP 1095 12 18).  This coverage has a limit of $50,000.00 and is subject to a $5,000 deductible.

**RESTORE PAC PLUS ENDORSEMENT**

**I.   VOLUNTARY PROPERTY DAMAGE**
    A.   It is agreed that the following is added to Paragraph 1., Insuring Agreement of SECTION I - Coverage A - **Bodily Injury** and **Property Damage** Liability:
        **1.   Insuring Agreement**
           a.   We will pay those sums that the insured becomes legally obligated to pay as damages because of unintentional damage to property of others:
               (1)   directly caused by the insured or while the property is in the possession of the insured, and
               (2)   directly caused by **your work** and covered by this policy.
           b.   This insurance applies to **property damage** only if:
               (1)   The **property damage** is caused by an **occurrence** that takes place in the **coverage territory**; and
               (2)   The **property damage** occurs during the policy period.
    B.   With respect to coverage provided by this Voluntary Property Damage portion of this endorsement only, Paragraphs **i.(3)**, **i.(4)**, and **i.(5)** of Paragraph **2. Exclusions** of **SECTION I - Coverage A - Bodily Injury and Property Damage Liability** are deleted.
    C.   **LIMITS OF INSURANCE**
        The most we will pay for loss or damage to **covered property** under this endorsement is the sub-limit of insurance shown on the following schedule:

| SCHEDULE Sub-limits and Deductible | |
|---|---|
| Voluntary Property Damage Limit of Liability – per occurrence: | $50,000 |
| Voluntary Property Damage Aggregate Limit of Liability: | $50,000 |
| Voluntary Property Damage Coverage Deductible: | $5,000 |

        This endorsement shall not increase our limits of insurance, as shown in the Declarations of this policy.  Claims and claim-related costs paid by us pursuant to this endorsement shall reduce the General Aggregate Limit.  Upon exhaustion of the General Aggregate Limit, we shall have no obligation to make any further payments to, or on behalf of, any insured for defense, indemnification, or otherwise.
    D.   With respect to coverage provided by this **Voluntary Property Damage** portion of this endorsement only, Paragraph **6., Other Insurance** of **SECTION V - Policy Conditions** is replaced by the following:

5

6.  **Other Insurance** – If any other insurance carried by you or others applies to a loss covered by this endorsement, this insurance shall apply only as excess insurance over the other valid and collectible insurance.

E.  With respect to coverage provided by this Voluntary Property Damage portion of this endorsement, the following condition is added to **SECTION V - Policy Conditions**:

1.  If damage occurs, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs, at actual cost to you, excluding prospective profit or overhead charges of any nature.

**COVERAGE POSITION:**

Nautilus carefully reviewed the allegations in the Complaint against the terms of the Policies. Based on Nautilus' review, Nautilus will agree to provide Carter a defense to the Complaint subject to a full and complete reservation of rights. Nautilus' duty to indemnify Carter is strictly limited to claims of **property damage** caused by an **occurrence** that are not otherwise excluded.

While Nautilus will agree to defend the Complaint in its entirety, Nautilus has no obligations to indemnify Carter for Counts 2, 3, and 4 of the Complaint. These claims pertain to unjust enrichment, fraudulent lien and order to show cause. Thus, they fail to constitute claims of **property damage** or **bodily injury** caused by an **occurrence**. Based upon the foregoing, it is Nautilus' conclusion that the claims contained within Counts 2, 3 and 4 of the Complaint fail to trigger the insuring agreement set forth within the **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** provision of the ECP Policies since they fail to constitute claims of **bodily injury** or **property damage** caused by an **occurrence**.

Nautilus expressly reserves its rights to indemnify Carter for the claims contained within Count 1 of the Complaint, which is the sole potential coverage trigger for this matter. Nautilus' duties to indemnify Carter for the claims contained within Count 1 of the Complaint are strictly limited to claims that trigger the insuring agreements of the ECP Policies that are not otherwise excluded. Nautilus has no obligations to indemnify Carter for any claims that fail to constitute claims of **property damage** or **bodily injury** caused by an **occurrence**. To that end, any claims for **property damage** that are not accidental and fortuitous in nature and otherwise fail to trigger the ECP Policies' definition of an **occurrence** will be Carter's responsibility and not that of Nautilus.

Please be informed that there are exclusions set forth within the ECP Policies that may serve to exclude coverage for the claims contained within Count 1 of the Complaint and all of the claims set forth within the Complaint. The Expected or Intended Injury exclusion serves to exclude coverage for **property damage** expected or intended from the standpoint of any **insured**. Exclusion **i.(5)** precludes coverage for damage to that particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations. Further, Exclusion **i.6** precludes coverage for **property damage** to that particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it. The Damage to Your Product exclusion excludes coverage for any **property damage** to **your product**. Claims for **property damage** to **your work** and included within the **products completed operations hazard** are excluded by the Damage to Your Work exclusion. Any claims pursued by the Plaintiff for which Carter is obligated to pay by reason of the assumption of liability in a contract or agreement are excluded by the Contractual Liability exclusion. The Damage to Impaired Property or Property Not Physically Injured exclusion excludes coverage to **property damage** to **impaired property** which incorporates Carter's defective work or products, and the defective work or products can be restored by repairing, replacing, adjusting or removing Carter's work or products. Further, the Damage to Impaired Property or Property Not Physically Injured exclusion excludes coverage for damages

6

to any property not physically injured or **impaired property** due to a delay or failure by Carter to perform a contract or agreement in accordance with its terms.

To the extent coverage may be afforded for certain unintentional damage to property under the Restore Pac Plus Endorsement, please note that such coverage is subject to a limit of $50,000 and a deductible of $5,000. Please be informed that such coverage is limited to **property damage** that is caused by an **occurrence** as the bolded definitions are defined within this paragraph.

With respect to Coverage B, it is Nautilus' position that the Complaint does not assert, or even potentially suggest, any allegations or claims seeking damages because of **personal and advertising injury** as those terms are defined in the ECP Policies.  As such, there is no potential for coverage and no duties are triggered under the Coverage B Insuring Agreement.

There is no coverage under the ECP Policies for any relief sought by the Plaintiff that is equitable, declaratory, injunctive in nature, or for any non-monetary relief as such claims do not fall within the insuring agreements of the ECP Policies, and may trigger the exclusions of the ECP Policies, whether or not stated herein. Further, there is no coverage for attorney's fees or cost of suit awarded to the Plaintiff based upon allegations that do not fall within the insuring agreements of the ECP Policies or are otherwise excluded based upon the exclusions of the ECP Policies, whether or not stated herein.

The Excess Policies, in large part, follow the terms and conditions of the **controlling underlying insurance**. In this case, the ECP Policies are the **controlling underlying insurance**. Based upon the follow-form provisions of the Excess Policies, Nautilus expressly reserves all of its rights under the Excess Policy for the same reasons as stated above.

## CONCLUSION

For the foregoing reasons, Nautilus agrees to provide a defense to the Complaint, subject to a full and complete reservation of rights. Furthermore, we reserve the right to assert additional reasons for disclaiming coverage based upon the terms, conditions, exclusions and limitations contained in the Policies. We also reserve all of our rights and defenses in every respect in law and equity. Nautilus reserves its rights to have a court of competent jurisdiction render an opinion as to its duties and obligations under the Policies. Nautilus reserves all of its rights to withdraw from the defense of this matter and/or recover all defense costs should a determination be made that there was no duty to defend the Complaint or if the claims that presented a potential coverage trigger under the Policies are withdrawn or otherwise dismissed. Any judgment or settlement obtained by the Plaintiff that falls outside the insuring agreement of the Policies or within the exclusionary language of the Policies shall be the responsibility of Carter and not that of Nautilus.

The contents of this letter and the conduct of any continuing investigation do not constitute, and are not intended to constitute, a waiver of any rights or admissions of any obligation under the Policies, or a waiver of any undisclosed, existing or future violations of any of the terms of the Policies. We specifically reserve the right to amend or modify or position or assert any other basis for denial coverage, whether or not specifically mentioned herein.

Our coverage position is based upon the information and documentation provided to us to date. If any of the factual information relied upon by us in this letter is inaccurate in any way, please advise us immediately in writing. Should you receive any additional information or documents concerning this matter which you believe may have a bearing upon our coverage position as expressed herein, please forward it to us immediately.

7

As Nautilus has agreed to provide Carter a defense to the Counterclaim, this matter will be referred to the below referenced law firm:

Milber Makris Plousadis & Seiden, LLP
Attn.: Crystal L. Arocha, Partner
Ph: 305-728-3590, ext. 216
Email: CArocha@MilberMakris.com

If you have any additional information, or wish to discuss this matter further, I can be reached at the contact listed below.

Sincerely,

*Georgianna Reynolds*

Georgianna Reynolds
Sr. Claims Examiner-General Liability
Berkley Environmental on behalf of Nautilus Insurance Company
P: 201-209-3618
Email: GReynolds@BerkleyEnvironmental.com


CC:    Griffin & Company Insurance
       PO Box 71725, Atlanta, GA  31708
       Attn.: Ashley Wade, Ashley@griffin-company.com

       Severson Ridge Environmental Underwriters LLC
       7780 Elmwood Ave,Suite 130
       Middleton, WI  53562
       Attn.: Michael Klima

       Milber Makris Plousadis & Seiden, LLP
       Attn.: Crystal Arocha

8

**EXHIBIT "E"**



June 18, 2026

**Sent via Email and Certified Mail**

Georgianna Reynolds
Senior Claims Examiner, General Liability
Berkley Environmental, on behalf of Nautilus Insurance Company
101 Hudson Street, 25th Floor, Suite 2550
Jersey City, New Jersey 07302
GReynolds@BerkleyEnvironmental.com

Re:     **Demand for Formal, Claim-Specific Coverage Position**

|  |  |
|---|---|
| **Insured:** | **Carter Restoration Bay County Florida, LLC d/b/a ServPro of Bay County** |
| **Claim No.:** | **428682** |
| **Case Name:** | **Denise Enright-Hurley v. Carter Restoration Bay County Florida, LLC, Case No. 25-000372 CA** |
| **Policy Nos.:** | **ECP2038559-10, -11, -12 and FFX2038560-10, -11, -12** |

Dear Ms. Reynolds:

This law firm represents Carter Restoration Bay County Florida, LLC d/b/a ServPro of Bay County (the "Insured") as corporate co-counsel in the above-referenced lawsuit. The purpose of this letter is to demand that Nautilus Insurance Company ("Nautilus") provide a formal, claim-specific coverage position stating, scope by scope, which portions of the Plaintiff's alleged damages Nautilus agrees to cover toward any settlement or judgment and which portions it contends are not covered, with the specific policy provision supporting each declination. The Insured needs that position in writing so it can evaluate its exposure and proceed in an informed way through mediation, settlement, and trial.

Nautilus issued its reservation of rights on April 24, 2025, agreeing to defend the Insured under a full reservation while reserving on indemnity. That letter addressed only Coverage A and Coverage B and listed exclusions that "may" apply without committing to any actual position. Days before mediation in this matter, counsel retained by Nautilus advised that Nautilus would contribute only nuisance value toward a resolution, that it would not fund any portion attributable to the "drywall and sheetrock" scope on the theory that this was work the Insured performed itself, and that any sum offered was not in settlement of any particular scope of work.

That posture does not give the Insured a coverage position it can rely on. The Policies form an Environmental Combined Policy containing multiple coverage parts. The damages the Plaintiff alleges

span several distinct scopes of work, almost none of which the Insured self-performed. A large majority of the allegedly defective work was performed by the Insured's subcontractors. By its own terms, the Damage to Your Work exclusion "does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor." A blanket, unallocated position treating the entire claim as excluded "your work" cannot be squared with the language of the Policies.

To allow the Insured to evaluate its position and to proceed in good faith, we demand that Nautilus provide the following in writing:
1. A formal, claim-specific coverage position that supersedes the general April 24, 2025 reservation of rights and states Nautilus's actual position, rather than reciting provisions that "may" apply.
2. Identification of each scope of work and each category of the Plaintiff's alleged damages that Nautilus agrees to cover toward settlement or judgment.
3. Identification of each scope of work and each category of alleged damages that Nautilus contends is not covered, together with the specific policy exclusion relied upon and an explanation of why that exclusion applies to that scope.
4. Nautilus's position on the subcontractor exception to the Damage to Your Work exclusion, including which scopes Nautilus contends the Insured self-performed and the factual basis for that contention.
5. Nautilus's coverage position under each part of the Policies, including Coverages D, E, F, and G, or written confirmation that Nautilus has determined those parts inapplicable and the basis for that determination.
6. The settlement authority Nautilus is extending for mediation and confirmation of whether Nautilus will fund a reasonable settlement of the covered portions of the claim.
7. Given the conflict of interest created by the reservation of rights, confirmation of whether Nautilus will fund independent counsel of the Insured's choosing.

The Insured cannot fairly assess settlement, and Nautilus cannot satisfy its duty to communicate its coverage position and to act in good faith toward its Insured, while the carrier reserves on everything and commits formally to nothing. We therefore demand a written response addressing each item above by **June 25, 2026**. If Nautilus does not respond, the Insured will proceed accordingly and reserves all rights against Nautilus, including the right to retain independent coverage counsel, to recover any covered settlement or judgment the Insured is compelled to fund, and to pursue all remedies otherwise available to the Insured.

Sincerely,

Sarah Cureton, Esq.
Burg Law, P.A.
Counsel for Carter Restoration Bay County Florida, LLC

CC:    Crystal L. Arocha, Esq., Milber Makris Plousadis & Seiden, LLP
       Kyle Carter and Robin Dunn, Carter Restoration Bay County Florida, LLC

2